# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

AMY LYNNE BLALOCK
1619 N LA BREA AVE #509
LOS ANGELES, CA 90028

DR. STEWART LUCAS MURRAY
1217 WILSHIRE BLVD #3655
SANTA MONICA CA 90403



FILED
JUN 13 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

☐ Service information continued on attached page

Date: 06/13/2024    Signature: *STACEY FORTIER*

Deputy Clerk [printed name]: STACEY FORTIER

CACB Rev. June 2016

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (424) 278-3017
Email: 2@lucasmurrey.io
Website: lucasmurrey.com
SocialMedia: sickoscoop.com/lucas
Plaintiff & Plaintiff in Pro Se

FILED
JUN 13 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:  Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA–LOS ANGELES DIVISION

| | |
|---|---|
| *In re:*<br>AMY LYNNE BLALOCK,<br>Debtor. | Case No. 2:24-bk-12532-BR |
| DR. STEWART LUCAS MURREY,<br>Plaintiff,<br>v.<br>AMY LYNNE BLALOCK,<br>Defendant. | Adversary No. _____<br><br>Chapter 7<br><br>COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523(a)(6)<br><br>(Hearing Date to be set by Summons) |

Plaintiff DR. STEWART LUCAS MURREY alleges and states as follows:

### I. VENUE AND JURISDICTION

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 1334 and 157(b)(2)(j).

COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

2. The last date for filing complaints to determine the dischargeability of debts pursuant to 11 U.S.C. § 523 is 1 July 2024.

3. Venue in this action is proper in this Court pursuant to 28 U.S.C. § 1409.

4. The Debtor and Defendant AMY LYNNE BLALOCK ("Defendant" and "Ms. Blalock") filed her voluntary petition under Chapter 7 of the Bankruptcy Code on 2 April 2024 in the United States Bankruptcy Court for the Central District of California, Case No. 2:24-bk-12532-BR.

## II.    PARTIES

5. At all times material hereto, Creditor and Plaintiff, DR. STEWART LUCAS MURREY ("Plaintiff" and "Dr. Murrey") is an individual who resides in the County of Los Angeles.

6. The Debtor and Defendant, Ms. Blalock, is an individual who resides in the County of Los Angeles.

## III.   FIRST CLAIM FOR RELIEF FOR NON-DISCHARGEABILITY OF JUDGMENT DEBTS BASED ON 11 U.S.C. § 523(a)(6) – WILLFUL AND MALICIOUS PERSONAL INJURY

7. Plaintiff repeats and realleges the allegations contained in paragraphs 1-6, inclusive, and by reference thereto incorporates the same herein as though fully set forth at length.

8. On 27 June 2023 Plaintiff filed a complaint against Ms. Blalock for general, special and punitive damages incurred as a result of defamatory statements Ms.

Blalock made online on Facebook and other criminal monopoly platforms that encourage and profit from online gang-stalking and cyberbullying. Further, Ms. Blalock knew and intended that her statements would result in harming Plaintiff by portraying him in false light (See Los Angeles County Superior Court Case No. 23STCV14890).

9. Attached as Exhibit "A" is a true and correct copy of the operative verified complaint and concurrent declaration in support thereof in the above-noted matter.

10. Said Los Angeles County Court recently ruled that Ms. Blalock's Special Anti-SLAPP Motion to Strike failed to dismiss Plaintiff's causes of action for 1) Libel; 2) Libel *per se*; and 3) False Light, all of which survive and are currently pending. Herein said other deemed that Plaintiff's lawsuit has a clear likelihood of prevailing on the above-noted causes of action.

11. Attached as Exhibit "B" is a true and correct copy of the above-noted ruling regarding Ms. Blalock's Special Anti-SLAPP Motion to Strike.

