| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Dr. Stewart Lucas Murrey<br>1217 Wilshire Blvd. # 3655<br>Santa Monica, CA 90403<br>Tel.: (424) 278-3017<br>Email: 2@lucasmurrey.io<br>Website: lucasmurrey.com<br>SocialMedia: sickoscoop.com/lucas | FOR COURT USE ONLY<br><br>**FILED**<br>AUG 0 2 2024<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |
|---|---|
| ☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>MS. AMY LYNNE BLALOCK<br><br>Debtor(s). | CASE NO.: 24-bk-12532-BR<br>ADVERSARY NO.: 24-ap-01152-BR<br>CHAPTER: 7 |
|---|---|
| DR. STEWART LUCAS MURREY<br><br>Plaintiff(s).<br>vs.<br>MS. AMY LYNNE BLALOCK<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 08/20/2024<br>TIME: 10:00 A.M.<br>COURTROOM: 1668<br>ADDRESS: Edward Roybal Building<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE**:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No

2. Have all parties filed and served answers to the Claims Documents?  ☐ Yes  ☒ No

3. Have all motions addressed to the Claims Documents been resolved?  ☐ Yes  ☒ No

4. Have counsel met and conferred in compliance with LBR 7026-1?  ☐ Yes  ☒ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

Plaintiff Dr. Murrey in good faith emailed Defendant Ms. Blalock to properly prepare this joint status report. However, Ms. Blalock failed to respond and Dr. Murrey was forced to file this document himself. Please see the attached Declaration and Exhibits showing said communication attempt as well as the multiple addresses and information with which Ms. Blalock is associated. This makes communication between the parties, already strained for reasons explained in Dr. Murrey's original Los Angeles Superior Court (LASC. Case No. 23STCV14890) v. Ms. Blalock, expectedly difficult. Nevertheless Plaintiff sought in good faith to file this report properly. Further, Plaintiff Dr. Murrey seeks to continue and complete his litiagtion of his original Los Angeles Superior Court (LASC. Case No. 23STCV14890), he has filed a motion for order confirming no stay of this action and/or relief from any such stay.

## B. READINESS FOR TRIAL:

1. When will you be ready for trial in this case?

    **Plaintiff**  **Defendant**

    Unclear until Plaintiff's original LASC. Case No. 23STCV14890 is resolved.

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

    **Plaintiff**  **Defendant**

    Unclear until Plaintiff's original LASC. Case No. 23STCV14890 is resolved.

3. When do you expect to complete <u>your</u> discovery efforts?

    **Plaintiff**  **Defendant**

    Unclear until Plaintiff's original LASC. Case No. 23STCV14890 is resolved.

4. What additional discovery do you require to prepare for trial?

    **Plaintiff**  **Defendant**

    Unclear until Plaintiff's original LASC. Case No. 23STCV14890 is resolved.

## C. TRIAL TIME:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

    **Plaintiff**  **Defendant**

    Unclear until Plaintiff's original LASC. Case No. 23STCV14890 is resolved.

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

    **Plaintiff**  **Defendant**

    Unclear until Plaintiff's original LASC. Case No. 23STCV14890 is resolved.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Unclear until Plaintiff's original LASC. Case No. 23STCV14890 is resolved. | |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested<br>Reasons:<br>Unclear until Plaintiff's original LASC. Case No. 23STCV14890 is resolved. | Pretrial conference ☐ is ☐ is not requested<br>Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after:<br>(date) _____ | Pretrial conference should be set after:<br>(date) _____ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

   Unclear until Plaintiff's original LASC. Case No. 23STCV14890 is resolved.

2. Has this dispute been formally mediated?    ☐ Yes    ☐ No
   If so, when?
   Unclear until Plaintiff's original LASC. Case No. 23STCV14890 is resolved.

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☐ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 3    F 7016-1.STATUS.REPORT

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<u>Plaintiff</u>
☐ I do consent
☒ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>
☐ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

As Plaintiff Dr. Murrey seeks to continue and complete his litiagtion of his original Los Angeles Superior Court (LASC. Case No. 23STCV14890), he has filed a motion for order confirming no stay of this action and/or relief from any such stay.

Respectfully submitted,

Date: 08/02/2024

Date: _____

Printed name of law firm
_____

Dr. Stewart Lucas Murrey
Signature

Dr. Stewart Lucas Murrey
Printed name

Attorney for: In Pro Se

Printed name of law firm
_____

Signature
_____

Printed name
_____

Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 4    F 7016-1.STATUS.REPORT

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5478 Wilshire Blvd. Pent. No. 430
Los Angeles, CA 90036

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/02/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Amy Lynne Blalock
1619 N La Brea Ave #509
Los Angeles, CA 90028
(310) 569-6182
amyblalock@gmail.com

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/02/2024 | Alexander J. Petale, Esq. | /s/Alexander J. Petale, Esq. |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE

I declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 5478 Wilshire Blvd., Suite 223, Los Angeles, CA 90036, which is located in the county where the mailing described below took place. On 2 August 2024 I served the foregoing document(s) described as: Dr. Murrey's joint status report and declaration to:

Amy Lynne Blalock
1619 N La Brea Ave #509
Los Angeles, CA 90028
Tel. (310) 569-6182
amyblalock@gmail.com

I served a true copy of the document(s) above:

[ ] By United States mail. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) mentioned above and:

[ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage full prepaid.

[X] By e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on 2 August 2024 at Los Angeles, California.

/x/Alexander J. Petale, Esq.
Declarant