Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (424) 278-3017
Email: 2@lucasmurrey.io
Website: lucasmurrey.com
SocialMedia: sickoscoop.com/lucas

Plaintiff & Plaintiff in Pro Se



# UNITED STATES ~~DISTRICT~~ Bankruptcy COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>　　　　Debtor,<br><br>DR. STEWART LUCAS MURREY, an individual;<br>　　　　Plaintiff,<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>　　　　Defendant. | Adversary Complaint Case No. 24-ap-01152-BR<br>[Assigned to: Hon. Judge Barry Russell]<br><br>Related: Bankruptcy Case No. 24-bk-12532-BR-Chapter 7<br>[Assigned to: Hon. Judge Barry Russell]<br><br>**OPPOSITION TO MS. BLALOCK'S MOTION TO DISMISS**<br><br>Hearing Date:　20 August 2024<br>Hearing Time:　10:00 A.M.<br>Courtroom:　　1668<br>Edward Roybal Building<br>255 E. Temple St.<br>Los Angeles, CA 90012<br>Judge:　　　Hon. Barry Russell |

　　Plaintiff Dr. Stewart Lucas Murrey hereby opposes Defendant Amy Blalock's motion to dismiss his adversarial claim. As noted in his adversary complaint, Ms. Blalock is unlawfully weaponizing bankruptcy to elude justice for her intentional and malicious injury of Dr. Murrey and for which defendant is currently being prosecuted (Los Angeles Superior Court Case No. 23STCV14890). Dr. Murrey has filed a motion for order in the Blalock's related bankruptcy case (24-bk-12532-BR-

Chapter 7) confirming no stay of said LASC action and/or relief from stay. After obtaining this confirmation and/or relief, it is his intention to continue to litigate said original state case. It is Plaintiff's right to prosecute Ms. Blalock in his state court case and wherein Ms. Blalock also has every right to defend herself against Dr. Murrey's claims.

In her attempt to mislead this Court, Defendant Blalock has misrepresented several facts. First: Blalock lies about the state of service of defendants in said LASC case no. 23STCV14890. Dr. Murrey is currently in the process of unmasking several anonymous Facebook accounts involved in the online conspiracy to gang-stalk, cyberbully and defame him. Unlike Blalock who has clearly violated the law by her participation in said defamation conspiracy and filed bankruptcy in bad faith, Dr. Murrey has never litigated frivolously. Blalock's Exhibit "A" merely refers to the judge of said LASC case no. 23STCV14890 suggesting a $60.00 fee for failure to serve defendants absent a reasonable explanation in a response to an Order to Show Cause ("OSC") set in the future in September of 2024. Thus Blalock's Exhibit proves nothing other than Dr. Murrey's case against her and others is moving forward. Everything Blalock claimed about service of defendants and the number of defendants being served is factually wrong. This is why Ms. Blalock failed to provide a declaration authenticating anything she states in her motion to dismiss.

In the event that this Court requires, Dr. Murrey seeks leaves to amend his adversary complaint, to include a statement that he does not consent to entry of final

orders or judgment of the bankruptcy Court. Dr. Murrey is the victim of an elaborate online conspiracy to harm his life and work that goes back to at least 2016. In good faith he is seeking to litigate as best as he can while representing himself. Thus if any defects are perceived in regard to Fed. Rule of Bankruptcy Proc. 7012(b), plaintiff respectfully requests leave to have them properly remedied. Because Dr. Murrey welcomes the chance to proceed with his state case against Ms. Blalock (LASC case no. 23STCV14890), he has filed a motion for order confirming no stay of said LASC action and/or relief from such stay. This way his litigation can proceed despite Blalock's notice of stay of action in her attempt to frivolously confuse and complicate matters.

Blalock's section three: "Facts" has several misrepresentations. The judge of the subject LASC case no. 23STCV14890 denied Blalock's anti-SLAPP motion i.e. wherein Libel, Libel *per se* and False Light survived. Plaintiff's currently pending causes of action meet the "willful, malicious intent" needed to meet the threshold for nondischargeability of debt. Said judge of the LASC case no. 23STCV14890 disagreed that Blalock's statements about Dr. Murrey had anything to do with "women's security against male violence and harassment" (Declaration of Plaintiff Dr. Stewart Lucas Murrey, ¶¶ 3-4, Exh. "1"). In fact, the superior court state judge made it clear in her ruling that Blalock's false accusations of plaintiff having committed several murders was intentional and malicious (Ibid.). That Ms. Blalock has the audacity to openly lies to this Court as when she states that such statements

were intended "only to inform" to protect the public suggests that Blalock should be sanctioned.

Defendant's other remarks e.g. that she does not have enough information to respond to Dr. Murrey's discovery is irrelevant. This is a matter to be determined in the above-noted LASC case no. 23STCV14890 and not in Federal bankruptcy Court. As pointed out in Dr. Murrey adversary complaint, a clear sign that Blalock is unlawfully abusing Federal bankruptcy court to elude justice is the fact that she filed less than two days after receiving Dr. Murrey's proper meet & confer from 30 March 2024 concerning her failure to respond to his discovery in said LASC case no. 23STCV14890 (Decl. Dr. Murrey, ¶ 5, Exh. "2"). It is clear that Ms. Blalock not only intended to maliciously harm Dr. Murrey herself individuals, but also that Defendant knowingly participated with others such as Kelly Gibbons in an online Facebook conspiracy to intentionally and malicious harm him. (Decl. Dr. Murrey, ¶ 6, Exh. "3"). Defendant is aware of his intentional and malicious harm and seeking any excuse to elude justice, including a severe misuse of Federal bankruptcy Court.

For the reasons stated above and the evidence presented and authenticated herein, Dr. Murrey has proven already in his superior court state case (LASC case no. 23STCV14890) that there is a clear likelihood of Dr. Murrey prevailing against Ms. Blalock for Libel, Libel *per se* and False Light (Dr. Murrey, ¶¶ 3-4, Exh. "1"). Each of these three causes of action carry punitive damages. They they represent intentional and malicious acts. By secretly accusing Plaintiff of several murders

PROOF OF SERVICE

I declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 5478 Wilshire Blvd., Pent. 430, Los Angeles, CA 90036, which is located in the county where the mailing described below took place. On 2 August 2024 I served the foregoing document(s) described as: Dr. Murrey's opposition and declaration to:

Amy Lynne Blalock
1619 N La Brea Ave #509
Los Angeles, CA 90028
Tel. (310) 569-6182
amyblalock@gmail.com

I served a true copy of the document(s) above:

[ ] By United States mail. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) mentioned above and:

[ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage full prepaid.

[X] By e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on 2 August 2024 at Los Angeles, California.

                                                         /x/Alexander J. Petale, Esq.
                                                         Declarant