```
1  Dr. Stewart Lucas Murrey
   1217 Wilshire Blvd. # 3655
2  Santa Monica, CA 90403
   Tel.: (424) 278-3017
3  Email: 2@lucasmurrey.io
   Website: lucasmurrey.com
4  SocialMedia: sickoscoop.com/lucas

5  Plaintiff & Plaintiff in Pro Se
```

**FILED AUG 02 2024**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

UNITED STATES ~~DISTRICT~~ **Bankruptcy** COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>        Debtor,<br><br>DR. STEWART LUCAS MURREY, an individual;<br>        Plaintiff,<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>        Defendant. | Adversary Complaint Case No.<br>24-ap-01152-BR<br>[Assigned to: Hon. Judge Barry Russell]<br><br>Related: Bankruptcy Case No.<br>24-bk-12532-BR-Chapter 7<br>[Assigned to: Hon. Judge Barry Russell]<br><br>**PLAINTIFF DR. STEWART LUCAS MURREY'S DECLARTION IN SUPPORT OF HIS JOINT STATUS REPORT**<br><br>Hearing Date: 20 August 2024<br>Hearing Time: 10:00 A.M.<br>Courtroom: 1668<br>Edward Roybal Building<br>255 E. Temple St.<br>Los Angeles, CA 90012<br>Judge: Hon. Barry Russell |

- 1 -

PLAINTIFF DR. MURREY'S DECLARATION

## DECLARATION OF DR. LUCAS MURREY

I, Dr. Lucas Murrey, declare:

1. That I am the plaintiff in this action; that I am over the age of 18 years and that I have personal knowledge of the facts contained in this declaration. If called upon to testify I could and would testify competently as to the truth of the facts stated herein.

2. I received my Doctorate of Philosophy (Ph.D) from Yale University in 2011, I have since published various books, articles and videos on the origins of money and tragedy; I am presently working on new material while I continue to join my voice to peaceful protests supporting civil rights for all peoples everywhere. Based upon these achievements I use the title doctor in front of my name.

3. This declaration is submitted in support of plaintiff's joint status report.

4. I tried in good faith to communicate with Ms. Blalock to properly prepare and file this joint status report. However, Mrs. Blalock has failed to respond and she has multiple addresses and contact information, making it unclear how to contact her, and clear that she is on the run to elude justice.

//

5. A true and correct copy of my email to Ms. Blalock and her erratic contact information available publicly is hereto attached as Exhibit "1".

I declare that under penalty of perjury under the laws of the United States that the foregoing is true and correct; executed on 31 July 2024 in Los Angeles, California.

/s/Stewart Lucas Murrey
DR. STEWART LUCAS MURREY

PLAINTIFF DR. MURREY'S DECLARATION

# EXHIBIT 1

# Lucas

Joint Status Conference Report Due 6 August 2024

Sent — smurrey.io    July 29, 2024 at 4:47 PM

To: amyblalock@gmail.com

Dear Ms. Blalock,

We have to file a joint status conference report in regard to my adversarial complaint currently pending against you in California's Federal Central District Case No. 2:24-ap-01152-BR. Please let me know, if you are going to participate in this process, or I will be forced to file said report independently of you.

--

Dr. Lucas Murrey
Ph.D Yale University
Author of Hölderlin's Dionysiac Poetry and Nietzsche: The Meaning of Earth
https://sickoscoop.com/lucas
https://lucasmurrey.com

AMY BLALOCK
1001 Gayley Ave #24381
Los Angeles, California 90024
Defendant, Pro Se


FILED
JUL 15 2024
CLERK U S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT CENTRAL DISTRCT OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

In Re
AMY LYNNE BLALOCK,
Debtor,

CASE NO. 2:24-bk-12532-BR
ADVOCACY NO. 2:24-ap-01152

STEWART LUCAS MURREY,
Plaintiff,

CHAPTER 7

vs.

AMY LYNNE BLALOCK,
Defendant

### MOTION TO DISMISS UNDER RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM, OR, IN THE ALTERNATIVE, FOR ABSTENTION PURSUANT TO 28 U.S.C. § 1334(C)(2) OR (C)(1), OR, IN THE ALTERNATIVE, AN ABEYANCE OF THIS ADVERSARY PROCEEDING



AMY BLALOCK
455 Nectar Rd
Ty Ty, GA 31795
310-569-6182
amyblalock@gmail.com

YOUR NAME, IN PRO PER

Electronically FILED by
Superior Court of California,
County of Los Angeles
2/07/2024 7:34 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By K. Hung, Deputy Clerk

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

## STANLEY MOSK COURTHOUSE

DR. STEWART LUCAS MURREY

                Plaintiff(s),

vs.

KELLY GIBBONS, an individual; ET AL.

                Defendant(s).

Case No.: 23STCV14890

**DEFENDANT AMY BLALOCK'S ANTI-SLAPP MOTION TO STRIKE THE COMPLAINT**
**[CCP §426.15]**

**DATE:** 05/09/2024
**TIME:** 10:00 AM
**DEPT:** 61
**RESERVATION ID: 032415757384**

# CM ECF  Query  Reports ▾  Utilities ▾  Help  Log Out

*Assigned to:* Barry Russell
*Lead BK Case:* <u>24-12532</u>
*Lead BK Title:* Amy Lynne Blalock
*Lead BK Chapter:* 7
<u>Show Associated Cases</u>

*Date Filed:* 06/13/24

*Demand:* $2600000

*Nature[s] of Suit:* 68 Dischargeability - 523(a)(6), willful and malicious injury

### Plaintiff
---------------------

**Dr. Stewart Lucas Murrey**
1217 Wilshire Blvd #3655
Santa Monica, CA 90403
424-278-3017

represented by **Dr. Stewart Lucas Murrey**
PRO SE

V.

### Defendant
---------------------

**Amy Lynne Blalock**
1619 N La Brea Ave #509
Los Angeles, CA 90028
SSN / ITIN: xxx-xx-5447

represented by **Amy Lynne Blalock**
PRO SE

### Trustee
---------------------

**Howard M Ehrenberg (TR)**
1875 Century Park East
Suite 1900
Los Angeles, CA 90067
213-626-2311

### U.S. Trustee
---------------------

**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850

# PROOF OF SERVICE

I declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 5478 Wilshire Blvd., Suite 223, Los Angeles, CA 90036, which is located in the county where the mailing described below took place. On 2 August 2024 I served the foregoing document(s) described as: Dr. Murrey's joint status report and declaration to:

Amy Lynne Blalock
1619 N La Brea Ave #509
Los Angeles, CA 90028
Tel. (310) 569-6182
amyblalock@gmail.com

I served a true copy of the document(s) above:

[ ] By United States mail. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) mentioned above and:

[ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage full prepaid.

[X] By e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on 2 August 2024 at Los Angeles, California.

          /x/Alexander J. Petale, Esq.
          Declarant