FILED & ENTERED

AUG 20 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>AMY LYNNE BLALOCK,<br><br>　　　　　　　　　　　　Debtor. | Case No.: 2:24-bk-12532-BR<br><br>Chapter 7<br><br>Adv. No. 2:24-ap-01152-BR<br><br>**ORDER REGARDING "MOTION TO DISMISS UNDER RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM, OR, IN THE ALTERNATIVE, FOR ABSTENTION PURSUANT TO 28 U.S.C. § 1334(C)(2) OR (C)(1), OR, IN THE ALTERNATIVE, AN ABEYANCE OF THIS ADVERSARY PROCEEDING"** |
| STEWART LUCAS MURREY,<br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMY LYNNE BLALOCK,<br>　　　　　　　　　　　　Defendant. | |

　　　This matter is before the Court on the "Motion To Dismiss Under Rule 12(B)(6) For Failure To State A Claim, Or, In The Alternative, For Abstention Pursuant To 28 U.S.C. § 1334(C)(2) Or (C)(1), Or, In The Alternative, An Abeyance Of This Adversary Proceeding" filed by defendant on July 15, 2024 (Docket No. 6). On August 2, 2024, plaintiff filed an opposition to the motion (Docket No. 11).

1

1  On August 20, 2024, a hearing was held on the motion. Both plaintiff and
2  defendant appeared on their own behalfs.
3  Having considered the pleadings filed in this case, and the statements and
4  arguments of each of the parties on the record at the hearing, **IT IS HEREBY ORDERED**
5  that the motion is **DENIED**.
6  ###

Date: August 20, 2024

*[signature]*

Barry Russell
United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

SERVED VIA NOTICE OF ELECTRONIC FILING (NEF)

Howard M Ehrenberg (TR)    ehrenbergtrustee@gmlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com; howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

SERVED BY UNITED STATES MAIL:


Amy Lynne Blalock
1619 N La Brea Ave #509
Los Angeles, CA 90028

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd #3655
Santa Monica, CA 90403


☐ Service information continued on attached page

Date: 8/20/2024    Signature: _____
Deputy Clerk [printed name]: STACEY FORTIER

CACB Rev. June 2016