United States Bankruptcy Court

Central District of California

Murrey,
    Plaintiff

Adv. Proc. No. 24-01152-BR

Blalock,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 20, 2024 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Amy Lynne Blalock, 1619 N La Brea Ave #509, Los Angeles, CA 90028-6476 |
| pla | + | Dr. Stewart Lucas Murrey, 1217 Wilshire Blvd #3655, Santa Monica, CA 90403-5466 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Howard M Ehrenberg (TR) | ehrenbergtrustee@gmlaw.com<br>ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 2



FILED & ENTERED

AUG 20 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

AMY LYNNE BLALOCK,

Debtor.

STEWART LUCAS MURREY,

Plaintiff,

v.

AMY LYNNE BLALOCK,

Defendant.

Case No.: 2:24-bk-12532-BR

Chapter 7

Adv. No. 2:24-ap-01152-BR

ORDER REGARDING "MOTION TO DISMISS UNDER RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM, OR, IN THE ALTERNATIVE, FOR ABSTENTION PURSUANT TO 28 U.S.C. § 1334(C)(2) OR (C)(1), OR, IN THE ALTERNATIVE, AN ABEYANCE OF THIS ADVERSARY PROCEEDING"

This matter is before the Court on the "Motion To Dismiss Under Rule 12(B)(6) For Failure To State A Claim, Or, In The Alternative, For Abstention Pursuant To 28 U.S.C. § 1334(C)(2) Or (C)(1), Or, In The Alternative, An Abeyance Of This Adversary Proceeding" filed by defendant on July 15, 2024 (Docket No. 6). On August 2, 2024, plaintiff filed an opposition to the motion (Docket No. 11).

1

1     On August 20, 2024, a hearing was held on the motion.  Both plaintiff and
2 defendant appeared on their own behalfs.
3     Having considered the pleadings filed in this case, and the statements and
4 arguments of each of the parties on the record at the hearing, **IT IS HEREBY ORDERED**
5 that the motion is **DENIED.**
6 ###

Date: August 20, 2024

Barry Russell
United States Bankruptcy Judge

2

## CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

SERVED VIA NOTICE OF ELECTRONIC FILING (NEF)

Howard M Ehrenberg (TR)    ehrenbergtrustee@gmlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com; howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

SERVED BY UNITED STATES MAIL:

Amy Lynne Blalock
1619 N La Brea Ave #509
Los Angeles, CA 90028

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd #3655
Santa Monica, CA 90403

☐ Service information continued on attached page

Date: 8/10/2024    Signature: _____

Deputy Clerk [printed name]: STACEY FORTIER

CACB Rev. June 2016