| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Dr. Stewart Lucas Murrey<br>1217 Wilshire Blvd. # 3655<br>Santa Monica, CA 90403<br>Tel.: (424) 278-3017<br>Email: 2@lucasmurrey.io<br>Website: lucasmurrey.com<br>SocialMedia: sickoscoop.com/lucas | **FILED**<br>SEP 27 2024<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:         Deputy Clerk |
| ☒ Individual appearing without attorney<br>☐ Attorney for: | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>MS. AMY LYNNE BLALOCK<br><br>Debtor(s). | CASE NO.: 24-bk-12532-BR<br>ADVERSARY NO.: 24-ap-01152-BR<br>CHAPTER: 7 |
|---|---|
| DR. STEWART LUCAS MURREY<br><br>Plaintiff(s).<br>vs.<br>MS. AMY LYNNE BLALOCK<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 10/08/2024<br>TIME: 10:00 A.M.<br>COURTROOM: 1668<br>ADDRESS: Edward Roybal Building<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

### A. PLEADINGS/SERVICE:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes ☐ No
2. Have all parties filed and served answers to the Claims Documents?  ☒ Yes ☐ No
3. Have all motions addressed to the Claims Documents been resolved?  ☐ Yes ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1?  ☐ Yes ☒ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                Page 1                                          F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (or on attached page):
   Given that Ms. Blalock severely defamed plaintiff and that they are in pro se, Dr. Murrey was forced to file this document himself. Please see the attached Declaration. Nevertheless Plaintiff sought in good faith to file this report properly. As noted in his recent reply and/or supplemental brief in regard to the coming hearing regarding whether or not Ms. Blalock's case will remain in federal court or be remaneded to its original place in state court, given Blalock's clear conspiracy with other defendants, including platforms and their algorithms i.e. product liability, negligence and deceptive business pratices, plaintiff requries a jury trial and requests it be remanded. For these reasons, if this case remains in federal court, plaintiff will first be forced to motion for leave to file a second amended complaint to add the above-noted complexity to this case. New evidence for instance has come to light showing that Facebook paid Blalock's co-conspirators to harm him.

## B. READINESS FOR TRIAL:

1. When will you be ready for trial in this case?
   
   Plaintiff                                              Defendant
   
   Unclear until Plaintiff's original LASC. Case No. 23STCV14890 is resolved.

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
   
   Plaintiff                                              Defendant
   
   Unclear until Plaintiff's original LASC. Case No. 23STCV14890 is resolved.

3. When do you expect to complete your discovery efforts?
   
   Plaintiff                                              Defendant
   
   Unclear until Plaintiff's original LASC. Case No. 23STCV14890 is resolved.

4. What additional discovery do you require to prepare for trial?
   
   Plaintiff                                              Defendant
   
   Unclear until Plaintiff's original LASC. Case No. 23STCV14890 is resolved.

## C. TRIAL TIME:

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?
   
   Plaintiff                                              Defendant
   
   Unclear until Plaintiff's original LASC. Case No. 23STCV14890 is resolved.

2. How many witnesses do you intend to call at trial (including opposing parties)?
   
   Plaintiff                                              Defendant
   
   Unclear until Plaintiff's original LASC. Case No. 23STCV14890 is resolved.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 2                    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Unclear until Plaintiff's original LASC. Case No. 23STCV14890 is resolved. | |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested<br>Reasons:<br>Unclear until Plaintiff's original LASC. Case No. 23STCV14890 is resolved. | Pretrial conference ☐ is ☐ is not requested<br>Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set <u>after:</u><br>(*date*) _____ | Pretrial conference should be set <u>after:</u><br>(*date*) _____ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

    Unclear until Plaintiff's original LASC. Case No. 23STCV14890 is resolved.

2. Has this dispute been formally mediated?  ☐ Yes  ☐ No
   If so, when?
   Unclear until Plaintiff's original LASC. Case No. 23STCV14890 is resolved.

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☐ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015* — Page 3 — **F 7016-1.STATUS.REPORT**

## F. FINAL JUDGMENT/ORDER:

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

**Plaintiff**
☐ I do consent
☒ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**Defendant**
☐ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

## G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL: (Use additional page if necessary)

Given that Ms. Blalock severely defamed plaintiff and that they are in pro se, Dr. Murrey was forced to file this document himself. Please see the attached Declaration. Nevertheless Plaintiff sought in good faith to file this report properly. As noted in his recent reply and/or supplemental brief in regard to the coming hearing regarding whether or not Ms. Blalock's case will remain in federal court or be remaneded to its original place in state court, given Blalock's clear conspiracy with other defendants, including platforms and their algorithms i.e. product liability, negligence and deceptive business pratices, plaintiff requries a jury trial and requests it be remanded. For these reasons, if this case remains in federal court, plaintiff will first be forced to motion for leave to file a second amended complaint to add the above-noted complexity to this case. New evidence for instance has come to light showing that Facebook paid Blalock's co-conspirators to harm him.

Respectfully submitted,

Date: 09/26/2024

Date: _____

Printed name of law firm

*Lucas Murrey*
Signature

Dr. Stewart Lucas Murrey
Printed name

Attorney for: In Pro Se

Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                              Page 4                              F 7016-1.STATUS.REPORT

# PROOF OF SERVICE

I declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 5478 Wilshire Blvd., Suite 223, Los Angeles, CA 90036, which is located in the county where the mailing described below took place. On 26 September 2024 I served the foregoing document(s) described as: Dr. Murrey's joint status report and declaration in the matter of Dr. Murrey v. Blalock Case no. 24-ap-01152-BR (related Blalock bankruptcy case no. 24-bk-12532-BR-Chapter 7) to:

Amy Lynne Blalock
1619 N La Brea Ave #509
Los Angeles, CA 90028
Tel. (310) 569-6182
amyblalock@gmail.com

I served a true copy of the document(s) above:

[ ] By United States mail. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) mentioned above and:

[ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage full prepaid.

[X] By e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on 26 September 2026 at Los Angeles, California.

/s/Alexander J. Petale, Esq.
Declarant