FILED
SEP 27 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (424) 278-3017
Email: 2@lucasmurrey.io
Website: lucasmurrey.com
SocialMedia: sickoscoop.com/lucas

Plaintiff & Plaintiff in Pro Se

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>    Debtor,<br><br>DR. STEWART LUCAS MURREY, an individual;<br>    Plaintiff,<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>    Defendant. | Adversary Complaint Case No. 24-ap-01152-BR<br>[Assigned to: Hon. Judge Barry Russell]<br><br>Related: Bankruptcy Case No. 24-bk-12532-BR-Chapter 7<br>[Assigned to: Hon. Judge Barry Russell]<br><br>**PLAINTIFF DR. STEWART LUCAS MURREY'S DECLARTION IN SUPPORT OF HIS JOINT STATUS REPORT**<br><br>Hearing Date:    8 October 2024<br>Hearing Time:    10:00 A.M.<br>Courtroom:    1668<br>    Edward Roybal Building<br>    255 E. Temple St.<br>    Los Angeles, CA 90012<br>Judge:    Hon. Barry Russell |

- 1 -

PLAINTIFF DR. MURREY'S DECLARATION

**DECLARATION OF DR. LUCAS MURREY**

I, Dr. Lucas Murrey, declare:

1. That I am the plaintiff in this action; that I am over the age of 18 years and that I have personal knowledge of the facts contained in this declaration. If called upon to testify I could and would testify competently as to the truth of the facts stated herein.

2. I received my Doctorate of Philosophy (Ph.D) from Yale University in 2011, I have since published various books, articles and videos on the origins of money and tragedy; I am presently working on new material while I continue to join my voice to peaceful protests supporting civil rights for all peoples everywhere. Based upon these achievements I use the title doctor in front of my name.

3. This declaration is submitted in support of plaintiff's joint status report.

//

4. Given that defendant Ms. Amy Blalock has been caught severely defaming me and participating in an elaborate online conspiracy to harm my person and that we both represent ourselves in pro se communication between us

- 2 -

PLAINTIFF DR. MURREY'S DECLARATION

is strained and therefore, just like last time, I am force to file this joint status report on my own.

I declare that under penalty of perjury under the laws of the United States that the foregoing is true and correct; executed on 31 July 2024 in Los Angeles, California.

        /s/ Stewart Lucas Murrey
        DR. STEWART LUCAS MURREY