| Amy Bialock<br>1001 Gayley Ave #24381<br>Los Angeles, CA 90024<br>310-569-6182<br>pro se defendant | FOR COURT USE ONLY<br><br>FILED<br>OCT 08 2024<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| Name of Debtor(s) listed on the bankruptcy case:<br>Amy Lynne Bialock | CASE NO.: 24-AP-01152-BR<br>CHAPTER: 7 |
|---|---|
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:    ☒ Debtor    ☐ Joint-Debtor    ☐ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): Amy Bialock
   Mailing Address: 1619 N. La Brea Ave #509
   City, State, Zip Code: Los Angeles, CA 90028

3. **New Address:**
   Mailing Address: 1001 Gayley Ave #24381
   City, State, Zip Code: Los Angeles, CA 90024

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: October 3, 2024        Amy Bialock
                              Requestor's printed name(s)

                              [signature]
                              Requestor's signature(s)

                              _____
                              Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                   F 1002-1.3.CHANGE.ADDRESS