UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

FILED & ENTERED

OCT 09 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier   DEPUTY CLERK

| | |
|---|---|
| In re:<br><br>AMY LYNNE BLALOCK,<br><br>                           Debtor. | Case No.: 2:24-bk-12532-BR<br><br>Chapter 7 |
| STEWART LUCAS MURREY,<br><br>                           Plaintiff,<br><br>v.<br><br>AMY LYNNE BLALOCK,<br><br>                         Defendant. | Adv. No. 2:24-ap-01152-BR<br><br>**SCHEDULING ORDER** |

A continued status conference was held on October 8, 2024 at 10:00 a.m.[1]

Both plaintiff and defendant appeared on their own behalfs. Having considered the pleadings filed in this case, **THE COURT HEREBY ORDERS THE FOLLOWING SCHEDULE:**

---

[1] The complaint in this adversary proceeding was filed on June 13, 2024. The initial status conference was held on August 20, 2024 and continued for hearing to October 8, 2024.

1. An amended complaint shall be filed no later than **November 8, 2024**;
2. An answer to the amended complaint shall be filed no later than **December 9, 2024**;
3. All discovery must be **completed** no later than **January 6, 2025**:
4. A continued "in person" status conference will be held on **January 7, 2025 at 10:00 a.m.**;
5. A joint status conference report, signed by both of the parties, shall be filed no later than **December 29, 2024**.

**IT IS SO ORDERED.**

###

Date: October 9, 2024

Barry Russell
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

Amy Lynne Blalock
1001 Gayley Ave #24381
Los Angeles, CA 90024

Howard M Ehrenberg (TR)
1875 Century Park East
Suite 1900
Los Angeles, CA 90067

DR STEWART LUCAS MURREY
1217 WILSHIRE BLVD #3655
SANTA MONICA CA 90403

☐ Service information continued on attached page

Date: 10/9/2024    Signature: _____

Deputy Clerk [printed name]: Stacey Furter

CACB Rev. June 2016