AD 24 - 01152 BR

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

AMENDED COMPLAINT AND ANOTHER SUMMONS

DR STEWART LUCAS MURREY
1217 WILSHIRE BLVD #3655
SANTA MONICA CA 90403

AMY LYNNE BLALOCK
1001 GAYLEY AVE #24381
LOS ANGELES, CA 90024



FILED
OCT 10 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

☐ Service information continued on attached page

Date: 10/10/2024   Signature: _____

Deputy Clerk [printed name]: STACEY FORTIER

CACB Rev. June 2016

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Dr. Stewart Lucas Murrey<br>1217 Wilshire Blvd #3655<br>Santa Monica, CA 90403<br><br>424-278-3017<br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

| In re:<br><br>Amy Lynne Blalock<br><br><br>Debtor(s). | CASE NO.: 2:24-bk-12532-BR<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 2:24-ap-01152-BR |
|---|---|
| Dr. Stewart Lucas Murrey<br><br>Plaintiff(s)<br>Versus<br><br>Amy Lynne Blalock<br><br>Defendant(s) | **ANOTHER<br>SUMMONS AND NOTICE OF STATUS<br>CONFERENCE IN ADVERSARY<br>PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **12/09/2024.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
  **Date:**              January 7, 2025
  **Time:**              10:00 AM
  **Hearing Judge:**     Barry Russell
  **Location:**          255 E Temple St., Crtrm 1668, Los Angeles, CA 90012

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                Page 1                        **F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Alias Summons and Notice of Status Conference in Adversary Proceeding: <u>October 10, 2024</u>

By: <u>"s/" Stacey Fortier</u>
Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                              Page 2                         F 7004-1.SUMMONS.ADV.PROC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:

_____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On *(date)* _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    _____    _____
Date                    Printed Name                    Signature

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                           **F 7004-1.SUMMONS.ADV.PROC**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE

**RE: CONTINUANCES:**

No continuances will be granted unless a written stipulation signed by all parties is filed at least 48 hours prior to the schedules hearing. Such stipulation must explain, in detail, the reason for the continuances. Such stipulation must be in the form of a declaration, signed under penalty of perjury. No continuance will be granted without good cause.

In addition to filing a written stipulation, the Courtroom Deputy must be notified personally at least 24 hours before the hearing. No continuances will be granted on the day of the hearing. It is the responsibility of all parties to check to see that the Court has been so notified. If there has been no notification, both written and oral, all sides must be ready to proceed with the hearing. Unless the parties have been notified by the clerk that the judge has granted the motion, all parties must appear for the hearing.

**RE: SETTLEMENTS:**

In case of a settlement reached prior to a hearing or trial, every effort should be made to notify the Court at least 48 hours prior to the hearing or trial.

**RE: SANCTIONS FOR FAILURE TO TIMELY PREPARE FOR STATUS AND PRE-TRIAL CONFERENCES:**

Pursuant to Rule 7016 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7016-1, failure to timely comply with Rule 7016-1 will result in sanctions of at least $400.00 against any party and/or its counsel, payable to the Clerk of Court, General Fund Account. Additional sanctions may be imposed as deemed appropriate under the circumstances. Timely compliance with Rule 7016-1 includes, but is not limited to, timely filing of status report and pre-trial orders. Subsequent offenses in the same matter will result in escalating sanctions. Sending attorneys to court to appear on matters, about which they are inadequate informed will result in similar sanctions.

_/s/ Barry Russell_
BARRY RUSSELL
U.S. BANKRUPTCY JUDGE

# FREE LEGAL HELP

A creditor has sued you in bankruptcy court. You were served with a Summons and Complaint, and you must now file an Answer. If you do not file an Answer on time, the court may enter a default judgment against you. This means that your debt may not be discharged and you will be responsible for paying it back.

## IF YOU CAN NOT AFFORD AN ATTORNEY, FREE LEGAL HELP MAY BE AVAILABLE.

For more information, call:

**Public Counsel's**

**Debtor Assistance Project Hotline**

**(213) 385-2977, ext. 704**



35TH ANNIVERSARY

THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS

# AYUDA LEGAL GRATUITA

Su acreedor le ha demandado en la corte de bancarrota. Usted recibió la demanda, llamada "Summons" y "Complaint." Usted debe archivar una respuesta a la demanda en la corte. Si no archiva la respuesta a tiempo, la corte puede decidir en su contra. Si eso sucede, la deuda no se descargará en su caso de bancarrota y Usted será responsable por pagar al acreedor.

