United States Bankruptcy Court
Central District of California

Murrey,
    Plaintiff

Adv. Proc. No. 24-01152-BR

Blalock,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 1
Date Rcvd: Oct 09, 2024      Form ID: pdf031      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Amy Lynne Blalock, 1001 Gayley Ave #24381, Los Angeles, CA 90024-3464 |
| pla | + | Dr. Stewart Lucas Murrey, 1217 Wilshire Blvd #3655, Santa Monica, CA 90403-5466 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Howard M Ehrenberg (TR) | ehrenbergtrustee@gmlaw.com<br>ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 2

**FILED & ENTERED**

**OCT 09 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>AMY LYNNE BLALOCK,<br><br>                               Debtor. | Case No.: 2:24-bk-12532-BR<br><br>Chapter 7 |
| STEWART LUCAS MURREY,<br><br>                              Plaintiff,<br><br>v.<br><br>AMY LYNNE BLALOCK,<br><br>                             Defendant. | Adv. No. 2:24-ap-01152-BR<br><br>**SCHEDULING ORDER** |

A continued status conference was held on October 8, 2024 at 10:00 a.m.[1]

Both plaintiff and defendant appeared on their own behalfs. Having considered the pleadings filed in this case, **THE COURT HEREBY ORDERS THE FOLLOWING SCHEDULE:**

---

[1] The complaint in this adversary proceeding was filed on June 13, 2024. The initial status conference was held on August 20, 2024 and continued for hearing to October 8, 2024.

1

1. An amended complaint shall be filed no later than **November 8, 2024**;
2. An answer to the amended complaint shall be filed no later than **December 9, 2024**;
3. All discovery must be **completed** no later than **January 6, 2025**:
4. A continued "in person" status conference will be held on **January 7, 2025 at 10:00 a.m.**;
5. A *joint* status conference report, signed by both of the parties, shall be filed no later than **December 29, 2024**.

IT IS SO ORDERED.

###

Date: October 9, 2024

Barry Russell
United States Bankruptcy Judge

2

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

Amy Lynne Blalock
1001 Gayley Ave #24381
Los Angeles, CA 90024

Howard M Ehrenberg (TR)
1875 Century Park East
Suite 1900
Los Angeles, CA 90067

DR STEWART LUCAS MURREY
1217 WILSHIRE BLVD #3655
SANTA MONICA CA 90403

☐ Service information continued on attached page

Date: 10/9/2024    Signature: _____

Deputy Clerk [printed name]: Stacey Furter

CACB Rev. June 2016