```
Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (424) 278-3017
Email: 2@lucasmurrey.io
Website: lucasmurrey.com
SocialMedia: sickoscoop.com/lucas
```

FILED OCT 15 2024 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

Plaintiff & Plaintiff in Pro Se

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>　　　Debtor,<br><br>DR. STEWART LUCAS MURREY, an individual;<br>　　　Plaintiff,<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>　　　Defendant. | Errata to Amended Adversary Complaint<br>Case No.24-ap-01152-BR<br>[Assigned to: Hon. Judge Barry Russell]<br><br>Related: Bankruptcy Case No.<br>24-bk-12532-BR-Chapter 7<br>[Assigned to: Hon. Judge Barry Russell]<br><br>COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523(a)(6) 523(a)(2)(a); and 523(a)(2)(b)(i,iv) |

[handwritten annotation: "8)"]

ERRATA TO PLAINTIFF DR. MURREY'S AMENDED COMPLAINT

Plaintiff Dr. Murrey of the above-captioned matter submits this Errata to his recently filed "Amended Adversary Complaint" filed herein on 10 October 2024.

On the facepage of said recently filed amended complaint, the causes of action were erroneously written only as: "COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523(a)(6)" as a typological error. The correct list of causes of in this case, per the claims set forth in the amended complaint include: "COMPLAINT TO DETERMINE NON-

DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523(a)(6); 523(a)(2)(a); and 523(a)(2)(b)(I, iv).

DATED: 13 October 2024                   Respectfully submitted,

By: _____
Dr. Stewart Lucas Murrey
*Plaintiff & Plaintiff in Pro Se*
Website: lucasmurrey.com
SocialMedia: sickoscoop.com/lucas

# PROOF OF SERVICE

I declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 5478 Wilshire Blvd., Suite 430, Los Angeles, CA 90036, which is located in the county where the mailing described below took place. On 14 October 2024 I served the foregoing document(s) described as: Errata to Dr. Murrey's amended adversary complaint to:

Amy Lynne Blalock
1001 Gayley Ave. # 24381
Los Angeles, CA 90024
Tel. (310) 569-6182
amyblalock@gmail.com

I served a true copy of the document(s) above:

[X] By United States mail. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) mentioned above and:

[ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage full prepaid.

[X] By e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on 14 October 2024 at Los Angeles, California.

Declarant