1
2
3
4

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (424) 278-3017
Email: 2@lucasmurrey.io
Website: lucasmurrey.com
SocialMedia: sickoscoop.com/lucas

**FILED**

**NOV 19 2024**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

5    Plaintiff & Plaintiff in Pro Se

6

7

8

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

10    In re:

11    MS. AMY LYNNE BLALOCK, an
individual;

12                Debtor,

13    DR. STEWART LUCAS MURREY, an
individual;

14                Plaintiff,

15    MS. AMY LYNNE BLALOCK, an
individual;

16                Defendant.

17

18

Adversary Complaint Case No.
24-ap-01152-BR
[Assigned to: Hon. Judge Barry Russell]

**PLAINTIFF DR. STEWART LUCAS
MURREY'S DECLARTION IN
SUPPORT OF HIS MOTION TO
COMPEL DEFENDANT MS.
BLALOCK'S RESPONSES TO
INTERROGATORIES AND
REQUESTS FOR PRODCTION OF
DOCUMENTS; AND REQUEST FOR
SANCTIONS**

19

20

21

Hearing Date:
Hearing Time:
Courtroom:      1668
Judge:          Hon. Barry Russell

22

23

24

25

26

27

28

- 1 -

PLAINTIFF'S DECLARATION IN SUPPORT OF HIS MOTION TO COMPEL AND
REQUEST FOR SANCTIONS

# DECLARATION OF DR. LUCAS MURREY

I, Dr. Lucas Murrey, declare:

1. That I am the plaintiff in this action; that I am over the age of 18 years and that I have personal knowledge of the facts contained in this declaration. If called upon to testify I could and would testify competently as to the truth of the facts stated herein.

2. This declaration is submitted in support of plaintiff's motion to compel defendant Ms. Amy Blalock's responses to his interrogatories and requests for production of documents and request for sanctions.

3. Facebook AWDTSG group members stated that "public records show" [that plaintiff has] involvement in [a] MURDER case of his ex[-]wife", is "suspected of murder"; [h]as several domestic violence charges filed against him"; is an "abusive murderer"; "[has] "[f]iled […] court cases against women […] trying to extort money from them"; "has committed fraud"; "has acted fraudulently", "has STDs", has an "ex-wife who [he] killed"; "claim[s] he is an attorney"; and that plaintiff is listed on the California court's public record as being a "vexatious litigant".

4. A true and correct copy of said harmful statements is hereto attached as Exhibit "A".

- 2 -

5. All of the above-noted statements are false. Of the hundreds of Facebook accounts involved not a single woman has come forward who I have ever met in person other than one who I met for less than fifteen minutes because I saw that she did not resemble her pictures and I refused to go on a date with her and politely excused myself forthwith. Of the remaining Facebook accounts only a small fraction of women (so far only three) have had any communication with me e.g. via a few text messages and I rejected each and every one. Said cyber-attack has led to off-line harassment of myself, loved ones, family, friends, colleagues, and anyone perceived to be associated with me, I have received multiple death threats and suffered serious damages, including, but not limited to the loss of income and potential work and I am currently being treated for the severe harm he suffered.

6. Among the goals of these unusually malicious statements and cyber-attack is the creation of mass web-traffic, "click-bait", drawing attention to one-self and obtaining "Facebook points" i.e. Facebook money, money via GoFundMe.com donations, also from a national and international news media campaign, and money from securing a Netflix deal for a docuseries.

7. A true and correct copy of said Facebook points, money from their defamatory GoFundMe webpage, national and international media smear

- 3 -

campaign and attempts to make a documentary and secure a deal with Netflix is hereto attached as Exhibit "B".

8. Members of Facebook's AWDTSG and defendants in my case have been caught harassing men who have passed away (and thus who cannot harm anyone) and the families of men, including their wives and children, who refused to have one-night stands with them. Instead of being a safe place for women to protect one another, Facebook and its AWDTSG groups are places where drunk women cyber-attack men while they openly admit to suffering from psychological disorders.

9. A true and correct copy of said attacks on men who have passed, families of men, including their wives and children, and instances of women being drunk while posting on AWDTSG and admitting to having psychological disorders is hereto attached as Exhibit "C".

10. Blalock stated in Facebook AWDTSG groups that plaintiff: 1) stole one of her mobile phones; 2) that she secretly recorded plaintiff; 3), that plaintiff invites women he dates to a "second location" because there he murders them; 4) that plaintiff has "something to do with" all "missing women in LA"; 5) that plaintiff is going to end up on "Dateline" for all his murders; that plaintiff is similar to the infamous *Tinder Swindler* because plaintiff has also committed fraud and stolen large amounts of money; and 7) that

- 4 -

**PLAINTIFF'S DECLARATION IN SUPPORT OF HIS MOTION TO COMPEL AND
REQUEST FOR SANCTIONS**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

for these reasons plaintiff should be abandon his home and residence

where he has lived for a decade

11. A true and correct copy of Blalock's above-noted comments is hereto

attached as Exhibit "D".

12. Blalock has admitted in her verified responses to my requests for

admission that she received GoFundMe money for her webpage that she

undersigned with several other defendants and whereupon she defamed

plaintiff by falsely accusing him of stalking a woman named Elly Shariat

who in truth and actual fact plaintiff does not know and never stalked

13. A true and correct copy of Blalock's verified admission that she obtained

money from her defamatory GoFundMe webpage is hereto attached as

Exhibit "E".

14. Blalock has also obtained Facebook money via Facebook points i.e.

Facebook money.

15. A true and correct copy of the Facebook money Blalock earned while

harming me is hereto attached as Exhibit "F".

16. And Blalock has attempted to obtain money from securing a Netflix deal

for her malicious statements against plaintiff in an envisioned docu-series.

17. A true and correct copy of [...] is hereto attached as Exhibit "G".

- 5 -

**PLAINTIFF'S DECLARATION IN SUPPORT OF HIS MOTION TO COMPEL AND
REQUEST FOR SANCTIONS**

18. On 10 October 2024 I served Ms. Blalock with interrogatories and requests for production of documents.

19. A true and correct copy of said service of interrogatories and requests for production of documents is hereto attached as Exhibit "H".

20. After Ms. Blalock failed to respond timely to my interrogatories and requests for production of documents I sent her a meet & confer letter on 10 November 2024 informing her that by failing to respond within 30 days she waived all objections and still needed to answer. Defendant responded on 13 November 2024 wherein she frivolously sought to evade answering. In good faith I responded with a second meet & confer letter advising her once again that I would file a motion to compel if she failed to respond with complete and thorough responses. Ms. Blalock then responded on 13 November 2024 informing stating that: "you [plaintiff] can seek your motion to compel". Further, in good faith I sent Ms. Blalock my draft of the joint stipulation attached to this motion to compel, but defendant has failed to respond and provide her half of said stipulation.

21. A true and correct copy of said good faith meet & confer letters and communications is hereto attached as Exhibit "I".

22. A true and correct copy of defendant's first response to my first set of interrogatories served on 10 October 2024 which defendant served on 17

- 6 -

November 2024 improperly with objections and without good faith

responses is hereto attached as Exhibit "J".

23. Ever since Noam Chomsky celebrated my books I noticed that I was

shadow-banned by Facebook and other such platforms, in particular for

my outspoken criticism of the surveillance state conducted in secret by

national security state agencies of the United States government.

24. A true and correct copy of my books and criticism of Facebook and its

involvement in the unlawful national security state surveillance state is

hereto attached as Exhibit "K".

25. Facebook is well-known for its relationship with said governmental

agencies, its criminality and its employment of spooks like ex-CIA agents

to unlawfully censor, harm, monetize and control the American populace –

and Facebook's AWDTSG groups are suspiciously aggressive toward

anyone who dares criticize the CIA.

26. A true and correct copy of Facebook's direct relationship with unlawful

governmental harm of the American citizenry is hereto attached as Exhibit

"L".


//

- 7 -

**PLAINTIFF'S DECLARATION IN SUPPORT OF HIS MOTION TO COMPEL AND
REQUEST FOR SANCTIONS**

1

27. A true and correct copy of Blalock's verified response to my second set of

2

requests for admission, no.s 20-21 is hereto attached as Exhibit "M".

3

4

I declare that under penalty of perjury under the laws of the United States that

5

6

the foregoing is true and correct; executed on 19 November 2024 in Los Angeles,

7

California.

