# EXHIBIT E

1  Amy Blalock
   1001 Gayley Ave #24381
2  Los Angeles, CA 90024
   amyblalock@gmail.com

3  In Pro Se

4
                    **UNITED STATES BANKRUPTCY COURT**

5                   **CENTRAL DISTRICT OF CALIFORNIA**

6

7

8  In re:                                    Adversary Case No. 24-AP-01152-BR

9  AMY LYNNE BLALOCK, an individual;         Bankruptcy Case No. 24-bk-12532-BR

           Debtor,                           Chapter: 7

10 STEWART LUCAS MURREY, an individual;

11         Plaintiff,                         **DEFENDANTS RESPONSES AND
                                             OBJECTIONS TO: PLAINTIFF'S DR.**
12 AMY LYNNE BLALOCK, an individual;         **MURREY'S REQUESTS FOR
                                             ADMISSION TO DEFENDANT MS.**
13         Debtor                            **BLALOCK (SET ONE)**

14

15

16

17

18

19

20

21                                  1

PROPOUNDING PARTY:    Plaintiff Dr. Murrey

RESPONDING PARTY:      Defendant Amy Blalock

SET NUMBER:              ONE

RESPONDING PARTY hereby answer PROPOUNDING PARTY'S PLAINTIFF'S DR.

MURREY REQUESTS FOR ADMISSION TO DEFENDANT MS. BLALOCK (SET ONE)

**REQUEST FOR ADMISSION NO. 1:**

Admit that plaintiff has never stalked anyone

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Responding party cannot admit or deny because, after a reasonable inquiry, I lack the

knowledge or information sufficient to enable me to either admit or deny. I therefore

DENY.

**REQUEST FOR ADMISSION NO. 2:**

Admit that you never recorded Plaintiff

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Admit

2

**REQUEST FOR ADMISSION NO. 3:**

Admit that you never informed Plaintiff of statements about him on Facebook's forum(s) " Are We Dating The Same Guy?" ("AWDTSG), including, but not limited to your own statements about him.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Admit

**REQUEST FOR ADMISSION NO. 4:**

Admit that you knew plaintiff would never be able to join Facebook's AWDTSG group(s) to exercise his right to freedom of speech to defend himself.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Responding party cannot admit or deny because, after a reasonable inquiry, I lack the knowledge or information sufficient to enable me to either admit or deny. I therefore DENY.

**REQUEST FOR ADMISSION NO. 5:**

Admit that you received money from your GoFundMe webpage concerning plaintiff

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Admit

**REQUEST FOR ADMISSION NO. 6:**

3

Admit that you received rewards, compensation and/or benefits such as Facebook points for your comments in AWDTSG

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Deny

**REQUEST FOR ADMISSION NO. 7:**

Admit that you have no evidence of AWDTSG protecting women

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Deny

**REQUEST FOR ADMISSION NO. 8:**

Admit that you have never recommended a man for women to date in AWDTSG

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Admit

**REQUEST FOR ADMISSION NO. 9:**

Admit that you electronically harassed, stalked and cyberbullied plaintiff on social media, including but not limited to Facebook's AWDTSG group(s).

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Deny

**REQUEST FOR ADMISSION NO. 10:**

Admit that you never met plaintiff in person prior to litigation hearings in bankruptcy court in

2024.


**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Deny


**REQUEST FOR ADMISSION NO. 11:**

Admit that you made anonymous comments about plaintiff on social media, including, but not

limited to AWDTSG and other dating apps.


**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Deny


**REQUEST FOR ADMISSION NO. 12:**

Admit that you stated that any woman who meets plaintiff should read and believe all the

"dirt" on plaintiff posted in AWDTSG.


**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Responding party cannot admit or deny because, after a reasonable inquiry, I lack the

knowledge or information sufficient to enable me to either admit or deny,  in that

responding party has no recollection of making this statement. I therefore DENY.

5

**REQUEST FOR ADMISSION NO. 13:**

Admit that you stated that plaintiff is responsible for "any missing women in LA"

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Objection, plaintiff is attempting to mischaracterize my statement(s).

Deny in part, as my full sentence was not stating a fact but my fear "**I'm afraid** if there's any missing women in LA – he has something to do with it."

**REQUEST FOR ADMISSION NO. 14:**

Admit that you stated that plaintiff represents a serious criminal threat to any and all women to whom the plaintiff "has access"

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

Responding party cannot admit or deny because, after a reasonable inquiry, I lack the knowledge or information sufficient to enable me to either admit or deny,  in that responding party has no recollection of making this statement. I therefore DENY.

**REQUEST FOR ADMISSION NO. 15:**

Admit that you stated that you used a "work phone and personal phone" to secretly record the plaintiff and that you "stacked [them] on the bar in front of [you] and one of them was recording.

6

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Admit in part; to the extent that I did say this but I never recorded plaintiff

**REQUEST FOR ADMISSION NO. 16:**

Admit that you made secret recordings of plaintiff without his consent.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Deny

**REQUEST FOR ADMISSION NO. 17:**

Admit that you repeated the question in AWDTSG LA: "Why does he stay in LA?"

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Admit

**REQUEST FOR ADMISSION NO. 18:**

Admit that you tried to cyberbullying plaintiff and force him to move away and uproot his life from Los Angeles and/or Lake Arrowhead.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Deny

**REQUEST FOR ADMISSION NO. 19:**

7

Admit that you knew that the Facebook app, its algorithm and "points" are defective products

that harmed plaintiff during the time you published statements about him AWDTSG

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Deny

Dated: November 7, 2024

AMY BLALOCK, DEFENDANT

IN PRO SE

//

//

//

//

//

//

8

1

## VERIFICATION

2

I, Amy Blalock, declare as follows:

3

1. I am the defendant in the adversary proceeding titled: 24-ap-01152-BR pending in the

Central District of California.

4

2. I have read the foregoing **DEFENDANTS RESPONSES AND OBJECTIONS TO:**

5

**PLAINTIFF'S DR. MURREY'S REQUESTS FOR ADMISSION TO DEFENDANT MS.**

6

**BLALOCK (SET ONE)**

7

3. I am informed and believe that the same is true and correct.

8

9

I declare under penalty of perjury under the laws of the United States of America that the

foregoing answers are true and correct.

10

11

12

Executed at: Woodland Hills, CA

13

14

15

Date: November 7th, 2024

_____

16

AMY BLALOCK, DEFENDANT, IN PRO SE

17

18

19

20

21

9

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
13327 Van Nuys Blvd
Pacoima, CA 91331

A true and correct copy of the foregoing document entitled (*specify*): _____
Defendant's Responses and Objections to: Plaintiff's Dr. Murrey's Requests for Admission to Defendant Ms. Blalock
Blalock (Set One _____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __11/07/2024__, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd., #3655
Santa Monica, CA 90403

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method
for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/07/2024 | Michael Massmann | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

- If you have any other pertinent **INFO** you'd like to share, please include "*INFO*" in the subject line.
- If you're reaching out as a member of the **MEDIA**, please include "*MEDIA*" in the subject line.

Thank you for reading, donating and sharing, **we appreciate every bit of support!** Please stay safe out there!

*Sincerely,*

Vanessa Valdes, Olivia Burger, Kelly Gibbons, Amy Blalock, Ely Chariat, and Kelyn Rodriguez.



**$5,747** raised

The organizer has currently disabled new donations to this fundraiser.

⊙ **This fundraiser is located near you**

Misty Alderaan
$25 · 1 mo

Anonymous
$100 · 1 mo

Anonymous
$10 · 1 mo

Scout Bartlett
$25 · 2 mos

Anonymous
$100 · 2 mos

See all        See top



🔍 Search    Donate ▾    Fundraise ▾        gofundme        About ▾    Sign in    **Start a GoFundMe**

# Legal Defense Fund for Women of LA

**$5,747** raised

Share

The organizer has currently disabled new donations to this fundraiser.

⊙ **This fundraiser is located near you**

Misty Alderaan
$25 · 7 mos

Anonymous
$100 · 7 mos

Anonymous
$10 · 7 mos

Scout Bartlett
$25 · 7 mos

Anonymous

⬤ Anonymous Defendant is organizing this fundraiser.

🛡 **Donation protected**

Hi, thank you for taking the time to read this account of what has been our unfortunate reality over the past several months. This GoFundMe is for the currently named and active defendants in our Los Angeles defamation case.

