# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>AMY LYNNE BLALOCK,<br><br>Debtor(s), | Case No.: 2:24-bk-12532-BR<br><br>Chapter: 7<br><br>Adversary No.: 2:24-ap-01152-BR<br><br>NOTICE OF HEARING |
| DR. STEWART LUCAS MURREY,<br><br>Plaintiff(s),<br><br>Vs.<br><br>AMY LYNNE BLALOCK,<br><br>Defendant(s). | Date: DECEMBER 17, 2024<br>Time: 1:30 P.M.<br>Location: 1668 [IN PERSON HEARING]<br>EDWARD ROYBAL BUILDING<br>255 E TEMPLE STREET<br>LOS ANGELES, CA 90012 |

**NOTICE IS HEREBY GIVEN** that Dr. Stewart Lucas Murrey's "Motion To Compel Defendant Ms. Blalock's Responses Interrogatories & Request for Production Of Documents; and Request for Sanctions" filed on November 19, 2024 (doc. 31).

- 1

Written opposition must be filed by December 5, 2024 by 3:30 p.m. Written reply to the opposition must be filed by December 12, 2024 by 3:30 p.m.

Date: 11/21/2024

_____
DEPUTY CLERK

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd #3655
Santa Monica, CA 90403

Sent a copy of the Motion to Amy Lynne Blalock and notice of hearing:
Amy Lynne Blalock
1001 Gayley Ave #24381
Los Angeles, CA 90024

☐ Service information continued on attached page

Date: 11/21/2024         Signature: _Stacey Firlen_
                         Deputy Clerk [printed name]: Stacey Firlen

CACB Rev. June 2016