**FILED**

DEC 11 2024

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                     Deputy Clerk

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (424) 278-3017
Email: 2@lucasmurrey.io
Website: lucasmurrey.com
SocialMedia: sickoscoop.com/lucas

Plaintiff & Plaintiff in Pro Se

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>　　　　Debtor,<br><br>DR. STEWART LUCAS MURREY, an individual;<br>　　　　Plaintiff,<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>　　　　Defendant. | Adversary Complaint Case No. 24-ap-01152-BR<br>[Assigned to: Hon. Judge Barry Russell]<br><br>**PLAINTIFF DR. MURREY'S REPLY TO DEFENDANT MS. BLALOCK'S OPPOSITION; DECLARATION OF DR. MURREY; REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Date:<br>Hearing Time:<br>Courtroom:　　1668<br>Judge:　　　Hon. Barry Russell |

## PLAINTIFF DR. MURREY'S REPLY

Herein plaintiff Dr. Murrey replies to defendant Ms. Blalock's opposition and attempt to deceive this court about the facts of the discovery relevant to this motion.

Because defendant's opposition is both deceitful and confused, to be clear: the discovery in question in this motion is: Interrogatories No.s 1-20, set one; and requests for production of documents, No.s 1-40, set one. Both were served properly

- 1 -
Plaintiff's Reply

on defendant on 10 October 2024 (see the already filed declaration of plaintiff Dr.

Stewart Lucas Murrey in support of his motion to compel from 19 November 2024

¶¶ 18-19, Exh. H).

Because defendant failed to respond whatsoever he emailed her a meet & confer

letter on 10 November 2024 (decl. Dr. Murrey from 19 November 2024 ¶¶ 20-21,

Exh. I). Ms. Blalock recklessly disregarded said meet & confer letter with her own

letter three days later on 13 November 2024 and to which plaintiff forthwith

responded to Ms. Blalock with a second meet and confer letter from that same day

13 November 2024; and finally to which defendant responded by stating that

plaintiff could file the instant motion to compel (Ibid.)

Although defendant provided a response on days later on 17 November 2024 to

plaintiff's interrogatories, set one, via email and without a proof of service, she

continued to fail to respond properly in good faith and she improperly objected to all

the subject-questions as she is now barred from any and all objections (decl. Dr.

Murrey from 19 November 2024 ¶ 22, Exh. J). Meanwhile, since the filing of this

motion defendant has also provided a bad faith response to plaintiff's requests for

production of documents similarly with improper objections and which also must be

compelled (decl, Dr. Murrey filed in support of this reply ¶ 3, Exh. N). Defendant

thus wholly ignored, per usual, plaintiff's good faith meet & confer letter from 17

November 2024 wherein he advised her that she could no longer use objections to

- 2 -

Plaintiff's Reply

his discovery interrogatories and requests given that she had failed to respond timely

(decl. Dr. Murrey ¶ 4, Exh. O).

Defendant continues to fail to provide complete and thorough responses without

objections. This is true in regard to both interrogatories and requests for production

of documents. This is particularly alarming given that defendant casually makes

outlandish statements that she can produce evidence of "an 'arrest' of the plaintiff

for murder" (RPD Response No. 2; decl. Dr. Murrey ¶ 3, Exh. N); and "multiple

Domestic Violence Restraining Order's brought against plaintiff" (whatever this

means; RPD Response No. 12; decl. Dr. Murrey ¶ 3, Exh. N). As of today's date, 10

December 2024, defendant continues to utterly fail to respond to plaintiff's

interrogatories and requests for production of documents properly i.e. without

objections and with complete and thorough responses. As this court is aware,

plaintiff is entitled to said responses all of which are vital as he prepares for trial.

And as noted in a recent second motion to compel further responses to discovery

that plaintiff has also had to file, defendant has also failed to provide any disclosures

per rule 26(a)(1), despite the fact that plaintiff has in good faith provided defendant

with over 200 pages of his own disclosures.

Finally, to support relevance to his discovery requests regarding the issue of

unlawful monopoly platforms working covertly with national security state agencies

and ex-spooks to promote their anonymous harassment, censorship and harm of the

populace – also through their attempts to introduce new styles of digital money to

1    the same effect of unlawful anonymous control, plaintiff hereby files concurrently –

2    plaintiff respectfully files, concurrently his request for judicial notice.

3

4

5    Dated: 10 December 2024                 Respectfully submitted,

6

7                                        By: _____

8                                             Dr. Stewart Lucas Murrey

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I declare as follows:

I am over the age of 18 years, and not a party to this action. My address is 1217 Wilshire Bvd. # 3655, Santa Monica, CA 90403, which is located in the county where the mailing described below took place. On 11 December 2024 I served the foregoing document(s) described as: Dr. Murrey's reply, declaration and request for judicial notice in the matter of Dr. Murrey v. Blalock (Federal Bankruptcy Case No. 24-ap-01152-BR) to:

Amy Lynne Blalock
1001 Gayley Ave. # 24381
Los Angeles, CA 90024
Tel. (310) 569-6182
Email: amyblalock@gmail.com

I served a true copy of the document(s) above:

[ ] By United States mail. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) mentioned above and:

[ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage full prepaid.

[ X ] By e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on 11 December 2024 at Los Angeles, California.

_____
Declarant