FILED
DEC 11 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:           Deputy Clerk

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (424) 278-3017
Email: 2@lucasmurrey.io
Website: lucasmurrey.com
SocialMedia: sickoscoop.com/lucas

Plaintiff & Plaintiff in Pro Se

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>　　　　　Debtor,<br><br>DR. STEWART LUCAS MURREY, an individual;<br>　　　　　Plaintiff,<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>　　　　　Defendant. | Adversary Complaint Case No. 24-ap-01152-BR<br>[Assigned to: Hon. Judge Barry Russell]<br><br>**PLAINTIFF DR. MURREY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS MOTION TO COMPEL DEFENDANT MS. BLALOCK'S RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODCTION OF DOCUMENTS; AND REQUEST FOR SANCTIONS**<br><br>Hearing Date:<br>Hearing Time:<br>Courtroom:　　1668<br>Judge:　　　　Hon. Barry Russell |

In accordance with federal rule of evidence 201, plaintiff Dr. Murrey respectfully requests that this court, in its consideration of the discovery sought by plaintiff from defendant concerning, for instance, her history of working for any and all governmental agencies, and the anonymous nature of the identities conspiring with defendant Ms. Blalock to harm plaintiff and monetize said harm for her and their financial benefit, take notice of the information contained in the exhibits attached here.

1. Exhibit 1 is a true and correct copy of excerpts of Goodwin and Webb's recent Unlimited Hangout's article from 31 October 2024 about Facebook's creation of new styles of digital money along with excerpts of Facebook's money ("Facebook points") along with other forms of monetary compensation and benefits to its users;

2. Exhibit 2 is a true and correct copy of excerpts of MacLeod's Mintpress News article from 12 July 2022 concerning Facebook's employment of governmental and ex-governmental employees to target political "undesireables" on unlawful monopoly platforms such as Facebook et al.

For the foregoing reasons, plaintiff respectfully requests that the court take judicial notice of each of the exhibits accompanying this request for judicial notice.

Dated: 10 December 2024                    Respectfully submitted,

                                           By: _____
                                           Dr. Stewart Lucas Murrey

# EXHIBIT 1

Case 2:24-ap-01152-BR    Doc 42    Filed 12/11/24    Entered 12/12/24 11:46:09    Desc
Main Document    Page 3 of 17

INVESTIGATIVE SERIES

# The Chain Of Command: How Facebook's Libra, Bank Regulators, and PayPal Built A New World Currency

Two companies closely tied to Peter Thiel – PayPal and Facebook – have embarked on apparently unsuccessful efforts to create a "new world currency." Yet, upon further examination, those efforts have actually been wildly successful and many recent events of significant in finance – including but not limited to the 2023 banking crisis – have arguably been orchestrated to facilitate the vision of Thiel and his early allies and the creation of a new paradigm for currency, one where privately issued money meets surveillance.

BY MARK GOODWIN  AND  BY WHITNEY WEBB · OCTOBER 31, 2024 · ⓘ 115 MINUTE READ



Log In / Sign Up

▶ Key Takeaways

- Key Takeaways

The initial trio of pieces in *The Chain* series have focused on the three essential pillars for creating a new digital monetary system. The first, *The Chain of Custody*, examined the construction of novel custodial infrastructure to enable the secure holding of billions of dollars worth of digital assets after the proliferation of Bitcoin as a new financial class. The second, *The Chain of Issuance*, investigated the primordial roots of digital payments fortifying data brokers and information bankers within the global surveillance network. It also noted how stablecoin issuers are the modern day analogue to the influence that the major infrastructural titans of the Industrial Age had on the formation of The Federal Reserve in the first half of the 20th century. The third, *The Chain of Consensus*, focused on the currency speculators and intelligence-connected developers behind the monetary policy and consensus infrastructure of privately-issued money and the blockchain revolution during the infancy of the Deflationary Age brought about by Bitcoin and the subsequent, dollarized iterations of its underlying database technology.

In summary, a new financial system cannot be built without the ability to custody assets, issue new assets, and uphold the settlement and monetary policy of said assets via a governing consensus. Yet, even with the successful formation of this necessary trifecta, the construction of a monetary network is simply fruitless without the acquisition of the last remaining pillar: a network of active users. This concept is well understood by both the private sector companies that have been mentioned throughout this series, in addition to the public sector that currently acts as the enabling environment for the rules and regulations of nation-state monetary systems upheld by central banks across the world. None of these public issuers of money, however, have the global impact of the U.S. Federal Reserve and the U.S. Treasury system, which provides immense privileges that come downstream from their issuance of the notes and reserves backing the world reserve currency, the U.S. dollar. With 66 countries worldwide listing the dollar as an official currency, the vast number of users utilizing these instruments makes the dollar system the largest financial network in the world.

