1

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (424) 278-3017
Email: 2@lucasmurrey.io
Website: lucasmurrey.com
SocialMedia: sickoscoop.com/lucas

2

3

4

5

Plaintiff & Plaintiff in Pro Se

**FILED**

DEC 11 2024

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

6

7

8

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

9

10

In re:

11

MS. AMY LYNNE BLALOCK, an
individual;

12

Debtor,

13

DR. STEWART LUCAS MURREY, an
individual;

14

Plaintiff,

15

16

MS. AMY LYNNE BLALOCK, an
individual;

17

Defendant.

Adversary Complaint Case No.
24-ap-01152-BR
[Assigned to: Hon. Judge Barry Russell]

**PLAINTIFF DR. STEWART LUCAS MURREY'S DECLARTION IN SUPPORT OF HIS MOTION TO COMPEL DEFENDANT MS. BLALOCK'S RESPONSES TO INTERROGATORIES, SET TWO, AND REQUESTS FOR PRODCTION OF DOCUMENTS, SET TWO; AND DISCLOSURES PER RULE 26(a)(1)(A)(iii); REQUEST FOR MONETARY SANCTIONS AND ENTRY OF DEFAULT**

18

19

20

21

22

23

Hearing Date:
Hearing Time:
Courtroom:        1668
Judge:        Hon. Barry Russell

24

25

26

## DECLARATION OF DR. LUCAS MURREY

27

I, Dr. Lucas Murrey, declare:

28

1.  That I am the plaintiff in this action; that I am over the age of 18 years and that I have personal knowledge of the facts contained in this declaration. If called upon to testify I could and would testify competently as to the truth of the facts stated herein.

2.  This declaration is submitted in support of plaintiff's motion to compel defendant Ms. Amy Blalock's responses to his interrogatories, set two, and requests for production of documents, set two; and disclosures per rule 26(a)(1)(A)(iii); and request for monetary sanctions and entry of default.

3.  A true and correct copy of Facebook AWDTSG group members stating that "public records show" [that plaintiff has] involvement in [a] MURDER case of his ex[-]wife", is "suspected of murder"; [h]as several domestic violence charges filed against him"; is an "abusive murderer"; "[has] "[f]iled [...] court cases against women [...] trying to extort money from them"; "has committed fraud"; "has acted fraudulently", "has STDs", has an "ex-wife who [he] killed"; "claim[s] he is an attorney"; has a fraudulent Ph.D from Yale University; has stalked several women; and that plaintiff is listed on the California court's public record as being a "vexatious litigant" is hereto attached as Exhibit A.

4.  All of these statements are false. Of the hundreds of Facebook accounts involved not a single woman has come forward who I have met in person other than one who I only met for less than fifteen minutes because I saw

that she did not resemble her pictures and I refused to go on a date with
her and politely excused myself forthwith. Of the remaining Facebook
accounts only a small fraction of women (so far only three) have had any
communication with me e.g. via a few text messages and I rejected each
and every one.

5. Said cyber-attack has led to off-line harassment of myself, my loved ones,
family, friends, colleagues and anyone perceived to be associated with me;
I have received multiple death threats and suffered serious damages,
including, but not limited to the loss of income and potential work and I
am currently being treated for the severe harm I suffered.

6. A true and correct copy of a recent death threat on Facebook is hereto
attached as Exhibit B.

7. A true and correct copy of the creation of mass web-traffic, "click-bait",
drawing attention to one-self and obtaining "Facebook points" i.e.
Facebook money, money via GoFundMe.com donations, also from a
national and international news media campaign with billions of viewers,
and money from securing a Netflix deal for a docuseries is hereto attached
as Exhibit C.

8. A true and correct copy of members of Facebook's AWDTSG and
defendants in plaintiff's state case having been caught harassing men who
have passed away (and thus who cannot harm anyone) and the families of

men, including their wives and children, who refused to have one-night stands with them and evidence of how, instead of being a safe place for women to protect one another, Facebook and its AWDTSG groups are places where drunk women cyber-attack men while they openly admit to suffering from psychological disorders, weight-issues etc. is hereto attached as Exhibit D.

