4:18 ◆



**Kcg Gib**

•••

Most relevant ⌄

 **R.C. Salane**
Pardon what do you mean this weirdo
showed up at your home??  This story truly
gets wilder at every turn.

Like

**Kcg Gib**
R.C  truuuuly ::

Like

**Mark DeLisle**
R.C. Salane dude showed up to serve
her. She's never even met him in
person and he knew where she lived
and showed up personally.

Dude should have been put 6ft under
in the desert somewhere with some
pepper on top already.

Kcg Gib I only know you through
Michele but I read the article last
night... insane.  I'd say this guy should
be in a mental institution but he's past
that, he needs to be deleted.

Sorry you're going through this.

# EXHIBIT C











9:40

**Are We Dating The Same Guy? |
Los Angeles**

Kel Culb Gib · Nov 14

**Abby Meininger**
I'm a documentary filmmaker! Let's do it

Like    Reply                    11

**Jacqui Blue**
Me too! I'll help! A documentary about
dating and dating apps alone would
be great.

Like    Reply                    2

**Kel Culb Gib**
Jacqui I can sceen shot the
message I sent these girls to give
you an idea of what I was thinking

Like    Reply                    1

**Jacqui Blue**
Kel Culb Gib **Yes, DM me.**

Like    Reply

**Kel Culb Gib**
Jacqui Blue **it might go to your
requests (which I forget to check
REGULARLY lol just fyi) if you
don't see it in main**

Like    Reply                    1

 **Bridget Garwood** 
Kel Culb Gib shoot me a message about what you had in mind structure/storyline wise! I might be able to help.

1d   Like   Reply                                    1 👍

**Kel Culb Gib**
Author   Open to messaging

Bridget Garwood I'll send you a message with just what I was thinking with the help of my good friend Cabernet last night 😂. If it's any sort of plausible we can hit up Abby Meininger and work it out 😂

1d   Like   Reply



**Kel Culb Gib**

**Open to messaging**  2d · 🖼

Y'all I'm genuinely interested in figuring out a mini-doc vibe about that Lucas fellow 😂 who knows how to make this happen?

👍😆❤ 13                              27 comments

👍 **Like**                    💬 **Comment**



‹       **Kel's post**       •••

Y'all I'm genuinely interested in figuring out a mini-doc vibe about that Lucas fellow 🦋 who knows how to make this happen?

27 comments

👍 Like       💬 Comment

👍❤️ 13

**All comments** ⌄

**Kel Culb Gib**
Author · Open to messaging
To refresh your memory... I'll add the link so you can read the tea 🫖

      Like     Reply             2 😮

**Kel Culb Gib**
Author · Open to messaging



## Anyone keeping tabs on Dr. Murrey's cases?

14 upvotes · 22 comments

 **Brenda_Barrett** · 61d

Just seeing this thread. Was at the Palm Springs International ShortFest this weekend where I overheard people talking about an upcoming documentary brewing at Netflix. Apparently the two girls behind the media circus around this guy have been in talks with them.

··· ↩ Reply  ⬆ 1 ⬇

 **C32165A375 OP** · 61d

 **WIKIPEDIA**
The Free Encyclopedia

≡    Q Search Wikipedia    **Search**    Donate  Create account  Log in  •••

# Are We Dating The Same Guy?

文A  Add languages  ⌄

**Contents**  hide

(Top)
History
Praise
Criticism
Lawsuits
⌄ By country
  Australia
  Canada
  New Zealand
  United Kingdom
  United States
  Ireland
References

Article  Talk

Read  Edit  View history  Tools  ⌄

Appearance  hide

From Wikipedia, the free encyclopedia

Text
○ Small
● Standard
○ Large

Width
● Standard
○ Wide

Color (beta)
○ Automatic
● Light
○ Dark

**Are We Dating The Same Guy?**, also shortened as **AWDTSG**[1] is a series of over 200[1] individual Facebook groups[1] where women share the dating profiles of men they matched with on dating networks to seek the opinion other women who may have dated that same man in the past.[2] The first group was by  Sanchez and involved women living in the NYC environs.[3][4] The groups have over 3.5 million members as of January 2024.[1] It is done by taking screenshots of a man's dating profile and posting it onto her city's designated Facebook group, asking "any tea?". Other users in the group will then share information about the man and share warnings.[5][6] The groups are moderated by volunteers,[6] and have been described as a feminist group.[7]

