# EXHIBIT E

**Amy Blalock**

Back in 2017, I matched with him and before we went on a date, my coworker was like - you better look him up. So I did, saw that he is likely a sociopath. So naturally, I went on a date with him. 😬 secretly it was so I could record him bc my life needs more drama.

I have a work phone and personal phone. I put them stacked on the bar in front of me and one of them was recording. About 5 mins into sitting there, he grabbed both of my phones and was like 'let me see these' and I was like OH SHIT, I'm caught but luckily I got the phones away from him. Like who does that?

Anyway, after like one drink, he's asked me to join him at his friends house. Which I declined. It's weird how he tries to get you to leave a place with him.

Anyway, donttttt go out with this guy.

Like   Reply

**Brittany Shea**
**Amy Blalock** NEVER GO TO THE SECOND LOCATION! Lol

Like   Reply

**Amy Blalock**
**Brittany Shea** what happens at the second location?!!! I'm afraid if there's any missing women in LA - he has something to do with it. The weird part is - he knows all this info is out there about him. Why does he stay in LA / Lake Arrowhead?!

Like   Reply





**Amy Blalock**

Back in 2017, I matched with him and before we went on a date, my coworker was like - you better look him up. So I did, saw that he is likely a sociopath. So naturally, I went on a date with him. 😬 secretly it was so I could record him bc my life needs more drama.

I have a work phone and personal phone. I put them stacked on the bar in front of me and one of them was recording. About 5 mins into sitting there, he grabbed both of my phones and was like 'let me see these' and I was like OH SHIT, I'm caught but luckily I got the phones away from him. Like who does that?

Anyway, after like one drink, he's asked me to join him at his friends house. Which I declined. It's weird how he tries to get you to leave a place with him.

Anyway, donttttttt go out with this guy.

Like    Reply

↳ 3 Replies

11:44

‹  **Are We Dating The Same Guy? | Los Angeles**    •••
Group member · Nov 9 ·

 **Kel Culb Gib**
OH MY GOD RUN. I posted him a few months ago and the info is ALARMING. There's a thread in here somewhere. I got him banned from Hinge but it was either lifted or he made a new one. PLEASE DO NOT GO OUT W THIS MAN.

Like    Reply                          3

 **Lindsay Alexandra**
Kel Culb Gib

Like    Reply

 **Amy Blalock**
No no no no no. Read the other post with comments. Went out with him. He's going to end up on Dateline one day. Not sure why he stays in LA - so many women know he's a sociopath. I also know he uses fake profiles to access sites like this that talk about him. He's so narcissistic. 

Like    Reply                          4

 **Group member**
Amy Blalock yeah I just went down the rabbit hole tonight and posted on Oc group too and wow I've never seen so much dirt on a guy before! He's texted

Write a comment...

**WIKIPEDIA**
The Free Encyclopedia

hide

Search

Read

Tools ∨

...

# Article

# *Dateline NBC*

*From Wikipedia, the free encyclopedia*

*For the Australian television current affairs program, see*

*Dateline NBC*

**DATELINE**

**Dateline NBC** (also known simply as **Dateline**) is a weekly American television reality legal show that is broadcast on    . It was previously the network's flagship general interest news magazine, but now focuses mainly on    stories with only occasional editions that focus on other topics. The program airs Fridays at 10:00 p.m. (9:00 p.m. Eastern for special two-hour editions). Special weekend encore editions also air at 9 or 10:00 p.m. (two-hour editions at 7 and 8:00 p.m. depending on the night). One or two-hour feature-length editions sometimes air on any given scheduled evening, often to fill vacancies in the primetime schedule on the program's respective nights due to program cancellations. In February 2021, the program aired its first ever docuseries, "The Widower", a five-hour true crime saga about a man who married six women, four of whom died.

---

*For other uses, see*

| | |
|---|---|
| **Genre** | |
| **Also known as** | *Dateline* |
| **Presented by** | (for past anchors, ) |
| **Composer** | Michael Karp (1992–2007) |

**Kel Culb Gib**

Vanessa Parrotta **this is the main one I was talking about but I'll tag you in my other posts too**

2w    Like    Reply

**Vanessa Parrotta**

Kel Culb Gib **unreal!!! But low key I'd be the one trying to check his freezer like someone else said 😆 I love a good mystery**

**Amy Blalock**

We could all share our stories on the documentary like The Tinder Swindler.

