Search    How it works    Start a GoFundMe    Sign in    **Share**

# Create A Safe Platform For AWDTSG



Paola Sanchez is organizing this fundraiser.

I'm Paola Sanchez and I created and operate "AWDTSG" Red Flag Awareness groups all across the country where women can empower each other and keep each other safe from dangerous and/or toxic men.

I first started these groups to help solve some of the problems and dangers that me and my

**$42,278**



**Share**

Erin Wagner
**$20**
43 mins

Natasha Sanders
**$20**
4 hrs

Tiffany Sharber
**$45**
2 d

Linda Nguyen
**$10**    2 d

Margaret Gleasman
**$20**    2 d

☆ **See top donations**

 **WIKIPEDIA**
The Free Encyclopedia

Search Wikipedia    **Search**    Donate  Create account  Log in  •••

# Are We Dating The Same Guy?

🅰️ Add languages ⌄

**Contents**  hide

**(Top)**
History
Praise
Criticism
Lawsuits
⌄ By country
   Australia
   Canada
   New Zealand
   United Kingdom
   United States
   Ireland
References

Article  Talk

Read  Edit  View history  Tools ⌄

From Wikipedia, the free encyclopedia

**Are We Dating The Same Guy?**, also shortened as **AWDTSG**[1] is a series of over 200[1] individual Facebook groups[1] where women share the dating profiles of men they matched with on dating networks to seek the opinion other women who may have dated that same man in the past.[2] The first group was by  Sanchez and involved women living in the NYC environs.[3][4] The groups have over 3.5 million members as of January 2024.[1] It is done by taking screenshots of a man's dating profile and posting it onto her city's designated Facebook group, asking "any tea?". Other users in the group will then share information about the man and share warnings.[5][6] The groups are moderated by volunteers,[6] and have been described as a feminist group.[7]

The groups have rules saying that personal information such as addresses must not be included in the Facebook posts. Users attempting to join the group are also examined to prevent postage of fake profiles.[6] The group is mainly for straight women.[1]

**Appearance**  hide

Text
○ Small
● Standard
○ Large

Width
● Standard
○ Wide

Color (beta)
○ Automatic
● Light
○ Dark

# EXHIBIT H



**Amy Blalock**

We could all share our stories on the documentary like The Tinder Swindler. 

Then again, I think this would boost his ego more.

Can't win with that guy.

1d   Like   Reply                                    3 



**Kel Culb Gib**

Author   Open to messaging

Amy Blalock I know right? I really just wanna talk to all the other women and

get the full range of stories 😆 I did post that after a few glasses of wine. I would be semi scared but interested. Have you see Love Fraud on Showtime? I imagine it would be like that where he agrees to be

Rules



## Anyone keeping tabs on Dr. Murrey's cases?
14 upvotes · 22 comments

 **Brenda_Barrett** · 61d

Just seeing this thread. Was at the Palm Springs International ShortFest this weekend where I overheard people talking about an upcoming documentary brewing at Netflix. Apparently the two girls behind the media circus around this guy have been in talks with them.

··· ↩ Reply ⬆ 1 ⬇

 **C32165A375 OP** · 61d



5:39

**Are We Dating The Same Guy? |
Los Angeles**
Kel Culb Gib · Aug 3 2023

**Kel Culb Gib**
Emily it's anon I'll message it to
you

Like  Reply                    1

**Kel Culb Gib**
I messaged you but from the
looks of our last convo you might
have me blocked 😹😹

Like  Reply

**Emily Noelle**
Kel Culb Gib abahahahahahahah

Like  Reply                    1

**Emily Noelle**
Kel Culb Gib damn I unblocked
you but I still can't figure it out lol
I have an enormous amount of
ppl blocked.

Like  Reply                    1

**Kel Culb Gib**
Emily maybe check requests?

Like  Reply





9:40

**Are We Dating The Same Guy? | Los Angeles**

Kel Culb Gib · Nov 14

**Abby Meininger**
I'm a documentary filmmaker! Let's do it

oo    Like    Reply    11

**Jacqui Blue**
Me too! I'll help! A documentary about dating and dating apps alone would be great.

3d    Like    Reply    2

**Kel Culb Gib**
Jacqui I can sceen shot the message I sent these girls to give you an idea of what I was thinking

3d    Like    Reply    1

**Jacqui Blue**
Kel Culb Gib Yes, DM me.

3d    Like    Reply

**Kel Culb Gib**
Jacqui Blue it might go to your requests (which I forget to check REGULARLY lol just fyi) if you don't see it in main

3d    Like    Reply    1



**Bridget Garwood** 

Kel Culb Gib shoot me a message about what you had in mind structure/storyline wise! I might be able to help.

