**EXHIBIT O**

 **Amy B**
Re: Deposition
To:  te

December 2, 2024 at 8:23 AM

**Mr. Murrey - I am in receipt of this M&C letter. I will respond by the end of the week as I'm with family for the holiday.**

Amy Blalock
310-569-6182
amyblalock@gmail.com

> On Nov 27, 2024, at 6:56 PM, te <2@lucasmurrey.io> wrote:
>
> Dear Ms. Blalock,
> please see my second meet & confer letter regarding your failure to provide adequate responses to my requests for production of documents, set two (2).
>
> <M&CDrMurreyVBlalock.pdf>
>
>
> ------------------------
> Dr. Lucas Murrey
> Ph.D Yale University
> Author of Hölderlin's Dionysiac Poetry and Nietzsche: The Meaning of Earth
> SocialMedia: sickoscoop.com/lucas
> Website: lucasmurrey.com

**See More**

# EXHIBIT P

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (424) 278-3017
Email: 2@lucasmurrey.io
SocialMedia: sickoscoop.com/lucas
Website: lucasmurrey.com

6 December 2024

***Via Email*** *(Sent as a Scanned Copy of the Signed Document) to:*

Ms. Amy Lynne Blalock
1001 Gayley Ave. # 24381
Los Angeles, CA 90024
Tel. (310) 569-6182
amyblalock@gmail.com

Re:    Dr. Murrey v. Ms. Blalock; Adversary Case No.: 24-ap-01152-BR
       **Failure of Defendant Ms. Blalock to Provide Complete and Thorough Responses to
       Plaintiff Dr. Murrey's Interrogatories, Set Two (2), No.s 22 and 23; and Requests
       for Production of Documents, Set Two (2), No.s 41, 42 and 44**

Dear Ms. Blalock,

       Although you stated in an email from 2 December 2024 that you would provide good
faith responses to the above-noted discovery interrogatories and requests by the end of this week,
you have failed to provide any response whatsoever. Please be advised that because you are
forcing me to file a second motion to compel I will seek any and all sanctions as well as any and
all further legal remedies for your reckless refusal to abide by federal discovery laws.

                                    Truly,

                                    _/s/ Stewart Lucas Murrey_____
                                    Dr. Stewart Lucas Murrey
                                    Plaintiff & Plaintiff in Pro Se

# EXHIBIT Q

# Legal Defense Fund for Women of LA





$5,747 raised

The organizer has curren
new donations to this fur

 This fundraiser is
you

 Misty Alderaan
$25 · 7 mos

 Anonymous
$100 · 7 mos

Anonymous Defendant is organizing this fundraiser.

# EXHIBIT R

1

Amy Blalock
1001 Gayley Ave #24381
Los Angeles, CA 90024
amyblalock@gmail.com

2

3

In Pro Se

4

# UNITED STATES BANKRUPTCY COURT

5

## CENTRAL DISTRICT OF CALIFORNIA

6

7

8

In re:

Adversary Case No. 24-AP-01152-BR

AMY LYNNE BLALOCK, an individual;

9

Bankruptcy Case No. 24-bk-12532-BR

Debtor,

Chapter: 7

10

STEWART LUCAS MURREY, an individual;

11

Plaintiff,

**DEFENDANTS RESPONSES AND**

12

AMY LYNNE BLALOCK, an individual;

**OBJECTIONS TO: PLAINTIFF'S DR.**

**MURREY'S REQUESTS FOR**

13

Debtor

**ADMISSION TO DEFENDANT MS.**

14

**BLALOCK (SET TWO)**

15

16

17

18

PROPOUNDING PARTY:   Plaintiff Dr. Murrey

19

RESPONDING PARTY:    Defendant Amy Blalock

SET NUMBER:          TWO

20

21

1

RESPONDING PARTY hereby answer PROPOUNDING PARTY'S PLAINTIFF'S DR.

MURREY REQUESTS FOR ADMISSION TO DEFENDANT MS. BLALOCK (SET TWO)

## REQUEST FOR ADMISSION NO. 20:

Admit that you have no evidence to support your claim that you made on your

GoFundMe webpage that plaintiff stalked Elly Shariat.

## RESPONSE TO REQUEST FOR ADMISSION NO. 20:

Deny.

## REQUEST FOR ADMISSION NO. 21:

Admit that Elly Shariat's statement that she was stalked by plaintiff that appeared on your

GoFundMe webpage was removed by GoFundMe because it is false.

## RESPONSE TO REQUEST FOR ADMISSION NO. 21:

Deny.

