

FILED
DEC 1 6 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>AMY LYNNE BLALOCK,<br><br><br><br><br><br>Debtor(s), | Case No.: 2:24-bk-12532-BR<br><br>Chapter: 7<br><br>Adversary No.: 2:24-ap-01152-BR<br><br>**NOTICE OF HEARING** |
| DR. STEWART LUCAS MURREY,<br><br>Plaintiff(s),<br><br>Vs.<br><br>AMY LYNNE BLALOCK,<br><br>Defendant(s). | Date: JANUARY 7, 2025<br>Time: 10 A.M.<br>Location:1668<br>EDWARD ROYBAL BUILDING<br>255 E TEMPLE STREET<br>LOS ANGELES, CA 90012 |

**NOTICE IS HEREBY GIVEN** that Dr. Stewart Lucas Murrey's "Motion to Compel Defendant Ms. Blalock's Responses To Interrogatories, Set Two, No.s 22 & 23; Requests For Production of Documents, Set Two: No. 41, 42 & 43; And Disclosures Per Rule 26(a)(1)(A)(iii); Request For Monetary Sanctions and Entry of Default" filed on December 11, 2024 (doc 40) is set for hearing on January 7, 2025 at 10:00 a.m. in courtroom 1668.

Written opposition to the motion is due no later than December 24, 2024 by 3:00 p.m.;

Written reply to the opposition is due no later than December 31, 2024 by 3:00 p.m.

Date: 12/16/2024

_____

DEPUTY CLERK

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd #3655
Santa Monica, CA 90403

Amy Lynne Blalock
1001 Gayley Ave #24381
Los Angeles, CA 90024

☐ Service information continued on attached page

Date: 12/17/2024

Signature: [signature]

Deputy Clerk [printed name]: STACEY FORTIER