FILED & ENTERED

DEC 17 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>AMY LYNNE BLALOCK,<br><br>Debtor. | Case No.: 2:24-bk-12532-BR<br><br>Chapter 7<br><br>Adv. No. 2:24-ap-01152-BR |
| DR. STEWART LUCAS MURREY,<br><br>Plaintiff,<br><br>v.<br><br>AMY LYNNE BLALOCK,<br><br>Defendant. | ORDER REGARDING "PLAINTIFF DR. MURREY'S NOTICE AND MOTION TO COMPEL DEFENDANT MS. BLALOCK'S RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS; AND REQUEST FOR SANCTIONS" |

This matter is before the Court on the "Plaintiff Dr. Murrey's Notice And Motion To Compel Defendant Ms. Blalock's Responses To Interrogatories And Requests For Production Of Documents; And Request For Sanctions" filed by plaintiff on November 19, 2024 (Docket No. 31). On December 5, 2024, defendant filed an opposition to the motion (Docket No. 37) and on December 11, 2024, plaintiff filed a reply to the opposition (Docket No. 38).

A hearing was held on the motion on December 17, 2024 at 1:30 p.m.. Both plaintiff and defendant appeared on their own behalfs.

Having considered the pleadings filed in this case, and the statements and arguments of each of the parties on the record at the hearing, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

###

Date: December 17, 2024

Barry Russell
United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

(Attached order re "Motion to compel defendant responses to interrogatories and requests for production of documents; and request for sanctions)

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd #3655
Santa Monica, CA 90403

Amy Lynne Blalock
1001 Gayley Ave #24381
Los Angeles, CA 90024

☐ Service information continued on attached page

Date: 12/17/2024        Signature: *STACEY FORTIER*

Deputy Clerk [*printed name*]: STACEY FORTIER

CACB Rev. June 2016