United States Bankruptcy Court
Central District of California

Murrey,
    Plaintiff

Adv. Proc. No. 24-01152-BR

Blalock,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 17, 2024 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Amy Lynne Blalock, 1001 Gayley Ave #24381, Los Angeles, CA 90024-3464 |
| pla | + | Dr. Stewart Lucas Murrey, 1217 Wilshire Blvd #3655, Santa Monica, CA 90403-5466 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Howard M Ehrenberg (TR) | ehrenbergtrustee@gmlaw.com<br>ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 2

**FILED & ENTERED**

DEC 17 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>AMY LYNNE BLALOCK,<br><br>Debtor.<br><br>DR. STEWART LUCAS MURREY,<br><br>Plaintiff,<br><br>v.<br><br>AMY LYNNE BLALOCK,<br><br>Defendant. | Case No.: 2:24-bk-12532-BR<br><br>Chapter 7<br><br>Adv. No. 2:24-ap-01152-BR<br><br>**ORDER REGARDING "PLAINTIFF DR. MURREY'S NOTICE AND MOTION TO COMPEL DEFENDANT MS. BLALOCK'S RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS; AND REQUEST FOR SANCTIONS"** |

This matter is before the Court on the "Plaintiff Dr. Murrey's Notice And Motion To Compel Defendant Ms. Blalock's Responses To Interrogatories And Requests For Production Of Documents; And Request For Sanctions" filed by plaintiff on November 19, 2024 (Docket No. 31). On December 5, 2024, defendant filed an opposition to the motion (Docket No. 37) and on December 11, 2024, plaintiff filed a reply to the opposition (Docket No. 38).

1

1   A hearing was held on the motion on December 17, 2024 at 1:30 p.m.. Both
2 plaintiff and defendant appeared on their own behalfs.
3   Having considered the pleadings filed in this case, and the statements and
4 arguments of each of the parties on the record at the hearing, **IT IS HEREBY ORDERED**
5 that the motion is **DENIED.**
6   ###

Date: December 17, 2024

_Barry Russell_
Barry Russell
United States Bankruptcy Judge

2

## CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

(Attached order re "Motion to compel defendant responses to interrogatories and requests for production of documents; and request for sanctions)

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd #3655
Santa Monica, CA 90403

Amy Lynne Blalock
1001 Gayley Ave #24381
Los Angeles, CA 90024

☐ Service information continued on attached page

Date:  12/17/2024    Signature: *STACEY FORTIER*

Deputy Clerk [printed name]: STACEY FORTIER

CACB Rev. June 2016