Amy Blalock
1001 Gayley Ave #24381
Los Angeles, CA 90024
amyblalock@gmail.com

In Pro Se

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>AMY LYNNE BLALOCK, an individual;<br><br>Debtor,<br><br>STEWART LUCAS MURREY, an individual;<br><br>Plaintiff,<br><br>AMY LYNNE BLALOCK, an individual;<br><br>Debtor | Adversary Case No. 24-AP-01152-BR<br><br>Bankruptcy Case No. 24-bk-12532-BR<br><br>Chapter: 7<br><br>**DEFENDANT'S OPPOSITION TO PLAINTIFF DR. MURREY'S NOTICE AND MOTION TO COMPEL DEFENDANT MS. BLALOCK'S RESPONSES TO INTERROGATORIES, SET TWO, NO.S 22 & 23; REQUESTS FOR PRODUCTION OF DOCUMENTS, SET TWO; NO.S 41, 42 & 43; AND DISCLOSURES PER RULE 26(A)(1)(A)(III); REQUEST FOR MONETARY SANCTIONS AND ENTRY OF DEFAULT**<br><br>Hearing Date: January 7th, 2025<br>Hearing Time: 10:00am<br>Courtroom: 1668<br>Judge: Honorable Barry Russell |

1
DEFENDANT'S OPPOSITION TO PLAINTIFF DR. MURREY'S NOTICE AND MOTION TO COMPEL DEFENDANT MS. BLALOCK'S RESPONSES TO INTERROGATORIES, SET TWO, NO.S 22 & 23; REQUESTS FOR PRODCTION OF DOCUMENTS, SET TWO; NO.S 41, 42 & 43; AND DISCLOSURES PER RULE 26(a)(1)(A)(iii); REQUEST FOR MONETARY SANCTIONS AND ENTRY OF DEFAULT

Case 2:24-ap-01152-BR    Doc 48    Filed 12/19/24    Entered 12/23/24 09:25:02    Desc
Main Document    Page 2 of 14

## I. INTRODUCTION

Plaintiff, Stewart Lucas Murrey, an individual, is wasting court resources with his *second* Motion to Compel. Since November 21, 2024 the plaintiff has had all discovery; Interrogatories (Set One and Set Two), Requests for Admissions (Set One and Set Two) and (Demands for Inspection and Production of Documents (Set One and Set Two) responded to. When I received his Meet and Confer letter concerning a *second* Motion to Compel, I was confused why he was going to waste the court resources further when I already responded to the same requests he was asking for in the *first* Motion to Compel. I asked him to please advise and the plaintiff did not respond and instead moved forward with submitting a *second* Motion to Compel **SEE EXHIBIT A.** The hearing for the first Motion to Compel had already been set for December 17th, 2024, where the Honorable Barry Russell denied his motion.

## II. FACTUAL BACKGROUND

Plaintiff's original emails on October 11, 2024 requested the following:

- Form Interrogatories (Set One) with 20 requests;

-Requests for Admissions (RFA) (Set One) with 19 separate requests;

-Demand for Inspection and Production of Documents (Set One) which included 40 requests for production;

Plaintiff sent a M&C letter on November 10th, 2024. Included with the plaintiff's M&C letter, he also sent:

-Form Interrogatories (Set Two) with Interrogatories 21-23

-RFA's (Set Two) with requests 20-22

-Demand for Inspection and Production of Documents (Set Two) which

DEFENDANT'S OPPOSITION TO PLAINTIFF DR. MURREY'S NOTICE AND MOTION TO COMPEL DEFENDANT MS. BLALOCK'S RESPONSES TO INTERROGATORIES, SET TWO, NO.S 22 & 23; REQUESTS FOR PRODCTION OF DOCUMENTS, SET TWO; NO.S 41, 42 & 43; AND DISCLOSURES PER RULE 26(a)(1)(A)(iii); REQUEST FOR MONETARY SANCTIONS AND ENTRY OF DEFAULT

included demands 41-44

I, the defendant, was able to complete all of his discovery requests and have them served on November 21, 2024 although plaintiff already set a hearing date for December 17th, 2024.

