| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Dr. Stewart Lucas Murrey<br>1217 Wilshire Blvd. # 3655<br>Santa Monica, CA 90403<br>Tel.: (424) 278-3017<br>Email: 2@lucasmurrey.io<br>SocialMedia: sickoscoop.com/lucas<br>Website: lucasmurrey.com<br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | FOR COURT USE ONLY<br><br>FILED<br>DEC 30 2024<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
|---|---|

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>MS. AMY LYNNE BLALOCK<br><br><br><br>Debtor(s). | CASE NO.: 24-bk-12532-BR<br><br>ADVERSARY NO.: 24-ap-01152-BR<br><br>CHAPTER: 7 |
|---|---|
| DR. STEWART LUCAS MURREY<br><br><br><br>Plaintiff(s).<br>vs.<br>MS. AMY LYNNE BLALOCK<br><br><br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 01/07/2025<br>TIME: 10:00 A.M.<br>COURTROOM: 1668<br>ADDRESS: Edward Roybal Building<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No

2. Have all parties filed and served answers to the Claims Documents? ☐ Yes ☒ No

3. Have all motions addressed to the Claims Documents been resolved? ☒ Yes ☐ No

4. Have counsel met and conferred in compliance with LBR 7026-1? ☐ Yes ☒ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                                    F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
As this court is aware plaintiff alleges defendant maliciously defamed him as part of a cyber-attack that lasred for years, thus making a pro se meet and confer untenable at this time.

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
   <u>Plaintiff</u>          <u>Defendant</u>
This court has made it clear that my sense of discovery and readiness for trial is irrelevant to this bankrutpcy trial.

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
   <u>Plaintiff</u>          <u>Defendant</u>

3. When do you expect to complete <u>your</u> discovery efforts?
   <u>Plaintiff</u>          <u>Defendant</u>
Any and all motions of plaintiff to compel discovery have been denied without explanation, thus making this question irrelevant.

4. What additional discovery do you require to prepare for trial?
   <u>Plaintiff</u>          <u>Defendant</u>
Any and all motions of plaintiff to compel discovery have been denied without explanation, thus making this question irrelevant.

C. **TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?
   <u>Plaintiff</u>          <u>Defendant</u>
Any and all motions of plaintiff to compel discovery have been denied without explanation, thus making this question irrelevant.

2. How many witnesses do you intend to call at trial (*including opposing parties*)?
   <u>Plaintiff</u>          <u>Defendant</u>
Any and all motions of plaintiff to compel discovery have been denied without explanation, thus making this question irrelevant.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*          Page 2         **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Any and all motions of plaintiff to compel discovery have been denied without explanation, thus making this question irrelevant. | |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☐ is ☐ is not requested |
| Reasons: | Reasons: |
| Any and all motions of plaintiff to compel discovery have been denied without explanation, thus making a pre-trial conference unusually necessary. | |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set <u>after</u>: | Pretrial conference should be set <u>after</u>: |
| (*date*) N/A | (*date*) _____ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

    Defendant has failed to offer any settlement whatsoever. And given that I have clear evidence of her intentional and malicious defamation and wrongdoing, I intend to continue to trial.

2. Has this dispute been formally mediated?    ☐ Yes  ☒ No
    If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☐ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    F 7016-1.STATUS.REPORT

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<u>Plaintiff</u>

☐ I do consent
☒ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>

☐ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 12/26/2024

Printed name of law firm

_(signature)_
Signature

Dr. Stewart Lucas Murrey
Printed name

Attorney for: In Pro Se

Date: _____

Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1217 Wilshire Blvd. # 3655, Santa Monica, CA 90403

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 12/27/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Amy Lynne Blalock
1001 Gayley Ave. # 24381
Los Angeles, CA 90024
Tel. (310) 569-6182
amyblalock@gmail.com

[served by email]

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/27/2024 | Lisette Velasquez | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.