| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Amy Blalock<br>1001 Gayley Ave #20381<br>Los Angeles, CA 90024<br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

| In re:<br><br>   Amy Blalock<br><br><br><br><br>               Debtor(s). | CASE NO.:  24-bk-12532-br<br><br>ADVERSARY NO.: 24-ap-01152-br<br><br>CHAPTER:  7 |
|---|---|
|   Stewart Lucas Murrey<br><br><br><br>              Plaintiff(s).<br>   vs.<br>  Amy Blalock<br><br><br><br><br>              Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:  01/07/2025<br>TIME:  10:00AM<br>COURTROOM: 1668<br>ADDRESS: 255 E Temple St<br>      Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.  PLEADINGS/SERVICE:**

1.  Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes   ☐ No
2.  Have all parties filed and served answers to the Claims Documents?   ☐ Yes   ☒ No
3.  Have all motions addressed to the Claims Documents been resolved?   ☐ Yes   ☒ No
4.  Have counsel met and conferred in compliance with LBR 7026-1?   ☐ Yes   ☒ No

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 1    F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (*or on attached page*):
   The plaintiff has alleged that I have malicious intent towards him and has yet to provide evidence showing this. I also requested RFA's from the plaintiff that he has yet to respond to.

B. **READINESS FOR TRIAL:**

   1. When will you be ready for trial in this case?
      
      Plaintiff                                              Defendant
                                                             I will be ready for trial once the plaintiff responds to my RFAs

   2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
      
      Plaintiff                                              Defendant

   3. When do you expect to complete your discovery efforts?
      
      Plaintiff                                              Defendant
                                                             At this time, I have completed all discovery efforts

   4. What additional discovery do you require to prepare for trial?
      
      Plaintiff                                              Defendant
                                                             I would need the plaintiff to respond to my RFA's and provide documentation.

C. **TRIAL TIME:**

   1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?
      
      Plaintiff                                              Defendant
                                                             I would likely need an hour maximum.

   2. How many witnesses do you intend to call at trial (*including opposing parties*)?
      
      Plaintiff                                              Defendant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                Page 2                                F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

   <u>Plaintiff</u>                                              <u>Defendant</u>
                                                                 I would anticipate two exhibits.

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court.  [See LBR 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

   <u>Plaintiff</u>                                              <u>Defendant</u>
   Pretrial conference ☐ is ☐ is not requested                  Pretrial conference ☒ is ☐ is not requested
   Reasons:                                                     Reasons:
                                                                Plaintiff has not shown proof that I have had malicious intent.

   <u>Plaintiff</u>                                              <u>Defendant</u>
   Pretrial conference should be set <u>after</u>:              Pretrial conference should be set <u>after</u>:
   (*date*) _____                                          (*date*) _____

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

   There is no malicious intent on my part, due to this, I do not plan to settle on this.

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   <u>Plaintiff</u>                                              <u>Defendant</u>
   ☐ Yes    ☐ No                                                ☐ Yes    ☒ No

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 3                                    **F 7016-1.STATUS.REPORT**

**F.   FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

|   <u>Plaintiff</u>   |   <u>Defendant</u>   |
|---|---|
| ☐ I do consent | ☐ I do consent |
| ☐ I do not consent | ☒ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G.   ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)


Respectfully submitted,

| | |
|---|---|
| Date: _____ | Date: 01/02/2025 |
| | Pro Se |
| Printed name of law firm | Printed name of law firm |
| | *(signature)* |
| Signature | Signature |
| Printed name | Amy Blalock |
| | Printed name |
| Attorney for: _____ | Attorney for: In Pro Se |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 4     F 7016-1.STATUS.REPORT