

**FILED & ENTERED**

**JAN 07 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>AMY LYNNE BLALOCK,<br><br><br>Debtor(s),<br><br>DR. STEWARD LUCAS MURREY,<br><br>Plaintiff(s),<br><br>Vs.<br><br>AMY LYNNE BLALOCK,<br><br>Defendant(s). | Case No.: 2:24-bk-12532-BR<br><br>Chapter: 7<br><br>Adversary No.: 2:24-ap-01152-BR<br><br>**ORDER REGARDING "PLAINTIFF DR. MURREY'S NOTICE AND MOTION TO COMPEL DEFENDANT MS. BLALOCK'S RESPONSES TO INTERROGATORIES, SET TWO, NOS. 22 & 23; REQUEST FOR PRODUCTION OF DOCUMENTS, SET TWO; NOS. 41, 42 & 43; AND DISCLOSURES PER RULE 26(a)(1)(A)(iii); REQUEST FOR MONETARY SANCTIONS AND ENTRY OF DEFAULT"** |

    This matter is before the Court on the "Plaintiff Dr. Murrey's Plaintiff Dr. Murrey's Notice And Motion To Compel Defendant Ms. Blalock's Responses To Interrogatories, Set Two, Nos. 22 & 23; Request For Production Of Documents, Set Two; Nos. 41, 42 & 43; And Disclosures Per Rule 26(a)(1)(A)(iii); Request For Monetary Sanctions And Entry Of Default" filed by plaintiff on December 11, 2024 (Docket No. 40). On December 19, 2024, defendant filed an opposition to the motion (Docket No. 48).

A hearing was held on the motion on January 7, 2025 at 10:00 a.m. Both plaintiff and defendant appeared on their own behalfs.

Having considered the pleadings filed in this case, and the statements and arguments of each of the parties on the record at the hearing, **IT IS HEREBY ORDERED** that the motion is **DENIED.**

###

Date: January 7, 2025

*[signature: Barry Russell]*

Barry Russell
United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

Amy Lynne Blalock
1001 Gayley Ave #24381
Los Angeles, CA 90024

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd #3655
Santa Monica, CA 90403

☐ Service information continued on attached page

Date: __17/2025__      Signature: *STACEY FORTIER*

Deputy Clerk [*printed name*]: STACEY FORTIER