United States Bankruptcy Court
Central District of California

Murrey,
    Plaintiff

Adv. Proc. No. 24-01152-BR

Blalock,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 07, 2025 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Amy Lynne Blalock, 1001 Gayley Ave #24381, Los Angeles, CA 90024-3464 |
| pla | + | Dr. Stewart Lucas Murrey, 1217 Wilshire Blvd #3655, Santa Monica, CA 90403-5466 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Howard M Ehrenberg (TR) | ehrenbergtrustee@gmlaw.com<br>ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 2



FILED & ENTERED

JAN 07 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 2:24-bk-12532-BR |
| AMY LYNNE BLALOCK, | Chapter: 7 |
| | Adversary No.: 2:24-ap-01152-BR |
| Debtor(s), | ORDER REGARDING "PLAINTIFF DR. MURREY'S NOTICE AND MOTION TO COMPEL DEFENDANT MS. BLALOCK'S RESPONSES TO INTERROGATORIES, SET TWO, NOS. 22 & 23; REQUEST FOR PRODUCTION OF DOCUMENTS, SET TWO; NOS. 41, 42 & 43; AND DISCLOSURES PER RULE 26(a)(1)(A)(iii); REQUEST FOR MONETARY SANCTIONS AND ENTRY OF DEFAULT" |
| DR. STEWARD LUCAS MURREY, | |
| Plaintiff(s), | |
| Vs. | |
| AMY LYNNE BLALOCK, | |
| Defendant(s). | |

   This matter is before the Court on the "Plaintiff Dr. Murrey's Plaintiff Dr. Murrey's Notice And Motion To Compel Defendant Ms. Blalock's Responses To Interrogatories, Set Two, Nos. 22 & 23; Request For Production Of Documents, Set Two; Nos. 41, 42 & 43; And Disclosures Per Rule 26(a)(1)(A)(iii); Request For Monetary Sanctions And Entry Of Default" filed by plaintiff on December 11, 2024 (Docket No. 40). On December 19, 2024, defendant filed an opposition to the motion (Docket No. 48).

A hearing was held on the motion on January 7, 2025 at 10:00 a.m. Both plaintiff and defendant appeared on their own behalfs.

Having considered the pleadings filed in this case, and the statements and arguments of each of the parties on the record at the hearing, **IT IS HEREBY ORDERED** that the motion is **DENIED.**

###

Date: January 7, 2025

Barry Russell
United States Bankruptcy Judge

-2-

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

Amy Lynne Blalock
1001 Gayley Ave #24381
Los Angeles, CA 90024

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd #3655
Santa Monica, CA 90403

☐ Service information continued on attached page

Date: __17/2025__    Signature: _STACEY FORTIER_

Deputy Clerk [printed name]: STACEY FORTIER