12. Said state case is currently pending; Plaintiff reasonably requires discovery responses from Ms. Blalock, in particular because of the nature of the online conspiracy in which Blalock participated: one that aggressively uses anonymity, secrecy and any and all crimes to hide from justice. Thus Plaintiff urgently needs to litigate his case against Ms. Blalock and her co-conspirators

in their almost decade-long online secret and anonymous conspiracy to gang-stalk and cyberbullying Plaintiff.

13. Attached as Exhibit "C" is a true and correct copy of Plaintiff's good faith and diligent Meet & Confer letter concerning Ms. Blalock's failure to respond whatsoever to his reasonable discovery requests and interrogatories and which he served upon her on 30 March 2024 i.e. just two (2) days prior to Ms. Blalock's bad faith filing of Bankruptcy on 2 April 2024.

14. By engaging in the above-noted acts and conduct i.e. heinous Facebook savagery etc. alleged, Ms. Blalock willfully and maliciously injured Plaintiff.

15. Plaintiff was damaged as a result of Ms. Blalock's actions herein and she has been properly served a Statement of Damages on on 19 December 2023 from said state case for 2.6 million dollars ($2,600,000.00).

16. Attached as Exhibit "D" is a true and correct copy of said statement of damages with which Ms. Balock was served.

17. As noted above, this state case is currently pending; its likelihood of prevailing on the above-noted causes of damages, including Libel *per se*, has been established by said state Court; discovery is critical; and the forthcoming debt that Ms. Blalock shall have to Plaintiff is significant.

18. Along with her utter lack of remorse or reflection, Ms. Blalock has failed to provide any compensation to Plaintiff whatsoever.

4
COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

19. Plaintiff asserts, as alleged herein, that any and all future and/or forthcoming debts of Ms. Blalock to Plaintiff are not dischargeable per 11 U.S.C. § 523(a)(6), based on the willful, malicious and intentional personal injury to Plaintiff committed by Ms. Blalock.

**WHEREFORE, Plaintiff prays for damages as follows:**

1) For judgment in his favor on all claims asserted herein;

2) For a judgment deeming that any and all forthcoming judgment debt(s) owed by Ms. Blalock to Plaintiff to be non-dischargeable pursuant to 11 U.S.C. § 523(a)(6) based on the willful, malicious and intentional personal injury to Plaintiff by Ms. Blalock;

3) For costs of suit incurred herein; and

4) For such other and further relief as the Court deems just and appropriate.

DATED: 8 June 2024                    Respectfully submitted,

By: _____
Dr. Stewart Lucas Murrey
*Plaintiff & Plaintiff in Pro Se*
Website: lucasmurrey.com
SocialMedia: sickoscoop.com/lucas

B1040 (FORM 1040) (12/15)

RECEIVED
JUN 13 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Dr. Stewart Lucas Murrey | Amy Lynne Blalock |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| In Pro Se | Karine Karadjian |

| PARTY (Check One Box Only) | PARTY (Check One Box Only) |
|---|---|
| ☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor   ☐ Other<br>☐ Trustee | ☒ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
1 ☒ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 2,600,000.00 |
| **Other Relief Sought** | |

**B1040 (FORM 1040) (12/15)**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR Amy Lynne Blalock | | BANKRUPTCY CASE NO. 2:24-bk-12532-BR | |
| DISTRICT IN WHICH CASE IS PENDING Central District Bankruptcy Court | DIVISION OFFICE | NAME OF JUDGE Barry Russell | |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF Dr. Stewart Lucas Murrey | DEFENDANT Amy Lynne Blalock | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING California Central Bankruptcy Court | DIVISION OFFICE | NAME OF JUDGE Barry Russell | |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) *[signature]* | | | |
| DATE 11 June 2024 | | PRINT NAME OF ATTORNEY (OR PLAINTIFF) Dr. Stewart Lucas Murrey | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE

**RE: CONTINUANCES:**

No continuances will be granted unless a written stipulation signed by all parties is filed at least 48 hours prior to the schedules hearing. Such stipulation must explain, in detail, the reason for the continuances. Such stipulation must be in the form of a declaration, signed under penalty of perjury. No continuance will be granted without good cause.