## SI LE FALTAN RECURSOS PARA CONTRATAR A UN ABOGADO, LLAME A LA LINEA DE AYUDA LEGAL GRATUITA.

Para mas información, llame al:

**Proyecto de Ayuda al Deudor
de
Public Counsel**

**(213) 385-2977, ext. 704**



35TH ANNIVERSARY
THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (424) 278-3017
Email: 2@lucasmurrey.io
Website: lucasmurrey.com
SocialMedia: sickoscoop.com/lucas

Plaintiff & Plaintiff in Pro Se

**FILED**
OCT 10 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>　　　　Debtor,<br><br>DR. STEWART LUCAS MURREY, an individual;<br>　　　　Plaintiff,<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>　　　　Defendant. | Amended Adversary Complaint Case No. 24-ap-01152-BR<br>[Assigned to: Hon. Judge Barry Russell]<br><br>Related: Bankruptcy Case No. 24-bk-12532-BR-Chapter 7<br>[Assigned to: Hon. Judge Barry Russell]<br><br>COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523(a)(6) |

Plaintiff DR. STEWART LUCAS MURREY alleges and states as follows:

## I.    VENUE AND JURISDICTION

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 1334 and 157(b)(2)(j).

2. The last date for filing complaints to determine the dischargeability of debts pursuant to 11 U.S.C. § 523 is 1 July 2024; and this Court has ordered that an amended adversary complaint shall be filled by 8 November 2024.

3. Venue in this action is proper in this Court pursuant to 28 U.S.C. § 1409.

Dr. Murrey's Amended Adversary Complaint

4. The Debtor and Defendant AMY LYNNE BLALOCK ("Defendant" and "Blalock") filed her voluntary petition under Chapter 7 of the Bankruptcy Code on 2 April 2024 in the United States Bankruptcy Court for the Central District of California, Case No. 2:24-bk-12532-BR.

## II.  PARTIES

5. At all times material hereto, Creditor and Plaintiff, DR. STEWART LUCAS MURREY ("Plaintiff" and "Dr. Murrey") is an individual who resides in the County of Los Angeles.

6. The Debtor and Defendant, Blalock, is an individual who resides in the County of Los Angeles.

## III.  BACKGROUND FACTS AND GENERAL ALLEGATIONS

7. Plaintiff repeats and realleges the allegations contained in paragraphs 1-6, inclusive, and by reference thereto incorporates the same herein as though fully set forth at length.

8. Ever since plaintiff published his first two books in 2014 and 2015 with Noam Chomsky's praise on the backs of them and with reference to Chomsky's criticism of nation-state violence against innocent peoples, plaintiff has suffered various attacks on his person and reputation.

9. In 2016 and throughout 2017 an anonymous group began publishing defamatory remarks about plaintiff on the website WWW.CHEATERREPORT.COM ("Cheaterreport").

10. Said online accounts attacked both plaintiff and his girlfriend at the time while she struggled with cancer.

11. In March of 2018 plaintiff's girlfriend passed from cancer while suffering said anonymous assaults. Those behind this online conspiracy quickly exploited her death to harm plaintiff by alleging that plaintiff had murdered her with "rat poison". Several conspirators were then caught having committed insurance fraud to steal money from plaintiff and several other people.

12. Plaintiff then diligently sued Cheaterreport and those behind said anonymous website in 2019.

13. Plaintiff's research revealed that the criminals who operated and profited from Cheaterreport included Domingo Rivera and Aaron Minc, both of whom have direct ties to the national security state and mafia centered in Ohio and elsewhere. Whereas Rivera admitted under oath in federal court to working in United States Navy Cybersecurity and having had highest level security clearance, Minc's life-project was exposed as extorting money from innocent people who have been harmed by anonymous websites such as Cheaterreport run by Minc's co-criminal conspirators such as Rivera.

14. Plaintiff's research further revealed that a network of anonymous Cheaterreport-like websites had paid Facebook to advertise in furtherance of their anonymous online extortion scam.

15. Although plaintiff properly served Facebook a subpoena to discover and unmask particular anonymous identities who paid Facebook for said advertising, the familiar corruption of the American legal system stood in the way. In particular, the judge on this case (LASC case no. 19SMCV00935) refused to allow plaintiff to compel Facebook to reveal the true identities involved in said monetary transactions between the anonymous Cheaterreport network of extortion websites and Facebook, but without any legal justification, nor rationale.

16. While plaintiff continued his scholarly work and increasing criticism of the national security state and its abuse of social media to surveil, censor and harm the populace, plaintiff discovered that said defective platform and app Facebook with billions of users and its liable products such as its defective algorithms and reward "points" had been weaponized to target plaintiff since at least 2021. Said liable products of Facebook ("Facebook") are defective specifically because they fail to filter and/or stop the circulation of harmful representations to billions of people worldwide even after Facebook is put on notice. This also applies to other defective apps and platforms named herein such as GoFundMe and/or Google.