8

9

10                        DR. STEWART LUCAS MURREY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 8 -

**PLAINTIFF'S DECLARATION IN SUPPORT OF HIS MOTION TO COMPEL AND
REQUEST FOR SANCTIONS**

**EXHIBIT A**

**Kel Culb Gib**
August 3, 2022

▶▶▶ Tea in comments if approved- but I'm curious if anyone has met "Lucas" in person (I'm not sure if that's even his real name)▶▶▶



41          Like          Comment          307 comments    Send

**Kel Culb Gib**
August 3, 2022

▶▶▶ Tea in comments if approved- but I'm curious if anyone has met "Lucas" in person
(I'm not sure if that's even his real name)▶▶▶





Like   Reply   44w

**Kel Culb Gib**  Author
**Bridget** he also goes by Stewart, which according to all these lawsuits is his legal first name.

Like   Reply   34w                                                    2

Bridget Canwood

5:50

Are We Dating The Same Guy? |
Los Angeles
Kel Culb Gib · Aug 3, 2020

Lena Vanderford
He is equally loved on social
media....

Reply                    1

Kel Culb Gib
Lena zero followers lol
1w   Like   Reply              2

**Kel Culb Gib**  Author
**Lena** zero followers lol
Like   Reply   9w              2

**Lauren-Ashleigh Christian**
**Lena Vanderford** is that a cash tag in his bio?? Lmao

Like   Reply   2w

The comment Vanessa Valdes is replying to has been deleted

**Vanessa Valdes**

12:15        December 18, 2019



**Kel Culb Gib** Author
**Lena** zero followers lol

Like  Reply  12w

**Lauren-Ashleigh Christian**
**Lena Vanderford** is that tag in his bio?? Lmao 💀

Like  Reply  6w

The comment Vanessa Valdes is replying to has been deleted.

**Vanessa Valdes**

## Kel's Post                                              ✕



Like  Reply  31w                                    😲💀 19



**Katherine Frame**
**Lena Vanderford** Jesus Christ.
Can you post this as it's own comment instead of a reply so more people see it?

Like  Reply  31w                                          👍 5

**Brittany Shea**
**Lena Vanderford** What was the ex wife's name?

Like  Reply  31w                                        👍

**Kel Culb Gib** Author
**Brittany** I have looked over the court docs and from what I gather, her name was Sherrie M. I'm not sure if I'm able to post her full last name– I don't want to go against group rules. If someone can confirm it's allowed I will comment but it's also listed in some of the reports that have been posted.

Like  Reply  31w                                        👍 2

**Brittany Shea**
**Kel Culb Gib** I think I know what it is from the docs I read.

Like  Reply  31w                                        👍



9:29

### Are We Dating The Same Guy? | Los Angeles

Kel Culb Gib · Aug 3 · 🖼️

**Jamie Onuki**
Okay her name was Sherrie Martinez

---

**Kel's Post**                                              ✕

**Savannah Valencia** read this it's crazy

Like   Reply   27w   

**Kel Culb Gib**  Author
Hey everyone, I've tried reporting Lucas through Hinge a couple of times and haven't heard back.

I don't have Bumble so I'm unable to report him there, according to their website. Would anyone else be able to do it?

Like   Reply   28w

**Lena Vanderford**
**Kel Culb Gib** I actually know someone on the board at Bumble. Did anyone find his Facebook or any social media, email etc? That will help get him banned

Like   Reply   28w                                          ♡

**Kel Culb Gib**  Author
Lena we found all of his lawsuits on Google by typing his name in. I know his Twitter and the cell number he gave me but not sure if it's still active. He doesn't seem to care about hiding so I'm sure his Facebook would be relatively easy to track down if he has one!

Like   Reply   28w

**Kel Culb Gib**

Author    Open to messaging

Eve Salazar he pressed lawsuits against a number of women to extort money from them and was suspected in the murder of his ex wife. I think the doc could investigate the murder since he clearly didn't go to jail about it and instead of accuse him just plant seeds of speculation.

1d    Like    Reply

1 

## Kel's Post                                             ✕

One of your matches, Lucas M, was
recently removed from Hinge based
on information regarding potentially
fraudulent* behavior. We are notifying
you because you matched with this
user. While Hinge cannot verify the
accuracy of such information, it
advises you to remain cautious in
your online interactions with all
individuals who you do not already
know.

Like   Reply   28w

**Lena Vanderford**
**Kel Culb Gib** yes! "Fraudulent" meaning abusive murderer? 😈

Like   Reply   28w

**Kel Culb Gib**  Author
Lena this was the end of the email lol so I guess all his extortion
lawsuits  they're gliding right on past that murder suspicion

> * Fraudulent behavior includes but is
> not limited to using a false identity or
> posing a significant risk of attempting
> to obtain money from other users
> through deceitful means.

Like   Reply   28w

**Lena Vanderford**
**Kel Culb Gib** I guess we should all be looking out for a fresh hinge
profile

Like   Reply   28w

**Katherine Frame**
Okay. So I googled and YIKES ON BIKES, here are the top google results:

## Kel's Post                                                                ✕

 COURTLISTENER.COM
Docket for Dr. Stewart Lucas Murrey v. Cheaterreport.com,
2:21-cv-08140 - CourtListener.com

 10

Like   Reply   31w

 **Naomi Joy Garcia**

**MOTIONS:** Plaintiff's Motion to Compel Further Responses to
Form interrogatories and Sanctions

**HEARING DATE: 12/18/2020**

**Background/ Discovery Dispute**

Plaintiff Dr Stewart Lucas Murrey filed a complaint against
Jenney Lee for intentional infliction of emotional distress and
conversion. The parties were allegedly in a romantic
relationship. Plaintiff alleges that Defendant tried to extort
money from him by pretending to be someone else and claiming
that she was pregnant. Defendant also allegedly destroyed
some of Plaintiff's dress shirts and other personal property

On August 28, 2020, Plaintiff filed a motion to compel further
responses to form interrogatories, and requests sanctions

Like   Reply   31w                                            3

**Kel Culb Gib**   Author

**Naomi** omg ... suing a company that catches <u>cheaters and the
suspicion of murdering his wife?!</u> Dateline vibes.

Like   Reply   31w                                     4

**Kel Culb Gib**   Author

**SeAirra Dittenber**

Like   Reply   29w

 **Crisna Kay**

Someone tag me when op posts deets. This is insane    3

Like   Reply   31w

↳ View 1 more reply

**Kel Culb Gib**   Author

**Crisna** I'm heading home from the studio right now to pour my tea but it

 **Kaitlin Lillywhite**
I'm living for this thread

Like   Reply   35w    23

**Kel Culb Gib**   Author
UPDATE: REPORTED AND REMOVED FROM HINGE.

But he is obviously a predator so keep in mind he could make new profiles with new names or false info if his ego is damaged enough from being removed (he is an overt narcissist so caution is necessary!)

I don't have Bumble or Tinder so I'm not sure how to report him from there, if you've matched with him on either place I encourage you to try to have him removed from those as well.

STAY SAFE LADIESSSS!!



Like   Reply   32w                                    7

↳ **1 Reply**



that part of the populace they have
brainwashed

Lucas Murrey    26 June 2022    45
Share

← Back

Like    Reply    35w

**Nicole Burova**
**Katherine Frame** he's a Dr??    ...

Like    Reply    35w

**Donna Dishbak**
**Katherine Frame** he s        mental ward!    3

Like    Reply    35w

**Kel Culb Gib**    Author
**SeAirra Dittenber**

11

8:23



**Are We Dating The Same Guy? |
Los Angeles**
⭐ Kel Culb Gib · 5d · 𝚺

At his age, that's a huge red flag ▶

Like    Reply                    17 👀

**Kel Culb Gib**
Author ⭐ •••
Diane he told me about his published
books and how he does podcasts with
scholars. I didn't look up his books
until last night but they're both about
German poets/philosophers who were
obsessed with Greek tragedy and
Dionysian poetry which includes the
balance between "terror and
excitement" and society's focus on
visualization in comparison to wealth
and money as it relates to tragedy.
Dude is basically obsessed with
tragedy and money. His Twitter is full
of Bitcoin garb and conspiracies.

5d    Like    Reply              3 ⚫



**Diane Leprince**
Kel Culb Gib I bet if we do some
researches he doesn't have a
phd. He maybe attended the
program but never finished it....