Matched with him on Tinder a few years back.
He wanted to meet up IMMEDIATELY but I
made it clear I couldn't because I had a client
in town, also let him know my texts/replies
wouldn't be timely because I'd be with my
client and didn't want to be rude. He found my
Instagram and even though I hadn't geo-
tagged where in Beverly Hills I was, I guess he
recognized the pool and at some point in the
evening stopped by the hotel and sat down
next to me and my client at the bar exclaiming
"I've been looking for you all over town! You're
a hard girl to pin down!" I was flabbergasted

a hard girl to pin down!" I was flabbergasted
and freaking out because who tf does that?!
To show up uninvited at a place I didn't tell you
about? Luckily a British guy a few seats over
heard everything and pretended like he knew
me and my client, apologized for having a call
that ran long, and said why don't w... See more

10w          Reply                    10

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (424) 278-3017
Email: 2@lucasmurrey.io
Website: lucasmurrey.com
SocialMedia: sickoscoop.com/lucas

Plaintiff & Plaintiff in Pro Se

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>　　　Debtor,<br><br>DR. STEWART LUCAS MURREY, an individual;<br>　　　Plaintiff,<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>　　　Defendant. | Amended Adversary Complaint Case No. 24-ap-01152-BR<br>[Assigned to: Hon. Judge Barry Russell]<br><br>Related: Bankruptcy Case No. 24-bk-12532-BR-Chapter 7<br>[Assigned to: Hon. Judge Barry Russell]<br><br>PLAINTIFF'S DR. MURREY'S REQUESTS FOR ADMISSION TO DEFENDANT MS. BLALOCK (SET ONE) |

PROPOUNDING PARTY:　　　Plaintiff Dr. Murrey

RESPONDING PARTY:　　　Defendant Ms. Blalock

SET NO.:　　　　　　　ONE

　　　Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff Dr. Murrey hereby requests that Defendant Ms. Blalock admit the following, in writing, within thirty (30) days (thirty-three (33) if served by mail) from the date of service.

I.

## DEFINITIIONS AND INSTRUCTIONS

A.  In answering these requests for admissions, you are required to furnish all

information that is available to you, including information in the possession of your

attorneys, or other persons directly or indirectly employed by you, or connected with

you or your attorneys, and anyone else acting on your behalf or otherwise subject to

your control.

B.  In answering these requests for admission, you must make a diligent search of

your records and material in your possession or available to you or your

representatives.

C.  "DOCUMENT" means a writing as defined by Federal Rules of Evidence

1001(1), and shall include without limitation, the original (and absent the original then

a copy thereof), all file copies and copies not identical to the original of any writing or

record of every type, form, and description that is in the possession, custody, or control

of the responding party, or that no longer is in the responding party's possession but of

that the responding party still has knowledge, whether or not said writings or records

are claimed to be privileged or otherwise immune from discovery including by way of

illustration and not limitation, the following items, whether said writings or records are

on paper, magnetic disk, tape, or other computer or digital storage medium, microfilm,

microfiche, floppy, or any other storage or recording medium.

D.  Whenever the terms "YOU" and "YOUR" are used, they refer to Defendant

PLAINTIFF DR. MURREY'S REQUESTS FOR ADMISSION TO DEFENDANT MS. BLALOCK

2

Blalock and her agents, employees, attorneys, accountants, investigators, and anyone else acting on his behalf.

E. Whenever the term "INCIDENT" is used, it refers to the events as set forth in the operative Complaint.

F. The term "COMPLAINT" refers to the operative complaint filed by Plaintiff in this action.

## II.

## REQUESTS FOR ADMISSIONS

### REQUEST FOR ADMISSION NO. 1:

Admit that plaintiff has never stalked anyone.

### REQUEST FOR ADMISSION NO. 2:

Admit that you never recorded plaintiff.

### REQUEST FOR ADMISSION NO. 3:

Admit that you never informed plaintiff of statements about him on Facebook's forum(s) "Are We Dating The Same Guy?" ("AWDTSG), including, but not limited to your own statements about him.

### REQUEST FOR ADMISSION NO. 4:

Admit that you knew that plaintiff would never be able to join Facebook's AWDTSG group(s) to exercise his right to freedom of speech to defend himself.

### REQUEST FOR ADMISSION NO. 5:

PLAINTIFF DR. MURREY'S REQUESTS FOR ADMISSION TO DEFENDANT MS. BLALOCK

3

Admit that you received money from your GoFundMe webpage concerning plaintiff.

REQUEST FOR ADMISSION NO. 6:

Admit that you received rewards, compensation and/or benefits such as Facebook points for your comments in AWDTSG.

REQUEST FOR ADMISSION NO. 7:

Admit that you have no evidence of AWDTSG protecting women.

REQUEST FOR ADMISSION NO. 8:

Admit that you have never recommended a man for women to date in AWDTSG.

REQUEST FOR ADMISSION NO. 9:

Admit that you electronically harassed, stalked and cyberbullied plaintiff on social media, including, but not limited to Facebook's AWDTSG group(s).

REQUEST FOR ADMISSION NO. 10:

Admit that you never met plaintiff in person prior to litigation hearings in bankruptcy court in 2024.

REQUEST FOR ADMISSION NO. 11:

Admit that you made anonymous comments about plaintiff on social media, including, but not limited to AWDTSG and other dating apps.

REQUEST FOR ADMISSION NO. 12:

Admit that you stated that any woman who meets plaintiff should read and believe all the "dirt" on plaintiff posted in AWDTSG.

## REQUEST FOR ADMISSION NO. 13:

Admit that you stated that plaintiff is responsible for "any missing women in LA".

## REQUEST FOR ADMISSION NO. 14:

Admit that you stated that plaintiff represents a serious criminal threat to any and all women to whom plaintiff "has access".

## REQUEST FOR ADMISSION NO. 15:

Admit that you stated that you used a "work phone and personal phone" to secretly record plaintiff and that you "stacked [them] on the bar in front of [you] and one of them was recording".

## REQUEST FOR ADMISSION NO. 16:

Admit that you made secret recordings of plaintiff without his consent.

## REQUEST FOR ADMISSION NO. 17:

Admit that you repeated the question in AWDTSG LA: "Why does he stay in LA"?

## REQUEST FOR ADMISSION NO. 18:

Admit that you tried to cyberbullying plaintiff and force him to move away and uproot his life from Los Angeles and/or Lake Arrowhead.

<u>REQUEST FOR ADMISSION NO. 19:</u>

Admit that you knew that the Facebook app, its algorithm and "points" are defective products that harmed plaintiff during the time you published statements about him in AWDTSG.

DATED:  10 October 2024

By:  /s/Stewart Lucas Murrey
Dr. Stewart Lucas Murrey
*In Pro Se*

PROOF OF SERVICE

I declare as follows:

I, Alexander J. Petale, Esq., am over the age of 18 years, and not a party to this action. My business address is 5478 Wilshire Blvd., Suite 430, Los Angeles, CA 90036, which is located in the county where the mailing described below took place. On 10 October 2024 I served the foregoing document(s) described as: Dr. Murrey's Requests for Admission, Set One (1), to:

Amy Lynne Blalock
1001 Gayley Ave. # 24381
Los Angeles, CA 90024
Tel. (310) 569-6182
amyblalock@gmail.com

I served a true copy of the document(s) above:

[X] By United States mail. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) mentioned above and:

[ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage full prepaid.

[ X] By e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on 10 October 2024 at Los Angeles, California.

                                        /s/Alexander J. Petale, Esq._____
                                        Declarant

# EXHIBIT F











## The Chain Of Command: How Facebook's Libra, Bank Regulators, and PayPal Built A New World Currency

Two companies closely tied to Peter Thiel – PayPal and Facebook – have embarked on apparently unsuccessful efforts to create a "new world currency." Yet, upon further examination, those efforts have actually been wildly successful and many recent events of significant in finance – including but not limited to the 2023 banking crisis – have arguably been orchestrated to facilitate the vision of Thiel and his early allies and the creation of a new paradigm for currency, one where privately issued money meets surveillance.

● BY MARK GOODWIN      ○ BY WHITNEY WEBB



hemorrhaged away enough users that it now threatens many of the privileges the legacy system once enjoyed, mainly the available profits found by selling their data and leveraging their deposits.

The understanding that social networks are communication platforms, and that money itself is just a ledger upholding the communicative expression between users, led the social media giant Facebook to experiment with adding financial instruments to their vastly popular Messenger app. While Bitcoin and alternatives had been around for nearly a decade before Facebook's Libra was proposed, this was "the shot heard 'round the world" for central bankers and regulators to sit up straight and take a novel payments system proposed by the world's largest social network seriously.

Yet, as Facebook soon found out, if you come at the king, you best not miss. Or at least this was the story that was told to the world: The U.S. regulatory system said "No" and that was that. However, this concluding piece to *The Chain* series, *The Chain of Command*, postulates that Libra was never intended to actually go to market as designed, but rather was meant to set the stage for clear regulation via legislation that would become the enabling environment for a decades-long attempt at creating a new world currency by the very same parties covered thus far in this series.

## Libra, Diem and Facebook's Stablecoin

Sitting on a Caribbean beach during the winter of 2017, David Marcus was struck with the idea of creating a global digital currency to run on Facebook's Messenger. Marcus, who had sold his mobile payment provider Zong to PayPal for $240 million in 2011, and who had been introduced to Bitcoin in 2008, was certainly no spring chicken to the rapidly evolving FinTech and digital payments space. Within nine month of Zong's acquisition by PayPal, Marcus was named PayPal's president in April 2012. Then, in June 2014, Marcus was recruited by Facebook's Mark Zuckerberg to run their Messenger app. By the time the idea that would become Libra began to germinate during his 2017 vacation in the



had sold his mobile payment provider Zong to PayPal for $240 million in 2011, and who
had been introduced to Bitcoin in 2009, was certainly no spring chicken to the rapidly
evolving FinTech and digital payments space. Within nine month of Zong's acquisition by
PayPal, Marcus was named PayPal's president in April 2012. Then, in June 2014, Marcus
was recruited by Facebook's Mark Zuckerberg to run their Messenger app. By the time
the idea that would become Libra began to germinate during his 2017 vacation in the
Dominican Republic, the social network's messenger app boasted over 1.3 billion active
users.