Even within this monopoly, there is a fractured set of settlement networks, such as PayPal, and private banks, such as J.P. Morgan, issuing said dollars in users' checking accounts. This balkanization presents a unique opportunity for further consolidation and, with that consolidation, the ability to acquire even more users. For example, PayPal acquired millions of global users via their purchases of Venmo and Xoom, while J.P. Morgan assumed the deposits of the failed First Republic Bank after the regional banking crisis in 2023.

Log In / Sign Up

# Libra, Diem and Facebook's Stablecoin

Sitting on a Caribbean beach during the winter of 2017, David Marcus was struck with the idea of creating a global digital currency to run on Facebook's Messenger. Marcus, who had sold his mobile payment provider Zong to PayPal for $240 million in 2011, and who had been introduced to Bitcoin in 2009, was certainly no spring chicken to the rapidly evolving FinTech and digital payments space. Within nine month of Zong's acquisition by PayPal, Marcus was named PayPal's president in April 2012. Then, in June 2014, Marcus was recruited by Facebook's Mark Zuckerberg to run their Messenger app. By the time the idea that would become Libra began to germinate during his 2017 vacation in the Dominican Republic, the social network's messenger app boasted over 1.3 billion active users.



David Marcus – The New York Times – Source

Prior to his experience with PayPal and Facebook, Marcus had foun[Log In / Sign Up] noted as being the "first to break Switzerland's telecommunications monopoly" in 1996.

GTN Telecom was backed by the UK's 3i, a venture capital firm founded in 1945 by the Bank of England and "a syndicate of British banks," and was later sold in 2000 to WorldCom's World Access just two years before WorldCom would file for Chapter 11 bankruptcy after excessive accounting fraud. Marcus went on to found Echovox, a "mobile monetization company focused on monetizing web and traditional media audiences" via "transaction-enabled mobile services," shortly after the October 2000 sale of GTN. Zong was later spun off from Echovox. Bertrand Perez and Kurt Hemecker, two executives at Zong, would become part of the founding team at Libra alongside Marcus.

> "In late 2009 when I first stumbled upon Bitcoin and read the white paper, I tried to play with it, but it was so cumbersome even for a geek like me. I just couldn't get it. So I kind of put it aside, brushed it aside, and then came back to it in 2012 when a good friend of mine who's often referred to as a Patient Zero in Silicon Valley for Bitcoin, [Xapo's] Wences Casares, basically started telling me more about it and telling me 'you have to actually spend time and understand this thing.' And so I did. And then I just couldn't stop thinking about it. I just couldn't stop thinking about this idea that you could actually be your own self-sovereign for digital value and you could move it around without any intermediary in between...
>
> Then in 2013 at PayPal, that's after Zong got acquired by PayPal and I was running it, I remember that Argentina asked us to actually stop the flow of money going out of the country from PayPal accounts located in Argentina. And I remember us having to comply because we were regulated entity, and seeing the price of Bitcoin rise the same day. And it was really clear that a lot of Argentines at the time were actually moving their funds into Bitcoin so that they would have control over their hard-earned money."

David Marcus, *The Block*, June 27, 2023

Log In / Sign Up



# Shaping Technology Together

Join Meta Viewpoints and get rewarded for helping improve the technology that powers apps and services you use every day.

# Get rewarded for your participation

You'll receive rewards for completing programs. Go ahead and treat yourself!



Points Earned
**1,000 of 1,000**



# EXHIBIT 2



t is an uncomfortable job for anyone trying to draw the line between "harmful content and protecting freedom of speech. It's a balance", Aaron says. In this official Facebook video, Aaron identifies himself as the manager of "the team that writes the rules for Facebook", determining "what is acceptable and what is not." Thus, he and his team effectively decide what content the platform's 2.9 billion active users see and what they don't see.

Aaron is being interviewed in a bright warehouse-turned-studio. He is wearing a purple sweater and blue jeans. He comes across as a very likable, smiley person. It is not an easy job, of course, but someone has to make those calls. "Transparency is incredibly important in the work that I do," he says.