9.  A true and correct copy of Blalock's statements in this cyber-attack is hereto attached as Exhibit E.

10. A true and correct copy of Blalock's verified admission in her responses to plaintiff's requests for admission, specifically her response to RFA no. 5, that she received GoFundMe money for her webpage that she undersigned with several other defendants and whereupon she defamed plaintiff by falsely accusing him of stalking a woman named Elly Shariat who in truth and actual fact plaintiff does not know and never stalked which Blalock and her co-conspirators aggressively promoted on social and national and international news media outlets to billions of viewers is hereto attached as Exhibit F.

11. A true and correct copy of Blalock having earned Facebook points i.e. Facebook money is hereto attached as Exhibit G.

12. A true and correct copy of Blalock et al. seeking to monetize their harm of me to make a documentary and secure a Netflix deal is hereto attached as Exhibit H.

13. A true and correct copy of my interrogatories, set two, to defendant is hereto attached as Exhibit I.

14. A true and correct copy of requests for production of documents, set two, to defendant is hereto attached as Exhibit J.

15. A true and correct copy of defendant's response to my interrogatories, set two, is hereto attached as Exhibit K.

16. A true and correct copy of defendant's response to my requests for production of documents, set two, is hereto attached as Exhibit L.

17. A true and correct copy of my meet & confer letter regarding interrogatories, set two, from 17 November 2024 is hereto attached as Exhibit M.

18. A true and correct copy of my meet & confer letter regarding requests for production of documents, set two, from 26 November 2024 is hereto attached as Exhibit N.

19. A true and correct copy of Ms. Blalock's response from 2 December 2024 wherein she stated that that she would provide further responses to the said discovery by the end of that week i.e. Friday the 6th of December 2024 is hereto attached as Exhibit O.

20. A true and correct copy of my second meet & confer letter on 6 December 2024 informing defendant that I would now have to file a second motion to compel, this time seeking not only sanctions, but also any and all further legal remedies for her ongoing failure is hereto attached as Exhibit P.

21. A true and correct copy of the anonymous organizer and other individuals who along with defendant Ms. Blalock willfully signed the harmful GoFundMe webpage with a defamatory story of plaintiff stalking a woman to billions of viewers is hereto attached as Exhibit Q.

22. A true and correct copy of Blalock claiming under oath that she has evidence of plaintiff stalking Shariat is hereto attached as Exhibit R.

23. A true and correct copy of Blalock stating under oath that she has no such evidence of plaintiff stalking Shariat nor any other woman or man ever is hereto attached as Exhibit S.

24. A true and correct copy of Blalock claiming in said AWDTSG Facebook forum that she secretly and unlawfully recorded me is hereto attached as Exhibit T.

25. A true and correct copy of Blalock admitted under oath no such recording ever existed is hereto attached as Exhibit U.

26. A true and correct copy of Blalock stating that she never obtained Facebook money/points is hereto attached as Exhibit V.

27. A true and correct copy of Blalock's Facebook points/money is hereto attached as Exhibit W.

28. A true and correct copy of my good faith disclosures per rule 26(a)(1) is hereto attached as Exhibit X.

I declare that under penalty of perjury under the laws of the United States that the foregoing is true and correct; executed on 10 December 2024 in Los Angeles, California.

DR. STEWART LUCAS MURREY

# EXHIBIT A



Went on one date with dr. Lucas Murrey years ago. In 20 minutes I could tell he was an egomaniac and a litigious psycho. He dropped so many red flags I had to run. I also googled him... just saw him on tinder and bumble.

Public records show:
Has several domestic violence charges filed against him plus involvement in MURDER case of his ex wife whom he had life insurance benefits from. (He mentioned this on the date)

Filed 11 court cases against women in 33 months trying to extort money from them. Has filed and been denied several restraining orders. Has acted aggressively in court.

He's on tinder. DONT DATE. Seriously the only time in my life that I've been scared of a man was the week following this date.