The groups have rules saying that personal information such as addresses must not be included in the Facebook posts. Users attempting to join the group are also examined to prevent postage of fake profiles.[6] The group is mainly for straight women.[1]

GoFundMe   ‹   ›   ⋮   ✕



## Donate to Create A Safe Platform For AWDTSG

Visit ›

Images may be subject to copyright   Learn More

Search    How it works    Start a GoFundMe

gofundme

Sign in    **Share**

# Create A Safe Platform For AWDTSG



$42,278

**Share**

☆ **Donate**

Erin Wagner
**$20**    43 mins

Natasha Sanders
**$20**    4 hrs

Tiffany Sharber
**$45**    2 d

Linda Nguyen
**$10**    2 d

Margaret Gleasman
**$20**    2 d

☆ **See top donations**

Paola Sanchez is organizing this fundraiser.

I'm Paola Sanchez and I created and operate "AWDTSG" Red Flag Awareness groups all across the country where women can empower each other and keep each other safe from dangerous and/or toxic men.

I first started these groups to help solve some of the problems and dangers that me and my



**VIEWPOINTS**

Welcome    Programs    Rewards    Insights            Stay Updated    Support

# Shaping Technology Together

Join Meta Viewpoints and get rewarded for helping improve the technology that powers apps and services you use every day.

Google Play    App Store

**VIEWPOINTS**

Welcome    Programs    Rewards    Insights            Stay Updated    Support

# Get rewarded for your participation

You'll receive rewards for completing programs. Go ahead and treat yourself!



Points Earned

## 1,000 of 1,000

facebook.com

## Paola Sanchez

**Message**    **View profile**

### Intro

Creating safe & empowering communities for women to thrive in
♥ App Updates www.awdtsg.com Instagram @hownowpaopao
Contribute patreon.com/AWDTSG

Moderator of **Are We Dating The Same Guy? | Los Angeles**
since March 6, 2022

### Things in common

Also member of **Are We Dating The Same Guy? | Los
Angeles, Vouched Dating - Verified Guys & Group
Matchmaking | Los Angeles and 3 other groups**

### Badges

Moderator

### Group posts

**Paola Sanchez › Are We Dating The Same Guy? | Los Angeles**

Hey everyone ♥ does anyone have free time to volunteer to help with vetting new member
profiles? We've had a huge influx of members in a lot of our groups the past few weeks, and
we could really use the help!

Vetting each profile to make sure it's a real woman is essential to keeping the groups safe, but
it takes a lot of time so it requires many volunteers. So if you have the time to help with a
group, please fill out this very quick form at the link below, and comment to ... **See more**

Like    Comment    Send

View more answers

Rose Collado





facebook.com

**Paola Sanchez**

Message    Add friend    View profile

**40,351 points**
in Are We Dating The Same Guy?! Los Angeles

Paola's close to becoming a top contributor

**How Paola earned points**

Interactions        Her role

Make your mark too! Track your progress
toward becoming a top contributor

had sold his mobile payment provider Zong to PayPal for $240 million in 2011, and who had been introduced to Bitcoin in 2009, was certainly no spring chicken to the rapidly evolving FinTech and digital payments space. Within nine month of Zong's acquisition by PayPal, Marcus was named PayPal's president in April 2012. Then, in June 2014, Marcus was recruited by Facebook's Mark Zuckerberg to run their Messenger app. By the time the idea that would become Libra began to germinate during his 2017 vacation in the Dominican Republic, the social network's messenger app boasted over 1.3 billion active users.