Then again, I think this would boost his ego more.

Can't win with that guy.

**Kel Culb Gib**

Author    **Open to messaging**

Amy Blalock **I know right? I really just wanna talk to all the other women and get the full range of stories 😆 I did post that after a few glasses of wine. I would be semi scared but interested. Have you see Love Fraud on Showtime? I imagine it would be like that where he agrees to be**

 **Amy Blalock**

We could all share our stories on the documentary like The Tinder Swindler.

Then again, I think this would boost his ego more.

Can't win with that guy.

1d    Like    Reply                    3 

 **Kel Culb Gib**
Author    Open to messaging

Amy Blalock I know right? I really just wanna talk to all the other women and get the full range of stories 😆 I did post that after a few glasses of wine. I would be semi scared but interested. Have you see Love Fraud on Showtime? I imagine it would be like that where he agrees to be

Rules

WIKIPEDIA
The Free Encyclopedia

hide

# Simon Leviev

Article

Search

Read

Tools ⌄

From Wikipedia, the free encyclopedia

**Simon Leviev** ( ‎;סימון לבייב‎ born **Shimon Yehuda Hayut**, 27 September 1990) is an Israeli con artist convicted of forgery and fraud. According to , between 2017 and 2019 he allegedly conned an estimated $100 million from people in a . His criminal activity became widely known in 2019 after the publication of an article titled "The Tinder Swindler" by investigative journalists from the Norwegian tabloid , with the support of Israeli journalist . and later with the release of the 2022 .

In 2015, Leviev was sentenced to two years in prison in Finland, and in 2019 to 15 months in prison in Israel.

## Early life

Leviev was born Shimon Yehuda Hayut ( ‎שמעון יהודה חיות‎) in 1990 in Ramat Elchanan. His father is Yohanan Hayut, the chief rabbi of . At the age of 15 he moved to in the US with his family's friends. According to interviews done by Felicity Morris, Leviev has been committing minor cons like since he was a teenager.  He later changed his legal name from Shimon Hayut to Simon Leviev, using the surname Leviev to pretend he was related to , an Israeli businessman known as "The King of Diamonds".

## Criminal activity and legal trouble

In 2011, Hayut was charged in Israel with . and for cashing stolen checks.  According to reports, he stole a checkbook belonging to a family while babysitting their child, and another's while working as a handyman at their home.  He never showed up in court and escaped the country across the border into with a fake passport under the name Mordechai Nisim Tapiro, and fled to Europe. In 2012, he was indicted by an Israeli court and charged with theft and forgery of checks, as well as for leaving a five-year-old he was babysitting unattended.    In 2015, he was arrested in and was sentenced to three years in prison. When arrested in Finland, he claimed he was an Israeli man born in 1978 and was found with two forged Israeli passports, three forged Israeli driver's licenses, two forged Israeli flight permits, and five American Express credit cards.

**Simon Leviev**

| | |
|---|---|
| **Born** | Shimon Yehuda Hayut<br>27 September 1990<br>(age 33)<br>Ramat Elchanan, |
| **Criminal status** | Released, |
| **Criminal charge** | Theft, forgery, and fraud |
| **Penalty** | • 3 years in Finnish prison<br>• 15 months in Israeli prison,<br>compensation,   20,000<br>150,000    fine |
| **Imprisoned at** | Finland (2015), Israel (2019) |

# The Tinder Swindler

Read ____ Tools ⌄

## Article

From Wikipedia, the free encyclopedia

**The Tinder Swindler** is a British          documentary film directed by Felicity Morris and released to          on          on 2 February 2022.  The documentary tells the story of the Israeli conman          (born Shimon Hayut) who used the dating application          to connect with individuals who he then emotionally manipulated into financially supporting his lavish lifestyle on the pretext he needed the money to escape his "enemies".