1d    Like    Reply                                1 🔘

**Kel Culb Gib**

Author    Open to messaging

Bridget Garwood I'll send you a message with just what I was thinking with the help of my good friend Cabernet last night 😂. If it's any sort of plausible we can hit up Abby Meininger and work it out 😂

1d    **Like    Reply**



**Kel Culb Gib**

**Open to messaging**   2d · 

Y'all I'm genuinely interested in figuring out a mini-doc vibe about that Lucas fellow  who knows how to make this happen?

👍🥰❤️ 13                                27 comments

👍 Like                          💬 Comment



**Kel's post**

Y'all I'm genuinely interested in figuring out a mini-doc vibe about that Lucas fellow 🦇 who knows how to make this happen?

27 comments

Like          Comment

13

All comments ⌄

**Kel Culb Gib**
Author   Open to messaging
To refresh your memory... I'll add the link so you can read the tea 🫖

Like    Reply

**Kel Culb Gib**
Author   Open to messaging

WIKIPEDIA
The Free Encyclopedia

hide

Search

# Simon Leviev

Article

From Wikipedia, the free encyclopedia

**Simon Leviev** ( : סימון ליביב ; born **Shimon Yehuda Hayut,** 27 September 1990) is an Israeli con artist convicted of forgery and fraud. According to , between 2017 and 2019 he allegedly conned an estimated $100 million from people in a . His criminal activity became widely known in 2019 after the publication of an article titled "The Tinder Swindler" by investigative journalists from the Norwegian tabloid , with the support of Israeli journalist . and later with the release of the 2022 .

In 2015, Leviev was sentenced to two years in prison in Finland, and in 2019 to 15 months in prison in Israel.

## Early life

Leviev was born Shimon Yehuda Hayut ( : שמעון יהודה חיות) in 1990 in Ramat Elchanan, . His father is Yohanan Hayut, the chief rabbi of . At the age of 15 he moved to in the US with his family's friends. According to interviews done by Felicity Morris, Leviev has been committing minor cons like since he was a teenager.  He later changed his legal name from Shimon Hayut to Simon Leviev, using the surname Leviev to pretend he was related to , an Israeli businessman known as "The King of Diamonds".

## Criminal activity and legal trouble

In 2011, Hayut was charged in Israel with . and for cashing stolen checks.  According to reports, he stole a checkbook belonging to a family while babysitting their child, and another's while working as a handyman at their home.  He never showed up in court and escaped the country across the border into with a fake passport under the name Mordechai Nisim Tapiro, and fled to Europe. In 2012, he was indicted by an Israeli court and charged with theft and forgery of checks, as well as for leaving a five-year-old he was babysitting unattended.   In 2015, he was arrested in and and was sentenced to three years in prison. When arrested in Finland, he claimed he was an Israeli man born in 1978 and was found with two forged Israeli passports, three forged Israeli driver's licenses, two forged Israeli flight permits, and five American Express credit cards.

Read

Tools ∨

...

## Simon Leviev

| | |
|---|---|
| **Born** | Shimon Yehuda Hayut
27 September 1990
(age 33)
Ramat Elchanan, |
| **Criminal status** | Released, |
| **Criminal charge** | Theft, forgery, and fraud |
| **Penalty** | • 3 years in Finnish prison
• 15 months in Israeli prison,
150,000 compensation,   20,000 fine |
| **Imprisoned at** | Finland (2015), Israel (2019) |

# The Tinder Swindler

Read          Tools  ⌄

Article

From Wikipedia, the free encyclopedia

***The Tinder Swindler*** is a British              documentary film directed by Felicity Morris and released to        on        on 2 February 2022.   The documentary tells the story of the Israeli conman            (born Shimon Hayut) who used the dating application          to connect with individuals who he then emotionally manipulated into financially supporting his lavish lifestyle on the pretext he needed the money to escape his "enemies".

## Plot and background

An Israeli man, born Shimon Hayut, travelled around Europe, presenting himself as the son of Russian-Israeli diamond mogul            .        and tricked them into lending him money that he would never repay. He used the dating app            to contact women as        . He used the dating app            to contact women with lavish gifts and take them to dinners on private jets using money he borrowed from other women he had previously conned. He would later pretend he was being targeted by his "enemies", often sending the same messages and images to each woman, indicating that he had just been attacked with a knife, but that his bodyguard had saved him and was hurt. He then asked his victims to help him financially due to the breach of 'security', supposedly hindering his use of his credit cards and bank accounts; the women would often take out bank loans and new credit cards in order to help.    He would then use the money gained through the deception to lure new victims, while essentially operating a            . Later, he would pretend to repay his victims by sending forged documents showing fake bank transfers    and then break off contact with the victims.    Sometimes he would go as far as threaten them and use manipulation to get more money from his victims. It is estimated that he swindled $10 million from people across the world.