Dated: November 17, 2024

AMY BLALOCK, DEFENDANT

IN PRO SE

//

2

RESPONSE TO DISCOVERY SET TWO

1

2

## **VERIFICATION**

I, Amy Blalock, declare as follows:

1. I am the defendant in the adversary proceeding titled: 24-ap-01152-BR pending in the Central District of California.

2. I have read the foregoing **DEFENDANTS RESPONSES AND OBJECTIONS TO: PLAINTIFF'S DR. MURREY'S REQUESTS FOR ADMISSION TO DEFENDANT MS. BLALOCK (SET TWO)**

3. I am informed and believe that the same is true and correct.


I declare under penalty of perjury under the laws of the United States of America that the foregoing answers are true and correct.


Executed at: Los Angeles, CA


Date: November 17th, 2024

_____

AMY BLALOCK, DEFENDANT, IN PRO SE

3

# EXHIBIT S

1  Dr. Stewart Lucas Murrey
2  1217 Wilshire Blvd. # 3655
   Santa Monica, CA 90403
   Tel.: (424) 278-3017
3  Email: 2@lucasmurrey.io
   Website: lucasmurrey.com
4  SocialMedia: sickoscoop.com/lucas

5  Plaintiff & Plaintiff in Pro Se

6

7              **UNITED STATES BANKRUPTCY COURT**
8               **CENTRAL DISTRICT OF CALIFORNIA**

9

10  In re:                                  Amended Adversary Complaint Case No.
                                            24-ap-01152-BR
11  MS. AMY LYNNE BLALOCK, an               [Assigned to: Hon. Judge Barry Russell]
    individual;
12          Debtor,
                                            Related: Bankruptcy Case No.
13  DR. STEWART LUCAS MURREY, an            24-bk-12532-BR-Chapter 7
    individual;                             [Assigned to: Hon. Judge Barry Russell]
14          Plaintiff,

15                                          PLAINTIFF'S DR. MURREY'S
16  MS. AMY LYNNE BLALOCK, an               DEMAND FOR INSPECTION AND
    individual;                             PRODUCTION OF DOCUMENTS TO
17          Defendant.                      DEFENDANT MS. BLALOCK (SET
                                            ONE)
18

19

20  PROPOUNDING PARTY:       Plaintiff Dr. Murrey

21  RESPONDING PARTY:        Defendant Ms. Blalock

22
    SET NO.:                 ONE
23
           Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff Dr.
24
25  Murrey hereby requests that Defendant Ms. Blalock (1) respond to this request, in
26  writing, within thirty (30) days from the date of service, and (2) produce and permit
27
28  inspection and copying of the documents described herein. The place of inspection

       PLAINTIFF DR. MURREY'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO
                               DEFENDANT MS. BLALOCK
                                        1

9

10

11

12

13

14

## DEMAND FOR PRODUCTION NO. 10:

Any and all evidence of plaintiff having stalked Elly Shariat.

## DEMAND FOR PRODUCTION NO. 11:

Any and all evidence of plaintiff having stalked anyone.

## RESPONSE TO DEMAND FOR PRODUCTION NO. 10:

The responding party is unable to produce evidence for Request No. 10 because I never

knew Elly Shariat before the state lawsuit.

3

RESPONSE TO DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS SET ONE

## RESPONSE TO DEMAND FOR PRODUCTION NO. 11:

The responding party is unable to produce evidence for Request No. 11 because the

requested evidence is something I am unaware of.

**VERIFICATION**

I, Amy Blalock, declare as follows:

1. I am the defendant in the adversary proceeding titled: 24-ap-01152-BR pending in the

Central District of California.

2. I have read the foregoing **DEFENDANTS RESPONSES TO: PLAINTIFF'S DR.**

**MURREY'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS**

**TO DEFENDANT MS. BLALOCK (SET TWO)**

3. I am informed and believe that the same is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing answers are true and correct.

Executed at: Los Angeles, CA

Date: November 17th, 2024

_____

AMY BLALOCK, DEFENDANT, IN PRO SE

# EXHIBIT T



**Amy Blalock**

Back in 2017, I matched with him and before we went on a date, my coworker was like - you better look him up. So I did, saw that he is likely a sociopath. So naturally, I went on a date with him. 😈 secretly it was so I could record him bc my life needs more drama.

I have a work phone and personal phone. I put them stacked on the bar in front of me and one of them was recording. About 5 mins into sitting there, he grabbed both of my phones and was like 'let me see these' and I was like OH SHIT, I'm caught but luckily I got the phones away from him. Like who does that?

Anyway, after like one drink, he's asked me to join him at his friends house. Which I declined. It's weird how he tries to get you to leave a place with him.

Anyway, donttttttt go out with this guy.