The Plaintiff then sent on December 5th, 2024:

- a second Meet and Confer Letter asking for these discovery requests and threatening a second motion to compel. In which I responded on December 8th, 2024 with **EXHIBIT B** stating that I had already answered these in his first motion to compel and it would be a waste of court resources to file a second motion

Plaintiff then sent on December 11, 2024

-a response to my Opposition

-a second motion to compel

-a request for Judicial Notice which is irrelevant and goes against court procedures, furthering exhausting the judicial process

### III.   LEGAL ARGUMENT

1. THE COURT SHOULD DENY "Dr. Murrey's Notice and Motion to Compel Defendant Ms. Blalock's Responses to Interrogatories, SET TWO, No.s 22 & 23; Requests for Production of Documents, Set Two; No.s 41, 42 & 44; and disclosures per rule 26(a)(1)(A)(iii); Request for monetary sanctions and entry of default"

I, the defendant pro se, made good faith efforts to resolve this before the plaintiff filed a Second Motion to Compel and have court intervention, as these discovery requests were already satisfied in the first Motion to Compel.

## IV. CONCLUSION

Due to the plaintiff's unwillingness to work with me to resolve the issue before getting the court involved again, the Court should deny the plaintiff's motion to compel and seek sanctions.

## V. PRAYER FOR RELIEF

Defendant respectfully requests that this Court deny Plaintiff's Motion to Compel in its entirety. In support thereof, Defendant prays for the following relief:

1. That the Court find that the Motion to Compel lacks merit and is unwarranted under the circumstances;
2. That the Court deny Plaintiff's request for the relief sought in the Motion to Compel;
3. That Defendant be awarded reasonable fees and costs incurred in responding to this Motion, as deemed appropriate by the Court; and
4. Such other and further relief as the Court deems just and proper.

Dated: December 17, 2024

_____

AMY BLALOCK, DEFENDANT

IN PRO SE

Amy Blalock
1001 Gayley Ave #24381
Los Angeles, CA 90024
amyblalock@gmail.com

In Pro Se

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Adversary Case No. 24-AP-01152-BR |
| AMY LYNNE BLALOCK, an individual; | Bankruptcy Case No. 24-bk-12532-BR |
| Debtor, | Chapter: 7 |
| STEWART LUCAS MURREY, an individual; | **DEFENDANT'S DECLARATION IN SUPPORT OF OPPOSITION TO PLAINTIFF DR. MURREY'S NOTICE AND MOTION TO COMPEL DEFENDANT MS. BLALOCK'S RESPONSES TO INTERROGATORIES, SET TWO, NO.S 22 & 23; REQUESTS FOR PRODUCTION OF DOCUMENTS, SET TWO; NO.S 41, 42 & 43; AND DISCLOSURES PER RULE 26(A)(1)(A)(III); REQUEST FOR MONETARY SANCTIONS AND ENTRY OF DEFAULT** |
| Plaintiff, | |
| AMY LYNNE BLALOCK, an individual; | |
| Debt | |
| | Hearing Date: January 7th, 2025<br>Hearing Time: 10:00am<br>Courtroom: 1668<br>Judge: Honorable Barry Russell |

1

DEFENDANT'S DECLARATION IN SUPPORT OF OPPOSITION TO PLAINTIFF DR. MURREY'S NOTICE AND MOTION TO COMPEL DEFENDANT MS. BLALOCK'S RESPONSES TO INTERROGATORIES, SET TWO, NO.S 22 & 23; REQUESTS FOR PRODUCTION OF DOCUMENTS, SET TWO; NO.S 41, 42 & 43; AND DISCLOSURES PER RULE 26(A)(1)(A)(III); REQUEST FOR MONETARY SANCTIONS AND ENTRY OF DEFAULT

**DEFENDANT'S DECLARATION IN SUPPORT OF OPPOSITION TO PLAINTIFF DR. MURREY'S NOTICE AND MOTION TO COMPEL DEFENDANT MS. BLALOCK'S RESPONSES TO INTERROGATORIES, SET TWO, NO.S 22 & 23; REQUESTS FOR PRODUCTION OF DOCUMENTS, SET TWO; NO.S 41, 42 & 43; AND DISCLOSURES PER RULE 26(A)(1)(A)(III); REQUEST FOR MONETARY SANCTIONS AND ENTRY OF DEFAULT**

I, Amy Blalock, declares as follows:

1. I am the Defendant in this matter. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently thereto.

2. This declaration is in support of Opposition to Dr. Murrey's Notice and Motion to Compel Defendant Ms. Blalock's Responses to Interrogatories, SET TWO, No.s 22 & 23; Requests for Production of Documents, Set Two; No.s 41, 42 & 43; and disclosures per rule 26(a)(1)(A)(iii); Request for monetary sanctions and entry of default

3. Since November 21, 2024 the plaintiff has had all discovery; Interrogatories (Set One and Set Two), Requests for Admissions (Set One and Set Two) and (Demands for Inspection and Production of Documents (Set One and Set Two) responded to.