In addition to filing a written stipulation, the Courtroom Deputy must be notified personally at least 24 hours before the hearing. No continuances will be granted on the day of the hearing. It is the responsibility of all parties to check to see that the Court has been so notified. If there has been no notification, both written and oral, all sides must be ready to proceed with the hearing. Unless the parties have been notified by the clerk that the judge has granted the motion, all parties must appear for the hearing.

**RE: SETTLEMENTS:**

In case of a settlement reached prior to a hearing or trial, every effort should be made to notify the Court at least 48 hours prior to the hearing or trial.

**RE: SANCTIONS FOR FAILURE TO TIMELY PREPARE FOR STATUS AND PRE-TRIAL CONFERENCES:**

Pursuant to Rule 7016 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7016-1, failure to timely comply with Rule 7016-1 will result in sanctions of at least $400.00 against any party and/or its counsel, payable to the Clerk of Court, General Fund Account. Additional sanctions may be imposed as deemed appropriate under the circumstances. Timely compliance with Rule 7016-1 includes, but is not limited to, timely filing of status report and pre-trial orders. Subsequent offenses in the same matter will result in escalating sanctions. Sending attorneys to court to appear on matters, about which they are inadequate informed will result in similar sanctions.

_/s/ Barry Russell_

BARRY RUSSELL
U.S. BANKRUPTCY JUDGE

# FREE LEGAL HELP

A creditor has sued you in bankruptcy court. You were served with a Summons and Complaint, and you must now file an Answer. If you do not file an Answer on time, the court may enter a default judgment against you. This means that your debt may not be discharged and you will be responsible for paying it back.

## IF YOU CAN NOT AFFORD AN ATTORNEY, FREE LEGAL HELP MAY BE AVAILABLE.

For more information, call:

### Public Counsel's

### Debtor Assistance Project Hotline

### (213) 385-2977, ext. 704



35TH ANNIVERSARY

THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS

# AYUDA LEGAL GRATUITA

Su acreedor le ha demandado en la corte de bancarrota. Usted recibió la demanda, llamada "Summons" y "Complaint." Usted debe archivar una respuesta a la demanda en la corte. Si no archiva la respuesta a tiempo, la corte puede decidir en su contra. Si eso sucede, la deuda no se descargará en su caso de bancarrota y Usted será responsable por pagar al acreedor.

## SI LE FALTAN RECURSOS PARA CONTRATAR A UN ABOGADO, LLAME A LA LINEA DE AYUDA LEGAL GRATUITA.

Para mas información, llame al:

**Proyecto de Ayuda al Deudor
de
Public Counsel**

**(213) 385-2977, ext. 704**



35TH ANNIVERSARY
THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Dr. Stewart Lucas Murrey<br>1217 Wilshire Blvd #3655<br>Santa Monica, CA 90403<br><br>424–278–3017<br><br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

| In re:<br><br>Amy Lynne Blalock<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:24–bk–12532–BR<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 2:24–ap–01152–BR |
|---|---|
| Dr. Stewart Lucas Murrey<br><br><br>Plaintiff(s)<br>Versus<br>Amy Lynne Blalock<br><br><br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left–hand corner of this page. The deadline to file and serve a written response is **07/15/2024.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
        **Date:**           **August 20, 2024**
        **Time:**           **10:00 AM**
        **Hearing Judge:**    **Barry Russell**
        **Location:**       **255 E Temple St., Crtrm 1668, Los Angeles, CA 90012**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                      Page 1                  **F 7004–1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

                                      **KATHLEEN J. CAMPBELL**
                                      **CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: June 13, 2024

                                      By:    "s/" Stacey Fortier
                                                 Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                               Page 2                        **F 7004–1.SUMMONS.ADV.PROC**