17. After filing reports against the hundreds of Facebook accounts caught gang-stalking, defaming and cyberbullying plaintiff in a Facebook forum "Are We Dating The Same Guy?" ("AWDTSG") with the FBI and LAPD, plaintiff

-4-
Dr. Murrey's Amended Adversary Complaint

filed a lawsuit against particular individuals about whom he had obtained evidence against on 27 June 2023 (LASC case no. 23STCV14890). Said Facebook forum is heinously savage in its criminality because of its secrecy and denial of those harmed from joining the forum to defend themselves, thus effectively denying its victims their freedom of speech.

18. Among said Facebook accounts harming plaintiff to millions of Facebook users in AWDTSG forums was defendant in this case Ms. Amy Blalock.

19. In furtherance of said Facebook conspiracy Blalock stated: "I'm afraid if there's any missing women in LA – he [plaintiff] has something to do with it."

20. Blalock repeated her accusations of plaintiff as being guilty of kidnapping and murdering women and further associated plaintiff with real serial killers on TV: "He's going to end up on Dateline one day", she further stated.

21. Blalock conspired with others to profit from the harm she caused plaintiff. In particular, she said that she and the other Facebook accounts should make a "documentary" that should be "like *The Tinder Swindler*": a Netflix documentary about a Israeli criminal Shimon Hayut (aka *the Tinder Swindler*) convicted of stealing large amounts of money, fraud, deceit and other serious crimes.

22. Blalock also sought to incite invasions into plaintiff privacy by stating that she had conspired to record plaintiff in secret without his consent. "I have a

- 5 -
Dr. Murrey's Amended Adversary Complaint

work phone and personal phone", Blalock said: "I put them stacked on the bar in front of me and one of them was recording. About 5 mins into sitting there, he [plaintiff] grabbed both of my phones [...]".

23. All of the above statements are false. Plaintiff has no memory of Blalock, nor of meeting her; he certainly never gave Blalock permission nor ever consented to her recording him; and he never grabbed Blalock's phone and/or phones. Finally, all of Blalock's absurd and harmful accusations regarding plaintiff and his relationship with women are false.

24. Blalock profited from said Facebook harm to plaintiff by having received Facebook "points" for her participation in said conspiracy to harm plaintiff.

25. Blalock also profited from more recent defamation of plaintiff in 2024 on a malicious GoFundMe webpage whereupon Blalock and her co-conspirators published a fictional story of plaintiff dangerously stalking a woman.

26. Blalock and her accomplices then launched a media smear-campaign promoting false and harmful stories about plaintiff and their GoFundMe webpage to billions of people worldwide.

27. Blalock and others then received hundreds of donations that led to thousands of dollars as a result of her fraudulent and malicious misrepresentation of plaintiff.

28. Said stalking story undersigned by Blalock and her accomplices on their GoFundMe webpage effectively compounded the already severe damage to plaintiff noted above.

29. The conduct described above constitutes willful and malicious defamation (libel) of plaintiff, defamation (*libel*) per se, false light, intentional infliction of emotional distress, unjust enrichment, cyberbullying, sexual discrimination etc. as well as serious crimes such as electronic harassment (653.2 PC) and stalking (646.9 PC) etc.

30. Further, Blalock has been caught conspiring to willfully and maliciously deploy defective products such as the Facebook platform and app, its algorithms and reward "points" to both harm plaintiff and to profit from said intentional harm. This is a critical part of this lawsuit since damage experts are just now beginning to understand the profound harm and life-long harm caused by such willful and malicious online behavior that reaches billions of other people online.

31. As a proximate result of defendant's intentional conduct plaintiff has suffered serious damages, including, but not limited to emotional distress, embarrassment and humiliation.

### IV. FIRST CLAIM FOR RELIEF FOR NON-DISCHARGEABILITY OF JUDGMENT DEBTS BASED ON 11 U.S.C. § 523(a)(6) – WILLFUL AND MALICIOUS PERSONAL INJURY

32. Plaintiff repeats and realleges the allegations contained in paragraphs 1-31, inclusive, and by reference thereto incorporates the same herein as though fully set forth at length.

33. Defendant is an individual debtor.

34. The plaintiff's claims against defendant arise from her willful and malicious acts that resulted in injury to plaintiff. This includes Blalock's willful and malicious deployment of products she knew to be defective such as the Facebook and GoFundMe apps and platforms, their algorithms and rewards, points and/or monetary compensation.

35. The above-noted statements by Blalock were willfully made and malicious: she was fully aware of the severe harm they would and did cause plaintiff. Cyberbullying is a relatively new horror within our society. It is one that damage expert are just now starting to explore and which has been estimated to be of unusual power in the harm caused to its victims. Further, Blalock is guilty of not only serious tortious malfeasance against plaintiff, but also of having committed serious crimes such as electronic harassment and stalking and for which plaintiff has the right to prosecute Blalock for her debts being thus non-dischargeable.