Write a comment...



1:41

December 9, 2022
8:25 PM

< Edit ⋯

**Los Angeles**
Kel Culb Gib · Aug 3 · 🔒

**Carisa Ducommun Iezza**
Aka Dr. Stewart Lucas Murrey

4d    Like    Reply    1 ⚫

**Elly Shariat**
Matched with him on Tinder a few years back. He wanted to meet up IMMEDIATELY but I made it clear I couldn't because I had a client in town, also let him know my texts/replies wouldn't be timely because I'd be with my client and didn't want to be rude. He found my Instagram and even though I hadn't geo-tagged where in Beverly Hills I was, I guess he recognized the pool and at some point in the evening stopped by the hotel and sat down next to me and my client at the bar exclaiming "I've been looking for you all over town! You're a hard girl to pin down!" I was flabbergasted and freaking out because who tf does that?! To show up uninvited at a place I didn't tell you about? Luckily a British guy a few seats over heard everything and pretended like he knew me and my client,... See more

4d    Like    Reply    6 😾😼

freaking out because who tf does that?! To show up uninvited at a place I didn't tell you about? Luckily a British guy a few seats over heard everything and pretended like he knew me and my client, apologized for having a call that ran long, and said why don't we go somewhere more private to discuss our work. At that point my client and I said sorry to Lucas and that we have to go with the British guy because there's a major deal we are working on so we left and Lucas huffed and puffed. (British guy had prepaid our tab, unbeknownst to us, so we wouldn't be hampered in trying to leave.) In the elevator the nice Brit mentioned how sorry he was for his gender and that seeing how distraught and panicked I was made him almost call the cops but that the bartender knew if Lucas tried to follow us to def call the cops. To this day I feel incredibly lucky that guy interjected and stepped in. Still thinking about that afternoon scares tf out of me. Lucas should NOT be allowed on any of these apps because he really is dangerous af.

Los Angeles
Kel Culb Gib · Aug 3

**Kel Culb Gib**

Elly Shariat **omg! Did you get the British guys name?? That guy might have saved you from some serious trauma. I'm so sorry that happened to you! Lucas needs to be friggin stopped like wtf is the solution here ??** 🙏

4d    Like    Reply

**Elly Shariat**

Kel Culb Gib **sadly, we never got his info and I legit feel AWFUL that we didn't. He came to my client's room an hour after rescuing us, saw I was still upset and shook up, and even took us to Nobu in WeHo for dinner to help me get my mind off what happened. He was a perfect gentleman, incredibly kind, tall, and handsome, but I was so distraught about Lucas that it never registered for me to get his info. My client tried to use the context clues he had given**

Rules

# Kel's Post ✕

↳ **4 Replies**

**Katherine Frame**
Okay. So I googled and YIKES ON BIKES, here are the top google results:



Like    Reply    31w                                    ❤️😮 7

↳ View 2 previous replies

**Kel Culb Gib**  Author
It takes a special kind of Narcissist to continue doing what he's doing with the information that is publicly available about him. It's giving full blown sociopath.

Like    Reply    31w                                    👍 8

**Katherine Frame**
**Kel Culb Gib** yup. 😂

Like    Reply    31w

**Kari Woodring Webster**
Wow. Talk about going down a rabbit hole. His Twitter makes him look insane and all the court cases. Wow

Like    Reply    31w                                    👍 5

**Donna L Anderson**
**Kari Woodring Webster** I wonder what they are for and how many were

Like   Reply   34w 

**Kel Culb Gib**  Author
This guy clearly has an affinity for lawsuits, ladies, so let's just not even mention this post 😂 Don't even tell your diaries 🏛️                           4

Like   Reply   35w

**Nicole Burova**
Looks harmless and this is probably a paradigm example of looks being



**Kel Culb Gib**
Author   Open to messaging

Kera H Bjornerud we wouldn't have to mention the group at ALLLLL. Could just say I met a girl and talked about it and she had the same experience and knew someone else with the same experience and snowball from there!

1d   Like   Reply

**Kel Culb Gib**
Author   Open to messaging

Kera H Bjornerud or even just say I googled him when my gut told me to cancel because his lawsuits are ALLLLLLL public record and he uses his real name 

1d   Like   Reply                          1 

**Kel Culb Gib**

Author    Open to messaging

Actually just screenshot the
pictures themselves, don't
mention the group or show the
group name at all.

1d    Like    Reply



**Kel Culb Gib**

Jacqui I can sceen shot the message I sent these girls to give you an idea of what I was thinking

3d    Like    Reply                          1 

**Jacqui Blue**

Kel Culb Gib Yes, DM me.

3d    Like    Reply

**Kel Culb Gib**

Jacqui Blue it might go to your requests (which I forget to check REGULARLY lol just fyi) if you don't see it in main

3d    Like    Reply                          1 

Rules



8:57

lucas in DON'T DATE

Filters    Posts You've Seen    Most Recent    Posted B

Went on one date with dr. Lucas Murrey years ago. In 20 minutes I could tell he was an egomaniac and a litigious psycho. He dropped so many red flags I had to run. I also googled him... just saw him on tinder and bumble.

Public records show:
Has several domestic violence charges filed against him plus involvement in MURDER case of his ex wife whom he had life insurance benefits from. (He mentioned this on the date)

Filed 11 court cases against women in 33 months trying to extort money from them. Has filed and been denied several restraining orders. Has acted aggressively in court.

He's on tinder. DONT DATE. Seriously the only time in my life that I've been scared of a man was the week following this date.

Lucas

Lena Vanderford
August 3, 2022

12                                          9 com

Like                    Comme

Michal Ofek
Lena Vanderford what's the name of this group?
Like    Reply    31w

Katherine Frame
Michal Ofek look at the top of the screenshot
Like    Reply    31w

Michal Ofek
Yes but couldn't find a group called "don't date"
Like    Reply    31w

Kel Culb Gib
Michal Same!
Like    Reply    31w

Nicole Burova
Same
Like    Reply    31w

Lena Vanderford
Michal Ofek there are 2 "don't date" and "don't date LA" but I feel like I haven't seen posts in a long time.
Like    Reply    31w



## Group member's Post                                    ✕

**Liv Burger**
Group member god how funny would it be if we gathered all of the women he has tried to bamboozle at the same place and time as your date. Just sitting, chatting, scattered around innocently. He would never go back again. 😈

Like  Reply  17w                                              5

**Group member**  Author
**Liv Burger** I'm so down for this. Then we can all write a book about it and dedicate it to him 😈😈
Some of us can dress like CIA agents and get him spooked out.. or wear shirts with picture of his ex who was killed.

Like  Reply  17w

**Group member**  Author
**Liv Burger** we can name the book "the deadliest swipe" 👆

Like  Reply  17w

**Liv Burger**

Like   Reply   21w

**Group member**   Author

**Liv Burger** yep that's what he said

Like   Reply   21w

**Group member**   Author

**Liv Burger** seriously something is so weird about all of this. I feel like
we should go undercover and get him to confess his crimes! I bet he
has some serious skeletons in his closet ••
I feel like this is a movie and I haven't blocked him yet so he's still in the
rafters waiting for me to meet him at his creep spots. I wonder what
the workers know/think ? There's a reason he goes to the same spots
...

 **Group member**  Author

I'm so glad I posted here. I never met him yet so that was a close call! He said he was an Attorney on hinge but what's odd is today I got an email from hinge saying they banned a member named Luke for  fraudulent behavior, but I had 2 Luke's I matched with, but after work I checked and he was gone and the other was still there so obviously it was him.

Like    Reply    21w

**Lucy Crew**

## Kel's Post

manipulate and coerce to his house for some reason. It's so eerie.