The New York Times   Source

Prior to his experience with PayPal and Facebook, Marcus had founded GTN Telecom,
noted as being the "first to break Switzerland's telecommunications monopoly" in 1996.
GTN Telecom was backed by the UK's 3i, a venture capital firm founded in 1945 by the
Bank of England and "a syndicate of British banks," and was later sold in 2000 to
WorldCom's World Access just two years before WorldCom would file for Chapter 11
bankruptcy after excessive accounting fraud. Marcus went on to found Echovox, a
"mobile monetization company focused on monetizing web and traditional media



---

Bank of England and "a syndicate of British banks," and was later sold in 2000 to
WorldCom's World Access just two years before WorldCom would file for Chapter 11
bankruptcy after excessive accounting fraud. Marcus went on to found Echovox, a
"mobile monetization company focused on monetizing web and traditional media
audiences" via "transaction-enabled mobile services," shortly after the October 2000 sale
of GTN. Zong was later spun off from Echovox. Bertrand Perez and Kurt Hemecker, two
executives at Zong, would become part of the founding team at Libra alongside Marcus.

"In late 2009 when I first stumbled upon Bitcoin and read the
white paper, I tried to play with it, but it was so cumbersome
even for a geek like me. I just couldn't get it. So I kind of put it
aside, brushed it aside, and then came back to it in 2012 when a
good friend of mine who's often referred to as a Patient Zero in
Silicon Valley for Bitcoin, [Xapo's] Wences Casares, basically
started telling me more about it and telling me 'you have to
actually spend time and understand this thing.' And so I did. And
then I just couldn't stop thinking about it. I just couldn't stop
thinking about this idea that you could actually be your own self-
sovereign for digital value and you could move it around without
any intermediary in between...

Then in 2013 at PayPal, that's after Zong got acquired by PayPal
and I was running it, I remember that Argentina asked us to
actually stop the flow of money going out of the country from
PayPal accounts located in Argentina. And I remember us having
to comply because we were regulated entity, and seeing the
price of Bitcoin rise the same day. And it was really clear that a
lot of Argentines at the time were actually moving their funds
into Bitcoin so that they would have control over their hard-

# EXHIBIT G

**Kel Culb Gib**

Vanessa Parrotta **this is the main one I was talking about but I'll tag you in my other posts too**

2w    Like    Reply

**Vanessa Parrotta**

Kel Culb Gib **unreal!!! But low key I'd be the one trying to check his freezer like someone else said** 😂 **I love a good mystery**

**Amy Blalock**

We could all share our stories on the documentary like The Tinder Swindler.

Then again, I think this would boost his ego more.

Can't win with that guy.

3

**Kel Culb Gib**

Author    Open to messaging

Amy Blalock **I know right? I really just wanna talk to all the other women and get the full range of stories** 😂 **I did post that after a few glasses of wine. I would be semi scared but interested. Have you see Love Fraud on Showtime? I imagine it would be like that where he agrees to be**



**Anyone keeping tabs on Dr. Murrey's cases?**
14 upvotes · 22 comments

 **Brenda_Barrett** · 61d

Just seeing this thread. Was at the Palm Springs
International ShortFest this weekend where I
overheard people talking about an upcoming
documentary brewing at Netflix. Apparently the two
girls behind the media circus around this guy have
been in talks with them.

··· ↩ Reply ⬆ 1 ⬇

 **C32165A375 OP** · 61d







**Kel Culb Gib**

Open to messaging   2d · 

Y'all I'm genuinely interested in figuring out a mini-doc vibe about that Lucas fellow  who knows how to make this happen?

 13                                    27 comments

👍 Like                              💬 Comment



**Bridget Garwood** 
Kel Culb Gib shoot me a message about what you had in mind structure/storyline wise! I might be able to help.

1d    Like    Reply                    1 👍

**Kel Culb Gib**
Author    Open to messaging

Bridget Garwood I'll send you a message with just what I was thinking with the help of my good friend Cabernet last night 😂. If it's any sort of plausible we can hit up Abby Meininger and work it out 😂

1d    Like    Reply



9:40

**Are We Dating The Same Guy? |
Los Angeles**
Kel Culb Gib · Nov 14 ·

**Abby Meininger**
I'm a documentary filmmaker! Let's do it

Like    Reply                                    11

**Jacqui Blue**
Me too! I'll help! A documentary about
dating and dating apps alone would
be great.

Like    Reply                                    2

**Kel Culb Gib**
Jacqui I can sceen shot the
message I sent these girls to give
you an idea of what I was thinking

Like    Reply                                    1

**Jacqui Blue**
Kel Culb Gib Yes, DM me.

Like    Reply

**Kel Culb Gib**
Jacqui Blue it might go to your
requests (which I forget to check
REGULARLY lol just fyi) if you
don't see it in main

Like    Reply                                    1



# EXHIBIT H

1  Dr. Stewart Lucas Murrey
   1217 Wilshire Blvd. # 3655
2  Santa Monica, CA 90403
   Tel.: (424) 278-3017
3  Email: 2@lucasmurrey.io
   Website: lucasmurrey.com
4  SocialMedia: sickoscoop.com/lucas

5  Plaintiff & Plaintiff in Pro Se

6

7              UNITED STATES BANKRUPTCY COURT
8              CENTRAL DISTRICT OF CALIFORNIA

9

10 | In re:                          | Amended Adversary Complaint Case No.
11 | MS. AMY LYNNE BLALOCK, an       | 24-ap-01152-BR
   | individual;                     | [Assigned to: Hon. Judge Barry Russell]
12 |         Debtor,                 |
13 | DR. STEWART LUCAS MURREY, an    | Related: Bankruptcy Case No.
   | individual;                     | 24-bk-12532-BR-Chapter 7
14 |         Plaintiff,              | [Assigned to: Hon. Judge Barry Russell]
15 | MS. AMY LYNNE BLALOCK, an       | PLAINTIFF'S DR. MURREY'S
16 | individual;                     | INTERROGATORIES TO
   |         Defendant.             | DEFENDANT MS. BLALOCK (SET
17 |                                 | ONE)
18

19

20 PROPOUNDING PARTY:    Plaintiff Dr. Murrey

21 RESPONDING PARTY:     Defendant Ms. Blalock

22
23 SET NO.:              ONE

24      Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Dr.

25 Murrey hereby requests that Defendant Ms. Blalock answer these interrogatories,

26 within thirty (30) days (thirty-three (33) if served by mail) from the date of service.

27
                              I.
28

PLAINTIFF DR. MURREY'S INTERROGATORIES TO DEFENDANT MS. BLALOCK

1

## PRELIMINARY STATEMENT AND GENERAL INSTRUCTIONS

A. In answering these interrogatories, you are required to furnish all information that is available to you, including information in the possession of your attorneys, or other persons directly or indirectly employed by you, or connected with you or your attorneys, or your insurance carrier, and anyone else acting in your behalf or otherwise subject to your control.

B. In answering these interrogatories, you must make a diligent search of your records and material in your possession or available to you or your representatives. If you cannot obtain records and information in time to answer these interrogatories, explain in your answer the circumstances and what is being done to obtain the information.

C. If you cannot answer any interrogatory in full, answer it to the extent possible, explanation why you cannot answer the remainder, and state the nature of the information or knowledge you cannot furnish.

D. If an interrogatory calls for a description of a document, photograph, or other writing or thing, describe it in sufficient detail that it can be obtained from you by a motion for production or a subpoena. If you prefer, instead of describing it, simply attach to your answer a clear copy or photograph of the writing or thing.

E. If your answer to any interrogatory is derived from a document or writing, describe the writing or attach a copy as indicated above.

PLAINTIFF DR. MURREY'S INTERROGATORIES TO DEFENDANT MS. BLALOCK
2

F. Whenever the terms "YOU" and "YOUR" are used, they refer to Defendant Blalock and her agents, employees, attorneys, accountants, investigators, and anyone else acting on his behalf.

G. Whenever the term "INCIDENT" is used, it refers to the events as set forth in the operative Complaint.

H. Whenever the term "IDENTIFY" is used in an interrogatory, it means to provide the last known name, address and telephone number of the person or entity to which it pertains.

I. The term "COMPLAINT" refers to the operative complaint filed by Plaintiff in this action.

## II. INTERROGATORIES

<u>INTERROGATORY NO. 1:</u>

State the date when Elly Shariat ("Shariat") was stalked by plaintiff.

<u>INTERROGATORY NO. 2:</u>

State the place where Shariat was stalked by plaintiff.

<u>INTERROGATORY NO. 3:</u>

Identify any and all persons who witnessed plaintiff stalk Shariat.

<u>INTERROGATORY NO. 4:</u>

State the date when you secretly recorded plaintiff.

<u>INTERROGATORY NO. 5:</u>

State the place where you secretly recorded plaintiff.

**INTERROGATORY NO. 6:**

Are there any documentaries about plaintiff currently being contemplated and/or made?

**INTERROGATORY NO. 7:**

What monies, rewards, compensations, points, Facebook points and/or any other benefits have you received?