Aaron is CIA. Or at least he was until July 2019, when he left his job as a senior analytic manager at the agency to become senior product policy manager for misinformation at Meta, the company that owns Facebook, Instagram and WhatsApp. In his 15-year career, Aaron Berman rose to become a highly influential part of the CIA. For years, he prepared and edited the president of the United States' daily brief, "wr[iting] and overs[eeing] intelligence analysis to enable the President and senior U.S. officials to make decisions on the most critical national security issues," especially on "the impact of influence operations on social movements, security, and democracy," his LinkedIn profile reads. None of this is mentioned in the Facebook video.



Berman's case is far from unique, however. Studying Meta's reports, as well as employment websites and databases, *MintPress* has found that Facebook has recruited dozens of individuals from the Central Intelligence Agency (CIA), as well as many more from other agencies like the FBI and Department of Defense (DoD). These hires are primarily in highly politically sensitive sectors such as trust, security and content moderation, to the point where some might feel it becomes difficult to see where the U.S. national security state ends and Facebook begins.

In previous investigations, this author has detailed how TikTok is flooded with NATO officials, how former FBI agents abound at Twitter, and how Reddit is led by a former war planner for the NATO think tank, the Atlantic Council. But the sheer scale of infiltration of Facebook blows these away. Facebook, in short, is utterly swarming with spooks.

# TRUST ME, BRO

In a political sense, trust, safety and misinformation are the most sensitive parts of Meta's operation. It is here where decisions about what content is allowed, what will be promoted and who or what will be suppressed are made. These decisions affect what news and information billions of people across the world see every day. Therefore, those in charge of the algorithms hold far more power and influence over the public sphere than even editors at the largest news outlets.

There are a number of other ex-CIA agents working in these fields. Deborah Berman, for example, spent 10 years as a data and intelligence analyst at the CIA before recently being brought on as a trust and safety project manager for Meta. Little is known about what she did at the agency, but her pre-agency publications indicate she was a specialist on Syria.



Between 2006 and 2010, Bryan Weisbard was a CIA intelligence officer, his job entailing, in his own words, leading "global teams to conduct counter-terrorism and digital cyber investigations," and "Identif[ying] online social media misinformation propaganda and covert influence campaigns". Directly after that, he became a diplomat (underlining how close the line is between those two professions), and is currently a director of trust and safety, security and data privacy for Meta.

Meanwhile, the LinkedIn profile of Cameron Harris -- a CIA analyst until 2019 -- notes that he is now a Meta trust and safety project manager.



Individuals from other state institutions abound as well. Emily Vacher was an FBI employee between 2001 and 2011, rising to the rank of supervisory special agent. From there she was headhunted by Facebook/Meta, and is now a director of trust and safety. Between 2010 and 2020, Mike Bradow worked for USAID, eventually becoming deputy director of policy for the organization. USAID is a U.S. government-funded influence organization which has bankrolled or stage managed multiple regime change operations abroad, including in Venezuela in 2002, Cuba in 2021, and ongoing attempts in Nicaragua. Since 2020, Meta has employed Bradow as a misinformation policy manager.



Others have similar pasts. Neil Potts, a former intelligence officer with the U.S. Marine Corps, is vice president of trust and safety at Facebook. In 2020, Sherif Kamal left his job as a program manager at the Pentagon to take up the post of Meta trust and safety program manager.

Joey Chan currently holds the same trust and safety post as Kamal. Until last year, Chan was a U.S. Army officer commanding a company of over 100 troops in the Asia Pacific region.

# PROOF OF SERVICE

I declare as follows:

I am over the age of 18 years, and not a party to this action. My address is 1217 Wilshire Bvd. # 3655, Santa Monica, CA 90403, which is located in the county where the mailing described below took place. On 11 December 2024 I served the foregoing document(s) described as: Dr. Murrey's reply, declaration and request for judicial notice in the matter of Dr. Murrey v. Blalock (Federal Bankruptcy Case No. 24-ap-01152-BR) to:

Amy Lynne Blalock
1001 Gayley Ave. # 24381
Los Angeles, CA 90024
Tel. (310) 569-6182
Email: amyblalock@gmail.com

I served a true copy of the document(s) above:

[ ] By United States mail. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) mentioned above and:

[ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage full prepaid.

[X] By e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on 11 December 2024 at Los Angeles, California.

_____
Declarant