**Lena Vanderford**
August 3, 2022

12                                                    9 comr

Like                          Comme

**Michal Ofek**
Lena Vanderford what's the name of this group?
Like   Reply   31w

**Katherine Frame**
Michal Ofek look at the top of the screenshot
Like   Reply   31w

**Michal Ofek**
Yes but couldn't find a group called "don't date"
Like   Reply   31w

**Kel Culb Gib**
Michal Same!
Like   Reply   31w

**Nicole Burova**
Same
Like   Reply   31w

**Lena Vanderford**
Michal Ofek there are 2 "don't date" and "don't date LA" but I feel like I haven't seen posts in a long time.
Like   Reply   31w



**Kel Culb Gib**
August 3, 2022 ·

▶▶▶ Tea in comments if approved- but I'm curious if anyone has met "Lucas" in person (I'm not sure if that's even his real name)▶▶▶



**Kel Culb Gib**
August 3, 2022

▶▶▶ Tea in comments if approved- but I'm curious if anyone has met "Lucas" in person (I'm not sure if that's even his real name)▶▶▶



41

307 comments

Like          Comment          Send



**Group member**  Author

I'm so glad I posted here. I never met him yet so that was a close call! He said he was an Attorney on hinge but what's odd is today I got an email from hinge saying they banned a member named Luke for fraudulent behavior, but I had 2 Luke's I matched with, but after work I checked and he was gone and the other was still there so obviously it was him.

Like  Reply  21w

  **Lucy Crew**

Like   Reply   21w

**Group member**  Author

**Liv Burger** yep that's what he said

Like   Reply   21w

**Group member**  Author

**Liv Burger** seriously something is so weird about all of this. I feel like we should go undercover and get him to confess his crimes! I bet he has some serious skeletons in his closet 👀

I feel like this is a movie and I haven't blocked him yet so he's still in the rafters waiting for me to meet him at his creep spots. I wonder what the workers know/think ? There's a reason he goes to the same spots ...

# Group member's Post                                    ✕

**Liv Burger**
Group member god how funny would it be if we gathered all of the
women he has tried to bamboozle at the same place and time as your
date. Just sitting, chatting, scattered around innocently. He would
never go back again. 😆

Like   Reply   17w                                                      😆 5

**Group member**  Author
**Liv Burger** I'm so down for this. Then we can all write a book about it
and dedicate it to him 😆😆 ▬▬▬▬▬                    ▬▬▬▬▬▬
Some of us can dress like CIA agents and get him spooked out.. or
wear shirts with picture of his ex who was killed ▬▬▬▬

Like   Reply   17w                                                      😆

**Group member**  Author
**Liv Burger** we can name the book "the deadliest swipe"

Like   Reply   17w                                                      👍

**Liv Burger**

8:23

<  **Are We Dating The Same Guy? |
Los Angeles**
⭐ Kel Culb Gib · 5d · �containing

At his age, that's a huge red flag ▶

Like   Reply                    17 👀

**Kel Culb Gib**
Author ⭐ •••
Diane he told me about his published
books and how he does podcasts with
scholars. I didn't look up his books
until last night but they're both about
German poets/philosophers who were
obsessed with Greek tragedy and
Dionysian poetry which includes the
balance between "terror and
excitement" and society's focus on
visualization in comparison to wealth
and money as it relates to tragedy.
Dude is basically obsessed with
tragedy and money. His Twitter is full
of Bitcoin garb and conspiracies.

Like   Reply                    3 

**Diane Leprince**
Kel Culb Gib I bet if we do some
researches he doesn't have a
phd. He maybe attended the
program but never finished it....

Rules

 Write a comment...    

                         
         News      Marketplace    Feeds    Notifications    Menu

that part of the populace they have
brainwashed

Lucas Murrey   26 June 2022   👁 45
↩ Share



11

← Back

Like   **Reply**   35w

**Nicole Burova**
**Katherine Frame** he's a Dr??   ···

Like   Reply   35w

**Donna Dishbak**
**Katherine Frame** he s              mental ward!

👍 3

Like   **Reply**   35w

**Kel Culb Gib**   Author

**SeAirra Dittenher**



**Kaitlin Lillywhite**
I'm living for this thread

Like    Reply   35w    23



**Kel Culb Gib**   Author
UPDATE: REPORTED AND REMOVED FROM HINGE.

But he is obviously a predator so keep in mind he could make new profiles with
new names or false info if his ego is damaged enough from being removed (he is
an overt narcissist so caution is necessary!)

I don't have Bumble or Tinder so I'm not sure how to report him from there, if
you've matched with him on either place I encourage you to try to have him
removed from those as well.

STAY SAFE LADIESSSS!!