_The New York Times_ · Source

Prior to his experience with PayPal and Facebook, Marcus had founded GTN Telecom, noted as being the "first to break Switzerland's telecommunications monopoly" in 1996. GTN Telecom was backed by the UK's 3i, a venture capital firm founded in 1945 by the Bank of England and "a syndicate of British banks," and was later sold in 2000 to WorldCom's World Access just two years before WorldCom would file for Chapter 11 bankruptcy after excessive accounting fraud. Marcus went on to found Echovox, a "mobile monetization company focused on monetizing web and traditional media

WorldCom's World Access just two years before WorldCom would file for Chapter 11 bankruptcy after excessive accounting fraud. Marcus went on to found Echovox, a "mobile monetization company focused on monetizing web and traditional media audiences" via "transaction-enabled mobile services," shortly after the October 2000 sale of GTN. Zong was later spun off from Echovox. Bertrand Perez and Kurt Hemecker, two executives at Zong, would become part of the founding team at Libra alongside Marcus.

"In late 2009 when I first stumbled upon Bitcoin and read the white paper, I tried to play with it, but it was so cumbersome even for a geek like me. I just couldn't get it. So I kind of put it aside, brushed it aside, and then came back to it in 2012 when a good friend of mine who's often referred to as a Patient Zero in Silicon Valley for Bitcoin, [Xapo's] Wences Casares, basically started telling me more about it and telling me 'you have to actually spend time and understand this thing.' And so I did. And then I just couldn't stop thinking about it. I just couldn't stop thinking about this idea that you could actually be your own self-sovereign for digital value and you could move it around without any intermediary in between...

Then in 2013 at PayPal, that's after Zong got acquired by PayPal and I was running it, I remember that Argentina asked us to actually stop the flow of money going out of the country from PayPal accounts located in Argentina. And I remember us having to comply because we were regulated entity, and seeing the price of Bitcoin rise the same day. And it was really clear that a lot of Argentines at the time were actually moving their funds into Bitcoin so that they would have control over their hard-

# The Chain Of Command: How Facebook's Libra, Bank Regulators, and PayPal Built A New World Currency

Two companies closely tied to Peter Thiel – PayPal and Facebook – have embarked on apparently unsuccessful efforts to create a "new world currency." Yet, upon further examination, those efforts have actually been wildly successful and many recent events of significant in finance – including but not limited to the 2023 banking crisis – have arguably been orchestrated to facilitate the vision of Thiel and his early allies and the creation of a new paradigm for currency, one where privately issued money meets surveillance.

● BY MARK GOODWIN   ● BY WHITNEY WEBB



hemorrhaged away enough users that it now threatens many of the privileges the legacy system once enjoyed, mainly the available profits found by selling their data and leveraging their deposits.

The understanding that social networks are communication platforms, and that money itself is just a ledger upholding the communicative expression between users, led the social media giant Facebook to experiment with adding financial instruments to their vastly popular Messenger app. While Bitcoin and alternatives had been around for nearly a decade before Facebook's Libra was proposed, this was "the shot heard 'round the world" for central bankers and regulators to sit up straight and take a novel payments system proposed by the world's largest social network seriously.

Yet, as Facebook soon found out, if you come at the king, you best not miss. Or at least this was the story that was told to the world: The U.S. regulatory system said "No" and that was that. However, this concluding piece to *The Chain* series, *The Chain of Command*, postulates that Libra was never intended to actually go to market as designed, but rather was meant to set the stage for clear regulation via legislation that would become the enabling environment for a decades-long attempt at creating a new world currency by the very same parties covered thus far in this series.