## Plot and background [ ]

An Israeli man, born Shimon Hayut, traveled around Europe, presenting himself as the son of Russian-Israeli diamond mogul          .  He used the dating app          to contact women as          and tricked them into lending him money that he would never repay. He would charm women with lavish gifts and take them to dinners on private jets using money he borrowed from other women he had previously conned. He would later pretend he was being targeted by his "enemies", often sending the same messages and images to each woman, indicating that he had just been attacked with a knife, but that his bodyguard had saved him and was hurt. He then asked his victims to help him financially due to the breach of 'security,' supposedly hindering his use of his credit cards and bank accounts; the women would often take out bank loans and new credit cards in order to help.  He would then use the money gained through the deception to lure new victims, while essentially operating a          .  Later, he would pretend to repay his victims by sending forged documents showing fake bank transfers  and then break off contact with the victims.   Sometimes he would go as far as threaten them and use manipulation to get more money from his victims. It is estimated that he swindled $10 million from people across the world.

## Reception [ ]

### Critical response [ ]

On          , the film has an approval rating of 96% based on 27 reviews, with an



**The Tinder Swindler**

Poster

| | |
|---|---|
| **Directed by** | Felicity Morris |
| **Produced by** | Bernadette Higgins |
| **Cinematography** | Edgar Dubrovskiy |
| **Edited by** | Julian Hart |
| **Music by** | Jessica Jones |
| **Production company** | |
| **Distributed by** | |
| **Release date** | 2 February 2022 |
| **Running time** | 114 minutes |
| **Country** | |

# EXHIBIT F

1  Amy Blalock
   1001 Gayley Ave #24381
2  Los Angeles, CA 90024
   amyblalock@gmail.com
3  In Pro Se

4
           UNITED STATES BANKRUPTCY COURT
5
           CENTRAL DISTRICT OF CALIFORNIA
6

7

8  In re                              Adversary Case No. 24-AP-01152-BR

9  AMY LYNNE BLALOCK, an individual;  Bankruptcy Case No. 24-bk-12532-BR

       Debtor,                        Chapter: 7
10
   STEWART LUCAS MURREY, an individual;
11
       Plaintiff,                     **DEFENDANTS RESPONSES AND**
12                                     **OBJECTIONS TO: PLAINTIFF'S DR.**
   AMY LYNNE BLALOCK, an individual;  **MURREY'S REQUESTS FOR**
13                                     **ADMISSION TO DEFENDANT MS.**
       Debtor                         **BLALOCK (SET ONE)**
14

15

16

17

18

19

20

21
                          1

            RESPONSE TO DISCOVERY SET ONE

PROPOUNDING PARTY:    Plaintiff Dr. Murrey

RESPONDING PARTY:     Defendant Amy Blalock

SET NUMBER:           ONE

RESPONDING PARTY hereby answer PROPOUNDING PARTY'S PLAINTIFF'S DR.

MURREY REQUESTS FOR ADMISSION TO DEFENDANT MS. BLALOCK (SET ONE)

**REQUEST FOR ADMISSION NO. 1:**

Admit that plaintiff has never stalked anyone

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Responding party cannot admit or deny because, after a reasonable inquiry, I lack the

knowledge or information sufficient to enable me to either admit or deny. I therefore

DENY.

**REQUEST FOR ADMISSION NO. 2:**

Admit that you never recorded Plaintiff

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Admit

2

RESPONSE TO DISCOVERY SET ONE

**REQUEST FOR ADMISSION NO. 3:**

Admit that you never informed Plaintiff of statements about him on Facebook's forum(s) " Are We Dating The Same Guy?" ("AWDTSG), including, but not limited to your own statements about him.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Admit

**REQUEST FOR ADMISSION NO. 4:**

Admit that you knew plaintiff would never be able to join Facebook's AWDTSG group(s) to exercise his right to freedom of speech to defend himself.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Responding party cannot admit or deny because, after a reasonable inquiry, I lack the knowledge or information sufficient to enable me to either admit or deny. I therefore DENY.