## Reception

### Critical response

On            , the film has an approval rating of 96% based on 27 reviews, with an

---

The Tinder Swindler



Poster

| | |
|---|---|
| **Directed by** | Felicity Morris |
| **Produced by** | Bernadette Higgins |
| **Cinematography** | Edgar Dubrovskiy |
| **Edited by** | Julian Hart |
| **Music by** | Jessica Jones |
| **Production company** | |
| **Distributed by** | |
| **Release date** | 2 February 2022 |
| **Running time** | 114 minutes |



# EXHIBIT I

Plaintiff & Plaintiff in Pro Se

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>    Debtor,<br><br>DR. STEWART LUCAS MURREY, an individual;<br>    Plaintiff,<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>    Defendant. | Amended Adversary Complaint Case No. 24-ap-01152-BR<br>[Assigned to: Hon. Judge Barry Russell]<br><br>Related: Bankruptcy Case No. 24-bk-12532-BR-Chapter 7<br>[Assigned to: Hon. Judge Barry Russell]<br><br>PLAINTIFF'S DR. MURREY'S INTERROGATORIES TO DEFENDANT MS. BLALOCK (SET TWO) |

PROPOUNDING PARTY:        Plaintiff Dr. Murrey

RESPONDING PARTY:        Defendant Ms. Blalock

SET NO.:                TWO

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Dr.

Murrey hereby requests that Defendant Ms. Blalock answer these interrogatories,

within thirty (30) days (thirty-three (33) if served by mail) from the date of service.

I.

PRELIMINARY STATEMENT AND GENERAL INSTRUCTIONS

A. In answering these interrogatories, you are required to furnish all information that is available to you, including information in the possession of your attorneys, or other persons directly or indirectly employed by you, or connected with you or your attorneys, or your insurance carrier, and anyone else acting in your behalf or otherwise subject to your control.

B. In answering these interrogatories, you must make a diligent search of your records and material in your possession or available to you or your representatives. If you cannot obtain records and information in time to answer these interrogatories, explain in your answer the circumstances and what is being done to obtain the information.

C. If you cannot answer any interrogatory in full, answer it to the extent possible, explanation why you cannot answer the remainder, and state the nature of the information or knowledge you cannot furnish.

D. If an interrogatory calls for a description of a document, photograph, or other writing or thing, describe it in sufficient detail that it can be obtained from you by a motion for production or a subpoena. If you prefer, instead of describing it, simply attach to your answer a clear copy or photograph of the writing or thing.

E. If your answer to any interrogatory is derived from a document or writing, describe the writing or attach a copy as indicated above.

F. Whenever the terms "YOU" and "YOUR" are used, they refer to Defendant Blalock and her agents, employees, attorneys, accountants, investigators, and anyone else acting on his behalf.

G. Whenever the term "INCIDENT" is used, it refers to the events as set forth in the operative Complaint.

H. Whenever the term "IDENTIFY" is used in an interrogatory, it means to provide the last known name, address and telephone number of the person or entity to which it pertains.

I. The term "COMPLAINT" refers to the operative complaint filed by Plaintiff in this action.

II. INTERROGATORIES

INTERROGATORY NO. 21:

State the details, including, but not limited to date and place, of every time you have ever met plaintiff in person.

INTERROGATORY NO. 22:

State the details concerning any and all monies you received from GoFundMe, including, but not limited to the amount you received, the individual from whom you received said monies, how the total amount of money received was dispersed and who dispersed said monies at what time.

INTERROGATORY NO. 23:

1

2          State and identify the complete name, address, telephone number, email address,

3   social media accounts of any and all anonymous organizers and/or members of the

4   GoFundMe webpage: https://www.gofundme.com/f/legal-fund-for-the-women-of-

5   awdtsg-los-angeles.