Like   Reply

↳ 3 Replies

# EXHIBIT U

## REQUEST FOR ADMISSION NO. 2:

Admit that you never recorded Plaintiff

## RESPONSE TO REQUEST FOR ADMISSION NO. 2:

Admit

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

### VERIFICATION

I, Amy Blalock, declare as follows:

1. I am the defendant in the adversary proceeding titled: 24-ap-01152-BR pending in the Central District of California

2. I have read the foregoing **DEFENDANTS RESPONSES AND OBJECTIONS TO: PLAINTIFF'S DR. MURREY'S REQUESTS FOR ADMISSION TO DEFENDANT MS. BLALOCK (SET ONE)**

3. I am informed and believe that the same is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing answers are true and correct.

Executed at: Woodland Hills, CA

Date: November 7th, 2024

AMY BLALOCK, DEFENDANT, IN PRO SE

# EXHIBIT V

**REQUEST FOR ADMISSION NO. 6:**

3

RESPONSE TO DISCOVERY SET ONE

Admit that you received rewards, compensation and or benefits such as Facebook points for

your comments in AWDTSG

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Deny

VERIFICATION

I, Amy Blalock, declare as follows:

1. I am the defendant in the adversary proceeding titled: 24-ap-01152-BR pending in the

Central District of California.

2. I have read the foregoing **DEFENDANTS RESPONSES AND OBJECTIONS TO:**

**PLAINTIFF'S DR. MURREY'S REQUESTS FOR ADMISSION TO DEFENDANT MS.**

**BLALOCK (SET ONE)**

3. I am informed and believe that the same is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing answers are true and correct

Executed at: Woodland Hills, CA

Date: November 7th, 2024

AMY BLALOCK, DEFENDANT, IN PRO SE

# EXHIBIT W





**EXHIBIT X**

1  Dr. Stewart Lucas Murrey
   1217 Wilshire Blvd. # 3655
2  Santa Monica, CA 90403
   Tel.: (424) 278-3017
3  Email: 2@lucasmurrey.io
   SocialMedia: sickoscoop.com/lucas
4  Website: lucasmurrey.com

5  Plaintiff & Plaintiff in Pro Se

6

7

8

9                 UNITED STATES BANKRUPTCY COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11

12  In re:                                Adversary Complaint Case No.
                                          24-ap-01152-BR
13  MS. AMY LYNNE BLALOCK, an             [Assigned to: Hon. Judge Barry Russell]
    individual;
14              Debtor,
                                          PLAINTIFF DR. MURREY'S
15  DR. STEWART LUCAS MURREY, an          DISCLOSURES PURSUANT TO
    individual;                           FEDERAL RULE OF CIVIL
16              Plaintiff,                PROCEDURE 26(a)(1)

17  MS. AMY LYNNE BLALOCK, an
    individual;
18              Defendant.

19

20      Pursuant to Federal Rule of Civil Procedure 26(a)(1) Plaintiff Dr. Murrey

21

22  submits to Defendant Ms. Blalock his Initial Disclosures. These disclosures are

23  based on information readily available at the time. Plaintiff reserves the right to

24
    revise, amend and/or supplement his disclosures up to and including the date of trial.
25

26  Dr. Murrey also bases his disclosures upon his good faith assessment of the disputed

27  material facts alleged by Defendant with particularity in its answer to Dr. Murrey's

28
    complaint and pleadings. Plaintiff will consider amending or supplementing his

disclosures, if appropriate, as the issues presented by Defendant are developed, refined and/or clarified during discovery.

## I.    WITNESSES (RULE 26(a)(1)(a)):

Plaintiff provides the following list of persons who may have relevant information regarding his claims and defendant's defenses. The list is based upon information available to Plaintiff at present. Discovery remains ongoing and Dr. Murrey anticipates that additional persons who may have relevant information may be identified through further discovery.

1. Plaintiff Dr. Murrey whose contact information is known to defendant; facts and circumstances giving rise to the allegations in plaintiff's operative complaint; Plaintiff's claims, allegations and damages; the nature, terms and conditions of plaintiff's scholarship: books, articles, videos, as well as his compensation, employment, responsibilities and damages.

2. Defendant Ms. Blalock whose contact information is known to plaintiff; facts and circumstances giving rise to the allegations in plaintiff's operative complaint; plaintiff's claims, allegations and damages; the nature, terms, and conditions of Blalock's employment and employment history; Blalock's history and present involvement with Facebook and its forums, including, but not limited to "Are We Dating The Same Guy?" ("AWDTSG"); defendant's history and present involvement in social media, media outlets, donation platforms, including, but not

limited to GoFundMe; factual basis for Blalock's denial of plaintiff's allegations and affirmative defenses.