4. **Objections to the Discovery Requests**

    The objections I put forth in all discovery requests are due to irrelevance in this case, privacy concerns and overbreadth. I stand by my original responses as listed below.

    - **INTERROGATORY NO. 22**: "State the details concerning any and all monies you received from GoFundMe, including, but not limited to the amount you received, the individual from whom you received said monies, how the total amount of money received was dispersed and who dispersed said monies at what time."

2

DEFENDANT'S DECLARATION IN SUPPORT OF OPPOSITION TO PLAINTIFF DR. MURREY'S NOTICE AND MOTION TO COMPEL DEFENDANT MS. BLALOCK'S RESPONSES TO INTERROGATORIES, SET TWO, NO.S 22 & 23; REQUESTS FOR PRODUCTION OF DOCUMENTS, SET TWO; NO.S 41, 42 & 43; AND DISCLOSURES PER RULE 26(A)(1)(A)(III); REQUEST FOR MONETARY SANCTIONS AND ENTRY OF DEFAULT

- i. **DEFENDANT RESPONSE :** "Object. Not relevant to this case and this interrogatory seeks confidential information, which, if disclosed, may constitute an unwarranted invasion of privacy."

- ○ **INTERROGATORY NO. 23**: State and identify the complete name, address, telephone number, email address, social media accounts of any and all anonymous organizers and/or members of the GoFundMe webpage: https://www.gofundme.com/f/legal-fund-for-the-women-of-awdtsg-los-angeles

  - i. **DEFENDANT'S RESPONSE** "Object. Not relevant to this case and this interrogatory seeks confidential information, which, if disclosed, may constitute an unwarranted invasion of privacy."

- ○ **DEMAND FOR PRODUCTION NO. 41:** Any and all receipts, documents, documentation, communications, emails, texts, and any and all other communications concerning the GoFundMe money that you received from the GoFundMe webpage: https://www.gofundme.com/f/legal-fund-for-the-women-of-awdtsg-los-angeles.

  - i. **DEFENDANT'S RESPONSE:** The responding party is unable to comply with Request No. 41 because it is private financial information.

- ○ **DEMAND FOR PRODUCTION NO. 42**: Any and all receipts, documents, documentation, communications, emails, texts, and any and all other communications with the anonymous organizer(s) and/or member(s) of the GoFundMe webpage from which you received money: https://www.gofundme.com/f/legal-fund-for-the-women-of-awdtsg-los-angeles.

3

      i. **DEFENDANT'S RESPONSE:** The responding party is unable to comply with Request No. 41 because it is irrelevant to this case.

- **DEMAND FOR PRODUCTION NO. 44:** Any and all messages, text messages, emails and/or communications concerning the removal of Elly Shariat's story of plaintiff stalking her on your GoFundMe webpage: https://www.gofundme.com/f/legal-fund-for-the-women-of-awdtsg-los-angeles.

      i. **DEFENDANT'S RESPONSE:** The responding party is unable to comply with Request No. 44 because I never had aGoFundMe page and Elly Shariat is irrelevant to this case.

5. I made good faith efforts to resolve this without court intervention. SEE EXHIBIT A
6. For the reasons stated above, I respectfully request that the Court deny Stewart Lucas Murrey's Motion to Compel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 17th, 2024, in Los Angeles, CA

_____

AMY BLALOCK, DEFENDANT

IN PRO SE

4

# EXHIBIT A



**Joint Stipulation for plaintiff's second motion to compel**  Inbox

**te**  Mon, Dec 9, 8:37 PM (8 days ago)
to me

Dear Ms. Blalock,
please see attached joint stipulation for my second motion to compel, for your convenience in word.doc, thanks

-----------------------
Dr. Lucas Murrey
Ph.D Yale University
Author of Hölderlin's Dionysiac Poetry and Nietzsche: The Meaning of Earth
SocialMedia: sickoscoop.com/lucas
Website: lucasmurrey.com

One attachment • Scanned by Gmail

JSDrMurreyVBlal...