36. Plaintiff properly served Blalock his above-noted original state court case along with a statement of damages. Only after Blalock failed to dismiss said case due to her failed anti-SLAPP motion and precisely when plaintiff sent

Blalock a final meet & confer letter regarding her discovery responses being due did Blalock file in bad faith her bankruptcy case.

37. As such a sum that exceeds the original $2,600,000.00 of compensatory and punitive damages is nondischargeable pursuant to 11 U.S.C. § 523(a)(6).

V. **SECOND CLAIM FOR RELIEF FOR NON-DISCHARGEABILITY OF JUDGMENT DEBTS BASED ON 11 U.S.C. § 523(a)(2)(a) – MONEY, PROPERTY, SERVICES, ETC. TO THE EXTENT OBTAINED BY FALSE PRETENSES, A FALSE REPRESENTATION ETC.**

38. Plaintiff repeats and realleges the allegations contained in paragraphs 1-37, inclusive, and by reference thereto incorporates the same herein as though fully set forth at length.

39. Defendant is an individual debtor.

40. The plaintiff's claims against defendant arise from her money, property, services, etc. obtained by false pretenses and false representations such as Blalock's false and harmful representations of plaintiff on Facebook that led to defendant obtaining rewards such as "Facebook points" as well as Blalock's false and harmful representations of plaintiff on her GoFundMe webpage that led to her obtaining thousands of donations and dollars.

41. Plaintiff properly served Blalock his above-noted original state court case along with a statement of damages. Only after Blalock failed to dismiss said case due to her failed anti-SLAPP motion and precisely when plaintiff sent

-9-

Dr. Murrey's Amended Adversary Complaint

Blalock a final meet & confer letter regarding her discovery responses being due did Blalock file in bad faith her bankruptcy case.

42. As such a sum that exceeds the original $2,600,000.00 of compensatory and punitive damages is nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(a).

## VI. THIRD CLAIM FOR RELIEF FOR NON-DISCHARGEABILITY OF JUDGMENT DEBTS BASED ON 11 U.S.C. § 523(a)(2)(b)(i, iv) – MONEY, PROPERTY, SERVICES, ETC. TO THE EXTENT OBTAINED BY USE OF A STATEMENT IN WRITING THAT IS MATERIALLY FALSE AND THAT THE DEBTOR CAUSED TO BE MADE OR PUBLISHED WITH INTENT TO DECEIVE

43. Plaintiff repeats and realleges the allegations contained in paragraphs 1-42, inclusive, and by reference thereto incorporates the same herein as though fully set forth at length.

44. Defendant is an individual debtor.

45. The plaintiff's claims against defendant arise from her money, property, services, etc. obtained by use of a statement in writing that is materially false and that the debtor caused to be made or published with intent to deceive.

46. As noted above, Blalock's false and harmful written statements about plaintiff on Facebook and GoFundMe led to defendant obtaining rewards such as "Facebook points" and thousands of donations and dollars.

47. Plaintiff properly served Blalock his above-noted original state court case along with a statement of damages. Only after Blalock failed to dismiss said case due to her failed anti-SLAPP motion and precisely when plaintiff sent

Blalock a final meet & confer letter regarding her discovery responses being due did Blalock file in bad faith her bankruptcy case.

48. As such a sum that exceeds the original $2,600,000.00 of compensatory and punitive damages is nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(b)(i, iv).

**WHEREFORE, Plaintiff prays for damages as follows:**

1) For a determination of nondischargeability as set forth above;

2) For judgment in his favor on all claims asserted herein;

3) For a judgment deeming that any and all forthcoming judgment debt(s) owed by Ms. Blalock to Plaintiff to be non-dischargeable pursuant to 11 U.S.C. § 523(a)(6) based on the willful, malicious and intentional personal injury to Plaintiff by Ms. Blalock;

4) For costs of suit incurred herein; and

5) For such other and further relief as the Court deems just and appropriate.

DATED: 9 October 2024                    Respectfully submitted,

By: _____
Dr. Stewart Lucas Murrey
*Plaintiff & Plaintiff in Pro Se*
Website: lucasmurrey.com
SocialMedia: sickoscoop.com/lucas

- 11 -

Dr. Murrey's Amended Adversary Complaint

# PROOF OF SERVICE

I declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 5478 Wilshire Blvd., Suite 430, Los Angeles, CA 90036, which is located in the county where the mailing described below took place. On 10 October 2024 I served the foregoing document(s) described as: Dr. Murrey's second amended adversary complaint to:

Amy Lynne Blalock
1001 Gayley Ave. # 24381
Los Angeles, CA 90024
Tel. (310) 569-6182
amyblalock@gmail.com

I served a true copy of the document(s) above:

[ ] By United States mail. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) mentioned above and:

[ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage full prepaid.

[X] By e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on 10 October 2024 at Los Angeles, California.

_____
Declarant