Like    Reply



**Elly Shariat**

Matched with him on Tinder a few years back. He wanted to meet up IMMEDIATELY but I made it clear I couldn't because I had a client in town, also let him know my texts/replies wouldn't be timely because I'd be with my client and didn't want to be rude. He found my Instagram and even though I hadn't geo-tagged where in Beverly Hills I was, I guess he recognized the pool and at some point in the evening stopped by the hotel and sat down next to me and my client at the bar exclaiming "I've been looking for you all over town! You're a hard girl to pin down!" I was flabbergasted and freaking out because who tf does that?! To show up uninvited at a place I didn't tell you about? Luckily a British guy a few seats over heard everything and pretended like he knew me and my client, apologized for having a call that ran long, and said why don't we go somewhere more private to discuss our work. At that point my client and I said sorry to Lucas and that we have to go with the British guy because there's a major deal we are working on so we left and Lucas huffed and puffed. (British guy had prepaid our tab, unbeknownst to us, so we wouldn't be hampered in trying to leave.) In the elevator the nice Brit mentioned how sorry he was for his gender and that seeing how distraught and panicked I was made him almost call the cops but that the bartender knew if Lucas tried to follow us to def call the cops. To this day I feel incredibly lucky that guy interjected and stepped in. Still thinking about that afternoon scares tf out of me. Lucas should NOT be allowed on any of these apps because he really is dangerous af.

Like    Reply

**Liv Burger**
**Elly Shariat** omg that's terrible!

Like    Reply

↳ 7 Replies

Like   Reply

**Kel Culb Gib**
**Elly Shariat** omg! Did you get the British guys name?? That guy might have saved you from some serious trauma. I'm so sorry that happened to you! Lucas needs to be friggin stopped like wtf is the solution here ?? 🤷‍♀️

Like   Reply

**Elly Shariat**
**Kel Culb Gib** sadly, we never got his info and I legit feel AWFUL that we didn't. He came to my client's room an hour after rescuing us, saw I was still upset and shook up, and even took us to Nobu in WeHo for dinner to help me get my mind off what happened. He was a perfect gentleman, incredibly kind, tall, and handsome, but I was so distraught about Lucas that it never registered for me to get his info. My client tried to use the context clues he had given through the night to find him but we never did. It's like he was an angel who appeared out of nowhere, saved us, then disappeared. My client didn't see him at the hotel after that night either.

Like   Reply

**Kel Culb Gib**
**Elly Shariat** oh well, he was a hero in disguise that night! The world works in mysterious ways– I'm glad he was there.

Like   Reply

**Elly Shariat**
**Kel Culb Gib** absolutely! I'm so grateful that he appeared and the universe was looking out. I don't want any other girl to encounter him because he is so volatile and capable of anything!

Like   Reply

afternoon scares tf out of me. Lucas should NOT be allowed on any of these apps
because he really is dangerous af.

Like · Reply



**Liv Burger**
**Elly Shariat** omg that's terrible!    ...

Like · Reply

→ View 2 previous repli



**Elly Shariat**
**Liv Burger** girl, I am so sorry!



Like · Reply



**Elly Shariat**
**Liv Burger** the timing of this thread is crazy because just two nights
ago I woke up in a cold sweat after having a nightmare about the night
he showed up. My fiancé has seen Lucas' pics and knows the story in
case we are ever out and he spots him so we can leave but the horrible
vibes he gave that night, the strength he used when he came over and
grabbed my wrist saying I was hard to pin down, I am still terrified
about.

Like · Reply



## Kel's Post

>

One of your matches, Lucas M, was
recently removed from Hinge based
on information regarding potentially
fraudulent behavior. We are notifying
you because you matched with this
user. While Hinge cannot verify the
accuracy of such information, it
advises you to remain cautious in
your online interactions with all
individuals who you do not already
know.

Like · Reply · 28w

**Lena Vanderford**
**Kel Culb Gib** yes! "Fraudulent" meaning abusive murderer? 😂

Like   Reply   28w

**Kel Culb Gib**   Author
**Lena** this was at the end of the email lol so I guess all his extortion
lawsuits 🪦 they're gliding right on past that murder suspicion

* Fraudulent behavior includes but is
not limited to using a false identity or
posing a significant risk of attempting
to obtain money from other users
through deceitful means.

Like   Reply   28w

**Lena Vanderford**
**Kel Culb Gib** I guess we should all be looking out for a fresh hinge
profile

Like   Reply   28w

**Katherine Frame**
Okay. So I googled and YIKES ON BIKES, here are the top google results:

Like  Reply  34w

**Kel Culb Gib**  Author
This guy clearly has an affinity for lawsuits, ladies, so let's just not even mention this post  Don't even tell your diaries 🔒

Like  Reply  35w                                                          😮😆 4

**Nicole Burova**
Looks harmless and this is probably a paradigm example of looks being

 **Kel Culb Gib**
Author    Open to messaging
Kera H Bjornerud we wouldn't have to mention the group at ALLLLL. Could just say I met a girl and talked about it and she had the same experience and knew someone else with the same experience and snowball from there!

1d    Like    Reply

**Kel Culb Gib**
Author    Open to messaging
Kera H Bjornerud or even just say I googled him when my gut told me to cancel because his lawsuits are ALLLLLLL public record and he uses his real name 🐸

1d    Like    Reply                    1 👍

**Kel Culb Gib**

Author    Open to messaging

Actually just screenshot the
pictures themselves, don't
mention the group or show the
group name at all.

1d    Like    Reply



**Kel Culb Gib**

Jacqui I can sceen shot the message I sent these girls to give you an idea of what I was thinking

3d    Like    Reply                    1 ♥

**Jacqui Blue**

Kel Culb Gib Yes, DM me.

3d    Like    Reply

**Kel Culb Gib**

Jacqui Blue it might go to your requests (which I forget to check REGULARLY lol just fyi) if you don't see it in main

3d    Like    Reply                    1 👍

Rules

4:18 ✈ 



‹   **Kcg Gib**

•••

Most relevant ⌄

 **R.C. Salane**
Pardon what do you mean this weirdo showed up at your home??  This story truly gets wilder at every turn.

Like

**Kcg Gib**
R.C.  truuuuly

Like

 **Mark DeLisle**
R.C. Salane dude showed up to serve her. She's never even met him in person and he knew where she lived and showed up personally.

Dude should have been put 6ft under in the desert somewhere with some pepper on top already.

Kcg Gib I only know you through Michele but I read the article last night... insane.  I'd say this guy should be in a mental institution but he's past that, he needs to be deleted.

Sorry you're going through this.



**b**
Notice of Facebook and its Admins/Moderators Violation of My Right to Fre...
To:

You are hereby on notice that Facebook and its admins and moderators have violated my fundamental right to freedom of speech to defend my good name and reputation against extreme defamation, false light, invasion of privacy, iied and a host of other civil and criminal torts. These have been occurring and continue to occur for years now in countless Facebook private groups from which I have been denied access such that I cannot voice my opposing views to the above-noted criminal and tortious statements about my person. Thus, once again, I am requesting immediate access to all these groups including, but not limited too "Are we dating the same guy - Los Angeles" and all the other cities and counties and regions and any and all other such groups. I have a right to voice my own opposing views along with add to my comments and postings links and evidence in support thereof just as those aggressively harming my life and work have voiced their statements and provided said links. The only difference of course is that I will act within the law, which makes the violations of Facebook and its admin/moderators of my rights even more egregious. This letter will also be used as evidence in my forthcoming lawsuit against said admins and moderators as well as FB itself.

Dr. Lucas Murrey
Ph.D Yale University
Author of Hölderlin's Dionysiac Poetry and Nietzsche: The Meaning of Earth
lucasmurrey.com



🔒 Private group · **52.5K members**

👥 **Join group**

**About**    Discussion

### About this group

This group is a place for women to protect, support, and empower other women.

A place where woman can speak freely, openly, and honestly witho... **See more**

🔒 **Private**
Only members can see who's in the group and what they post.

👁 **Visible**
Anyone can find this group.

🕐 **History**
Group created on March 5, 2022. Name last changed on May 28, 2022. **See more**



**PERKINSCOIE**

1888 Century Park East
Suite 1700
Los Angeles, CA 90067-1721

O +1.310.788.9900
O +1.310.788.3399
PerkinsCoie.com

May 16, 2023

Jasmine W. Wetherell
JWetherell@perkinscoie.com
D. +1.310.788.3294

*VIA EMAIL*
2@lucasmurrey.io

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403

Re:     **Your correspondence to Meta Platforms, Inc. regarding Private Chat Groups**
█████████████████████████████████████████████

Dr. Murrey:

We represent non-party Meta Platforms, Inc. ("Meta"), and write in response to your emails dated
March 31, April 2, April 8, April 10, April 12, and May 12, 2023, demanding that Meta preserve
certain data relating to the following "Private Chat Groups" on Facebook:

> "DON'T DATE"
> "Are we dating the same guy? / Los Angeles"
> "Are we dating the same guy? / Orange County OC / Irvine / Huntington Beach"
> "Don't Date Him / Dating Advice Group For Women All Around The World"
> "Are we dating the same guy? / San Diego"
> "Are we dating the same guy? / San Francisco SF / Bay Area"
> "Are we dating the same guy? / Bay Area"
> "Are we dating the same guy? / Santa Barbara / Ventura County"
> "Are we dating the same guy? / New York City"

(together, the "Private Chat Groups").