**INTERROGATORY NO. 8:**

To whom was the money received from GoFundMe as a result of your undersigned GoFundMe webpage concerning plaintiff distributed?

**INTERROGATORY NO. 9:**

Have you ever worked for any social media company as an administrator and/or moderator, including, but not limited to Facebook and its forums AWDTSG?

**INTERROGATORY NO. 10:**

Have you ever worked for any governmental agency?

**INTERROGATORY NO. 11:**

State and identify your employers for the past ten (10) years.

**INTERROGATORY NO. 12:**

State and identify your complete educational history.

**INTERROGATORY NO. 13:**

State and identify your date and place of birth.

**INTERROGATORY NO. 14:**

State and identify the complete name, address, telephone number, email address, social media accounts of any and all anonymous postings and/or accounts concerning plaintiff, including, but not limited to those who anonymously posted the comments and pictures of plaintiff attached hereto as Exhibit "1".

**INTERROGATORY NO. 15:**

Identify any and all third-parties to whom you have reported plaintiff, including, but not limited to any and all social media and/or dating apps.

**INTERROGATORY NO. 16:**

Identify the contact information: full names, addresses, telephone numbers, email addresses of all the women you have protected in online groups.

**INTERROGATORY NO. 17:**

Why were all of your comments about plaintiff in AWDTSG and on GoFundMe deleted?

**INTERROGATORY NO. 18:**

State the nature of your relationship to the other accounts who comments on plaintiff in AWDTSG, including, but not limited to Kelly Gibbons, Lena Vanderford, Liv Burger and Paola Sanchez.

**INTERROGATORY NO. 19:**

1    State the complete names, addresses, telephone numbers, email addresses, social

2  media accounts of all male members of AWDTSG.

3

4  **INTERROGATORY NO. 20:**

5    State the complete names, addresses, telephone numbers, email addresses, social

6  media accounts of all men who you recommended as being safe for women to date in

7

8  AWDTSG.

9

10  DATED:  10 October 2024

11

12    By:  /s/Stewart Lucas Murrey
            Dr. Stewart Lucas Murrey
13            *In Pro Se*

14

# EXHIBIT 1

12:12 

< 🔍 lucas in Do not date Him / Dati...

⇄ Filters    Posts You've Seen    Most Recent    Poste

 **Do not date Him / Dating Advice Group**  ···
**For Women All Around The World**
Group member · Oct 11 · 🏪

I posted Lucas (who also goes by the name Stewart)
in my Los Angeles group after my gut told me *twice*
to cancel on him and I'm so glad I did.

After posting, I discovered through other group
members that this man is DANGEROUS. He has at
least 11 lawsuits out against women he ha... See more



     

Went on one date with dr. Lucas Murrey years ago. In 20 minutes I could tell he was an egomaniac and a litigious psycho. He dropped so many red flags I had to run. I also googled him... just saw him on tinder and bumble.

Public records show:
Has several domestic violence charges filed against him plus involvement in MURDER case of his ex wife whom he had life insurance benefits from. (He mentioned this on the date)

Filed 11 court cases against women in 33 months trying to extort money from them. Has filed and been denied several restraining orders. Has acted aggressively in court.

He's on tinder. DONT DATE. Seriously the only time in my life that I've been scared of a man was the week following this date.



 **Amy Blalock**

No no no no no. Read the other post with comments. Went out with him. He's going to end up on Dateline one day. Not sure why he stays in LA — so many women know he's a sociopath. I also know he uses fake profiles to access sites like this that talk about him. He's so narcissistic.

Like   Reply

**Group member**

Amy Blalock yeah I just went down the rabbit hole tonight and posted on Oc group too and wow I've never seen so much dirt on a guy before! He's texted

Write a comment

## Group member's Post                                    ✕

Top comments ▾



**Liv Burger**
There's already a massive thread about him. I had the displeasure of meeting him
in person and trust me you should run away and block immediately with no
explanation.

Like    Reply    17w                                     4

**Stephanie Basey**
**Liv Burger** it's so scary though to think of how many women he has access    ⋯
to and they have no clue about him.

Like    Reply    17w

↳ View 7 previous replies



**Liv Burger**
Group member god how funny would it be if we gathered all of the
women he has tried to bamboozle at the same place and time as your
date. Just sitting, chatting, scattered around innocently. He would
never go back again. 😅

Like    Reply    17w                                    5

**Group member**  Author
**Liv Burger** I'm so down for this. Then we can all write a book about it
and dedicate it to him 😂😂
Some of us can dress like CIA agents and get him spooked out.. or
wear shirts with picture of his ex who was killed.

Like    Reply    17w

**Group member**  Author
**Liv Burger** we can name the book "the deadliest swipe" 😄

Like    Reply    17w



Search    How it works ⌄    Start a GoFundMe         gofundme         Dr Stewart Lucas ⌄    Your fundraisers    Share

# Legal Defense Fund for Women of LA



**$5,027** raised of $60,000 goal

155 donations

🔗 Copy link    Facebook    X    Email    ••• More

📍 **This fundraiser is located near you**

Anonymous
$25 · 18 mins

Todd MacLaughlan
$5 · 4 hrs

Anonymous
$20 · 1 d

Shelby Holbert
$5 · 2 d

Taylor Erickson

Anonymous Defendant is organizing this fundraiser.

⛨ Donation protected

Hi, thank you for taking the time to read this account of what has been our unfortunate
reality over the past several months. This GoFundMe is for the currently named and active

2:38

Photo ⌄                    Done



**Anonymous member**
21h · 🖼

This guy lives in my building !

Just in case this guy or his friends are lurking on the page , I removed my comment from the other post so I could post this annoymously 😄 more commentary in the comments



**KTLA 5 News** ✔
2h · 🌐

A Los Angeles man is suing several women for negative posts they allegedly wrote about him on social media, claiming the messages are false and defamatory. https://trib.al/Y8by8Ub



**Are We Dating The Same Guy? | Los Angeles**
● Private group · 52.4K members

About    Discussion



**Stewart Lucas Murrey Clown**

2 likes · 4 followers

Message    Like    Search

Posts    About    Mentions    Reviews    Followers    Photos    More    •••

**Intro**

Page · Writing Service

Not yet rated (0 Reviews)

**Posts**    Filters

**Stewart Lucas Murrey Clown**
April 18 at 7:16 AM

This is one weird dude. Hopefully, she filed a restraining order against him or an order of

1

## PROOF OF SERVICE

2

    I declare as follows:

3

    I, Alexander J. Petale, Esq., am over the age of 18 years, and not a party to this action. My

4

business address is 5478 Wilshire Blvd., Suite 430, Los Angeles, CA 90036, which is located in the

county where the mailing described below took place. On 10 October 2024 I served the foregoing

5

document(s) described as: Dr. Murrey's Interrogatories, Set One (1), to:

6

Amy Lynne Blalock

7

1001 Gayley Ave. # 24381

Los Angeles, CA 90024

8

Tel. (310) 569-6182

amyblalock@gmail.com

9

10

I served a true copy of the document(s) above:

11

[X] By United States mail. I enclosed the documents in a sealed envelope or package addressed to the

person(s) at the address(es) mentioned above and:

12

13

[ ] placed the envelope for collection and mailing, following our ordinary business practices. I am

readily familiar with this business's practice for collecting and processing correspondence for

14

mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in

the ordinary course of business with the United States Postal Service, in a sealed envelope with

15

postage full prepaid.

16

[ X] By e-mail or electronic transmission. Based on a court order or an agreement of the parties to

17

accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the

person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the

18

transmission, any electronic message or other indication that the transmission was unsuccessful.

19

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose

20

direction the service was made.

21

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on 10

22

October 2024 at Los Angeles, California.

23

                                /s/Alexander J. Petale, Esq._____

                                Declarant

24

25

26

27

28

1   Dr. Stewart Lucas Murrey
    1217 Wilshire Blvd. # 3655
2   Santa Monica, CA 90403
    Tel.: (424) 278-3017
3   Email: 2@lucasmurrey.io
    Website: lucasmurrey.com
4   SocialMedia: sickoscoop.com/lucas

5   Plaintiff & Plaintiff in Pro Se

6

7               UNITED STATES BANKRUPTCY COURT

8               CENTRAL DISTRICT OF CALIFORNIA

9

10  In re:                              Amended Adversary Complaint Case No.
                                        24-ap-01152-BR
11  MS. AMY LYNNE BLALOCK, an           [Assigned to: Hon. Judge Barry Russell]
    individual;
12              Debtor,
                                        Related: Bankruptcy Case No.
13  DR. STEWART LUCAS MURREY, an        24-bk-12532-BR-Chapter 7
    individual;                         [Assigned to: Hon. Judge Barry Russell]
14              Plaintiff,

15                                      PLAINTIFF'S DR. MURREY'S
16  MS. AMY LYNNE BLALOCK, an           DEMAND FOR INSPECTION AND
    individual;                         PRODUCTION OF DOCUMENTS TO
17              Defendant.              DEFENDANT MS. BLALOCK (SET
                                        ONE)
18

19

20  PROPOUNDING PARTY:      Plaintiff Dr. Murrey

21  RESPONDING PARTY:      Defendant Ms. Blalock

22
23  SET NO.:                ONE

24          Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff Dr.