Like    Reply   32w                                               7

↳ 1 Reply

# Kel's Post                                    ✕

 COURTLISTENER.COM
Docket for Dr. Stewart Lucas Murrey v. Cheaterreport.com,
2:21-cv-08140 - CourtListener.com

Like    Reply    31w                                     10

 **Naomi Joy Garcia**

**MOTIONS:** Plaintiff's Motion to Compel Further Responses to
Form interrogatories and Sanctions

**HEARING DATE: 12/18/2020**

**Background/ Discovery Dispute**

Plaintiff Dr. Stewart Lucas Murrey filed a complaint against
Jenney Lee for intentional infliction of emotional distress and
conversion. The parties were allegedly in a romantic
relationship. Plaintiff alleges that Defendant tried to extort
money from him by pretending to be someone else and claiming
that she was pregnant. Defendant also allegedly destroyed
some of Plaintiff's dress shirts and other personal property

On August 28, 2020, Plaintiff filed a motion to compel further
responses to form interrogatories, and requests sanctions

Like    Reply    31w                                     3

 **Kel Culb Gib**  Author
**Naomi** omg ... suing a company that catches cheaters and the
suspicion of murdering his wife?! Dateline vibes.

Like    Reply    31w                                     4

 **Kel Culb Gib**  Author
**SeAirra Dittenber**

Like    Reply    29w

 **Crisna Kay**
Someone tag me when op posts deets. This is insane

Like    Reply    31w                         3

↪ View 1 more reply

 **Kel Culb Gib**  Author
**Crisna** I'm heading home from the studio right now to pour my tea but it



8:23

**Are We Dating The Same Guy? |
Los Angeles**
⭐ Kei Culb Gib · 5d

**Kei Culb Gib**
Author ⭐ •••

Shady from what I've gathered he's
either extorting or trying to extort
money from multiple different
sources. He and his lawyer seem to be
very chummy so I'm sure there's some
sort of deal going on there, too. 🐵

4d    Like    Reply                    1

Write a reply

**Mickey Holmes**
I'm just floored reading all of these
experiences....like ya know he's done bad
stuff and has been able to get away with it
for awhile.

4d    Like    Reply                    2

**Rae Rodriguez**
ANYONE HAVE HIS DEETS FROM
COLLEGE? WHAT DO HIS CLASSMATES
SAY? I NEED TO KNOW MORE 🐽

Rules

📷  Write a comment...         😀  GIF  ☺

🏠      News   Marketplace   Feeds   Notifications   Menu

## Kel's Post                                                    ✕

One of your matches, Lucas M, was
recently removed from Hinge based
on information regarding potentially
fraudulent" behavior. We are notifying
you because you matched with this
user. While Hinge cannot verify the
accuracy of such information, it
advises you to remain cautious in
your online interactions with all
individuals who you do not already
know.

Like    Reply    28w

 **Lena Vanderford**
**Kel Culb Gib** yes! "Fraudulent" meaning abusive murderer? 😵

Like    Reply    28w

 **Kel Culb Gib**  Author
Lena this was at the end of the email lol so I guess all his extortion
lawsuits 💀 they're gliding right on past that murder suspicion

* Fraudulent behavior includes but is
not limited to using a false identity or
posing a significant risk of attempting
to obtain money from other users
through deceitful means.

Like    Reply    28w

 **Lena Vanderford**
**Kel Culb Gib** I guess we should all be looking out for a fresh hinge
profile

Like    Reply    28w                                             👍

 **Katherine Frame**
Okay. So I googled and YIKES ON BIKES, here are the top google results:

███████

**Kel Culb Gib**
 Author    Open to messaging

Eve Salazar he ~~pressed lawsuits~~
~~against a number of women to extort~~
~~money from them and was suspected~~
~~in the murder of his ex wife~~. I think the
doc could investigate the murder **?**
since he clearly didn't go to jail about
it and instead of accuse him just plant
seeds of speculation.

1d   Like   Reply                    1 

afternoon scares tf out of me. Lucas should NOT be allowed on any of these apps because he really is dangerous af. 

Like  Reply

**Liv Burger**
**Elly Shariat** omg that's terrible!     ...

Like  Reply



↳ View 2 previous repl...

**Elly Shariat**
**Liv Burger** girl, I am so sorry!



Like  Reply

**Elly Shariat**
**Liv Burger** the timing of this thread is crazy because just two nights ago I woke up in a cold sweat after having a nightmare about the night he showed up. My fiancé has seen Lucas' pics and knows the story in › case we are ever out and he spots him so we can leave but the horrible vibes he gave that night, the strength he used when he came over and grabbed my wrist saying I was hard to pin down, I am still terrified about.