## Libra, Diem and Facebook's Stablecoin

Sitting on a Caribbean beach during the winter of 2017, David Marcus was struck with the idea of creating a global digital currency to run on Facebook's Messenger. Marcus, who had sold his mobile payment provider Zong to PayPal for $240 million in 2011, and who had been introduced to Bitcoin in 2009, was certainly no spring chicken to the rapidly evolving FinTech and digital payments space. Within nine month of Zong's acquisition by PayPal, Marcus was named PayPal's president in April 2012. Then, in June 2014, Marcus was recruited to Facebook's Mark Zuckerberg to run their Messenger app. By the time the idea that would become Libra began to germinate during his 2017 vacation in the







Anonymous member · Feb 15 · 

**Michelle Grappo**
Bump

3w    Like    Reply

**Anonymous member**
Bump

3w    Like    Reply

**Anonymous member**
Bump

3w    Like    Reply

**Anonymous member**
Hi ladies, an LA man is currently suing a
group of 50 women, including myself, for
sharing their experiences with him on this
group. Here's a link to our GoFundMe page
- please consider donating or sharing 🙏

https://www.gofundme.com/f/legal-fund-
for-the-women-of-awdtsg-los-angeles

**Legal Fund for the Women of
AWDTSG LOS ANGELES, organi...**
gofundme.com

3w    Like    Reply                    10



...ous member · Feb 15 · ⚙

**Vanessa Valdes**
Bump

3w    Like    Reply                          2 👍

**Kcg Gib**
Bumppp

3w    Like    Reply                          1 👍

**Bonnie Rose Liedtke**
Bump and this piece of crap. 🔺

3w    Like    Reply                          1 😡

**Gloria Liu**
Who is the plaintiff?

3w

**Anonymous member**
Gloria Liu **don't want to mention
names since that's how we got into
this mess** 😂
Case number 23STCV14890

1 👍

2:44



### Kcg Gib
2d · 🌐

Making our GoFundMe link public to hopefully have it shared. We really need some traction on this. Our first hearing is on Wednesday and we still haven't secured legal representation. This lawsuit is just another form of harassment by a man I've never even met. While it's completely frivolous, we will not be silenced. Please consider sharing and donating- we would really appreciate it 🙏



gofundme.com
**Legal Fund for the Women of AWDTSG LOS ANGELES, organized by Anonymous Defendant**

👍 1

👍 Like          🔗 Copy          ↗ Share

**👤 Add friend**          💬 **Message**          •••



🏠          ▶ Video          👥 Friends          💗 Dating          🔔 Notifications          ☰ Menu

Matched with him on Tinder a few years back. He wanted to meet up IMMEDIATELY but I made it clear I couldn't because I had a client in town, also let him know my texts/replies wouldn't be timely because I'd be with my client and didn't want to be rude. He found my Instagram and even though I hadn't geo-tagged where in Beverly Hills I was, I guess he recognized the pool and at some point in the evening stopped by the hotel and sat down next to me and my client at the bar exclaiming "I've been looking for you all over town! You're a hard girl to pin down!" I was flabbergasted

a hard girl to pin down!" I was flabbergasted and freaking out because who tf does that?! To show up uninvited at a place I didn't tell you about? Luckily a British guy a few seats over heard everything and pretended like he knew me and my client, apologized for having a call that ran long, and said why don't w... See more

10w          Reply                              10 👀 🐾

# Legal Defense Fund for Women of LA



Anonymous Defendant is organizing this fundraiser.

🛡 Donation protected

Hi, thank you for taking the time to read this account of what has been our unfortunate reality over the past several months. This GoFundMe is for the currently named and active defendants in our Los Angeles defamation case.

- If you have any other pertinent **INFO** you'd like to share, please include "*INFO*" in the subject line.
- If you're reaching out as a member of the **MEDIA**, please include "*MEDIA*" in the subject line.

Thank you for reading, donating and sharing, **we appreciate every bit of support!** Please stay safe out there!

*Sincerely,*

Vanessa Valdes, Olivia Burger, Kelly Gibbons, Amy Blalock, Elly Shariat, and Kelyn Rodriguez.





**$5,747** raised



The organizer has currently disabled new donations to this fundraiser.

📍 **This fundraiser is located near you**

Misty Alderaan
$25 · 7 mos

Anonymous
$100 · 7 mos

Anonymous
$10 · 7 mos

Scout Bartlett
$25 · 7 mos

Anonymous

**$5,747** raised



The organizer has currently disabled new donations to this fundraiser.