**REQUEST FOR ADMISSION NO. 5:**

Admit that you received money from your GoFundMe webpage concerning plaintiff

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Admit

**REQUEST FOR ADMISSION NO. 6:**

3

RESPONSE TO DISCOVERY SET ONE

Admit that you received rewards, compensation and or benefits such as Facebook points for

your comments in AWDTSG

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Deny

**REQUEST FOR ADMISSION NO. 7:**

Admit that you have no evidence of AWDTSG protecting women

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Deny

**REQUEST FOR ADMISSION NO. 8:**

Admit that you have never recommended a man for women to date in AWDTSG

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Admit

**REQUEST FOR ADMISSION NO. 9:**

Admit that you electronically harassed, stalked and cyberbullied plaintiff on social media,

including but not limited to Facebook's AWDTSG group(s).

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Deny

4

**REQUEST FOR ADMISSION NO. 10:**

Admit that you never met plaintiff in person prior to litigation hearings in bankruptcy court in 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Deny

**REQUEST FOR ADMISSION NO. 11:**

Admit that you made anonymous comments about plaintiff on social media, including, but not limited to AWDTSG and other dating apps.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Deny

**REQUEST FOR ADMISSION NO. 12:**

Admit that you stated that any woman who meets plaintiff should read and believe all the "dirt" on plaintiff posted in AWDTSG.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Responding party cannot admit or deny because, after a reasonable inquiry, I lack the knowledge or information sufficient to enable me to either admit or deny, in that responding party has no recollection of making this statement. I therefore DENY.

5

**REQUEST FOR ADMISSION NO. 13:**

Admit that you stated that plaintiff is responsible for "any missing women in LA"

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Objection, plaintiff is attempting to mischaracterize my statement(s).

Deny in part, as my full sentence was not stating a fact but my fear "**I'm afraid** if

there's any missing women in LA – he has something to do with it."

**REQUEST FOR ADMISSION NO. 14:**

Admit that you stated that plaintiff represents a serious criminal threat to any and all women to

whom the plaintiff "has access"

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

Responding party cannot admit or deny because, after a reasonable inquiry, I lack the

knowledge or information sufficient to enable me to either admit or deny.  in that

responding party has no recollection of making this statement. I therefore DENY.

**REQUEST FOR ADMISSION NO. 15:**

Admit that you stated that you used a "work phone and personal phone" to secretly record the

plaintiff and that you "stacked [them] on the bar in front of [you] and one of them was

recording.

6

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Admit in part; to the extent that I did say this but I never recorded plaintiff

**REQUEST FOR ADMISSION NO. 16:**

Admit that you made secret recordings of plaintiff without his consent.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Deny

**REQUEST FOR ADMISSION NO. 17:**

Admit that you repeated the question in AWDTSG LA: "Why does he stay in LA?"

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Admit

**REQUEST FOR ADMISSION NO. 18:**

Admit that you tried to cyberbullying plaintiff and force him to move away and uproot his life from Los Angeles and/or Lake Arrowhead.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Deny

**REQUEST FOR ADMISSION NO. 19:**

7

Admit that you knew that the Facebook app, its algorithm and "points" are defective products that harmed plaintiff during the time you published statements about him AWDTSG

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Deny

Dated: November 7, 2024

AMY BLALOCK, DEFENDANT

IN PRO SE

8

RESPONSE TO DISCOVERY SET ONE

<u>**VERIFICATION**</u>

I, Amy Blalock, declare as follows:

1. I am the defendant in the adversary proceeding titled: 24-ap-01152-BR pending in the Central District of California.

2. I have read the foregoing **DEFENDANTS RESPONSES AND OBJECTIONS TO: PLAINTIFF'S DR. MURREY'S REQUESTS FOR ADMISSION TO DEFENDANT MS. BLALOCK (SET ONE)**

3. I am informed and believe that the same is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing answers are true and correct.

Executed at: Woodland Hills, CA

Date: November 7th, 2024

AMY BLALOCK, DEFENDANT, IN PRO SE

9

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is
13327 Van Nuys Blvd
Pacoima, CA 91331

A true and correct copy of the foregoing document entitled (*specify*): _____
Defendant's Responses and Objections to Plaintiff's Dr. Murrey's Requests for Admission to Defendant Ms. Blalock
Blalock (Set One _____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in
the manner stated below.