6

7

8   DATED:  10 November 2024

9                                          By:  /s/Stewart Lucas Murrey

10                                              Dr. Stewart Lucas Murrey
                                                *In Pro Se*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I declare as follows:

I am over the age of 18 years, and not a party to this action. My address is 1217 Wilshire Bvd. # 3655, Santa Monica, CA 90403, which is located in the county where the mailing described below took place. On 10 November 2024 I served the foregoing document(s) described as: Dr. Murrey's Requests for Production of Documents, Set Two (2), Interrogatories Set Two (2) and Requests for Admission, Set Two (2) to Ms. Blalock in the matter of Dr. Murrey v. Blalock (Federal Bankruptcy Case No. 24-ap-01152-BR) to:

Amy Lynne Blalock
1001 Gayley Ave. # 24381
Los Angeles, CA 90024
Tel. (310) 569-6182
amyblalock@gmail.com

I served a true copy of the document(s) above:

[ ] By United States mail. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) mentioned above and:

[ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage full prepaid.

[ X] By e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[  ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on 10 November 2024 at Los Angeles, California.

_/s/Lissette Velasques_____
Declarant

# EXHIBIT J

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (424) 278-3017
Email: 2@lucasmurrey.io
Website: lucasmurrey.com
SocialMedia: sickoscoop.com/lucas

Plaintiff & Plaintiff in Pro Se

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>      Debtor,<br><br>DR. STEWART LUCAS MURREY, an individual;<br>      Plaintiff,<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>      Defendant. | Amended Adversary Complaint Case No. 24-ap-01152-BR<br>[Assigned to: Hon. Judge Barry Russell]<br><br>Related: Bankruptcy Case No. 24-bk-12532-BR-Chapter 7<br>[Assigned to: Hon. Judge Barry Russell]<br><br>PLAINTIFF'S DR. MURREY'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO DEFENDANT MS. BLALOCK (SET TWO) |

PROPOUNDING PARTY:      Plaintiff Dr. Murrey

RESPONDING PARTY:      Defendant Ms. Blalock

SET NO.:                            TWO

    Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff Dr.

Murrey hereby requests that Defendant Ms. Blalock (1) respond to this request, in

writing, within thirty (30) days from the date of service, and (2) produce and permit

inspection and copying of the documents described herein. The place of inspection

shall be 1217 Wilshire Blvd. # 3655, in Los Angeles, CA 90403 and shall take place

on the date of 9 November 2024 and at the time of 8:00 A.M. In lieu of making a

personal appearance on the production date, Defendant may append copies of the

requested documents to his response to Plaintiff's Demand for Inspection and

Production of Documents.

I.

DEFINITIONS AND INSTRUCTIONS

A. "DOCUMENT" means a writing as defined by Federal Rules of Evidence

1001(1), and shall include without limitation, the original (and absent the original then

a copy thereof), all file copies and copies not identical to the original of any writing or

record of every type, form, and description that is in the possession, custody, or control

of the responding party, or that no longer is in the responding party's possession but of

that the responding party still has knowledge, whether or not said writings or records

are claimed to be privileged or otherwise immune from discovery including by way of

illustration and not limitation, the following items, whether said writings or records are

on paper, magnetic disk, tape, or other computer or digital storage medium, microfilm,

microfiche, floppy, or any other storage or recording medium.

B. Whenever the terms "YOU" and "YOUR" are used, they refer to Defendant

Blalock and her agents, employees, attorneys, accountants, investigators, and anyone

else acting on his behalf.

C. Whenever the term "INCIDENT" is used, it refers to the events as set forth in the operative Complaint.

D. The term "COMPLAINT" refers to the operative complaint filed by Plaintiff in this action.

II.

## DEMAND FOR PRODUCTION

DEMAND FOR PRODUCTION NO. 41:

Any and all receipts, documents, documentation, communications, emails, texts, and any and all other communications concerning the GoFundMe money that you received from the GoFundMe webpage: https://www.gofundme.com/f/legal-fund-for-the-women-of-awdtsg-los-angeles.

DEMAND FOR PRODUCTION NO. 42:

Any and all receipts, documents, documentation, communications, emails, texts, and any and all other communications with the anonymous organizer(s) and/or member(s) of the GoFundMe webpage from which you received money: https://www.gofundme.com/f/legal-fund-for-the-women-of-awdtsg-los-angeles.

DEMAND FOR PRODUCTION NO. 43:

Any and all evidence of the Facebook group "Are We Dating The Same Guy?" protecting women.

DEMAND FOR PRODUCTION NO. 44:

Case 2:24-ap-01152-BR   Doc 43-3   Filed 12/11/24   Entered 12/12/24 11:57:40   Desc
Exhibit   Page 24 of 42

Any and all messages, text messages, emails and/or communications concerning the removal of Elly Shariat's story of plaintiff stalking her on your GoFundMe webpage: https://www.gofundme.com/f/legal-fund-for-the-women-of-awdtsg-los-angeles.