3. Elly Shariat whose contact information is unknown to plaintiff; facts and circumstances giving rise to the allegations in plaintiff's operative complaint; plaintiff's claims, allegations and damages; the nature, terms, and conditions of Shariat's employment and employment history; Shariat's history and present involvement with Facebook and its forums, including, but not limited to "Are We Dating The Same Guy?" ("AWDTSG"); Shariat's history and present involvement in social media, media outlets, donation platforms, including, but not limited to GoFundMe; factual basis for Blalock's denial of plaintiff's allegations and affirmative defenses.

4. Any and all damages experts relevant to damages plaintiff has suffered.

5. Any other current or former employees or agents of defendant who have yet to be identified, with knowledge of or about the facts and circumstances giving rise to plaintiff's allegations in his operative complaint and/or plaintiff's history, defendant's practices, customs, habits and procedures applicable to plaintiff's claims and the facts for defendant's denial of plaintiff's allegations and defendant's affirmative defenses; and

6. Any witness listed by Defendant.

## II.    DOCUMENTS (RULE 26(a)(1)(B)):

Pursuant to FRCP 26(a)(ii), plaintiff provides the following description by category of the documents that may be used to support his allegations (except to the extent the use would be solely for impeachment). The identified categories of documents are not plaintiff's possession, custody, or control and plaintiff is still waiting for the defendant to provide this critical documents and records in good faith and pursuant to Federal Rules of Civil Procedure, but all of which defendant has thus far failed to provide.

The identified categories of documents are in plaintiff's possession, custody, or control attached hereto as Exhibit "1":

1) Dr. Murrey's books;

2) Facebook AWDTSG members harassing dead men and men who reject them;

3) Facebook AWDTSG members with psychological disorders;

4) Defamation, cyberbullying, harassment, stalking, etc. of plaintiff by Facebook AWDTSG members;

5) Defendants' defamation, cyberbullying, harassment, stalking, etc. of plaintiff;

6) Facebook points obtained by defendant and related co-conspirators;

7) Media smear-campaign promoting Shariat's false stalking story;

8) Monetization of harm of plaintiff via GoFundMe webpage, Facebook points, and deals sought to make a documentary e.g. with Netflix;

9) Paola Sanchez and creators, moderators, administrators of AWDTSG Facebook forums;

10)    Facebook Metacoin, Libra, Diem, etc.;

11)    Related discovery responses and rulings;

12)    Plaintiff unable to join said Facebook AWDTSG groups;

13)    Facebook employing ex-spooks; harassing plaintiff for his criticisms of the national security state and other related political values;

14)    Offline stalking, harassment and death threats to plaintiff;

15)    Discovery propounded on defendant Blalock;

16)    Blalock's discovery responses;

and any other supporting documents of Plaintiff's damages.

## III.    DAMAGES claimed by plaintiff (RULE 26(a)(1)(C)):

Plaintiff claims the following damages: Punitive and special damages, including, but not limited to loss of earnings, psychological care, plus general damages, including psychological pain and suffering because of said intentional and malicious statements, $500,000, plus punitive and exemplary damages for defamation and defamation per se, plus costs of suit and attorney fees, pursuant California Govt. C. § 12965(b), in amounts to be proven at trial, or by post-trial motion.

//

## IV.    INSURANCE AGREEMENTS (RULE 26(a)(1)(D)):

Plaintiff has no insurance to cover his losses in this case.

Dated: 9 December 2024          Respectfully submitted,

By:    /s/Stewart Lucas Murrey_____
Dr. Stewart Lucas Murrey
Plaintiff & Plaintiff in Pro Se

## PROOF OF SERVICE

I declare as follows:

I am over the age of 18 years, and not a party to this action. My address is 1217 Wilshire Bvd. # 3655, Santa Monica, CA 90403, which is located in the county where the mailing described below took place. On 11 December 2024 I served the foregoing document(s) described as: Dr. Murrey's Notice and Motion to Compel and Request for Sanctions; Joint Stipulation, Declaration and Proposed Order in the matter of Dr. Murrey v. Blalock (Federal Bankruptcy Case No. 24-ap-01152-BR) to:

Amy Lynne Blalock
1001 Gayley Ave. # 24381
Los Angeles, CA 90024
Tel. (310) 569-6182
Email: amyblalock@gmail.com

I served a true copy of the document(s) above:

[ ] By United States mail. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) mentioned above and:

[ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage full prepaid.

[ X ] By e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on 11 December 2024 at Los Angeles, California.

_____
Declarant