**Amy B** <amyblalock@gmail.com>  Wed, Dec 11, 9:22 AM (6 days ago)
to te

Mr. Murrey, I'm in receipt of this email. I work full time and have to find time to respond to all these requests. I'm a bit confused though, as I have already responded to this in my Opposition to Motion to Compel, which I sent to you last week. Please advise.

Signed,
Amy Blalock

Reply    Forward

# EXHIBIT B

**Amy Blalock, Defendant, Pro Se**

1001 Gayley Ave #24381

Los Angeles, CA 90046

amyblalock@gmail.com

**Stewart Lucas Murrey, Plaintiff**

1217 Wilshire Blvd. # 3655

Santa Monica, CA 90403

**December 7, 2024** (sent via email to servingpapers@protonmail.com and 2@lucasmurrey.io)

Re:    Response to Second M&C letter titled: **Dr. Murrey v. Ms. Blalock; Adversary Case No.: 24-ap-01152-BR Failure of Defendant Ms. Blalock to Provide Complete and Thorough Responses to Plaintiff Dr. Murrey's Interrogatories, Set Two (2), No.s 22 and 23; and Requests for Production of Documents, Set Two (2), No.s 41, 42 and 44**

Dear Mr. Murrey,

I'm in receipt of your letter from December 6, 2024. I am not sure if you noticed but in my Declaration of Opposition to Motion to Compel, that I sent on Thursday December 5th at 10:10am, I provided this information to the court within my Opposition:

1. **Objections to the Discovery Requests**

   The objections I put forth in all discovery requests are due to irrelevance in this case, privacy concerns and overbreadth. I stand by my original responses as listed below.

   ○ INTERROGATORY NO. 22: "State the details concerning any and all monies you received from GoFundMe, including, but not limited to the amount you received, the individual from whom you received said monies, how the total amount of money received was dispersed and who dispersed said monies at what time."

      i.  DEFENDANT RESPONSE : "Object. Not relevant to this case and this

interrogatory seeks confidential information, which, if disclosed, may constitute an unwarranted invasion of privacy."

- INTERROGATORY NO. 23: State and identify the complete name, address, telephone number, email address, social media accounts of any and all anonymous organizers and/or members of the GoFundMe webpage: https://www.gofundme.com/f/legal-fund-for-the-women-of-awdtsg-los-angeles

    i. DEFENDANT'S RESPONSE "Object. Not relevant to this case and this interrogatory seeks confidential information, which, if disclosed, may constitute an unwarranted invasion of privacy."

- DEMAND FOR PRODUCTION NO. 41: Any and all receipts, documents, documentation, communications, emails, texts, and any and all other communications concerning the GoFundMe money that you received from the GoFundMe webpage: https://www.gofundme.com/f/legal-fund-for-the-women-of-awdtsg-los-angeles.

    i. DEFENDANT'S RESPONSE: The responding party is unable to comply with Request No. 41 because it is private financial information.

- DEMAND FOR PRODUCTION NO. 42: Any and all receipts, documents, documentation, communications, emails, texts, and any and all other communications with the anonymous organizer(s) and/or member(s) of the GoFundMe webpage from which you received money: https://www.gofundme.com/f/legal-fund-for-the-women-of-awdtsg-los-angeles.

    i. DEFENDANT'S RESPONSE:The responding party is unable to comply with Request No. 41 because it is irrelevant to this case.

- ○ DEMAND FOR PRODUCTION NO. 44: Any and all messages, text messages, emails and/or communications concerning the removal of Elly Shariat's story of plaintiff stalking her on your GoFundMe webpage: https://www.gofundme.com/f/legal-fund-for-the-women-of-awdtsg-los-angeles.

  i.    DEFENDANT'S RESPONSE: The responding party is unable to comply with Request No. 44 because I never had aGoFundMe page and Elly Shariat is irrelevant to this case.

//

I included those Demands for Production in my Declaration so that you would not have to waste further court resources by filing another Motion to Compel.

Signed,
Amy Blalock