We understand from your letter that you believe certain Meta user accounts have made harassing
or defamatory posts about you in these Private Chat Groups, and you are demanding that Meta
preserve certain documents and information regarding these user accounts as a records custodian
(the "Demand").

First, as a preliminary matter, if you purport to know or suspect who controls the targeted accounts,
your preservation request should be directed to the relevant account owner. Moreover, if the
information is available to you, you should preserve the information. *See Calcor Space Facility,
Inc. v. Superior Court*, 53 Cal. App. 4th 216, 224-25 (1997) (holding that "[a]s between parties to
litigation and nonparties, the burden of discovery should be placed on the latter only if the former

Dr. Lucas Murrey
May 16, 2023
Page 2

does not possess the material sought to be discovered.") Indeed, your emails of April 8 and May 12 appear to include a partial screenshot of at least one of the relevant posts that is known to you.

Second, Meta has not been served with any legal process relating to the Private Chat Groups, and nonparty service providers such as Meta, generally have no obligation to preserve absent a court order. *See, e.g., Bright Solutions for Dyslexia, Inc. v. Doe* 1, 15-CV-01618-JSC, 2015 WL 5159125, at *2 (N.D. Cal. Sept. 2, 2015) ("unlike litigants, third-party entities have no duty to preserve absent a court order"); *see also, Johnson v. United Servs. Auto. Assn.*, 67 Cal. App. 4th 626, 637–38 (1998) (non-parties generally do not have duty to preserve), *abrogated on other grounds by Lueter v. State of California*, 94 Cal. App. 4th 1285 (2002) (finding that there is no cause of action for negligent spoliation of evidence against non-parties).

The subpoenas issued to Meta in connection with *Murrey v. Cheaterreport, et al.*, LASC Case No. 19SMCV00935 (the "Cheaterreport Subpoenas") are not relevant to your present Demand, and the Court's March 22, 2022, order authorizing third-party discovery in that matter did not relate to the Private Chat Groups. Moreover, our firm represented Meta in connection with the Cheaterreport Subpoenas, which are now resolved. Your demands regarding the Private Chat Groups should be directed elsewhere.

Third, to the extent your emails of May 6 and May 8, 2023, may be interpreted as a threat to take legal action against Meta based on the content of the Private Chat Groups, any claim against Meta based on its content moderation decisions is barred by Section 230 of the Communications Decency Act. 47 U.S.C. § 230(c)(1) ("CDA"). The CDA immunizes service providers such as Meta "from liability arising from content created by third parties." *Fair Hous. Council of San Fernando Valley v. Roommates.Com, LLC*, 521 F.3d 1157, 1162 (9th Cir. 2008). This immunity applies where a plaintiff's claim treats an interactive computer service such as Meta as the "publisher" or "speaker" of offending content created by another information content provider, such as an account holder. *See Barnes v. Yahoo!, Inc.*, 570 F.3d 1096, 1100-01 (9th Cir. 2009), as amended (Sept. 28, 2009); *see also Delfino v. Agilent Techs., Inc.*, 145 Cal. App. 4th 790, 806 (2006) ("CDA immunity has been applied to defendants asserting that they were interactive computer service providers or users for a variety of tort claims other than defamation," including "invasion of privacy, misappropriation of right of publicity, and negligence") (citing *Carafano v. Metrosplash.com, Inc.*, 339 F.3d 1119 (9th Cir. 2003)). Here, CDA immunity would apply, as any lawsuit against Meta would arise solely from the actions of Facebook and Instagram account holders using its services.

Fourth, and in any event, even if Meta had received an order or proper legal process, it could not comply because your preservation letter is unduly burdensome, vague, ambiguous, and overbroad. Additionally, your correspondence seeks preservation of information outside of Meta's possession, custody, and control. For example, it seeks preservation of the employment histories of all members of the Private Chat Groups.

Dr. Lucas Murrey
May 16, 2023
Page 3

If you have case law applicable to nonparties that you believe Meta should review, please provide it. Otherwise, Meta will not undertake an obligation to preserve the data, particularly in light of the broad and vague nature of the demand, as well as the fact that a party to the litigation can and should preserve the data itself.

We trust this letter resolves this matter, but please feel free to contact me at the telephone number or email address above if you would like to further discuss. Meta otherwise preserves and does not waive any other available objections or rights.

Sincerely,

Jasmine W. Wetherell

cc:    Julie Schwartz, Esq.

**EXHIBIT B**

# LAW CRIME

## ~~defamation actually~~ harassed them on dating apps, defendants say

**MARISA SARNOFF**    Mar 24th, 2024, 9:43 am

**8 comments**

SHARE



*Olivia Berger, left, and Vanessa Valdes, right, speak at a press conference on behalf of women being sued by Stewart*

 thetimes.co.uk  



Vanessa Valdes and Olivia Berger are among the defendants in the defamation and privacy case brought by Stewart Lucas Murrey

# Man sues more than 50 women for calling him a bad

 The Sun

Join Today    SIGN IN

NATIONAL

## Los Angeles Bachelor Sues Dates for Smearing Him on Facebook Group Designed To 'Empower' Women Dating 'Toxic and Dangerous' Men

Stewart Lucas Murrey is classifying his women tormentors as 'femcels,' a play on the term 'incels' that describes involuntarily celibate men with a deep hatred of women.





**Women respond to suit by man over negative Facebook posts about dating him | NewsNation Prime**

NewsNation ✓
1.36M subscribers

Subscribe

👍 189    👎    ↪ Share    ···

 **News**

Home | Showbiz | TV | Politics | Femail | Royals | Sports | Health | Science | Money | U.K. | Video | Travel | Puzzles | Shopping

US Elections 2024 | Poll Tracker | Donald Trump | Kamala Harris | Joe Biden | Path to Victory | Politics Newsletter | Breaking News    Login

**EXCLUSIVE** The world's most vilified man speaks for the first time: An online female hate-mob has accused him of stalking, extortion and MURDER. But, we reveal, there are also dark episodes in h[is] past...

By PETER SHERIDAN IN LOS ANGELES
PUBLISHED: 21:00 EST, 13 April 2024 | UPDATED: 11:07 EST, 14 April 2024



     135    💬 14

Daily Mail
https://www.dailymail.co.uk › news › article-13305141  ⋮
An online female hate-mob has accused him of stalking ...
Apr 14, 2024 — **Murrey** claims he was attacked and defamed by 50 women - many of whom he
has never met - on a Facebook group called Are We Dating The Same ...

Daily Mail
https://www.dailymail.co.uk › femail › article-13224259  ⋮
LA bachelor launches LAWSUIT against more than 50 ...
Mar 21, 2024 — Stewart **Lucas** Murray, from Santa Monica, has alleged that he was subjected
to a barrage of false and defamatory posts and comments in the online ...

Daily Mail
https://www.dailymail.co.uk › news › article-13287847  ⋮
Judge dismisses a $2.6 million claim by a bachelor, 32 ...
Apr 9, 2024 — Dozens of women called Stewart **Lucas** Murray, from Santa Monica, a 'bad date'
before he took the move to sue following claims he was labeled a ...

Daily Mail
https://www.dailymail.co.uk › news › article-13301999  ⋮
The bachelor who sued 50 women for calling him a bad ...
Apr 12, 2024 — Stewart **Lucas Murrey** went to the Los Angeles home of Kelly Gibbons at
10.45pm and returned days later at 8.45pm.