25  Murrey hereby requests that Defendant Ms. Blalock (1) respond to this request, in

26
27  writing, within thirty (30) days from the date of service, and (2) produce and permit

28  inspection and copying of the documents described herein. The place of inspection

shall be 1217 Wilshire Blvd. # 3655, in Los Angeles, CA 90403 and shall take place

on the date of 9 November 2024 and at the time of 8:00 A.M. In lieu of making a

personal appearance on the production date, Defendant may append copies of the

requested documents to his response to Plaintiff's Demand for Inspection and

Production of Documents.

## I.

## DEFINITIONS AND INSTRUCTIONS

A. "DOCUMENT" means a writing as defined by Federal Rules of Evidence

1001(1), and shall include without limitation, the original (and absent the original then

a copy thereof), all file copies and copies not identical to the original of any writing or

record of every type, form, and description that is in the possession, custody, or control

of the responding party, or that no longer is in the responding party's possession but of

that the responding party still has knowledge, whether or not said writings or records

are claimed to be privileged or otherwise immune from discovery including by way of

illustration and not limitation, the following items, whether said writings or records are

on paper, magnetic disk, tape, or other computer or digital storage medium, microfilm,

microfiche, floppy, or any other storage or recording medium.

B. Whenever the terms "YOU" and "YOUR" are used, they refer to Defendant

Blalock and her agents, employees, attorneys, accountants, investigators, and anyone

else acting on his behalf.

C. Whenever the term "INCIDENT" is used, it refers to the events as set forth in the operative Complaint.

D. The term "COMPLAINT" refers to the operative complaint filed by Plaintiff in this action.

## II.

## DEMAND FOR PRODUCTION

### DEMAND FOR PRODUCTION NO. 1:

Any and all evidence of plaintiff having something to do with missing women from Los Angeles.

### DEMAND FOR PRODUCTION NO. 2:

Any and all evidence of plaintiff having murdered women.

### DEMAND FOR PRODUCTION NO. 3:

Any and all evidence of plaintiff having kidnapped women.

### DEMAND FOR PRODUCTION NO. 4:

Any and all evidence of you having matched with plaintiff on a dating app.

### DEMAND FOR PRODUCTION NO. 5:

Any and all evidence of you having dated plaintiff.

### DEMAND FOR PRODUCTION NO. 6:

Any and all recordings you made of plaintiff.

### DEMAND FOR PRODUCTION NO. 7:

Any and all records of Facebook points you have received.

**DEMAND FOR PRODUCTION NO. 8:**

Any and all records of rewards, compensation, monies, salaries, payments that you have received from Facebook.

**DEMAND FOR PRODUCTION NO. 9:**

Any and all money you received from GoFundMe.

**DEMAND FOR PRODUCTION NO. 10:**

Any and all evidence of plaintiff having stalked Elly Shariat.

**DEMAND FOR PRODUCTION NO. 11:**

Any and all evidence of plaintiff having stalked anyone.

**DEMAND FOR PRODUCTION NO. 12:**

Any and all evidence of plaintiff having committed a crime.

**DEMAND FOR PRODUCTION NO. 13:**

Any and all evidence of plaintiff having communicated with you.

**DEMAND FOR PRODUCTION NO. 14:**

Any and all communications between yourself and media outlets concerning plaintiff.

**DEMAND FOR PRODUCTION NO. 15:**

Any and all statements you made about plaintiff in the Facebook forum(s) "Are We Dating The Same Guy?" ("AWDTSG").

**DEMAND FOR PRODUCTION NO. 16:**

Any and all statements you made about plaintiff on Facebook.

**DEMAND FOR PRODUCTION NO. 17:**

Any and all statements you made about plaintiff on any platform and/or app.

**DEMAND FOR PRODUCTION NO. 18:**

Any and all records of monies, rewards, benefits, points you received on any platform and/or app whereupon you commented about plaintiff.

**DEMAND FOR PRODUCTION NO. 19:**

Any and all records of communications with news media outlets concerning plantiff.

**DEMAND FOR PRODUCTION NO. 20:**

Any and all records of communications with GoFundMe concerning plantiff.

**DEMAND FOR PRODUCTION NO. 21:**

Any and all work contracts in the past ten years.

**DEMAND FOR PRODUCTION NO. 22:**

Any and all work contracts with Facebook.

**DEMAND FOR PRODUCTION NO. 23:**

Any and all work contracts with any governmental agency.

**DEMAND FOR PRODUCTION NO. 24:**

1    Any and all statements, communications and/or records of such concerning

2    plaintiff to third parties, including, but not limited to any and all other AWDTSG

3

4    Facebook accounts.

5    **DEMAND FOR PRODUCTION NO. 25:**

6

7    Any and all documents and/or information of you protecting women.

8    **DEMAND FOR PRODUCTION NO. 26:**

9    Any and all reports and/or complaints of plaintiff that you made to any and all

10

11    third parties, including, but not limited to online groups, platforms and dating apps

12    such as Facebook, Instagram, Matchgroup, Hinge, Tinder, OkCupid, Bumble, Raya,

13    Upward.

14

15    **DEMAND FOR PRODUCTION NO. 27:**

16    Any and all notice(s) that you sent to plaintiff informing him that he was the

17

18    subject of your online postings, including, but not limited to your postings in the

19    Facebook group "Are We Dating The Same Guy? / Los Angeles"? ("AWDTSG/LA").

20    **DEMAND FOR PRODUCTION NO. 28:**

21    Any and all documents and/or information of your credentials to determine who

22

23    can and cannot date, socialize and/or initiate romantic and/or love relationships.

24    **DEMAND FOR PRODUCTION NO. 29:**

25

26

27

28

1    Any and all texts, images, postings and/or electronic communications that you

2

3    have approved on Facebook, Instagram, and/or dating apps, including, but not limited

4    to: AWDTSG/LA, Matchgroup, Hinge, Tinder, OkCupid, Bumble, Raya, Upward.

5    DEMAND FOR PRODUCTION NO. 30:

6

7    Any and all documents, contracts and/or information of rewards, benefits,

8    compensation, including, but not limited to money, cryptocurrency, points, badges, etc.

9    that you have received on Facebook, Instagram, and/or dating apps, including, but not

10

11    limited to AWDTSG/LA, Matchgroup, Hinge, Tinder, OkCupid, Bumble, Raya,

12    Upward.

13    DEMAND FOR PRODUCTION NO. 31:

14

15    Your comments and/or reply(ies) to comment(s) about plaintiff that were deleted

16    in the Facebook group AWDTSG/LA.

17

18    DEMAND FOR PRODUCTION NO. 32:

19    Any and all anonymous online statements you made about plaintiff online,

20

21    including, but not limited to on platforms such as Facebook, Instagram, and/or dating

22    apps, including, but not limited to: AWDTSG/LA, Matchgroup, Hinge, Tinder,

23    OkCupid, Bumble, Raya, Upward.

24

25    DEMAND FOR PRODUCTION NO. 33:

26

27

28

Any and all documents and/or information of money you received via online

donation platforms, including, but not limited to Gofundme.com, Facebook fundraisers

within the last five (5) years.

**DEMAND FOR PRODUCTION NO. 34:**

Any and all documents and/or information of male members in the Facebook

group: "Are We Dating The Same Guy?/Los Angeles".

**DEMAND FOR PRODUCTION NO. 35:**

Any and all reports and/or complaints of men that you have made to any and all

third parties, including, but not limited to Facebook, Instagram, and/or dating apps,

including, but not limited to: AWDTSG/LA, Matchgroup, Hinge, Tinder, OkCupid,

Bumble, Raya, Upward, within the last five (5) years.

**DEMAND FOR PRODUCTION NO. 36:**

Any and all reports and/or complaints that you have made to any and all third

parties, including, but not limited to Facebook, Instagram, and/or dating apps,

including, but not limited to: AWDTSG/LA, Matchgroup, Hinge, Tinder, OkCupid,

Bumble, Raya, Upward, within the last five (5) years.

**DEMAND FOR PRODUCTION NO. 37:**

Any and all documents and/or information of you harming men.

**DEMAND FOR PRODUCTION NO. 38:**

Any and all communications, including, but not limited to direct messages between you and Kelly Gibbons.

## DEMAND FOR PRODUCTION NO. 39:

Any and all communications, including, but not limited to direct messages between you and Lena Vanderford.

## DEMAND FOR PRODUCTION NO. 40:

Any and all communications, including, but not limited to direct messages between you and Liv Burger.

DATED:  10 October 2024

By:  /s/Stewart Lucas Murrey
Dr. Stewart Lucas Murrey
*In Pro Se*

PROOF OF SERVICE

I declare as follows:

I, Alexander J. Petale, Esq., am over the age of 18 years, and not a party to this action. My business address is 5478 Wilshire Blvd., Suite 430, Los Angeles, CA 90036, which is located in the county where the mailing described below took place. On 10 October 2024 I served the foregoing document(s) described as: Dr. Murrey's Demand for Inspection and Production of Documents, Set One (1), to:

Amy Lynne Blalock
1001 Gayley Ave. # 24381
Los Angeles, CA 90024
Tel. (310) 569-6182
amyblalock@gmail.com

I served a true copy of the document(s) above:

[X] By United States mail. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) mentioned above and:

[ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage full prepaid.