Like  Reply



Like   Reply

**Kel Culb Gib**

**Elly Shariat** omg! Did you get the British guys name?? That guy might have saved you from some serious trauma. I'm so sorry that happened to you! Lucas needs to be friggin stopped like wtf is the solution here ?? 🙏

Like   Reply

**Elly Shariat**

**Kel Culb Gib** sadly, we never got his info and I legit feel AWFUL that we didn't. He came to my client's room an hour after rescuing us, saw I was still upset and shook up, and even took us to Nobu in WeHo for dinner to help me get my mind off what happened. He was a perfect gentleman, incredibly kind, tall, and handsome, but I was so distraught about Lucas that it never registered for me to get his info. My client tried to use the context clues he had given through the night to find him but we never did. It's like he was an angel who appeared out of nowhere, saved us, then disappeared. My client didn't see him at the hotel after that night either.

Like   Reply

**Kel Culb Gib**

**Elly Shariat** oh well, he was a hero in disguise that night! The world works in mysterious ways- I'm glad he was there.

Like   Reply

**Elly Shariat**

**Kel Culb Gib** absolutely! I'm so grateful that he appeared and the universe was looking out. I don't want any other girl to encounter him because he is so volatile and capable of anything!

Like   Reply

## Kel's Post

manipulate and coerce to his house for some reason. It's so eerie. 🐛 👹

Like   Reply


**Elly Shariat**
Matched with him on Tinder a few years back. He wanted to meet up IMMEDIATELY but I made it clear I couldn't because I had a client in town, also let him know my texts/replies wouldn't be timely because I'd be with my client and didn't want to be rude. He found my Instagram and even though I hadn't geotagged where in Beverly Hills I was, I guess he recognized the pool and at some point in the evening stopped by the hotel and sat down next to me and my client at the bar exclaiming "I've been looking for you all over town! You're a hard girl to pin down!" I was flabbergasted and freaking out because who tf does that?! To show up uninvited at a place I didn't tell you about? Luckily a British guy a few seats over heard everything and pretended like he knew me and my client, apologized for having a call that ran long, and said why don't we go somewhere more private to discuss our work. At that point my client and I said sorry to Lucas and that we have to go with the British guy because there's a major deal we are working on so we left and Lucas huffed and puffed. (British guy had prepaid our tab, unbeknownst to us, so we wouldn't be hampered in trying to leave.) In the elevator the nice Brit mentioned how sorry he was for his gender and that seeing how distraught and panicked I was made him almost call the cops but that the bartender knew if Lucas tried to follow us to def call the cops. To this day I feel incredibly lucky that guy interjected and stepped in. Still thinking about that afternoon scares tf out of me. Lucas should NOT be allowed on any of these apps because he really is dangerous af.

Like   Reply

**Liv Burger**
**Elly Shariat** omg that's terrible!

Like   Reply

↳ 7 Replies

Los Angeles
Kel Culb Gib · Aug 3 

**Kel Culb Gib**

Elly Shariat omg! Did you get the British guys name?? That guy might have saved you from some serious trauma. I'm so sorry that happened to you! Lucas needs to be friggin stopped like wtf is the solution here ?? 🙏

4d   Like   Reply                      1 👍

**Elly Shariat**

Kel Culb Gib sadly, we never got his info and I legit feel AWFUL that we didn't. He came to my client's room an hour after rescuing us, saw I was still upset and shook up, and even took us to Nobu in WeHo for dinner to help me get my mind off what happened. He was a perfect gentleman, incredibly kind, tall, and handsome, but I was so distraught about Lucas that it never registered for me to get his info. My client tried to use the context clues he had given

Rules



1:41

December 9, 2022
8:25 PM

Edit

‹

Los Angeles
Kel Culb Gib · Aug 3 · ☱

Carisa Ducommun Iezza
Aka Dr. Stewart Lucas Murrey

4d    Like    Reply                    1 ◯



**Elly Shariat**
Matched with him on Tinder a few years
back. He wanted to meet up IMMEDIATELY
but I made it clear I couldn't because I had
a client in town, also let him know my texts/
replies wouldn't be timely because I'd be
with my client and didn't want to be rude.
He found my Instagram and even though I
hadn't geo-tagged where in Beverly Hills I
was, I guess he recognized the pool and at
some point in the evening stopped by the
hotel and sat down next to me and my
client at the bar exclaiming "I've been
looking for you all over town! You're a hard
girl to pin down!" I was flabbergasted and
freaking out because who tf does that?! To
show up uninvited at a place I didn't tell
you about? Luckily a British guy a few
seats over heard everything and pretended
like he knew me and my client,... See more