📍 **This fundraiser is located near you**

Misty Alderaan
$25 · 1 mo

Anonymous
$100 · 1 mo

Anonymous
$10 · 1 mo

Scout Bartlett
$25 · 2 mos

Anonymous
$100 · 2 mos

See all          See top



# Man suing women who claimed he was a bad date has first of 50 cases thrown out

Stewart Lucas Murrey is taking action against the women for claiming on a private Facebook group that he had behaved inappropriately on dating apps.

**Niamh Lynch**
News reporter @niamhlelynch

Tuesday, 9 April 2024 14:27, UK



CALIFORNIA

## He claimed 10 women defamed him in online 'Are we dating the same guy?' group. An L.A. court is skeptical





**LOCAL NEWS**

## Man sues several women for making negative comments on dating Facebook group

SHARE

*This is an archived article and the information in the article may be outdated. Please look at the time stamp on the story to see when it was last updated.*

A Los Angeles man is suing several women for negative posts they allegedly wrote about him on

**MOST POPULAR**

1  **Plane crashes at NHRA Finals in Pomona, 3 injured**

2  **Second earthquake strikes Inland Empire**





**US NEWS**

## Man sues 50 women for $2.6 million after they called him a bad date in viral Facebook group

By Isabel Keane
Published April 9, 2024 | Updated April 9, 2024, 10:04 a.m. ET

**TRENDING NOW**
IN US NEWS

Winter storm to bring first widespread cold snap ahead of Thanksgiving week travel



**Women sued for defamation after sharing alleged dating misconduct on social media**

KCAL NEWS

**More from CBS News**

Orange County choir teacher arrested for alleged sexual relations...

ADVERTISEMENT



Home    Lifestyle    Health & Wellness    Fashion    Worth    Entertainment    Explore

Trending > WTF



## Man In California Files Lawsuit Against 50 Women Accusing Them Of Labeling Him A 'Bad Date'

A California man has filed a lawsuit against over 50 women who called him a "bad date" on a dating-related Facebook page.

IT Trending Desk — Updated: Apr 10, 2024, 10:23 IST — 2 min read





# Daily Mail
.com

# News

Home | Showbiz | TV | Politics | Femail | Royals | Sports | Health | Science | Money | U.K. | Video | Travel | Puzzles | Shopping

US Elections 2024 | Poll Tracker | Donald Trump | Kamala Harris | Joe Biden | Path to Victory | Politics Newsletter | Breaking News    Login

**EXCLUSIVE** The world's most vilified man speaks for the first time: An online female hate-mob has accused him of stalking, extortion and MURDER. But, we reveal, there are also dark episodes in his past...

By PETER SHERIDAN IN LOS ANGELES
PUBLISHED: 21:00 EST, 13 April 2024 | UPDATED: 11:07 EST, 14 April 2024



Daily Mail
https://www.dailymail.co.uk › news › article-13305141  ⋮

### An online female hate-mob has accused him of stalking ...

Apr 14, 2024 — **Murrey** claims he was attacked and defamed by 50 women - many of whom he has never met - on a Facebook group called Are We Dating The Same ...



Daily Mail
https://www.dailymail.co.uk › femail › article-13224259  ⋮

### LA bachelor launches LAWSUIT against more than 50 ...

Mar 21, 2024 — Stewart **Lucas Murrey**, from Santa Monica, has alleged that he was subjected to a barrage of false and defamatory posts and comments in the online ...

Daily Mail
https://www.dailymail.co.uk › news › article-13287847  ⋮

### Judge dismisses a $2.6 million claim by a bachelor, 32 ...

Apr 9, 2024 — Dozens of women called Stewart **Lucas** Murray, from Santa Monica, a 'bad date' before he took the move to sue following claims he was labeled a ...



Daily Mail
https://www.dailymail.co.uk › news › article-13301999  ⋮

### The bachelor who sued 50 women for calling him a bad ...

Apr 12, 2024 — Stewart **Lucas Murrey** went to the Los Angeles home of Kelly Gibbons at 10.45pm and returned days later at 8.45pm.