**1   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**   Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____. I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)   11/07/2024____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

Dr Stewart Lucas Murrey
1217 Wilshire Blvd., #3655
Santa Monica, CA 90403

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method
for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 11/07/2024 | Michael Massmann | |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Q Search    Donate ▾    Fundraise ▾    gofundme    About ▾    Sign in    Start a GoFundMe

# Legal Defense Fund for Women of LA





Anonymous Defendant is organizing this fundraiser.

🛡 Donation protected

Hi, thank you for taking the time to read this account of what has been our unfortunate reality over the past several months. This GoFundMe is for the currently named and active defendants in our Los Angeles defamation case.

- If you have any other pertinent **INFO** you'd like to share, please include "*INFO*" in the subject line.
- If you're reaching out as a member of the **MEDIA**, please include "*MEDIA*" in the subject line.

Thank you for reading, donating and sharing, **we appreciate every bit of support!** Please stay safe out there!

*Sincerely,*

Vanessa Valdes, Olivia Burger, Kelly Gibbons, Amy Blalock, Elly Shariat, and Kelyn Rodriguez.





**$5,747** raised



The organizer has currently disabled new donations to this fundraiser.

📍 **This fundraiser is located near you**

Misty Alderaan
$25 · 7 mos

Anonymous
$100 · 7 mos

Anonymous
$10 · 7 mos

Scout Bartlett
$25 · 7 mos

Anonymous

**$5,747** raised



The organizer has currently disabled new donations to this fundraiser.

📍 **This fundraiser is located near you**

Misty Alderaan
$25 · 1 mo

Anonymous
$100 · 1 mo

Anonymous
$10 · 1 mo

Scout Bartlett
$25 · 2 mos

Anonymous
$100 · 2 mos

See all        See top

2:44

< **Kcg Gib** 🔍

Posts   **Photos**

**Kcg Gib**
2d · 🌐

Making our GoFundMe link public to hopefully have it shared. We really need some traction on this. Our first hearing is on Wednesday and we still haven't secured legal representation. This lawsuit is just another form of harassment by a man I've never even met. While it's completely frivolous, we will not be silenced. Please consider sharing and donating- we would really appreciate it ⚖️



gofundme.com
**Legal Fund for the Women of AWDTSG LOS ANGELES, organized by Anonymous Defendant**

👍 1

👍 Like        🔗 Copy        ↗ Share

👤 Add friend      💬 **Message**      •••

🏠        ▶️        👥        💗        🔔        ☰
Home      Video      Friends    Dating    Notifications   Menu





Anonymous member · Feb 15

**Michelle Grappo**
Bump

3w    Like    Reply

**Anonymous member**
Bump

3w    Like    Reply

**Anonymous member**
Bump

3w    Like    Reply

**Anonymous member**
Hi ladies, an LA man is currently suing a group of 50 women, including myself, for sharing their experiences with him on this group. Here's a link to our GoFundMe page - please consider donating or sharing 🙏

https://www.gofundme.com/f/legal-fund-for-the-women-of-awdtsg-los-angeles

**Legal Fund for the Women of AWDTSG LOS ANGELES, organi...**
gofundme.com

3w    Like    Reply                    10



**LOCAL NEWS**

# Man sues several women for making negative comments on dating Facebook group

Read More

SHARE

*This is an archived article and the information in the article may be outdated. Please look at the time stamp on the story to see when it was last updated.*

A Los Angeles man is suing several women for negative posts they allegedly wrote about him on

**MOST POPULAR**

1  **Plane crashes at NHRA Finals in Pomona, 3 injured**

2  **Second earthquake strikes Inland Empire**



TRENDING NOW IN US NEWS

Winter storm to bring first widespread cold snap ahead of...

NY, NJ brace for winter storm as Mother Nature threatens holiday...

Girl, 14, jumps to her death from swanky SoHo apartment...