DATED:  10 November 2024

By:  /s/Stewart Lucas Murrey
        Dr. Stewart Lucas Murrey
        *In Pro Se*

1

## PROOF OF SERVICE

2

I declare as follows:

3

4        I am over the age of 18 years, and not a party to this action. My address is 1217 Wilshire Bvd.
# 3655, Santa Monica, CA 90403, which is located in the county where the mailing described below
5   took place. On 10 November 2024 I served the foregoing document(s) described as: Dr. Murrey's
Requests for Production of Documents, Set Two (2), Interrogatories Set Two (2) and Requests for
6   Admission, Set Two (2) to Ms. Blalock in the matter of Dr. Murrey v. Blalock (Federal Bankruptcy
Case No. 24-ap-01152-BR) to:

7

Amy Lynne Blalock
8   1001 Gayley Ave. # 24381
Los Angeles, CA 90024
9   Tel. (310) 569-6182
10   amyblalock@gmail.com

11   I served a true copy of the document(s) above:

12
[ ] By United States mail. I enclosed the documents in a sealed envelope or package addressed to the
13   person(s) at the address(es) mentioned above and:

14   [ ] placed the envelope for collection and mailing, following our ordinary business practices. I am
readily familiar with this business's practice for collecting and processing correspondence for
15   mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in
the ordinary course of business with the United States Postal Service, in a sealed envelope with
16   postage full prepaid.

17
[ X ] By e-mail or electronic transmission. Based on a court order or an agreement of the parties to
18   accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the
person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the
19   transmission, any electronic message or other indication that the transmission was unsuccessful.

20
[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose
21   direction the service was made.

22
[X] I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on 10
23   November 2024 at Los Angeles, California.

24                                                   /s/Lissette Velasques_____
25                                                   Declarant

26

27

28

# EXHIBIT K

1    Amy Blalock
     1001 Gayley Ave #24381
2    Los Angeles, CA 90024
     amyblalock@gmail.com
3
     In Pro Se
4
                 UNITED STATES BANKRUPTCY COURT
5
                 CENTRAL DISTRICT OF CALIFORNIA
6

7

8    In re:                              Adversary Case No. 24-AP-01152-BR

9    AMY LYNNE BLALOCK, an individual;   Bankruptcy Case No. 24-bk-12532-BR

              Debtor,                    Chapter: 7
10
     STEWART LUCAS MURREY, an individual;
11
              Plaintiff,                 DEFENDANTS RESPONSES AND
12                                        OBJECTIONS TO: PLAINTIFF'S DR.
     AMY LYNNE BLALOCK, an individual;   MURREY'S INTERROGATORIES TO
13                                        DEFENDANT MS. BLALOCK (SET
              Debtor                     TWO)
14

15

16

17

18
        PROPOUNDING PARTY:    Plaintiff Dr. Murrey
19
        RESPONDING PARTY:     Defendant Amy Blalock
20
        SET NUMBER:           TWO
21
                                    1

RESPONDING PARTY hereby answer PROPOUNDING PARTY'S PLAINTIFF'S DR. MURREY INTERROGATORIES TO DEFENDANT MS. BLALOCK (SET TWO)

**INTERROGATORY NO. 21:**

State the details, including but not limited to date and place, of every time you have ever met plaintiff in person.

**RESPONSE TO INTERROGATORY NO. 21:**

I met the plaintiff once in 2017 for a date at Little Bar on La Brea Ave in Los Angeles, CA. I do not remember the exact date as it was much too long ago to remember.

**INTERROGATORY NO. 22:**

State the details concerning any and all monies you received from GoFundMe, including but not limited to the amount you received, the individual from whom you received said monies, how the total amount of money that was received was dispersed and who dispersed said monies at what time.

**RESPONSE TO INTERROGATORY NO. 22:**

Object. Not relevant to this case and this interrogatory seeks confidential information, which, if disclosed, may constitute an unwarranted invasion of privacy.

**INTERROGATORY NO. 23:**

2

1    State and identify the complete name, address, telephone number, email address, social

2    media accounts of any and all anonymous organizers and or/members of the GoFundMe

3    webpage: https://www.gofundme.com/f/legal-fund-for-the-women-of-awdtsg-los.angeles.

4    **RESPONSE TO INTERROGATORY NO. 23:**

5    Object. Not relevant to this case and this interrogatory seeks confidential

6    information, which, if disclosed, may constitute an unwarranted invasion of privacy.