Daily Mail
https://www.dailymail.co.uk › news › article-13291977  ⋮



ADVERTISEMENT





**SHARE**    

*This is an archived article and the information in the article may be outdated. Please look at the time stamp on the story to see when it was last updated.*

A Los Angeles man is suing several women for negative posts they allegedly wrote about him on

**MOST POPULAR**

1  Plane crashes at NHRA Finals in Pomona, 3 injured

2  Second earthquake strikes Inland Empire





*US NEWS*

## Man sues 50 women for $2.6 million after they called him a bad date in viral Facebook group

By Isabel Keane

Published April 9, 2024 | Updated April 9, 2024, 10:04 a.m. ET

💬 Comments

**TRENDING NOW**

IN US NEWS

Winter storm to bring first widespread cold snap ahead of Thanksgiving week travel



Home   UK   Politics   World   **US**   Money   Science, Climate & Tech   Ents & Arts   Programmes   Videos        More ⌄

# Man suing women who claimed he was a bad date has first of 50 cases thrown out

Stewart Lucas Murrey is taking action against the women for claiming on a private Facebook group that he had behaved inappropriately on dating apps.

Niamh Lynch



≡ Sections            *Los Angeles Times*            SUBSCRIBE   LOG IN   🔍

CALIFORNIA

# He claimed 10 women defamed him in online 'Are we dating the same guy?' group. An L.A. court is skeptical





## Anyone keeping tabs on Dr. Murrey's cases?
14 upvotes · 22 comments

 **Brenda_Barrett** · 61d

Just seeing this thread. Was at the Palm Springs International ShortFest this weekend where I overheard people talking about an upcoming documentary brewing at Netflix. Apparently the two girls behind the media circus around this guy have been in talks with them.

··· ↩ Reply ⬆ 1 ⬇

 **C32165A375 OP** · 61d



**Kel's post**

Y'all I'm genuinely interested in figuring out a mini-doc vibe about that Lucas fellow 👀 who knows how to make this happen?

27 comments

Like                    Comment

13

**All comments** ⌄

**Kel Culb Gib**
Author    Open to messaging
To refresh your memory... I'll add the link so you can read the tea 🍵

Like    Reply                    2

**Kel Culb Gib**
Author    Open to messaging

**Kel Culb Gib**
Vanessa Parrotta **this is the main one I was
talking about but I'll tag you in my other
posts too**

2w   Like   Reply

**Vanessa Parrotta**
Kel Culb Gib **unreal!!! But low key I'd
be the one trying to check his freezer
like someone else said 😆 I love a
good mystery**

**Amy Blalock**
We could all share our stories on the
documentary like The Tinder Swindler.

Then again, I think this would boost his ego
more.

Can't win with that guy.

3 ⏺

**Kel Culb Gib**
Author    Open to messaging
Amy Blalock **I know right? I really just
wanna talk to all the other women and
get the full range of stories 😆 I did
post that after a few glasses of wine. I
would be semi scared but interested.
Have you see Love Fraud on
Showtime? I imagine it would be like
that where he agrees to be**

5:39



**Are We Dating The Same Guy? |**
**Los Angeles**

Kel Culb Gib · Aug 3 2022 · 🌐

   **Kel Culb Gib**
   Emily **it's anon I'll message it to**
   **you**

   Like   Reply       1 ❤️

   **Kel Culb Gib**
   **I messaged you but from the**
   **looks of our last convo you might**
   **have me blocked** 😹😹

   Like   Reply

   **Emily Noelle**
   Kel Culb Gib **abahahahahahahah**

   Like   Reply       1 😋

   **Emily Noelle**
   Kel Culb Gib **damn I unblocked**
   **you but I still can't figure it out lol**
   **I have an enormous amount of**
   **ppl blocked.**

   Like   Reply       1 😋

   **Kel Culb Gib**
   Emily **maybe check requests?**

   Like   Reply



**Kel Culb Gib**

Open to messaging   2d · 🖼

Y'all I'm genuinely interested in figuring out a mini-doc vibe about that Lucas fellow 😂 who knows how to make this happen?

👍😂❤ 13                                    27 comments

👍 Like                          💬 Comment



 **Bridget Garwood** 
Kel Culb Gib shoot me a message about what you had in mind structure/storyline wise! I might be able to help.

1d   Like   Reply                    1 ⬤

**Kel Culb Gib**
Author   Open to messaging
Bridget Garwood I'll send you a message with just what I was thinking with the help of my good friend Cabernet last night 😂. If it's any sort of plausible we can hit up Abby Meininger and work it out 😂

1d   Like   Reply



9:40

**Are We Dating The Same Guy? |
Los Angeles**
Kel Culb Gib · Nov. 14 ·

**Abby Meininger**
I'm a documentary filmmaker! Let's do it

Like   Reply                    11

**Jacqui Blue**
Me too! I'll help! A documentary about
dating and dating apps alone would
be great.

Like   Reply                    2

**Kel Culb Gib**
Jacqui I can sceen shot the
message I sent these girls to give
you an idea of what I was thinking

Like   Reply                    1

**Jacqui Blue**
Kel Culb Gib Yes, DM me.

Like   Reply

**Kel Culb Gib**
Jacqui Blue it might go to your
requests (which I forget to check
REGULARLY lol just fyi) if you
don't see it in main

Like   Reply                    1



Search    Donate ▾    Fundraise ▾          gofundme          About ▾    Sign in    Start a GoFundMe

# Legal Defense Fund for Women of LA



**$5,747** raised


Share

The organizer has currently disabled
new donations to this fundraiser.

Anonymous Defendant is organizing this fundraiser.

🛡 Donation protected

Hi, thank you for taking the time to read this account of what has been our unfortunate
reality over the past several months. This GoFundMe is for the currently named and
active defendants in our Los Angeles defamation case.

- If you have any other pertinent **INFO** you'd like to share, please include
  "*INFO*" in the subject line.
- If you're reaching out as a member of the **MEDIA**, please include "*MEDIA*"
  in the subject line.

Thank you for reading, donating and sharing, **we appreciate every bit of
support!** Please stay safe out there!

*Sincerely,*

Vanessa Valdes, Olivia Burger, Kelly Gibbons, Amy Blalock, Elly Shariat, and Kelyn
Rodriguez.

📍 **This fundraiser is located near
you**

Misty Alderaan
$25 · 7 mos

Anonymous
$100 · 7 mos

Anonymous
$10 · 7 mos

Scout Bartlett
$25 · 7 mos

Anonymous

**$5,747** raised


Share

The organizer has currently
disabled new donations to this
fundraiser.

📍 **This fundraiser is located
near you**

Misty Alderaan
$25 · 1 mo

Anonymous
$100 · 1 mo

Anonymous
$10 · 1 mo

Scout Bartlett
$25 · 2 mos

Anonymous
$100 · 2 mos

See all          See top



Matched with him on Tinder a few years back. He wanted to meet up IMMEDIATELY but I made it clear I couldn't because I had a client in town, also let him know my texts/replies wouldn't be timely because I'd be with my client and didn't want to be rude. He found my Instagram and even though I hadn't geo-tagged where in Beverly Hills I was, I guess he recognized the pool and at some point in the evening stopped by the hotel and sat down next to me and my client at the bar exclaiming "I've been looking for you all over town! You're a hard girl to pin down!" I was flabbergasted

a hard girl to pin down!" I was flabbergasted and freaking out because who tf does that?! To show up uninvited at a place I didn't tell you about? Luckily a British guy a few seats over heard everything and pretended like he knew me and my client, apologized for having a call that ran long, and said why don't w... See more

10w      Reply                    10 😈 😈

Anonymous member · Feb 15



**Michelle Grappo**
Bump

3w   Like   Reply                    1

**Anonymous member**
Bump

3w   Like   Reply

**Anonymous member**
Bump

3w   Like   Reply



**Anonymous member**
Hi ladies, an LA man is currently suing a
group of 50 women, including myself, for
sharing their experiences with him on this
group. Here's a link to our GoFundMe page
- please consider donating or sharing 🙏

https://www.gofundme.com/f/legal-fund-
for-the-women-of-awdtsg-los-angeles

**Legal Fund for the Women of
AWDTSG LOS ANGELES, organi...**
gofundme.com

3w   Like   Reply                    10





# Get rewarded for your participation

You'd receive rewards for completing program. Go ahead and treat yourself!



Points Earned

**1,000 of 1,000**

Search    How it works        Start a GoFundMe                    Sign in    **Share**

# Create A Safe Platform For AWDTSG



Paola Sanchez is organizing this fundraiser.

I'm Paola Sanchez and I created and operate "AWDTSG" Red Flag Awareness groups all
across the country where women can empower each other and keep each other safe from
dangerous and/or toxic men.