[ X ] By e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on 10 October 2024 at Los Angeles, California.

_/s/Alexander J. Petale, Esq._____
Declarant

# EXHIBIT I

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (424) 278-3017
Email: 2@lucasmurrey.io
Websites: sickoscoop.com/lucas,
lucasmurrey.com

10 November 2024

***Via Email** (Sent as a Scanned Copy of the Signed Document) to:*

Ms. Amy Lynne Blalock
1001 Gayley Ave. # 24381
Los Angeles, CA 90024
Tel. (310) 569-6182
amyblalock@gmail.com

Re:     Dr. Murrey v. Ms. Blalock; Adversary Case No.: 24-ap-01152-BR
        **Failure of Defendant Ms. Blalock to Respond to Plaintiff Dr. Murrey's Discovery
        Requests and Interrogatories**

Dear Ms. Blalock,

Please be advised that because you failed to timely respond to plaintiff's requests for
production of documents and interrogatories, this letter complies with Federal Local Rule 7-3
and seeks, in good faith, to identify outstanding discovery issues for you to remedy prior to
plaintiff filing a motion to compel and seeking any and all sanctions. Due to your failure to
respond timely you have waived all objections to plaintiff's interrogatories and requests for
production of documents served upon you on 10 October 2024.

Further, because of the unusual malice of your defamation wherein you allege, among
other things, that plaintiff is "responsible for all missing women from Los Angeles" and that he
has stalked other women all of which betrays your participation in a Facebook cyberbullying
group – and because both parties in this action are representing themselves –, this letter serves to
meet & confer while it is not feasible to meet in-person nor via telephone.

**Interrogatories, No.s 1 – 20**

You have failed to provide any response whatsoever to plaintiff's interrogatories no.s 1 –
20 served upon you on 10 October 2024. These questions are critical to this case and plaintiff is
entitled to your proper responses to litigate this matter. Please provide complete and thorough
responses to said interrogatories forthwith.

**Requests for Production of Documents, No.s 1 – 40**

1

You have failed to provide any response whatsoever to plaintiff's requests for production of documents no.s 1 – 40 served upon you on 10 October 2024. These requests are critical to this case and plaintiff is entitled to your proper responses to litigate this matter. Please provide complete and thorough responses to said requests for production of documents forthwith.

Please provide complete and thorough responses without any objections to the above-noted discovery interrogatories and requests for production of documents forthwith or I will be forced to seek court intervention by filing a motion to compel and seek any and all appropriate sanctions.

Truly,

_/s/ Stewart Lucas Murrey_____
Dr. Stewart Lucas Murrey
Plaintiff & Plaintiff in Pro Per

2

PROOF OF SERVICE

I declare as follows:

I am over the age of 18 years, and not a party to this action. My address is 1217 Wilshire Bvd. # 3655, Santa Monica, CA 90403, which is located in the county where the mailing described below took place. On 10 November 2024 I served the foregoing document(s) described as: Dr. Murrey's Meet & Confer Letter to Ms. Blalock in the matter of Dr. Murrey v. Blalock (Federal Bankruptcy Case No. 24-ap-01152-BR) to:

Amy Lynne Blalock
1001 Gayley Ave. # 24381
Los Angeles, CA 90024
Tel. (310) 569-6182
amyblalock@gmail.com

I served a true copy of the document(s) above:

[ ] By United States mail. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) mentioned above and:

[ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage full prepaid.

[ X ] By e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[  ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on 10 November 2024 at Los Angeles, California.

_____
Declarant

**Amy Blalock, Defendant, Pro Se**
1001 Gayley Ave #24381
Los Angeles, CA 90046
amyblalock@gmail.com

**Stewart Lucas Murrey, Plaintiff**
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403

**November 13, 2024** (sent via email to servingpapers@protonmail.com and 2@lucasmurrey.io)

Re:      Response to M&C letter titled: **Dr. Murrey v. Ms. Blalock; Adversary Case No.:
24-ap-01152-BR Failure of Defendant Ms. Blalock to Respond to Plaintiff Dr. Murrey's Discovery
Requests and Interrogatories**

Dear Mr. Murrey,

I am writing to inform you that I was unable to respond to the interrogatories within the 30 days
as I was inundated with emails and did not see yours come through. I also never received physical mail
concerning this. In checking my emails this morning, I received an email from you in the State case.
While there is still a 'Stay' in place in the State case, do not email me about that case. I can get the
transcripts from our hearing in the State court when the judge asked if I would accept emails from you
and I said 'no', so you are in violation of my request in that case.

I would like to keep this as efficient as possible and I understand the importance of adhering to
deadlines in this matter, as I have consistently done during this case. As a pro se defendant, I do not know
the legal deadlines for all of these things you are asking of me but I have been diligently attempting to
learn the law at the level of experience you have in doing this.

I am currently working to gather the necessary information and will promptly provide the
responses to the interrogatories as soon as possible. I appreciate your understanding why I need an
extension to submit the responses. I will ensure that the responses are complete and submitted no later
than November 25, 2024.

Signed,

Amy Blalock

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (424) 278-3017
Email: 2@lucasmurrey.io
Websites: sickoscoop.com/lucas,
lucasmurrey.com

13 November 2024

*Via Email (Sent as a Scanned Copy of the Signed Document) to:*

Ms. Amy Blalock
1001 Gayley Ave. # 24381
Los Angeles, CA 90024
Tel. (310) 569-6182
amyblalock@gmail.com

Re:    Dr. Murrey v. Ms. Blalock; Adversary Case No.: 24-ap-01152-BR
       **Second Meet & Confer Letter Re: Failure of Defendant Ms. Blalock to Respond to
       Plaintiff Dr. Murrey's Discovery Requests and Interrogatories**

Dear Ms. Blalock,

        I am in receipt of your response today 13 November 2024 to my meet and confer letter
from 10 November 2024. It is clear that you are frivolously delaying your responses to my
interrogatories and requests for production of documents. As you are aware, our judge seeks to
move this case forward quickly and one of the names for the central district is "the rocket
docket". You are in bad faith trying to play a "beat the clock" game and this is unacceptable.
Because you have failed to respond within thirty (30) days to the above-noted interrogatories and
requests for production of documents, you have waived all objections. Now you need to respond
with complete and thorough responses without any objections and with verifications forthwith.
Regarding the interrogatories, respond truthfully; regarding the requests for production of
documents: either provide the documents requested or respond by saying "no such documents
exist". For your convenience, you are welcome to email me your responses and therefore you do
not have to mail me a physical copy. Since you are dragging your feet, I can only give you until
the 15th of November 2024 to provide the above-noted responses to my interrogatories and
requests for production of documents. If I do not receive these responses by said date, I will file a
motion to compel seeking any and all appropriate sanctions.

                                Truly,

                                _/s/ Stewart Lucas Murrey_____
                                Dr. Stewart Lucas Murrey
                                Plaintiff & Plaintiff in Pro Per

                                                                                1

 **Amy B**                                        November 13, 2024 at 11:26 PM
Re: Second M&C Letter
To: Lucas

**With gratitude, you can seek you motion to compel.**

Amy Blalock
310-569-6182
amyblalock@gmail.com

**See More** from Lucas

# EXHIBIT J

1   Amy Blalock
    1001 Gayley Ave #24381
2   Los Angeles, CA 90024
    amyblalock@gmail.com
3
    In Pro Se
4
                    **UNITED STATES BANKRUPTCY COURT**
5
                    **CENTRAL DISTRICT OF CALIFORNIA**
6

7

8   | In re: | Adversary Case No. 24-AP-01152-BR |

9   AMY LYNNE BLALOCK, an individual;        Bankruptcy Case No. 24-bk-12532-BR

            Debtor,                          Chapter: 7
10
    STEWART LUCAS MURREY, an individual;
11
            Plaintiff,                       **DEFENDANTS RESPONSES AND**
12                                           **OBJECTIONS TO: PLAINTIFF'S DR.**
    AMY LYNNE BLALOCK, an individual;        **MURREY'S INTERROGATORIES TO**
13                                           **DEFENDANT MS. BLALOCK (SET**
            Debtor                           **ONE)**
14

15

16

17

18      PROPOUNDING PARTY:    Plaintiff Dr. Murrey

19      RESPONDING PARTY:     Defendant Amy Blalock

20      SET NUMBER:           ONE

21
                            1

                RESPONSE TO INTERROGATORIES SET ONE

RESPONDING PARTY hereby answer PROPOUNDING PARTY'S PLAINTIFF'S DR.

MURREY INTERROGATORIES TO DEFENDANT MS. BLALOCK (SET ONE)

**INTERROGATORY NO. 1:**

State the date when Elly Shariat ("Shariat") was stalked by plaintiff.

**RESPONSE TO INTERROGATORY NO. 1:**

Object. Not relevant to this case.

**INTERROGATORY NO. 2:**

State the place where Shariat was stalked by plaintiff.

**RESPONSE TO INTERROGATORY NO. 2:**

Object. Not relevant to this case.

**INTERROGATORY NO. 3:**

Identify any and all persons who witnessed plaintiff stalk Shariat.

**RESPONSE TO INTERROGATORY NO. 3:**

Object. Not relevant to this case.

**INTERROGATORY NO. 4:**

State the date when you secretly recorded plaintiff.