4d    Like    Reply                    6 👥

freaking out because who tf does that?! To
show up uninvited at a place I didn't tell
you about? Luckily a British guy a few
seats over heard everything and pretended
like he knew me and my client, apologized
for having a call that ran long, and said why
don't we go somewhere more private to
discuss our work. At that point my client
and I said sorry to Lucas and that we have
to go with the British guy because there's a
major deal we are working on so we left
and Lucas huffed and puffed. (British guy
had prepaid our tab, unbeknownst to us,
so we wouldn't be hampered in trying to
leave.) In the elevator the nice Brit
mentioned how sorry he was for his gender
and that seeing how distraught and
panicked I was made him almost call the
cops but that the bartender knew if Lucas
tried to follow us to def call the cops. To
this day I feel incredibly lucky that guy
interjected and stepped in. Still thinking
about that afternoon scares tf out of me.
Lucas should NOT be allowed on any of
these apps because he really is dangerous
af.

# Kel's Post



"Stay away from women"? I'm
sorry your so jealous when
rejected

And the screenshots/data of
you are enough to identify
you via said subpoena



**Lena Vanderford**
**Vanessa Valdes** He is truly dangerous.

Like    Reply    9w

  2



**Lena Vanderford**
He is equally loved on social media....

Like   Reply   20w   Edited

**Kel Culb Gib**   Author
Hey everyone, I've tried reporting Lucas through Hinge a couple of times and
haven't heard back.

I don't have Bumble so I'm unable to report him there, according to their website.
Would anyone else be able to do it?

Like   Reply   32w

**Lena Vanderford**
**Kel Culb Gib** I actually know someone on the board at Bumble. Did anyone
find his Facebook or any social media, email etc? That will help get him
banned


Like   Reply   32w

**Kel Culb Gib**   Author
**Lena** we found all of his lawsuits on Google by typing his name in. I
know his Twitter and the cell number he gave me but not sure if it's still
active. He doesn't seem to care about hiding so I'm sure his Facebook
would be relatively easy to track down if he has one!

Like   Reply   32w

## Kel's Post                                          >

One of your matches, Lucas M, was
recently removed from Hinge based
on information regarding potentially
fraudulent" behavior. We are notifying
you because you matched with this
user. While Hinge cannot verify the
accuracy of such information, it
advises you to remain cautious in
your online interactions with all
individuals who you do not already
know.

Like  Reply  28w

**Lena Vanderford**
**Kel Culb Gib** yes! "Fraudulent" meaning abusive murderer? 🙄

Like  **Reply**  28w

**Kel Culb Gib** Author
**Lena** this was at the end of the email lol so I guess all his extortion
lawsuits  they're gliding right on past that murder suspicion

* Fraudulent behavior includes but is
not limited to using a false identity or
posing a significant risk of attempting
to obtain money from other users
through deceitful means.

Like  Reply  28w

**Lena Vanderford**
**Kel Culb Gib** I guess we should all be looking out for a fresh hinge
profile

Like  **Reply**  28w                                    👍

 **Katherine Frame**
Okay. So I googled and YIKES ON BIKES, here are the top google results:

<   **Are We Dating The Same Guy? |**
**Los Angeles**                                    •••

Kel Culb Gib · Aug 3 · 

**Ainka Wiz**
Wow! I also matched with him years ago.
Convo ended fast with me blocking him
after I googled all the lawsuits against him
and being a murder suspect. I also went
down the rabbit hole of reading online
chats and blogs about him... and several
exes have accused him of stds. 👀 Sorry
for the women who actually wasted their
time on a date w him. Hopefully no one
went back to his place. Luckily we all feel
his creepiness pretty quickly. Even in the
event that he is innocent in all his cases
(which I don't believe it), just the fact that
he attracts all this drama is enough. ✖



6h    Like    Reply                        2 👍

**Da Alaa**
Ainka Wiz how did you find all that...
what info and website did you use?
Phone number, last name... etc?

5h    Like    Reply

   **Ainka Wiz**



You can message me for info.