Daily Mail
https://www.dailymail.co.uk › news › article-13291977  ⋮





NATIONAL

## Los Angeles Bachelor Sues Dates for Smearing Him on Facebook Group Designed To 'Empower' Women Dating 'Toxic and Dangerous' Men

Stewart Lucas Murrey is classifying his women tormentors as 'femcels,' a play on the term 'incels' that describes involuntarily celibate men with a deep hatred of women.





### Women respond to suit by man over negative Facebook posts about dating him | NewsNation Prime

 **NewsNation** ✔       Subscribe          👍 189    👎       ↪ Share    •••
1.36M subscribers

 thetimes.co.uk  



Vanessa Valdes and Olivia Berger are among the defendants in the defamation and privacy case brought by Stewart Lucas Murrey

# Man sues more than 50 women for calling him a bad

# LAW CRIME

## ~~defamation actually~~ harassed them on dating apps, defendants say

**MARISA SARNOFF** · Mar 24th, 2024, 9:43 am

**8 comments**

SHARE



*Olivia Berger, left, and Vanessa Valdes, right, speak at a press conference on behalf of women being sued by Stewart*

# EXHIBIT D

 **Los Angeles**

Kel Culb Gib · 4d · 

 **Lea Stuff**

This is not okay stop gossiping about this dead man

3d  Like  Reply  5 

 **Kel Culb Gib**

🚫 Lea to be fair I had no idea he had passed when I made the post. Just to be clear, it's okay to gossip about men who are alive and not able to see the page or defend anything but not ones who unknowingly passed?

3d  Like  Reply  7 

 **Kel Culb Gib**

🚫 Lea this page is supposed to be a safe space to call out men who have been disrespectful. That's what he did. Him dying doesn't change his behavior in life.

3d  Like  Reply  20 

Anonymous member's post



**Liv Burger**

He had a partner 10000%.

Something similar happened to me years ago. Was on a layover in different city. Went to eat at a bar across the street from the hotel. Met a guy there and turns out he was staying at the same hotel. After talking for a while at the bar I invited him back to my room and we talked for a few more hours and things were starting to get hot and heavy.

He said he was gunna go grab a condom from his room and then just never came back. I was confused so I took the details he had told me (hometown, company he worked for, name) and quickly found his fb. His cover photo was of his wife and their newborn child. :'

I've had experiences since that seemed totally explainable on their end only to find out that they're cheating. It's becoming super common unfortunately. Sorry that happened, best to just block and move on!

1y   Like   Reply                    22 👣

1:20 ➤

< liv burger



Posts    People    Reels    Groups    Pages



**Are We Slandered By the Same Girl?**    · · ·
**Orange County -Huntington Beach -**
**Irvine** · Follow
Feb 20 · 🌐

Here they are Amir trying to gossip mill and keep you
out of the dating pool.

"I didn't get good vibes"
Sounds like a high school locker room!

Gee, IDK Liv Burger, maybe people change?  We
didn't get good vibes from your comments either.



Video    Marketplace    Dating    Notifications    Menu

‹  **Are We Slandered By the Same Girl? Or...**

 **Are We Slandered By the Same Girl?**
**Orange County -Huntington Beach - Irvine**
· Follow
6d · 🌤

Here they are Amir trying to gossip mill and keep you out of the dating pool.

"I didn't get good vibes"
Sounds like a high school locker room!

Gee, IDK Liv Burger, maybe people change?  We didn't get good vibes from your comments either.

👍 Like          💬 Comment          📞 Send          ↪ Share



← **Are We Datin...**  🔍  ↱  ☰



**Anonymous member**                    •••
1h · 😑

Has anyone matched with this guy?
He says his name is Amir from LA

💬 **Message Are We Slandered By the Same G...**

 **Kel Culb Gib**

Author    Open to messaging

Donna Dishbak I know I know, I had some wine and was sort of joking but I do think it would be really interesting to see what all we discover and to interview the (at least 11) women the has sued to hear their side of things!!