Pollster who predic Kamala Harris wou win Iowa retires aft



**US NEWS**

# Man sues 50 women for $2.6 million after they called him a bad date in viral Facebook group

By Isabel Keane

Published April 9, 2024 | Updated April 9, 2024, 10:04 a.m. ET

Comments

**TRENDING NOW**
IN US NEWS

Winter storm to bring first widespread cold snap ahead of Thanksgiving week travel



## Women sued for defamation after sharing alleged dating misconduct on social media

### More from CBS News

Orange County choir teacher arrested for alleged sexual relations...

ADVERTISEMENT



Home   Lifestyle   Health & Wellness   Fashion   Worth   Entertainment   Explore

Trending › WTF

## Man In California Files Lawsuit Against 50 Women Accusing Them Of Labeling Him A 'Bad Date'

A California man has filed a lawsuit against over 50 women who called him a "bad date" on a dating-related Facebook page.

IT Trending Desk — Updated: Apr 10, 2024, 10:23 IST — 2 min read



Daily **Mail**
.com

News

Home | Showbiz | TV | **Politics** | Femail | Royals | Sports | Health | Science | Money | U.K. | Video | Travel | Puzzles | Shopping

US Elections 2024 | Poll Tracker | Donald Trump | Kamala Harris | Joe Biden | Path to Victory | Politics Newsletter | Breaking News    Login

**EXCLUSIVE** The world's most vilified man speaks for the first time: An online female hate-mob has accused him of stalking, extortion and MURDER. But, we reveal, there are also dark episodes in his past...

By PETER SHERIDAN IN LOS ANGELES
PUBLISHED: 21:00 EST, 13 April 2024 | UPDATED: 11:07 EST, 14 April 2024

Share    135



Daily Mail
https://www.dailymail.co.uk › news › article-13305141 ⋮

**An online female hate-mob has accused him of stalking ...**

Apr 14, 2024 — **Murrey** claims he was attacked and defamed by 50 women - many of whom he has never met - on a Facebook group called Are We Dating The Same ...



Daily Mail
https://www.dailymail.co.uk › femail › article-13224259 ⋮

**LA bachelor launches LAWSUIT against more than 50 ...**

Mar 21, 2024 — Stewart **Lucas Murrey**, from Santa Monica, has alleged that he was subjected to a barrage of false and defamatory posts and comments in the online ...



Daily Mail
https://www.dailymail.co.uk › news › article-13287847 ⋮

**Judge dismisses a $2.6 million claim by a bachelor, 32 ...**

Apr 9, 2024 — Dozens of women called Stewart **Lucas** Murray, from Santa Monica, a 'bad date' before he took the move to sue following claims he was labeled a ...



Daily Mail
https://www.dailymail.co.uk › news › article-13301999 ⋮

**The bachelor who sued 50 women for calling him a bad ...**

Apr 12, 2024 — Stewart **Lucas Murrey** went to the Los Angeles home of Kelly Gibbons at 10.45pm and returned days later at 8.45pm.





Daily Mail
https://www.dailymail.co.uk › news › article-13291977 ⋮

≡ Q        **The Sun**        Join Today    SIGN IN

NATIONAL

## Los Angeles Bachelor Sues Dates for Smearing Him on Facebook Group Designed To 'Empower' Women Dating 'Toxic and Dangerous' Men

Stewart Lucas Murrey is classifying his women tormentors as 'femcels,' a play on the term 'incels' that describes involuntarily celibate men with a deep hatred of women.





**Women respond to suit by man over negative Facebook posts about dating him | NewsNation Prime**

 **NewsNation** ✔
1.36M subscribers    Subscribe      👍 189   👎     Share   •••

 thetimes.co.uk    



Vanessa Valdes and Olivia Berger are among the defendants in the defamation and privacy case brought by Stewart Lucas Murrey

# Man sues more than 50 women for calling him a bad

# LAW CRIME

# deramation actually harassed them on dating apps, defendants say

**MARISA SARNOFF** · Mar 24th, 2024, 9:43 am

**8 comments**

SHARE



*Olivia Berger, left, and Vanessa Valdes, right, speak at a press conference on behalf of women being sued by Stewart*

# EXHIBIT G







Home    UK    Politics    World    US    Money    Science, Climate & Tech    Ents & Arts    Programmes    Videos    More

# Man suing women who claimed he was a bad date has first of 50 cases thrown out

Stewart Lucas Murrey is taking action against the women for claiming on a private Facebook group that he had behaved inappropriately on dating apps.