7

8

9    Dated: November 17, 2024

10    AMY BLALOCK, DEFENDANT

11    IN PRO SE

12

13

14   //

15   //

16   //

17   //

18   //

19   //

20

21                                    3

1

<u>**VERIFICATION**</u>

2

I, Amy Blalock, declare as follows:

3

1. I am the defendant in the adversary proceeding titled: 24-ap-01152-BR pending in the

Central District of California.

4

2. I have read the foregoing **DEFENDANTS RESPONSES AND OBJECTIONS TO:**

5

**PLAINTIFF'S DR. MURREY'S INTERROGATORIES TO DEFENDANT MS.**

6

**BLALOCK (SET TWO)**

7

3. I am informed and believe that the same is true and correct.

8

9

I declare under penalty of perjury under the laws of the United States of America that the

foregoing answers are true and correct.

10

11

12

Executed at: Los Angeles, CA

13

14

Date: November 17th, 2024

15

AMY BLALOCK, DEFENDANT, IN PRO

16

17

18

19

20

21

4

# EXHIBIT L

1  Amy Blalock
   1001 Gayley Ave #24381
2  Los Angeles, CA 90024
   amyblalock@gmail.com
3
   In Pro Se
4
# UNITED STATES BANKRUPTCY COURT
5
## CENTRAL DISTRICT OF CALIFORNIA
6

7

8  | In re: | Adversary Case No. 24-AP-01152-BR |

9  AMY LYNNE BLALOCK, an individual;          Bankruptcy Case No. 24-bk-12532-BR

            Debtor,                           Chapter: 7
10
   STEWART LUCAS MURREY, an individual;
11
            Plaintiff,                        **DEFENDANTS RESPONSES TO:**
12 AMY LYNNE BLALOCK, an individual;          **PLAINTIFF'S DR. MURREY'S**
                                              **DEMAND FOR INSPECTION AND**
13          Debtor                            **PRODUCTION OF DOCUMENTS TO**
                                              **DEFENDANT MS. BLALOCK (SET**
14                                            **TWO)**

15

16

17

18     PROPOUNDING PARTY:     Plaintiff Dr. Murrey

19     RESPONDING PARTY:      Defendant Amy Blalock

20     SET NUMBER:            TWO

21                                    1

RESPONDING PARTY hereby answer PROPOUNDING PARTY'S PLAINTIFF'S DR.

MURREY'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO

DEFENDANT MS. BLALOCK (SET ONE)

**RESPONSE TO DEMAND FOR PRODUCTION NO. 41:**

The responding party is unable to comply with Request No. 41 because it is private financial

information.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 42:**

The responding party is unable to comply with Request No. 42 because it is irrelevant to this

case.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 43:**

The responding party is able to comply with Request No. 43 with a recent story about how

sharing information can help protect women:

https://www.cbsnews.com/colorado/news/victim-denver-cardiologist-stephen-matthews-scaries

t-date/

**RESPONSE TO DEMAND FOR PRODUCTION NO. 44:**

The responding party is unable to comply with Request No. 44 because I never had a

GoFundMe page and Elly Shariat is irrelevant to this case.

Dated: November 17, 2024

_____

AMY BLALOCK, DEFENDANT

2

IN PRO SE

## VERIFICATION

I, Amy Blalock, declare as follows:

1. I am the defendant in the adversary proceeding titled: 24-ap-01152-BR pending in the

Central District of California.

2. I have read the foregoing **DEFENDANTS RESPONSES TO: PLAINTIFF'S DR.
MURREY'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS
TO DEFENDANT MS. BLALOCK (SET TWO)**

3. I am informed and believe that the same is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing answers are true and correct.

Executed at: Los Angeles, CA

Date: November 17th, 2024

_____

AMY BLALOCK, DEFENDANT, IN PRO SE

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1104 E chevy chase Dr.
Glendale CA 91205

A true and correct copy of the foregoing document entitled (*specify*):
1) Defendants Responses to Plaintiffs Request for Production. Set one
2) Defendants Responses to Plaintiffs Request for production set two

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On (*date*) 11/21/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Stewart Lucas Murrey
1217 Wilshire Blvd #3055
Santa Monica CA 90403

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/21/24 | Kelsey Atkinson | Kelsey |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT M

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (424) 278-3017
Email: 2@lucasmurrey.io
Websites: sickoscoop.com/lucas,
lucasmurrey.com

17 November 2024

***Via Email*** *(Sent as a Scanned Copy of the Signed Document) to:*

Ms. Amy Lynne Blalock
1001 Gayley Ave. # 24381
Los Angeles, CA 90024
Tel. (310) 569-6182
amyblalock@gmail.com

Re:    Dr. Murrey v. Ms. Blalock; Adversary Case No.: 24-ap-01152-BR
       **Failure of Defendant Ms. Blalock to Provide Complete and Thorough Responses to**
       **Plaintiff Dr. Murrey's Interrogatories, Set Two (2), No.s 22 and 23**

Dear Ms. Blalock,

Please be advised that your repeated boilerplate response to the above-noted
interrogatories is insufficient:

INTERROGATORY NO. 22: "State the details concerning any and all monies you
received from GoFundMe, including, but not limited to the amount you received, the individual
from whom you received said monies, how the total amount of money received was dispersed
and who dispersed said monies at what time."