I first started these groups to help solve some of the problems and dangers that me and my

$42,278

**Share**        **Donate**

Erin Wagner
**$20**    43 mins

Natasha Sanders
**$20**    4 hrs

Tiffany Sharber
**$45**    2 d

Linda Nguyen
**$10**    2 d

Margaret Gleasman
**$20**    2 d

☆ See top donations

GoFundMe  ‹  ›  ⋮  ✕



Donate to Create A Safe Platform For AWDTSG          Visit

Images may be subject to copyright  Learn More



# Are We Dating The Same Guy?

文A Add languages ⌄

Article  Talk                                           Read  Edit  View history  Tools ⌄

From Wikipedia, the free encyclopedia

**Are We Dating The Same Guy?**, also shortened as **AWDTSG**[1] is a series of over 200[1] individual Facebook groups[1] where women share the dating profiles of men they matched with on dating networks to seek the opinion other women who may have dated that same man in the past.[2] The first group was by ⚫⚫⚫ Sanchez and involved women living in the NYC environs.[3][4] The groups have over 3.5 million members as of January 2024.[1] It is done by taking screenshots of a man's dating profile and posting it onto her city's designated Facebook group, asking "any tea?". Other users in the group will then share information about the man and share warnings.[5][6] The groups are moderated by volunteers,[6] and have been described as a feminist group.[7]

The groups have rules saying that personal information such as addresses must not be included in the Facebook posts. Users attempting to join the group are also examined to prevent postage of fake profiles.[6] The group is mainly for straight women.[1]

**Contents**  hide

(Top)
History
Praise
Criticism
Lawsuits
⌄ By country
   Australia
   Canada
   New Zealand
   United Kingdom
   United States
   Ireland
References

**Appearance**  hide

Text
○ Small
● Standard
○ Large

Width
● Standard
○ Wide

Color (beta)
○ Automatic
● Light
○ Dark

**EXHIBIT C**

 **Los Angeles**
Kel Culb Gib · 4d · 

 **Lea Stuff**
This is not okay stop gossiping about this dead man

3d   Like   Reply                    5 

**Kel Culb Gib**
⊘ Lea to be fair I had no idea he had passed when I made the post. Just to be clear, it's okay to gossip about men who are alive and not able to see the page or defend anything but not ones who unknowingly passed?

3d   Like   Reply                    7 

**Kel Culb Gib**
⊘ Lea this page is supposed to be a safe space to call out men who have been disrespectful. That's what he did. Him dying doesn't change his behavior in life.

3d   Like   Reply                    20 



**‹**   **Are We Dating The Same Guy? |**
    **Los Angeles**
    Kel Culb Gib   4d   Ξ

Such a waste of a 6'4"  😹 😹

4d   Like   Reply                    16 ❤️ 😂

**Kel Culb Gib**
Author  ✪  •••
Sapphie **right??**

4d   Like   Reply

**Sapphie Davis**
Kel Culb Gib **and impressive down
there.  Double whammy.  Lol!!!**

4d   Like   Reply              1 ❤️

**Kel Culb Gib**
Author  ✪  •••
Sapphie **I'm not gonna lie it was
nice. But you can check it out on
Cinemax if you're curious** 😹

7 😂

**Kel Culb Gib**
Author  ✪  •••
**I feel like those are red flags to
me at this point tho. I've never
met a 6'4 dude w a nice dick who
wasn't a total fuckboy.** 🐒

< **Kel's post**   •••

**Kel Culb Gib**
Author    Open to messaging

Bridget Garwood I'll send you a
message with just what I was thinking
with the help of my good friend
Cabernet last night 😂. If it's any sort
of plausible we can hit up Abby
Meininger and work it out 😂

1d    Like    Reply



**Kel Culb Gib**

Author   Open to messaging

Donna Dishbak I know I know, I had some wine and was sort of joking but I do think it would be really interesting to see what all we discover and to interview the (at least 11) women the has sued to hear their side of things!!

1d   Like   Reply                1 

 **Donna Dishbak**

Kel Culb Gib you can still do it, just get your sources triple-checked and take many precautions.

1d   Like   Reply                1 



**Liv Burger**
He had a partner 10000%.

Something similar happened to me years ago. Was on a layover in different city. Went to eat at a bar across the street from the hotel. Met a guy there and turns out he was staying at the same hotel. After talking for a while at the bar I invited him back to my room and we talked for a few more hours and things were starting to get hot and heavy.

He said he was gunna go grab a condom from his room and then just never came back. I was confused so I took the details he had told me (hometown, company he worked for, name) and quickly found his fb. His cover photo was of his wife and their newborn child.

I've had experiences since that seemed totally explainable on their end only to find out that they're cheating. It's becoming super common unfortunately. Sorry that happened, best to just block and move on!

1y   Like   Reply                      22 

< **Are We Slandered By the Same Girl? Or...**

 **Are We Slandered By the Same Girl?**
**Orange County -Huntington Beach - Irvine**
· Follow
6d · 

Here they are Amir trying to gossip mill and keep you out of the dating pool.

"I didn't get good vibes"
Sounds like a high school locker room!

Gee, IDK Liv Burger, maybe people change?  We didn't get good vibes from your comments either.

 Like    Comment    Send    Share





1:20

‹   liv burger



Posts    People    Reels    Groups    Pages



**Are We Slandered By the Same Girl?**  ...
**Orange County -Huntington Beach -**
**Irvine** · Follow

Here they are Amir trying to gossip mill and keep you
out of the dating pool.

"I didn't get good vibes"
Sounds like a high school locker room!

Gee, IDK Liv Burger, maybe people change?  We
didn't get good vibes from your comments either.



Video    Marketplace    Dating    Notifications    Menu

Anonymous member · Dec 2? 2023 · 🝔

## Top comments ˅

**Kcg Gib**
My current partner and I are both ASD (tho
his presents differently than mine in a lot of
ways). It was pretty obvious to me for a
few reasons, especially being on the
spectrum myself, but for starters - he's
incredibly literal and takes things that
people say very literally as well. Probably
one of the more obvious signs is that he's
beyond knowledgeable/informative about
his "special interests" which for him
include film, tv, marvel, and motorcycles-
I'm currently on movie # 22 of 33 Marvel
movies because I had never seen them and
he immediately insisted we start a
marathon (in order 😄). A lot of people on
the spectrum have sensory issues; he
won't wear socks because of this lol.
Sometimes it can seem like he is being
rude w his bluntness but he's j... See more

10w    Like    Reply              13 



**Kel Culb Gib**

My ex broke up with me because of my weight. He made comments throughout the relationship and I relapsed with disordered eating and had lost 20lb over 7 or 8 months when I walked in on him cheating with another girl. He ultimately told me he only cheated cause he's not used to dating women as "big" as I am and he wasn't physically attracted to me. That was 2 years ago and my disordered eating has gone the opposite way now, so I've gained 30 lbs and feel uncomfortable even trying to put myself out there to meet someone new.

This kind of thing really fucks with our self image. I hope she is okay 🥺. And good on you for standing up for her and recognizing harmful behavior before it got too far.

10:21    .ıll 🛜 ı 

 **Are We Dating The Same Guy? |
Los Angeles**
Anna Kate · Feb 15 · ⚕

has gone the opposite way now, so I've
gained 30 lbs and feel uncomfortable even
trying to put myself out there to meet
someone new.

This kind of thing really fucks with our self
image. I hope she is okay 🥺. And good on
you for standing up for her and recognizing
harmful behavior before it got too far.

1w    Like    Reply    2 

**Kel Culb Gib**
Months later he apologized and said
he was projecting his own insecurities
about his (very fit?) body. But the
damage was already done. He knew
my biggest insecurity and made it
bigger. The apology didn't make me
feel better about myself.

1w    Like    Reply    1 

# EXHIBIT D

**Amy Blalock**

Back in 2017, I matched with him and before we went on a date, my coworker was like - you better look him up. So I did, saw that he is likely a sociopath. So naturally, I went on a date with him. 😈 secretly it was so I could record him bc my life needs more drama.

I have a work phone and personal phone. I put them stacked on the bar in front of me and one of them was recording. About 5 mins into sitting there, he grabbed both of my phones and was like 'let me see these' and I was like OH SHIT, I'm caught but luckily I got the phones away from him. Like who does that?