2

**RESPONSE TO INTERROGATORY NO. 4:**

Object, irrelevant to this case. The year I met the plaintiff was 2017.

**INTERROGATORY NO. 5:**

State the place where you secretly recorded plaintiff.

**RESPONSE TO INTERROGATORY NO. 5:**

Object, irrelevant to this case. I met the plaintiff at Little Bar on La Brea Ave in

Los Angeles, CA but no recording was made.

**INTERROGATORY NO. 6:**

Are there any documentaries about plaintiff currently being contemplated and/or made?

**RESPONSE TO INTERROGATORY NO. 6:**

I'm unaware of any.

**INTERROGATORY NO. 7:**

What monies, rewards, compensations, points, Facebook points and/or any other

benefits have you received?

**RESPONSE TO INTERROGATORY NO. 7:**

Object. Not relevant to this case.

3

RESPONSE TO INTERROGATORIES SET ONE

**INTERROGATORY NO. 8:**

To whom was the money received from GoFundMe as a result of your undersigned GoFundMe webpage concerning plaintiff distributed?

**RESPONSE TO INTERROGATORY NO. 8:**

Object. Not relevant to this case. I never started a GoFundMe and have no knowledge of who the monies were distributed.

**INTERROGATORY NO. 9:**

Have you ever worked for any social media company as an administrator and/or moderator, including, but not limited to Facebook and its forums on AWDTSG?

**RESPONSE TO INTERROGATORY NO. 9:**

Object. Not relevant to this case. No, I have not.

**INTERROGATORY NO. 10:**

Have you ever worked for any governmental agency?

**RESPONSE TO INTERROGATORY NO. 10:**

Object. Not relevant to this case and this interrogatory seeks confidential information, which, if disclosed, may constitute an unwarranted invasion of privacy.

**INTERROGATORY NO. 11:**

State and identify you employers for the past ten (10) years.

4

**RESPONSE TO INTERROGATORY NO. 11:**

Object. Not relevant to this case and this interrogatory seeks confidential

information, which, if disclosed, may constitute an unwarranted invasion of privacy.


**INTERROGATORY NO. 12:**

State and identify your complete educational history.


**RESPONSE TO INTERROGATORY NO. 12:**

Object. Not relevant to this case and this interrogatory seeks confidential

information, which, if disclosed, may constitute an unwarranted invasion of privacy.


**INTERROGATORY NO. 13:**

State and identify your date and place of birth.


**RESPONSE TO INTERROGATORY NO. 13:**

Object. Not relevant to this case and this interrogatory seeks confidential

information, which, if disclosed, may constitute an unwarranted invasion of privacy.


**INTERROGATORY NO. 14:**

State and identify the complete name, address, telephone number, email address, social

media accounts of any and all anonymous postings and/or accounts concerning plaintiff, including but

not limited to those who anonymously posted the comments and pictures of plaintiff attached hereto as

Exhibit "1".

5

RESPONSE TO INTERROGATORIES SET ONE

**RESPONSE TO INTERROGATORY NO. 14:**

Object. Not relevant to this case and this interrogatory seeks confidential

information, which, if disclosed, may constitute an unwarranted invasion of privacy.

**INTERROGATORY NO. 15:**

Identify any and all third-parties to whom you have reported plaintiff, including, but

not limited to any and all social media and/or dating apps.

**RESPONSE TO INTERROGATORY NO. 15:**

Object. Not relevant to this case. I have never reported plaintiff to any social

media or dating apps.

**INTERROGATORY NO. 16:**

Identify the contact information: full names, addresses, telephone numbers, email

addresses of all the women you have protected in online groups.

**RESPONSE TO INTERROGATORY NO. 16:**

Object. Not relevant to this case and this interrogatory seeks confidential

information, which, if disclosed, may constitute an unwarranted invasion of privacy.

**INTERROGATORY NO. 17:**

Why were all of your comments about plaintiff in AWDTSG and on GoFundMe

deleted?

6

RESPONSE TO INTERROGATORIES SET ONE

1

**RESPONSE TO INTERROGATORY NO. 17:**

I'm unaware. I reached out to the group administrator of AWDTSG the same

question because I don't run that group and did not delete my own comments.


**INTERROGATORY NO. 18:**

State the nature of your relationship to the other accounts who comments on plaintiff in

AWDTSG, including but not limited to Kelly Gibbons, Lena Vanderford, Liv Burger and Paola

Sanchez.


**RESPONSE TO INTERROGATORY NO. 18:**

Object, not relevant to this case. Before the lawsuit, I did not know any of the

other defendants in the state case.


**INTERROGATORY NO. 19:**

State the complete names, addresses, telephone numbers, email addresses, social media

accounts of all male members of AWDTSG.


**RESPONSE TO INTERROGATORY NO. 19:**

Object. Not relevant to this case and this interrogatory seeks confidential

information, which, if disclosed, may constitute an unwarranted invasion of privacy.

7

1

**INTERROGATORY NO. 20:**

2

      State the complete names, addresses, telephone numbers, email addresses, social media

3

accounts of all men who you recommended as being safe for women to date in AWDTSG.

4

5

**RESPONSE TO INTERROGATORY NO. 20:**

      Object. Not relevant to this case and this interrogatory seeks confidential

6

information, which, if disclosed, may constitute an unwarranted invasion of privacy.

7

8

9

Dated: November 17, 2024

                         _____

10

                  AMY BLALOCK, DEFENDANT

11

                  IN PRO SE

12

13

                **VERIFICATION**

14

I, Amy Blalock, declare as follows:

1. I am the defendant in the adversary proceeding titled: 24-ap-01152-BR pending in the

15

Central District of California.

16

17

2. I have read the foregoing **DEFENDANTS RESPONSES AND OBJECTIONS TO:**

18

**PLAINTIFF'S DR. MURREY'S INTERROGATORIES TO DEFENDANT MS.**

19

**BLALOCK (SET ONE)**

20

3. I am informed and believe that the same is true and correct.

21

                    8

RESPONSE TO INTERROGATORIES SET ONE

1

2      I declare under penalty of perjury under the laws of the United States of America that the

3   foregoing answers are true and correct.

4

5

Executed at: Los Angeles, CA

6

7

Date: November 17th, 2024

8                                              _____

9                                              AMY BLALOCK, DEFENDANT, IN PRO SE

10

11

12

13

14

15

16

17

18

19

20

21

RESPONSE TO INTERROGATORIES SET ONE

# EXHIBIT K

Philosophy

Hölderlin's Dionysiac Poetry
The Terrifying-Exciting Mysteries

▶ springer.com




Hölderlin's Dionysiac Poetry

Murrey

Lucas Murrey

# Hölderlin's Dionysiac Poetry

## The Terrifying-Exciting Mysteries



Springer

LITERARY STUDIES | PHILOSOPHY

"Once again, fascinating material. It is exciting to see the meaning of Orwell's unpublished preface 'The Freedom of the Press' enter into the orbit of German philosophy." —Noam Chomsky, Massachusetts Institute of Technology, author of *Manufacturing Consent: The Political Economy of the Mass Media* and *Gaza in Crisis: Reflections of Israel's War against the Palestinians*

"Lucas Murrey has produced a visionary reiteration of the Nietzschean Dionysus to illuminate the cyberstructurality of twenty-first-century capitalism." —Richard Stamford, University of Exeter, author of *Money and the Early Greek Mind: Homer, Philosophy, Tragedy* and *Dionysos*

"As a new contemporary interpreter of Nietzsche, Lucas Murrey offers a critical analysis of the catastrophe that the German philosopher prophesized. In particular, Murrey's historical placement of Nietzsche that, on the one hand, looks explicitly backward to the poetry of Friedrich Hölderlin and, on the other hand, implicitly forward to the poetry of Stefan George, opens a new door of thought." —Bernhard Böschenstein, Université de Genève author of *Frucht des Gewitters: Zu Hölderlins Dionysos als Gott der Jugend* and *Paul Celan: Der Meridian*

"A colorful and rigorous new landmark study regarding Nietzsche's understanding of Dionysus in Greek tragedy during his Basel year. Well-versed in classical scholarship and challenging in its original insights into ancient and modern visual culture." —Anton Bierl, University of Basel, author of *Dionysos und die griechische Tragödie*

Cover Image: People dancing around bonfire at Yi International Torch Festival, by Michael Coyne

Author photo: Horst Lückerig

Cover design: Marilyn Jones



LEHIGH UNIVERSITY PRESS
For orders please contact
Rowman & Littlefield
800-462-6420
www.rowman.com

ISBN 978-1-61146-184-1

Lucas Murrey is from southern California and received his PhD in German studies and philosophy from Yale University in 2011. Since then he has been teaching seminars and giving public lectures, mostly in western Europe, at various universities and colleges.

LEHIGH

Murrey    **NIETZSCHE** the meaning of earth

# NIETZSCHE
## the meaning of earth



Lucas Murrey



## NON SEQUITUR

Collective trauma punctuates our lives. It creates a collective memory of sorts that, in turn, initiates intimate perspectives of loss. Everyone knows where he or she was when this or that tragedy occurred. This is why George H. W. Bush feigning a loss of memory when asked about his whereabouts when John F. Kennedy was assassinated represents a nodal point of corruption within American history. Looking back, the Bush crime family has roots in mon...