Like · Reply · 34w

**Kelyn Rodriguez**

He's been labeled a vexatious litigator - he's on the ca courts listing

Like · **Reply** · 35w

**Kel Culb Gib** · Author



9:29

### Are We Dating The Same Guy? | Los Angeles

Kel Culb Gib · Aug 3 ·

**Jamie Onuki**
Okay her name was Sherrie Martinez



## Kel's Post                                    ✕

**Savannah Valencia** read this it's crazy
Like   Reply   27w

**Kel Culb Gib**   Author
Hey everyone, I've tried reporting Lucas through Hinge a couple of times and haven't heard back.

I don't have Bumble so I'm unable to report him there, according to their website. Would anyone else be able to do it?
Like   Reply   28w

**Lena Vanderford**
**Kel Culb Gib** I actually know someone on the board at Bumble. Did anyone find his Facebook or any social media, email etc? That will help get him banned
Like   Reply   28w

**Kel Culb Gib**   Author
**Lena** we found all of his lawsuits on Google by typing his name in. I know his Twitter and the cell number he gave me but not sure if it's still active. He doesn't seem to care about hiding so I'm sure his Facebook would be relatively easy to track down if he has one!
Like   Reply   28w



**Kel Culb Gib**  Author
**Lena** zero followers lol

Like · Reply · 12w

**Lauren-Ashleigh Christian**
**Lena Vanderford** is that tag in his bio?? Lmao

Like · Reply · 6w

The comment Vanessa Valdes is replying to has been deleted.

**Vanessa Valdes**

---

## Kel's Post                                    ✕



Like   Reply   31w                                    19

**Katherine Frame**
**Lena Vanderford** Jesus Christ.
Can you post this as it's own comment instead of a reply so more
people see it?

Like   Reply   31w

**Brittany Shea**
**Lena Vanderford** What was the ex wife's name?

Like   Reply   31w

**Kel Culb Gib**  Author
**Brittany** I have looked over the court docs and from what I gather, her
name was Sherrie M. I'm not sure if I'm able to post her full last name– I
don't want to go against group rules. If someone can confirm it's
allowed I will comment but it's also listed in some of the reports that
have been posted.

Like   Reply   31w                                    2

**Brittany Shea**
**Kel Culb Gib** I think I know what it is from the docs I read.

Like   Reply   31w

Like    Reply    44w

**Kel Culb Gib**  Author

**Bridget** he also goes by Stewart, which according to all these lawsuits is his legal first name.

Like    **Reply**    34w                                    2



Lena zero followers lol



**Kel Culb Gib**  Author

**Lena** zero followers lol

Like    Reply    9w    2

**Lauren-Ashleigh Christian**

**Lena Vanderford** is that a cash tag in his bio?? Lmao

Like    Reply    2w

The comment Vanessa Valdes is replying to has been deleted.

**Vanessa Valdes**



**Kel Culb Gib**

Jacqui I can sceen shot the message I sent these girls to give you an idea of what I was thinking

3d    Like    Reply                    1 ♥

**Jacqui Blue**

Kel Culb Gib Yes, DM me.

3d    Like    Reply

**Kel Culb Gib**

Jacqui Blue it might go to your requests (which I forget to check REGULARLY lol just fyi) if you don't see it in main

3d    Like    Reply                    1 👍

Rules

**Kel Culb Gib**

Author    Open to messaging

Actually just screenshot the pictures themselves, don't mention the group or show the group name at all.

1d    Like    Reply

Like    Reply    34w

**Kel Culb Gib**  Author

This guy clearly has an affinity for lawsuits, ladies, so let's just not even mention this post  Don't even tell your diaries 

Like    Reply    35w    4

**Nicole Burova**

Looks harmless and this is probably a paradigm example of looks being

 **Kel Culb Gib**

Author    Open to messaging

Kera H Bjornerud we wouldn't have to mention the group at ALLLLL. Could just say I met a girl and talked about it and she had the same experience and knew someone else with the same experience and snowball from there!

1d    Like    Reply

**Kel Culb Gib**

Author    Open to messaging

Kera H Bjornerud or even just say I googled him when my gut told me to cancel because his lawsuits are ALLLLLLL public record and he uses

his real name 

1d    Like    Reply    1 

# EXHIBIT B