1d    Like    Reply                    1 

 **Donna Dishbak**

Kel Culb Gib you can still do it, just get your sources triple-checked and take many precautions.

1d    Like    Reply                    1 

<    **Kel's post**    •••

**Kel Culb Gib**
Author    Open to messaging

Bridget Garwood I'll send you a message with just what I was thinking with the help of my good friend ██████████ Cabernet last night 😂. If it's any sort ████ of plausible we can hit up Abby Meininger and work it out 😂

1d    Like    Reply



**Are We Dating The Same Guy? |
Los Angeles**    •••

Kel Culb Gib   4d   Σ

Such a waste of a 6'4" 😵 😵

4d   Like   Reply                              16 ⭕😋

**Kel Culb Gib**
Author 😎 •••

Sapphie **right??**

4d   Like   Reply

**Sapphie Davis**

Kel Culb Gib **and impressive down
there.  Double whammy.  Lol!!!**

4d   Like   Reply                              1 ⭕

**Kel Culb Gib**
Author 😎 •••

Sapphie **I'm not gonna lie it was
nice. But you can check it out on
Cinemax if you're curious** 😵

7 😋

**Kel Culb Gib**
Author 😎 •••

**I feel like those are red flags to
me at this point tho. I've never
met a 6'4 dude w a nice dick who
wasn't a total fuckboy.** 🙇



Anonymous member · Dec 27, 2023 · ☰

## Top comments ˅

**Kcg Gib**
My current partner and I are both ASD (tho his presents differently than mine in a lot of ways). It was pretty obvious to me for a few reasons, especially being on the spectrum myself, but for starters - he's incredibly literal and takes things that people say very literally as well. Probably one of the more obvious signs is that he's beyond knowledgeable/informative about his "special interests" which for him include film, tv, marvel, and motorcycles–I'm currently on movie # 22 of 33 Marvel movies because I had never seen them and he immediately insisted we start a marathon (in order 😄). A lot of people on the spectrum have sensory issues; he won't wear socks because of this lol. Sometimes it can seem like he is being rude w his bluntness but he's j... See more

10w    Like    Reply                    13 👍❤️😊



**Kel Culb Gib**

My ex broke up with me because of my weight. He made comments throughout the relationship and I relapsed with disordered eating and had lost 20lb over 7 or 8 months when I walked in on him cheating with another girl. He ultimately told me he only cheated cause he's not used to dating women as "big" as I am and he wasn't physically attracted to me. That was 2 years ago and my disordered eating has gone the opposite way now, so I've gained 30 lbs and feel uncomfortable even trying to put myself out there to meet someone new.

This kind of thing really fucks with our self image. I hope she is okay 🥺. And good on you for standing up for her and recognizing harmful behavior before it got too far.

10:21

 **Are We Dating The Same Guy? | Los Angeles**   •••

Anna Kate · Feb 15 · 

has gone the opposite way now, so I've gained 30 lbs and feel uncomfortable even trying to put myself out there to meet someone new.

This kind of thing really fucks with our self image. I hope she is okay . And good on you for standing up for her and recognizing harmful behavior before it got too far.

1w   Like   Reply                    2 ♡🐝

**Kel Culb Gib**
Months later he apologized and said he was projecting his own insecurities about his (very fit?) body. But the damage was already done. He knew my biggest insecurity and made it bigger. The apology didn't make me feel better about myself.

1w   Like   Reply                    1 

**Unbelievable. But it's for women's safety....**



**Anonymous member**
41m · 🐢

Anyone know this bouncer from big whiskey? He ate my a$$ out behind the building and now he won't let me in the bar... I'm feeling so betrayed...

**Unbelievable. But it's for women's safety....**



Alex ▓▓▓▓ · 14m · 👥

This is false found out via employee there is cameras all over the building. The owner went over the cameras, this was false the woman was being a sloppy drunk and got kicked out. She then she got pissed off post post on a fb group

2m    Like    Reply                    1 ❤