**Niamh Lynch**
News reporter @niamhellynch

Tuesday 9 April 2024 14:27 UK



≡ Sections    *Los Angeles Times*    SUBSCRIBE    LOG IN    🔍

ADVERTISEMENT

CALIFORNIA

# He claimed 10 women defamed him in online 'Are we dating the same guy?' group. An L.A. court is skeptical



Matched with him on Tinder a few years back.
He wanted to meet up IMMEDIATELY but I
made it clear I couldn't because I had a client
in town, also let him know my texts/replies
wouldn't be timely because I'd be with my
client and didn't want to be rude. He found my
Instagram and even though I hadn't geo-
tagged where in Beverly Hills I was, I guess he
recognized the pool and at some point in the
evening stopped by the hotel and sat down
next to me and my client at the bar exclaiming
"I've been looking for you all over town! You're
a hard girl to pin down!" I was flabbergasted

a hard girl to pin down!" I was flabbergasted
and freaking out because who tf does that?!
To show up uninvited at a place I didn't tell you
about? Luckily a British guy a few seats over
heard everything and pretended like he knew
me and my client, apologized for having a call
that ran long, and said why don't w... See more

10w        Reply        10



♥ VIEWPOINTS

Welcome    Programs    Rewards    Insights    **Stay Updated**    Support

# Shaping Technology Together

Join Meta Viewpoints and get rewarded for helping improve the technology that powers apps and services you use every day.

Google Play    App Store

♥ VIEWPOINTS

Welcome    Programs    Rewards    Insights    **Stay Updated**    Support

# Get rewarded for your participation

You'll receive rewards for completing programs. Go ahead and treat yourself!



Points Earned

## 1,000 of 1,000



☰   UNLIMITED
HANGOUT                          ● ⌕ ⌄ ⌄
Investigative Series ⌄   Podcast   Authors   Press & Media ⌄   Support Us ⌄   FAQ   Español

# The Chain Of Command: How Facebook's Libra, Bank Regulators, and PayPal Built A New World Currency

Two companies closely tied to Peter Thiel – PayPal and Facebook – have embarked on apparently unsuccessful efforts to create a "new world currency." Yet, upon further examination, those efforts have actually been wildly successful and many recent events of significant in finance – including but not limited to the 2023 banking crisis – have arguably been orchestrated to facilitate the vision of Thiel and his early allies and the creation of a new paradigm for currency, one where privately issued money meets surveillance.

 BY MARK GOODWIN    BY WHITNEY WEBB



hemorrhaged away enough users that it now threatens many of the privileges the legacy system once enjoyed, mainly the available profits found by selling their data and leveraging their deposits.

The understanding that social networks are communication platforms, and that money itself is just a ledger upholding the communicative expression between users, led the social media giant Facebook to experiment with adding financial instruments to their vastly popular Messenger app. While Bitcoin and alternatives had been around for nearly a decade before Facebook's Libra was proposed, this was "the shot heard 'round the world" for central bankers and regulators to sit up straight and take a novel payments system proposed by the world's largest social network seriously.

Yet, as Facebook soon found out, if you come at the king, you best not miss. Or at least this was the story that was told to the world: The U.S. regulatory system said "No" and that was that. However, this concluding piece to *The Chain* series, *The Chain of Command*, postulates that Libra was never intended to actually go to market as designed, but rather was meant to set the stage for clear regulation via legislation that would become the enabling environment for a decades-long attempt at creating a new world currency by the very same parties covered thus far in this series.