Your response: "Object. Not relevant to this case and this interrogatory seeks confidential
information, which, if disclosed, may constitute an unwarranted invasion of privacy."

INTERROGATORY NO. 23: State and identify the complete name, address, telephone
number, email address, social media accounts of any and all anonymous organizers and/or
members of the GoFundMe webpage: https://www.gofundme.com/f/legal-fund-for-the-women-
of-awdtsg-los-angeles.

Your response: "Object. Not relevant to this case and this interrogatory seeks confidential
information, which, if disclosed, may constitute an unwarranted invasion of privacy."

Because you profited from the malicious defamation of my person on your undersigned
GoFundMe webpage wherein you with other collectively published Elly Shariat's false story of

1

stalking the above-noted interrogatories are reasonable, relevant and proportional to the needs of the plaintiff to develop the evidence. See Fed. Civ. Proc. before Trial 11:613 2019 *The Rutter Group* in regard to the *burden on all parties and court* wherein it is clearly stated that: "The burden of showing the 'proportionality' factors is not merely on the party seeking discovery. ALL parties must consider the proportionality factors when serving or responding to discovery requests and the court must do so in ruling on discovery matters. [FRCP 26(b)(1) & (g); Adv. Comm. Notes to 2015 Amendments to FRCP 26—'The parties and the court have a collective responsibility to consider the proportionality of all discovery and consider it in resolving discovery disputes'; and see *Vallejo v. Amgen, Inc.* (8th Cir. 2018) 903 F3d 733, 742].

Please provide complete and thorough responses to the above-noted interrogatories forthwith or I will be forced to seek court intervention by filing yet another motion to compel and seek any and all appropriate sanctions.

Truly,

_/s/ Stewart Lucas Murrey_____
Dr. Stewart Lucas Murrey
Plaintiff & Plaintiff in Pro Se

2

# EXHIBIT N

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (424) 278-3017
Email: 2@lucasmurrey.io
Websites: sickoscoop.com/lucas,
lucasmurrey.com

26 November 2024

*Via Email (Sent as a Scanned Copy of the Signed Document) to:*

Ms. Amy Lynne Blalock
1001 Gayley Ave. # 24381
Los Angeles, CA 90024
Tel. (310) 569-6182
amyblalock@gmail.com

Re:    Dr. Murrey v. Ms. Blalock; Adversary Case No.: 24-ap-01152-BR
       **Failure of Defendant Ms. Blalock to Provide Complete and Thorough Responses to
       Plaintiff Dr. Murrey's Requests for Production of Documents, Set Two (2), No.s 41,
       42 and 44**

Dear Ms. Blalock,

       Please be advised that your repeated boilerplate responses served on plaintiff on 22
November to the above-noted requests for production of documents are insufficient:

       DEMAND FOR PRODUCTION NO. 41:
       Any and all receipts, documents, documentation, communications, emails, texts, and any
and all other communications concerning the GoFundMe money that you received from the
GoFundMe webpage: https://www.gofundme.com/f/legal-fund-for-the-women-of-awdtsg-los-
angeles.

       Response:
       The responding party is unable to comply with Request No. 41 because it is private
financial information.

       Argument:
       Both you and Elly Shariat whose story you undersigned and published alleged plaintiff
violently grabbed your mobile phone and wrists alongside you own and other statements alleging
plaintiff is a murderer and guilty of many other heinous crimes. Further, because you profited
from your undersigned GoFundMe webpage wherein you published Shariat's false story of
stalking the above-noted request for production of documents is reasonable, relevant and
proportional to the needs of the plaintiff to develop the evidence. See Fed. Civ. Proc. before Trial

1

11:613 2019 *The Rutter Group* in regard to the *burden on all parties and court* wherein it is clearly stated that: "The burden of showing the 'proportionality' factors is not merely on the party seeking discovery. ALL parties must consider the proportionality factors when serving or responding to discovery requests and the court must do so in ruling on discovery matters. [FRCP 26(b)(1) & (g); Adv. Comm. Notes to 2015 Amendments to FRCP 26—'The parties and the court have a collective responsibility to consider the proportionality of all discovery and consider it in resolving discovery disputes'; and see *Vallejo v. Amgen, Inc.* (8th Cir. 2018) 903 F3d 733, 742]. Privacy is a balancing act. And since you have already admitted under oath in verified responses that you received GoFundMe money from the webpage you undersigned with Shariat's story, it is reasonable for plaintiff to seek this information.