Anyway, after like one drink, he's asked me to join him at his friends house. Which I declined. It's weird how he tries to get you to leave a place with him.

Anyway, dontttttt go out with this guy.

Like    Reply

↳ 3 Replies



Like   Reply

**Amy Blalock**
Back in 2017, I matched with him and before we went on a date, my coworker was like - you better look him up. So I did, saw that he is likely a sociopath. So naturally, I went on a date with him. 😏 secretly it was so I could record him bc my life needs more drama.

I have a work phone and personal phone. I put them stacked on the bar in front of me and one of them was recording. About 5 mins into sitting there, he grabbed both of my phones and was like 'let me see these' and I was like OH SHIT, I'm caught but luckily I got the phones away from him. Like who does that?

Anyway, after like one drink, he's asked me to join him at his friends house. Which I declined. It's weird how he tries to get you to leave a place with him.

Anyway, donttttt go out with this guy.

Like   Reply

**Brittany Shea**
**Amy Blalock** NEVER GO TO THE SECOND LOCATION! Lol

Like   Reply



**Amy Blalock**
**Brittany Shea** what happens at the second location?!!! I'm afraid if there's any missing women in LA - he has something to do with it. The weird part is - he knows all this info is out there about him. Why does he stay in LA / Lake Arrowhead?!

Like   Reply

**11:44**

 **Are We Dating The Same Guy? |
Los Angeles**
Group member · Nov 9 · •••

 **Kel Culb Gib**
OH MY GOD RUN. I posted him a few
months ago and the info is ALARMING.
There's a thread in here somewhere. I got
him banned from Hinge but it was either
lifted or he made a new one. PLEASE DO
NOT GO OUT W THIS MAN.

Like   Reply                          3

 **Lindsay Alexandra**
Kel Culb Gib

Like   Reply

 **Amy Blalock**
No no no no no. Read the other post with
comments. Went out with him. He's going
to end up on Dateline one day. Not sure
why he stays in LA—so many women know
he's a sociopath. I also know he uses fake
profiles to access sites like this that talk
about him. He's so narcissistic.

Like   Reply                          4

**Group member**
Amy Blalock yeah I just went down the
rabbit hole tonight and posted on Oc
group too and wow I've never seen so

Write a comment...                     

WIKIPEDIA
The Free Encyclopedia

hide

# Dateline NBC

Article

From Wikipedia, the free encyclopedia

*For the Australian television current affairs program, see*

**Dateline NBC** (also known simply as **Dateline**) is a weekly American television reality/legal show that is broadcast on ·    . It was previously the network's flagship general interest news magazine, but now focuses mainly on only occasional editions that focus on other topics. The program airs Fridays at 10:00 p.m.     stories with (9:00 p.m. Eastern for special two-hour editions). Special weekend encore editions also air at 9 or 10:00 p.m. (two-hour editions at 7 and 8:00 p.m. depending on the night). One or two-hour feature-length editions sometimes air on any given scheduled evening, often to fill vacancies in the primetime schedule on the program's respective nights due to program cancellations. In February 2021, the program aired its first ever docuseries, "The Widower", a five-hour true crime saga about a man who married six women, four of whom died.

Search

Read    Tools ⌄    ⋮

*For other uses, see*

## DATELINE

### Dateline NBC

| | |
|---|---|
| **Also known as** | *Dateline* |
| **Genre** | |
| **Presented by** | (for past anchors, |
| | ) |
| **Composer** | Michael Karp (1992–2007) |
| ·   ·  ·  ·  ·   ·  · | |



**Amy Blalock**

We could all share our stories on the documentary like The Tinder Swindler. 

Then again, I think this would boost his ego more.

Can't win with that guy.

1d   Like   Reply                                    3 

**Kel Culb Gib**

Author    Open to messaging

Amy Blalock I know right? I really just wanna talk to all the other women and get the full range of stories 😄 I did post that after a few glasses of wine. I would be semi scared but interested. Have you see Love Fraud on Showtime? I imagine it would be like that where he agrees to be

Rules

# The Tinder Swindler

Article    Read    Tools ⌄

From Wikipedia, the free encyclopedia

***The Tinder Swindler*** is a British _____ documentary film directed by Felicity Morris and released to _____ on _____ on 2 February 2022. The documentary tells the story of the Israeli conman _____ (born Shimon Hayut) who used the dating application _____ to connect with individuals who he then emotionally manipulated into financially supporting his lavish lifestyle on the pretext he needed the money to escape his "enemies".

## Plot and background

An Israeli man, born Shimon Hayut, travelled around Europe, presenting himself as the son of Russian–Israeli diamond mogul _____. He used the dating app _____ to contact women as _____, and tricked them into lending him money that he would never repay. He would charm women with lavish gifts and take them to dinners on private jets using money he borrowed from other women he had previously conned. He would later pretend he was being targeted by his "enemies", often sending the same messages and images to each woman, indicating that he had just been attacked with a knife, but that his bodyguard had saved him and was hurt. He then asked his victims to help him financially due to the breach of "security", supposedly hindering his use of his credit cards and bank accounts; the women would often take out bank loans and new credit cards in order to help. He would then use the money gained through the deception to lure new victims, while essentially operating a _____. Later, he would pretend to repay his victims by sending forged documents showing fake bank transfers _____ and then break off contact with the victims. Sometimes he would go as far as threaten them and use manipulation to get more money from his victims. It is estimated that he swindled $10 million from people across the world.

## Reception

### Critical response

On _____, the film has an approval rating of 96% based on 27 reviews, with an



**The Tinder Swindler**

Poster

| | |
|---|---|
| **Directed by** | Felicity Morris |
| **Produced by** | Bernadette Higgins |
| **Cinematography** | Edgar Dubrovskiy |
| **Edited by** | Julian Hart |
| **Music by** | Jessica Jones |
| **Production company** | |
| **Distributed by** | |
| **Release date** | 2 February 2022 |
| **Running time** | 114 minutes |

**WIKIPEDIA**
The Free Encyclopedia

hide

Article

# Simon Leviev

From Wikipedia, the free encyclopedia

Search      Read      Tools ∨

Simon Leviev ( ... ; born **Shimon Yehuda Hayut**, 27 September 1990) is an Israeli con artist convicted of forgery and fraud. According to ... between 2017 and 2019 he allegedly conned an estimated $100 million from people in a ... criminal activity became widely known in 2019 after the publication of an article titled "The Tinder Swindler" by investigative journalists from the Norwegian tabloid ... with the support of Israeli journalist ... and later with the release of the 2022 ...

In 2015, Leviev was sentenced to two years in prison in Finland, and in 2019 to 15 months in prison in Israel.

## Early life

Leviev was born Shimon Yehuda Hayut ( ... ) in 1990 in Ramat Elchanan, ... His father is Yohanan Hayut, the chief rabbi of ... in the US with his family's friends. According to interviews ... 15 he moved to ... airlines. At the age of ... done by Felicty Morris. Leviev has been committing minor cons like ... since he was a teenager. He later changed his legal name from Shimon Hayut to Simon Leviev, using the surname Leviev to pretend he was related to ... an Israeli businessman known as "The King of Diamonds".

## Criminal activity and legal trouble

In 2011, Hayut was charged in Israel with ... and ... for cashing stolen checks. According to reports, he stole a checkbook belonging to a family while babysitting their child, and another's while working as a handyman at their home. He never showed up in court and escaped the country across the border into ... with a fake passport under the name Mordechai Nisim Tapiro, and fled to Europe. In 2012, he was indicted by an Israeli court and charged with theft and forgery of checks, as well as for leaving a five-year-old he was babysitting unattended. In 2015, he was arrested in ... and was sentenced to three years in prison. When arrested in Finland, he claimed he was an Israeli man born in 1978 and was found with two forged Israeli passports, three forged Israeli driver's licenses, two forged Israeli flight permits, and five American Express credit cards.

**Simon Leviev**

| | |
|---|---|
| **Born** | Shimon Yehuda Hayut 27 September 1990 (age 33) Ramat Elchanan. |
| **Criminal status** | Released, |
| **Criminal charge** | Theft, forgery, and fraud |
| **Penalty** | • 3 years in Finnish prison <br> • 15 months in Israeli prison. <br> compensation, 20,000 fine 150,000 |
| **Imprisoned at** | Finland (2015), Israel (2019) |