Lucas Murrey     Mar 23     👁 205



# DR. LUCAS MURREY

Ph.D Yale University

Author of *Hölderlin's Dionysiac Poetry* and *Nietzsche: The Meaning of Earth*

More work forthcoming

Email: 2@lucasmurrey.io

Copyright © 2024



## THE MONETIZED UNKNOWN

We live in a tragic time. This is one of the few things on which we seem to agree. Everything else  social behavior, political values, media we absorb and vomit up, polarizes and isolates. Related to this dismemberment is a lack of clarity about what is actually happening. But what I would like to briefly address is that which underlies that which we do not know, specifically our tendency to accept the unknown. What do I mean? Let me clarify by w...

Lucas Murrey     Mar 23     👁 186



Lucas Murrey    Mar 31    © 174





War Is A Racket

Lucas Murrey    Apr 15    © 169

← Back

# DR. LUCAS MURREY



Verified Onchain

Are We Being Murdered By The Same
"Intelligence" Mafia?

From Epstein's Pedophile Network To
Facebook, United States and Israeli Cyber-
Criminals

By Lucas Murrey

© 2023

Are We Dating The Same Guy? | Los Angeles

Anyone paying attention during the last few years has noticed that the
pedophile and financial criminal Jeffrey Epstein along with his honey-

**NICE EVENING**

reddit subs r/palestiners
r/palestine are israeli ps
operations offering fake
not in truth and actual f
genuine concern for Pali
good people, thus their
pro Palestinian content.

Lucas Murrey    Nov 1

**NICE EVENING**

reddit subs r/palestiners
r/palestine are israeli ps
operations offering fake
not in truth and actual f
genuine concern for Pali
good people, thus their
pro Palestinian content.

Lucas Murrey    Nov 1

**AUTHENTIC ART CRIT**

because art critics are a
minority of intellectuals

# EXHIBIT L









# Consortium News

Independent Investigative Journalism and Political Review · Since 1995



Volume 29, Number 328 – Sunday, November 17, 2024

About | Archives | Assange Hearing | CN Live! | From the Archive Series | In Case You Missed | October Surprise Series | Video Interviews | VIPS X

AFGHANISTAN, AMERICAN EMPIRE, CHINA, COMMENTARY, INTELLIGENCE, IRAN, IRAQ, MEDIA, PROPAGANDA, RUSSIA, SOCIAL MEDIA, U.S., UKRAINE, UNITED KINGDOM

SEARCH THIS SITE

## Exposed: Covert Pro-Western Info Op

September 23, 2022

Search

**DONA**

Securely by check, cre
on Patreon:



TAX-DEDU(

***Declassified Australia's* Peter Cronau flags and analyzes a report by researchers at Stanford University and Graphika about a massive secret propaganda operation being run out of the U.S. The report, from late August, has been buried by the Western media.**

☑ English ▾

Targeting Russia, China, Iran, Central Asia, and other Middle East countries, the U.S. military's Information Operation to spread propaganda is the most extensive program of covert pro-Western Information Operations on social media ever revealed. (Stanford Internet Observatory)

**By Peter Cronau**
*Declassified Australia*



**A** covert online propaganda operation said to be the world's largest promoting "pro-Western narratives" has been found to be operating primarily out of the United States, targeting Russia, China and Iran.

"We believe this activity represents the most extensive case of covert pro-Western IO [Information Operation] on social media to be reviewed and analysed by open-source researchers to date," say the researchers from Stanford University and internet research firm, Graphika.

The researchers found most of the Information Operation "likely originated in the United States." From there it ran a massive, interconnected web of automated "bot" accounts on Twitter, Facebook and other social media platforms.

The covert operation to influence online audiences has been using "deceptive tactics to promote pro-Western narratives," while "opposing countries including Russia, China and Iran."

"The accounts heavily criticized Russia in particular for the deaths of innocent civilians and other atrocities its soldiers committed in pursuit of the Kremlin's 'imperial ambitions' following its invasion of Ukraine in February this year," the report says.

and other programming to "target audiences," such as *Southeast Europe Times* and *Central Asia Online*. The websites "have the strong appearance of civilian journalism" and seek "to express the United States and its operations in a positive light."

**Covert Clusters Exposed**

The newly-revealed covert clusters of the Information Operation (IO) received closer examination by the Stanford-Graphika report, which identified it as "the most extensive case of covert pro-Western IO on social media" so far examined by open-source researchers.

The covert pro-Western fake accounts identified by Twitter and Meta had "created fake personas with GAN (Generative Adversarial Network-computer-generated) faces, posed as independent media outlets, leveraged memes and short-form videos, attempted to start hashtag campaigns, and launched online petitions."

Through social media network mapping, the covert Twitter accounts were targeting Middle East audiences primarily in Iran (45 percent), Afghanistan, Iraq and also Central Asia. Analysis also found "smaller community clusters in the network containing mixed international accounts focused loosely on a variety of international figures and organizations."

 

Like   **Reply**   35w

**Kel Culb Gib**  Author

Ask and ye shall receive. Here is the disturbing video of he and his lawyer/friend. Please note that the video doesn't end when the screen goes blank, that's just the part where it turns from bizarre to creepy.



Like   **Reply**   35w

**Kel Culb Gib**  Author

Like   **Reply**   35w

**Kel Culb Gib**   Author

Ask and ye shall receive. Here is the disturbing video of he and his
lawyer/friend. Please note that the video doesn't end when the screen
goes blank, that's just the part where it turns from bizarre to creepy.



**Like**   **Reply**   35w

**Kel Culb Gib**   Author

# EXHIBIT M

Amy Blalock
1001 Gayley Ave #24381
Los Angeles, CA 90024
amyblalock@gmail.com

In Pro Se

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>AMY LYNNE BLALOCK, an individual;<br><br>      Debtor,<br><br>STEWART LUCAS MURREY, an individual;<br><br>      Plaintiff,<br><br>AMY LYNNE BLALOCK, an individual;<br><br>      Debtor | Adversary Case No. 24-AP-01152-BR<br><br>Bankruptcy Case No. 24-bk-12532-BR<br><br>Chapter: 7<br><br><br>**DEFENDANTS RESPONSES AND OBJECTIONS TO: PLAINTIFF'S DR. MURREY'S REQUESTS FOR ADMISSION TO DEFENDANT MS. BLALOCK (SET TWO)** |

PROPOUNDING PARTY:    Plaintiff Dr. Murrey

RESPONDING PARTY:     Defendant Amy Blalock

SET NUMBER:                TWO

1

RESPONSE TO DISCOVERY SET TWO

1  RESPONDING PARTY hereby answer PROPOUNDING PARTY'S PLAINTIFF'S DR.

2  MURREY REQUESTS FOR ADMISSION TO DEFENDANT MS. BLALOCK (SET TWO)

3

4  **REQUEST FOR ADMISSION NO. 20:**

5         Admit that you have no evidence to support your claim that you made on your

   GoFundMe webpage that plaintiff stalked Elly Shariat.

6

7  **RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

8  Deny.

9

10 **REQUEST FOR ADMISSION NO. 21:**

   Admit that Elly Shariat's statement that she was stalked by plaintiff that appeared on your

11 GoFundMe webpage was removed by GoFundMe because it is false.

12

13 **RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

14 Deny.

15
   Dated: November 17, 2024
16
                                                    AMY BLALOCK, DEFENDANT
17
                                                    IN PRO SE
18

19

20 //

21

                                          2

                    RESPONSE TO DISCOVERY SET TWO

1

2                                   **VERIFICATION**

3       I, Amy Blalock, declare as follows:

4       1. I am the defendant in the adversary proceeding titled: 24-ap-01152-BR pending in the

        Central District of California.

5       2. I have read the foregoing **DEFENDANTS RESPONSES AND OBJECTIONS TO:**

6       **PLAINTIFF'S DR. MURREY'S REQUESTS FOR ADMISSION TO DEFENDANT MS.**

7       **BLALOCK (SET TWO)**

8       3. I am informed and believe that the same is true and correct.

9

        I declare under penalty of perjury under the laws of the United States of America that the

10      foregoing answers are true and correct.

11

12

13   Executed at: Los Angeles, CA

14

15
     Date: November 17th, 2024                    _____
16
                                                  AMY BLALOCK, DEFENDANT, IN PRO SE
17

18

19

20

21                                          3

# PROOF OF SERVICE

I declare as follows:

I am over the age of 18 years, and not a party to this action. My address is 1217 Wilshire Bvd. # 3655, Santa Monica, CA 90403, which is located in the county where the mailing described below took place. On 19 November 2024 I served the foregoing document(s) described as: Dr. Murrey's Notice and Motion to Compel and Request for Sanctions; Joint Stipulation, Declaration and Proposed Order in the matter of Dr. Murrey v. Blalock (Federal Bankruptcy Case No. 24-ap-01152-BR) to:

Amy Lynne Blalock
1001 Gayley Ave. # 24381
Los Angeles, CA 90024
Tel. (310) 569-6182
Email: amyblalock@gmail.com

I served a true copy of the document(s) above:

[ ] By United States mail. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) mentioned above and:

[ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage full prepaid.

[ X ] By e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on 19 November 2024 at Los Angeles, California.

_____
Declarant