## Libra, Diem and Facebook's Stablecoin

Sitting on a Caribbean beach during the winter of 2017, David Marcus was struck with the idea of creating a global digital currency to run on Facebook's Messenger. Marcus, who had sold his mobile payment provider Zong to PayPal for $240 million in 2011, and who had been introduced to Bitcoin in 2009, was certainly no spring chicken to the rapidly evolving FinTech and digital payments space. Within nine month of Zong's acquisition by PayPal, Marcus was named PayPal's president in April 2012. Then, in June 2014, Marcus was recruited by Facebook's Mark Zuckerberg to run their Messenger app. By the time the idea that would become Libra began to germinate during his 2017 vacation in the

had sold his mobile payment provider Zong to PayPal for $240 million in 2011, and who
had been introduced to Bitcoin in 2009, was certainly no spring chicken to the rapidly
evolving FinTech and digital payments space. Within nine month of Zong's acquisition by
PayPal, Marcus was named PayPal's president in April 2012. Then, in June 2014, Marcus
was recruited by Facebook's Mark Zuckerberg to run their Messenger app. By the time
the idea that would become Libra began to germinate during his 2017 vacation in the
Dominican Republic, the social network's messenger app boasted over 1.3 billion active
users.



The New York Times    Source

Prior to his experience with PayPal and Facebook, Marcus had founded GTN Telecom,
noted as being the "first to break Switzerland's telecommunications monopoly" in 1996.
GTN Telecom was backed by the UK's 3i, a venture capital firm founded in 1945 by the
Bank of England and "a syndicate of British banks," and was later sold in 2000 to
WorldCom's World Access just two years before WorldCom would file for Chapter 11
bankruptcy after excessive accounting fraud. Marcus went on to found Echovox, a
"mobile monetization company focused on monetizing web and traditional media



Bank of England and "a syndicate of British banks," and was later sold in 2000 to
WorldCom's World Access just two years before WorldCom would file for Chapter 11
bankruptcy after excessive accounting fraud. Marcus went on to found Echovox, a
"mobile monetization company focused on monetizing web and traditional media
audiences" via "transaction-enabled mobile services," shortly after the October 2000 sale
of GTN. Zong was later spun off from Echovox. Bertrand Perez and Kurt Hemecker, two
executives at Zong, would become part of the founding team at Libra alongside Marcus.

**"In late 2009 when I first stumbled upon Bitcoin and read the
white paper, I tried to play with it, but it was so cumbersome
even for a geek like me. I just couldn't get it. So I kind of put it
aside, brushed it aside, and then came back to it in 2012 when a
good friend of mine who's often referred to as a Patient Zero in
Silicon Valley for Bitcoin, [Xapo's] Wences Casares, basically
started telling me more about it and telling me 'you have to
actually spend time and understand this thing.' And so I did. And
then I just couldn't stop thinking about it. I just couldn't stop
thinking about this idea that you could actually be your own self-
sovereign for digital value and you could move it around without
any intermediary in between...**

**Then in 2013 at PayPal, that's after Zong got acquired by PayPal
and I was running it, I remember that Argentina asked us to
actually stop the flow of money going out of the country from
PayPal accounts located in Argentina. And I remember us having
to comply because we were regulated entity, and seeing the
price of Bitcoin rise the same day. And it was really clear that a
lot of Argentines at the time were actually moving their funds
into Bitcoin so that they would have control over their hard-**





facebook.com

## Paola Sanchez

Message | View profile | Add friend

### Intro

Creating safe & empowering communities for women to thrive in 💜
App Updates www.awdtsg.com Instagram: @hownowphaolao
Contribute: patreon.com/AWDTSG

Moderator of **Are We Dating The Same Guy? | Los Angeles** since March 6, 2022

### Things in common

Also member of **Are We Dating The Same Guy? | Los Angeles**, **Vouched Dating - Verified Guys & Group Matchmaking | Los Angeles** and 3 other groups

### Badges

Moderator

### Group posts

**Paola Sanchez ▸ Are We Dating The Same Guy? | Los Angeles**

Hey everyone 💜 does anyone have free time to volunteer to help with vetting new member profiles? We've had a huge influx of members in a lot of our groups the past few weeks, and we could really use the help!

Vetting each profile to make sure it's a real woman is essential to keeping the groups safe, but it takes a lot of time so it requires many volunteers. So if you have the time to help with a group, please fill out this very quick form at the link below, and comment to ... **See more**

Rose Collado

 GoFundMe    ‹    ›    ⋮    ✕





Donate to Create A Safe Platform For AWDTSG    Visit ›

Images may be subject to copyright    Learn More