<u>DEMAND FOR PRODUCTION NO. 42:</u>
Any and all receipts, documents, documentation, communications, emails, texts, and any and all other communications with the anonymous organizer(s) and/or member(s) of the GoFundMe webpage from which you received money: https://www.gofundme.com/f/legal-fund-for-the-women-of-awdtsg-los-angeles.

<u>Response:</u>
The responding party is unable to comply with Request No. 41 because it is irrelevant to this case.

<u>Argument:</u>
If there was never a conspiracy as you claim, then this and other such related requests for production of documents should be easy for you to produce. But in truth you are hiding the online cyber-attack you claim never existed. Both you and Elly Shariat whose story you undersigned and published alleged plaintiff violently grabbed your mobile phone and wrists alongside you own and other statements alleging plaintiff is a murderer and guilty of many other heinous crimes. Further, because you profited from your undersigned GoFundMe webpage wherein you published Shariat's false story of stalking the above-noted request for production of documents is reasonable, relevant and proportional to the needs of the plaintiff to develop the evidence. See Fed. Civ. Proc. before Trial 11:613 2019 *The Rutter Group* in regard to the *burden on all parties and court* wherein it is clearly stated that: "The burden of showing the 'proportionality' factors is not merely on the party seeking discovery. ALL parties must consider the proportionality factors when serving or responding to discovery requests and the court must do so in ruling on discovery matters. [FRCP 26(b)(1) & (g); Adv. Comm. Notes to 2015 Amendments to FRCP 26—'The parties and the court have a collective responsibility to consider the proportionality of all discovery and consider it in resolving discovery disputes'; and see *Vallejo v. Amgen, Inc.* (8th Cir. 2018) 903 F3d 733, 742].

<u>DEMAND FOR PRODUCTION NO. 44:</u>
Any and all messages, text messages, emails and/or communications concerning the removal of Elly Shariat's story of plaintiff stalking her on your GoFundMe webpage: https://www.gofundme.com/f/legal-fund-for-the-women-of-awdtsg-los-angeles.

<u>Response:</u>

2

The responding party is unable to comply with Request No. 44 because I never had a GoFundMe page and Elly Shariat is irrelevant to this case.

Argument:
Plaintiff has already produced evidence of your signature on the GoFundMe webpage in question with Shariat's harmful story about plaintiff that bears an uncanny resemblance to your story. It is clear you had a GoFundMe webpage and that Shariat is relevant to this case. If there was never a conspiracy as you claim, then this and other such related requests for production of documents should be easy for you to produce. But in truth you are hiding the online cyber-attack you claim never existed. Both you and Elly Shariat whose story you undersigned and published alleged plaintiff violently grabbed your mobile phone and wrists alongside you own and other statements alleging plaintiff is a murderer and guilty of many other heinous crimes. Further, because you profited from your undersigned GoFundMe webpage wherein you published Shariat's false story of stalking the above-noted request for production of documents is reasonable, relevant and proportional to the needs of the plaintiff to develop the evidence. See Fed. Civ. Proc. before Trial 11:613 2019 *The Rutter Group* in regard to the *burden on all parties and court* wherein it is clearly stated that: "The burden of showing the 'proportionality' factors is not merely on the party seeking discovery. ALL parties must consider the proportionality factors when serving or responding to discovery requests and the court must do so in ruling on discovery matters. [FRCP 26(b)(1) & (g); Adv. Comm. Notes to 2015 Amendments to FRCP 26—'The parties and the court have a collective responsibility to consider the proportionality of all discovery and consider it in resolving discovery disputes'; and see *Vallejo v. Amgen, Inc.* (8th Cir. 2018) 903 F3d 733, 742].

Please provide complete and thorough responses to the above-noted requests for production of documents without objections forthwith or I will be forced to seek court intervention by filing yet another motion to compel and seek any and all appropriate sanctions.

Truly,

 /s/ Stewart Lucas Murrey_____
Dr. Stewart Lucas Murrey
Plaintiff & Plaintiff in Pro Se

3