**FILED**

**JAN 27 2025**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (424) 278-3017
Email: 2@lucasmurrey.io
Website: lucasmurrey.com
SocialMedia: sickoscoop.com/lucas

Plaintiff & Plaintiff in Pro Se

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

MS. AMY LYNNE BLALOCK, an individual;

      Debtor,

DR. STEWART LUCAS MURREY, an individual;

      Plaintiff,

MS. AMY LYNNE BLALOCK, an individual;

      Defendant.

Adversary Complaint Case No.
24-ap-01152-BR
[Assigned to: Hon. Judge Barry Russell]

**PLAINTIFF DR. STEWART LUCAS MURREY'S DECLARTION IN SUPPORT OF HIS ADVERSARY COMPLAINT AGAINST DEFENDANT MS. AMY BLALOCK**

Trial setting conference
Date:          25 March 2025
Time:         10:00 A.M.
Courtroom:   1668
Judge:        Hon. Barry Russell

# DECLARATION OF DR. LUCAS MURREY

I, Dr. Lucas Murrey, declare:

1. That I am the plaintiff in this action; that I am over the age of 18 years and that I have personal knowledge of the facts contained in this declaration. If

- 1 -

called upon to testify I could and would testify competently as to the truth of the facts stated herein.

2. This declaration is submitted in support of plaintiff's adversary complaint against defendant Ms. Amy Blalock per the schedule issued by this court.

3. In early 2023 I began to notice strangers acting erratic e.g. identifying and snickering at me at everyday places including, but not limited to everyday grocery stores. The frequency of this harassing behavior toward my person soon increased rapidly.

4. By approximately the spring of 2023 I received anonymous communications alerting me to harmful postings about my person on Facebook, including, but not limited to Facebook "Are We Dating The Same Guy?" ("AWDTSG") groups with tens of millions of users by over three-hundred (300) Facebook accounts.

5. A true and correct copy of an excerpt of said Facebook AWDTSG forums is hereto attached as Exhibit 1.

6. Around this time I also received anonymous communications with login credentials to some of the Facebook groups with postings about my person.

7. A true and correct copy of an excerpt of postings on social media sites such as Reddit.com of accounts seeking and offering access to said Facebook AWDTSG forums is hereto attached as Exhibit 2.

- 2 -

8.  Among the hundreds of harassing and harmful comments about my person that I found are those made by defendant Ms. Amy Blalock.

9.  Ms. Blalock's comments aggressively portrayed me as serial killer. She stated: "I'm afraid if there's any missing women in LA – he [plaintiff] has something to do with it."

10. Ms. Blalock stated that I sought to murder women as a "SECOND LOCATION!".

11. Ms Blalock stated that: "He's [plaintiff] going to end up on Dateline one day." Dateline is a popular TV show that portrays true crime serial killers.

12. Ms. Blalock conspired with others on Facebook et al. to profit from a documentary about my person as a con artist and serial killer.

13. Ms. Blalock stated: "We could all share our stories on the documentary like the Tinder Swindler." *The Tinder Swindler* is a popular true crime Netflix documentary about an Israeli criminal who stole large amounts of money from several people and who committed various other serious crimes.

14. Ms. Blalock also stated that she had gone on a date with me wherein she shamelessly invaded my privacy by secretly filming me without my consent and wherein she alleged that I violently grabbed her phone(s).

15. Ms. Blalock stated: "I have a work phone and personal phone. I put them stacked on the bar in front of me and one of them was recording. About 5

- 3 -

PLAINTIFF'S DECLARATION

mins into sitting there, he grabbed both of my phones and was like 'let me

see these' and I was like OH SHIT, I'm caught but luckily I got the phones

away from him."

16. A true and correct copy of the above-noted statements by Ms. Blalock on

Facebook that I obtained is hereto attached as Exhibit 3.

17. All of these statements are false.

18. Ms. Blalock further published with others a harmful statement claiming

that I stalked and harmed a woman Elly Shariat on her GoFundMe

webpage which Ms. Blalock and her co-conspirators promoted on national

and international news media outlets ans from which Ms. Blalock profited.

19. A true and correct copy of the above-noted statement published by Ms.

Blalock on her GoFundMe webpage with other co-conspirators that I

obtained is hereto attached as Exhibit 4.

20. All of these statements are false.

21. Ms. Blalock confirmed her statements on Facebook and GoFundMe in her

verified discovery responses. This includes, but is not limited to her

response to my request for admission no. 13, 15, 17 verified on 7

November 2024.

22. A true and correct copy of the above-noted verified discovery responses is

hereto attached as Exhibit 5.

- 4 -

23. Ms. Blalock's harmful statements belong to a cyber-attack that involve over 300 Facebook accounts on my person with other such statements that include, but are not limited to: "public records show" [that plaintiff has] involvement in [a] MURDER case of his ex[-]wife", is "suspected of murder"; [h]as several domestic violence charges filed against him"; is an "abusive murderer"; "[has] "[f]iled [...] court cases against women [...] trying to extort money from them"; "has committed fraud"; "has acted fraudulently", "has STDs", has an "ex-wife who [he] killed"; "claim[s] he is an attorney"; and that plaintiff is listed on the California court's public record as being a "vexatious litigant".

24. A true and correct copy of the above-noted harmful statements to which Blalock's statements belong is hereto attached as Exhibit 6.

25. All of these statements are also false; the women involved in this attack are unknown to me; and I certainly have never been in a committed romantic relationship with any of them.

26. After I discovered Ms. Blalock's statements and the cyber-attack on my person and reputation on Facebook in 2023 I contacted and informed Facebook and reported said statements to the LAPD and FBI prior to filing a state lawsuit that is currently pending (See LASC case no. 23STCV14890).

- 5 -

PLAINTIFF'S DECLARATION

27. After I filed said state lawsuit I located and served Ms. Blalock. I then propounded discovery on Ms. Blalock the deadline to which stayed by filing an anti-SLAPP motion to strike. However, Ms. Blalock's anti-SLAPP motion failed. But instead of providing a response to my discovery per the deadline of a meet & confer with which I then served on her, Ms. Blalock filed chapter 7 bankruptcy and stayed the above-noted state action, thus evading all of her discovery responses in my state case. Thereafter I filed this instant adversary proceeding and complaint against Ms. Blalock to which this declaration belongs.

28. Ms. Blalock's statements were intentional and malicious. They belong to an elaborate cyber-attack on my person involving well over over 300 Facebook accounts that has like Blalock broadcast their harm to billions of people world-wide and which is also intentional and malicious. Worse, this attack has been going on for a decade and I have been left no choice but to seek justice for the harm done to my person and reputation for almost a decade.

29. A true and correct copy of the above-noted defamatory harm that goes back to 2016 is hereto attached as Exhibit 7.

30. Said cyber-attack has led to off-line harassment of myself, loved ones, family, friends, colleagues, and anyone perceived to be associated with me, I have received multiple death threats and suffered serious damages,

- 6 -

including, but not limited to the loss of income and potential work and I
am currently being treated for the severe harm he suffered.

31. A true and correct copy of one of the many death threats directed toward
my person as a result of the harm Ms. Blalock and said conspiracy caused
is hereto attached as Exhibit 8.

32. As shown above, Ms. Blalock and her co-conspirators profited from the
harm they intentionally and malicious caused my person. Ms. Blalock et
al. further sought to profit from the harm they caused by web-traffic,
"click-bait", i.e. obtaining "Facebook points" i.e. Facebook money, money
via GoFundMe.com donations, a national and international news media
campaign, and money from securing a Netflix deal for a docuseries.

33. A true and correct copy of said monetization of the harm of my person,
including their attempt to make a documentary and secure a deal with
Netflix is hereto attached as Exhibit 9.

34. The Facebook group to which Ms. Blalock belongs AWDTSG has no
intention of protecting women, but of only attacking innocent men like
myself. Members of Facebook's AWDTSG have been caught harassing
men who have passed away (and thus who cannot harm anyone) and the
families of men, including their wives and children, who refused to have
one-night stands with them. Instead of being a safe place for women to
protect one another, Facebook and its AWDTSG groups are places where

- 7 -

drunk women cyber-attack men while they openly admit to suffering from psychological disorders.

35. A true and correct copy of said attacks on men who have passed, families of men, including their wives and children, and instances of women being drunk while posting on AWDTSG and admitting to having psychological disorders is hereto attached as Exhibit 10.

36. I am a humble scholar. I have worked hard and sacrificed to earn the credentials I have: a doctorate of philosophy from Yale University. I have published books with praise from world-renown scholars and which are available in libraries across the world.

37. Nevertheless, the comments by Ms. Blalcok and the decade-long onslaught against my person and reputation has severely damaged my life and ability to earn a living.

38. A true and correct copy of a few of my published books and website wherein I often publish articles is hereto attached as Exhibit 11.

I declare that under penalty of perjury under the laws of the United States that the foregoing is true and correct; executed on 27 January 2025 in Los Angeles, California.

DR. STEWART LUCAS MURREY

- 8 -

# EXHIBIT 1



facebook                     Email or phone        Password        **Log In**   Forgot Account?

## Are We Dating The Same Guy? | Los Angeles LA

■ Private group · 78.9K members

**Join group**  ⌄

About    Discussion

**About this group**

This group is a place for women to support and empower other

facebook                     Email or phone        Password        **Log In**   Forgot Account?

## Are We Dating The Same Guy? | New York City NYC

■ Private group · 164.7K members

**Join group**  ⌄

About    Discussion

WIKIPEDIA
The Free Encyclopedia

Q    ∞    Donate  Create account  Log in    •••



You are invited to a wiki-workshop Sunday Feb 2 at the Hammer Museum in Los Angeles to improve articles on areas impacted by the fires.
Sign up here.

×

## Are We Dating The Same Guy?

文A  Add languages ⌄

Article    Talk

Read  Edit  View history  Tools ⌄

From Wikipedia, the free encyclopedia

**Are We Dating The Same Guy?**, also abbreviated **AWDTSG**[1] is a series of over 200[1] individual Facebook groups[1] where women share dating profiles of men they matched with on dating networks to seek the opinion of other women who may have dated the same man in the past.[2] The first group was created by Paola Sanchez and aimed at women living in the New York City environs.[3][4] The groups have over 3.5 million members as of January 2024.[1] The group's function is to post screenshots of a man's dating profile to that city's designated Facebook group, after which the poster asks "any tea?". Other users in the group will then share information about the man and share warnings.[5][6] The groups are moderated by volunteers,[6] and have been described as a feminist group.[7]

The groups have rules saying that personal information such as addresses must not be included in the Facebook posts. Users attempting to join the group are also examined to prevent fake profiles.[6] The group is mainly for straight women.[1]

According to *Vice*, the men being posted about have no way to defend against accusations made about them, and on the other hand, posters cannot prove their stories unless backed up by others.[5] Often times, members post pictures alongside personal information such as names, which may infringe on subjects' legal right to privacy. Lawyers have said these issues can lead to defamation lawsuits,[8][9] and members can make false allegations and create fabricated stories.[9][10][11] If members tell a man that he's been talked about on the group, the "snitch" will be banned and be "exposed to the whole group".[12]

**EXHIBIT 2**



r/AWDTSGisToxic

**London (UK) access if anyone needs any help!**

r/AWDTSGisToxic

**How to get in AWDTSG groups.**

r/AWDTSGisToxic

**Reporting Strategy Tweak**

r/AWDTSGisToxic

**Are we dating the same guy – New York**

r/AWDTSGisToxic

**Welcome – Please Read: Rules to Posting, How to get your photos removed from AWDTSG, Information on Pending Lawsuits, how to gain access to AWDTSG for yourself**

r/AWDTSGisToxic

**Some of these people with access to these "whisper" networks like "awdtsg" are not your friends or here to help**

**EXHIBIT 3**

**Amy Blalock**
Back in 2017, I matched with him and before we went on a date, my coworker was like - you better look him up. So I did, saw that he is likely a sociopath. So naturally, I went on a date with him. 😬 secretly it was so I could record him bc my life needs more drama.

I have a work phone and personal phone. I put them stacked on the bar in front of me and one of them was recording. About 5 mins into sitting there, he grabbed both of my phones and was like 'let me see these' and I was like OH SHIT, I'm caught but luckily I got the phones away from him. Like who does that?

Anyway, after like one drink, he's asked me to join him at his friends house. Which I declined. It's weird how he tries to get you to leave a place with him.

Anyway, donttttt go out with this guy.

Like    Reply

**Brittany Shea**
**Amy Blalock** NEVER GO TO THE SECOND LOCATION! Lol

Like    Reply



**Amy Blalock**
**Brittany Shea** what happens at the second location?!!! I'm afraid if there's any missing women in LA - he has something to do with it. The weird part is - he knows all this info is out there about him. Why does he stay in LA / Lake Arrowhead?!

Like    Reply



11:44

<  **Are We Dating The Same Guy? |
Los Angeles**    •••

Group member

 **Kel Culb Gib**
OH MY GOD RUN. I posted him a few
months ago and the info is ALARMING.
There's a thread in here somewhere. I got
him banned from Hinge but it was either
lifted or he made a new one. PLEASE DO
NOT GO OUT W THIS MAN.

Reply

 **Lindsay Alexandra**

Reply

 **Amy Blalock**
No no no no no. Read the other post with
comments. Went out with him. He's going
to end up on Dateline one day. Not sure
why he stays in LA — so many women know
he's a sociopath. I also know he uses fake
profiles to access sites like this that talk
about him. He's so narcissistic.

Reply

**Group member**
            yeah I just went down the
rabbit hole tonight and posted on Oc
group too and wow I've never seen so
much dirt on a guy before! He's texted

3    2    9+

WIKIPEDIA
The Free Encyclopedia

hide

## Dateline NBC

Article

From Wikipedia, the free encyclopedia

*For the Australian television current affairs program, see*

**Dateline NBC** (also known simply as **Dateline**) is a weekly American television reality legal show that is broadcast on        . It was previously the network's flagship general interest news magazine, but now focuses mainly on              stories with only occasional editions that focus on other topics. The program airs Fridays at 10:00 p.m. (9:00 p.m. Eastern for special two-hour editions). Special weekend encore editions also air at 9 or 10:00 p.m. (two-hour editions at 7 and 8:00 p.m. depending on the night). One or two-hour feature-length editions sometimes air on any given scheduled evening, often to fill vacancies in the primetime schedule on the program's respective nights due to program cancellations. In February 2021, the program aired its first ever docuseries, "The Widower", a five-hour true crime saga about a man who married six women, four of whom died.

Search

Read

Tools ⌄

⋮

*. . . For other uses, see*

**Dateline NBC**

**DATELINE**

| | |
|---|---|
| **Also known as** | *Dateline* |
| **Genre** | |
| **Presented by** | (for past anchors.<br>) |
| **Composer** | Michael Karp (1992–2007) |



**Amy Blalock**

We could all share our stories on the documentary like The Tinder Swindler. 

Then again, I think this would boost his ego more.

Can't win with that guy.

Like    Reply                                3



**Kel Culb Gib**

Open to messaging

Amy Blalock I know right? I really just wanna talk to all the other women and get the full range of stories  I did post that after a few glasses of wine. I would be semi scared but interested. Have you see Love Fraud on Showtime? I imagine it would be like that where he agrees to be

# The Tinder Swindler

Read                                    Tools ⌄

Article
_____

From Wikipedia, the free encyclopedia

***The Tinder Swindler*** is a British                          documentary film directed by Felicity Morris and released to          on          on 2 February 2022.    The documentary tells the story of the Israeli conman                    (born Shimon Hayut) who used the dating application          to connect with individuals who he then emotionally manipulated into financially supporting his lavish lifestyle on the pretext he needed the money to escape his "enemies".

## Plot and background

An Israeli man, born Shimon Hayut, travelled around Europe, presenting himself as the son of Russian-Israeli diamond mogul          .    He used the dating app          to contact women as charm women with lavish gifts and take them to dinners on private jets using money he borrowed from other women he had previously conned. He would later pretend he was being targeted by his "enemies," often sending the same messages and images to each woman, indicating that he had just been attacked with a knife, but that his bodyguard had saved him and was hurt. He then asked his victims to help him financially due to the breach of 'security', supposedly hindering his use of his credit cards and bank accounts, the women would often take out bank loans and new credit cards in order to help.    He would then use the money gained through the deception to lure new victims, while essentially operating a          .    Later, he would pretend to repay his victims by sending forged documents showing fake bank transfers    and then break off contact with the victims.    Sometimes he would go as far as threaten them and use manipulation to get more money from his victims. It is estimated that he swindled $10 million from people across the world.

## Reception

### Critical response

On          , the film has an approval rating of 96%, based on 27 reviews, with an

## The Tinder Swindler



Poster

| | |
|---|---|
| **Directed by** | Felicity Morris |
| **Produced by** | Bernadette Higgins |
| **Cinematography** | Edgar Dubrovskiy |
| **Edited by** | Julian Hart |
| **Music by** | Jessica Jones |
| **Production company** | |
| **Distributed by** | |
| **Release date** | 2 February 2022 |
| **Running time** | 114 minutes |

WIKIPEDIA
The Free Encyclopedia

hide

Article

# Simon Leviev

From Wikipedia, the free encyclopedia

Search | Read | Tools ˅ | ...

**Simon Leviev** ( ‎שמעון יהודה היות‎; born **Shimon Yehuda Hayut**, 27 September 1990) is an Israeli con artist convicted of forgery and fraud. According to .... between 2017 and 2019 he allegedly conned an estimated $100 million from people in a .... His criminal activity became widely known in 2019 after the publication of an article titled "The Tinder Swindler" by investigative journalists from the Norwegian tabloid .... with the support of Israeli journalist .... and later with the release of the 2022 ....

In 2015, Leviev was sentenced to two years in prison in Finland, and in 2019 to 15 months in prison in Israel.

## Early life

Leviev was born Shimon Yehuda Hayut ( ‎שמעון יהודה היות‎ ) in 1990 in Ramat Elchanan. His father is Yohanan Hayut, the chief rabbi of .... At the age of 15 he moved to .... in the US with his family's friends. According to interviews done by Felicity Morris, Leviev has been committing minor cons like .... since he was a teenager. He later changed his legal name from Shimon Hayut to Simon Leviev, using the surname Leviev to pretend he was related to .... an Israeli businessman known as "The King of Diamonds".

## Criminal activity and legal trouble

In 2011, Hayut was charged in Israel with .... and .... for cashing stolen checks. According to reports, he stole a checkbook belonging to a family while babysitting their child, and another's while working as a handyman at their home. He never showed up in court and escaped the country across the border into .... with a fake passport under the name Mordechai Nisim Tapiro, and fled to Europe. In 2012, he was indicted by an Israeli court and charged with theft and forgery of checks, as well as for leaving a five-year-old he was babysitting unattended. In 2015, he was arrested in .... and was sentenced to three years in prison. When arrested in Finland, he claimed he was an Israeli man born in 1978 and was found with two forged Israeli passports, three forged Israeli driver's licenses, two forged Israeli flight permits, and five American Express credit cards.

| Simon Leviev | |
|---|---|
| **Born** | Shimon Yehuda Hayut 27 September 1990 (age 33) Ramat Elchanan. |
| **Criminal status** | Released. |
| **Criminal charge** | Theft, forgery, and fraud |
| **Penalty** | • 3 years in Finnish prison • 15 months in Israeli prison. 150,000 compensation. 20,000 fine |
| **Imprisoned at** | Finland (2015), Israel (2019) |

**Amy Blalock**

Back in 2017, I matched with him and before we went on a date, my coworker was like - you better look him up. So I did, saw that he is likely a sociopath. So naturally, I went on a date with him. 😬 secretly it was so I could record him bc my life needs more drama.

I have a work phone and personal phone. I put them stacked on the bar in front of me and one of them was recording. About 5 mins into sitting there, he grabbed both of my phones and was like 'let me see these' and I was like OH SHIT, I'm caught but luckily I got the phones away from him. Like who does that?

Anyway, after like one drink, he's asked me to join him at his friends house. Which I declined. It's weird how he tries to get you to leave a place with him.

Anyway, dontttttt go out with this guy.

# EXHIBIT 4

🔍 Search    Donate ▾    Fundraise ▾        About ▾    Sign in    Start a GoFundMe

# Legal Defense Fund for Women of LA



🖐 Anonymous Defendant is organizing this fundraiser.

🛡 Donation protected

Hi, thank you for taking the time to read this account of what has been our unfortunate reality over the past several months. This GoFundMe is for the currently named and active defendants in our Los Angeles defamation case.

- If you have any other pertinent **INFO** you'd like to share, please include "*INFO*" in the subject line.
- If you're reaching out as a member of the **MEDIA**, please include "*MEDIA*" in the subject line.

Thank you for reading, donating and sharing, **we appreciate every bit of support!** Please stay safe out there!

*Sincerely,*

Vanessa Valdes, Olivia Burger, Kelly Gibbons, Amy Blalock, Elly Shariat, and Ke yn Rodriguez

 

**$5,747** raised

**Share**

The organizer has currently disabled new donations to this fundraiser.

📍 **This fundraiser is located near you**

Misty Alderaan
$25 · 7 mos

Anonymous
$100 · 7 mos

Anonymous
$10 · 7 mos

Scout Bartlett
$25 · 7 mos

Anonymous

**$5,747**

**Share**

The organizer has currently disabled new donations to this fundraiser.

📍 **This fundraiser is located near you**

Misty Alderaan
$25 · 1 mo

Anonymous
$100 · 1 mo

Anonymous
$10 · 1 mo

Scout Bartlett
$25 · 2 mos

Anonymous
$100 · 2 mos

See all        See top

Matched with him on Tinder a few years back.
He wanted to meet up IMMEDIATELY but I
made it clear I couldn't because I had a client
in town, also let him know my texts/replies
wouldn't be timely because I'd be with my
client and didn't want to be rude. He found my
Instagram and even though I hadn't geo-
tagged where in Beverly Hills I was, I guess he
recognized the pool and at some point in the
evening stopped by the hotel and sat down
next to me and my client at the bar exclaiming
"I've been looking for you all over town! You're
a hard girl to pin down!" I was flabbergasted

a hard girl to pin down!" I was flabbergasted
and freaking out because who tf does that?!
To show up uninvited at a place I didn't tell you
about? Luckily a British guy a few seats over
heard everything and pretended like he knew
me and my client, apologized for having a call
that ran long, and said why don't w... See more

Reply                                    10 

- If you have any other pertinent **INFO** you'd like to share, please include "*INFO*" in the subject line.
- If you're reaching out as a member of the **MEDIA**, please include "*MEDIA*" in the subject line.

Thank you for reading, donating and sharing, **we appreciate every bit of support!** Please stay safe out there!

*Sincerely,*

Vanessa Valdes, Olivia Burger, Kelly Gibbons, Amy Blalock, Elly Shariat, and Kelyn Rodriguez.

**$5,747**

**Share**

The organizer has current disabled new donations t fundraiser.

 **This fundraiser i: near you**

 Misty Alderaan
$25 · 1 mo

 Anonymous
$100 · 1 mo

2:44

< **Kcg Gib** Q

Posts **Photos**



**Kcg Gib** ···

Making our GoFundMe link public to hopefully have it shared. We really need some traction on this. Our first hearing is on Wednesday and we still haven't secured legal representation. This lawsuit is just another form of harassment by a man I've never even met. While it's completely frivolous, we will not be silenced. Please consider sharing and donating- we would really appreciate it



**Legal Fund for the Women of AWDTSG LOS ANGELES, organized by Anonymous Defendant**

Like        Comment        Share

👤 Add friend        ☺ Message        ···





**Vanessa Valdes**
Bump

**Kcg Gib**
Bumppp

**Bonnie Rose Liedtke**
Bump and this piece of crap. 🔺

**Gloria Liu**
Who is the plaintiff?

**Anonymous member**
Gloria Liu don't want to mention
names since that's how we got into
this mess 😅
Case number 23STCV14890



Anonymous member

**Michelle Grappo**
Bump

Like   Reply

**Anonymous member**
Bump

Like   Reply

**Anonymous member**
Bump

Like   Reply

**Anonymous member**
Hi ladies, an LA man is currently suing a
group of 50 women, including myself, for
sharing their experiences with him on this
group. Here's a link to our GoFundMe page
- please consider donating or sharing

https www gofundme com legalfund
for the women of awdtsg los angeles

**Legal Fund for the Women of
AWDTSG LOS ANGELES, organi...**

Like   Reply

The Sun

NATIONAL

## Los Angeles Bachelor Sues Dates for Smearing Him on Facebook Group Designed To 'Empower' Women Dating 'Toxic and Dangerous' Men

Stewart Lucas Murrey is classifying his women tormentors as 'femcels,' a play on the term 'incels' that describes involuntarily celibate men with a deep hatred of women.





THE THEY WERE PRETTY A
CONSPIRACY THEORY ASK.
'ARE WE DATING THE SAME GUY?'
GROUP SUED BY MAN AFTER ONLINE COMMENTS

1:54 / 5:04

**Women respond to suit by man over negative Facebook posts about dating him | NewsNation Prime**

NewsNation ✓
1.36M subscribers

Subscribe

👍 189    👎    ↪ Share    •••



Daily **Mail**
.com

News

Home | Showbiz | TV | Politics | Femail | Royals | Sports | Health | Science | Money | U.K. | Video | Travel | Puzzles | Shopping

US Elections 2024 | Poll Tracker | Donald Trump | Kamala Harris | Joe Biden | Path to Victory | Politics Newsletter | Breaking News        Login



**EXCLUSIVE** The world's most vilified man
speaks for the first time: An online
female hate-mob has accused him of
stalking, extortion and MURDER. But, we
reveal, there are also dark episodes in his
past...

By PETER SHERIDAN IN LOS ANGELES
PUBLISHED: 21:00 EST, 13 April 2024 | UPDATED: 11:07 EST, 14 April 2024

Share  135   14

Daily Mail
https://www.dailymail.co.uk › news › article-13305141


An online female hate-mob has accused him of stalking ...
Apr 14, 2024 — **Murrey** claims he was attacked and defamed by 50 women - many of whom he
has never met - on a Facebook group called Are We Dating The Same ...

Daily Mail
https://www.dailymail.co.uk › femail › article-13224259


LA bachelor launches LAWSUIT against more than 50 ...
Mar 21, 2024 — Stewart **Lucas Murrey**, from Santa Monica, has alleged that he was subjected
to a barrage of false and defamatory posts and comments in the online ...

Daily Mail
https://www.dailymail.co.uk › news › article-13287847


Judge dismisses a $2.6 million claim by a bachelor, 32 ...
Apr 9, 2024 — Dozens of women called Stewart **Lucas** Murray, from Santa Monica, a 'bad date'
before he took the move to sue following claims he was labeled a ...

Daily Mail
https://www.dailymail.co.uk › news › article-13301999


The bachelor who sued 50 women for calling him a bad ...
Apr 12, 2024 — Stewart **Lucas Murrey** went to the Los Angeles home of Kelly Gibbons at
10.45pm and returned days later at 8.45pm.

Daily Mail
https://www.dailymail.co.uk › news › article-13291977



## Women sued for defamation after sharing alleged dating misconduct on social media

KCAL NEWS

### More from CBS News

Orange County choir teacher arrested for alleged sexual relations...



Home    Lifestyle    Health & Wellness    Fashion    Worth    Entertainment    Explore

Trending    WTF

## Man In California Files Lawsuit Against 50 Women Accusing Them Of Labeling Him A 'Bad Date'

A California man has filed a lawsuit against over 50 women who called him a "bad date" on a dating-related Facebook page.

IT Trending Desk — Updated: Apr 10, 2024, 10:23 IST — 2 min read



**LOCAL NEWS**

# Man sues several women for making negative comments on dating Facebook group

Read More

SHARE

**MOST POPULAR**

1  Plane crashes at NHRA Finals in Pomona, 3 injured

2  Second earthquake strikes Inland Empire

*This is an archived article and the information in the article may be outdated. Please look at the time stamp on the story to see when it was last updated.*

A Los Angeles man is suing several women for negative posts they allegedly wrote about him on





**US NEWS**

# Man sues 50 women for $2.6 million after they called him a bad date in viral Facebook group

By Isabel Keane
Published April 9, 2024  |  Updated April 9, 2024, 10:04 a.m. ET



## Man suing women who claimed he was a bad date has first of 50 cases thrown out

Stewart Lucas Murrey is taking action against the women for claiming on a private Facebook group that he had behaved inappropriately on dating apps

Niamh Lynch



*Los Angeles Times*

Sections                                    SUBSCRIBE    LOG IN

## He claimed 10 women defamed him in online 'Are we dating the same guy?' group. An L.A. court is skeptical









# Shaping Technology Together

Join Meta Viewpoints and get rewarded for helping improve the technology that powers apps and services you use every day.

# Get rewarded for your participation

You'll receive rewards for completing programs. Go ahead and treat yourself!



Points Earned

**1,000 of 1,000**



# The Chain Of Command: How Facebook's Libra, Bank Regulators, and PayPal Built A New World Currency



● BY MARK GOODWIN      ● BY WHITNEY WEBB



hemorrhaged away enough users that it now threatens many of the privileges the legacy system once enjoyed, mainly the available profits found by selling their data and leveraging their deposits.

The understanding that social networks are communication platforms, and that money itself is just a ledger upholding the communicative expression between users, led the social media giant Facebook to experiment with adding financial instruments to their vastly popular Messenger app. While Bitcoin and alternatives had been around for nearly a decade before Facebook's Libra was proposed, this was "the shot heard 'round the world" for central bankers and regulators to sit up straight and take a novel payments system proposed by the world's largest social network seriously.

Yet, as Facebook soon found out, if you come at the king, you best not miss. Or at least this was the story that was told to the world. The U.S. regulatory system said "No" and that was that. However, this concluding piece to *The Chain* series, *The Chain of Command*, postulates that Libra was never intended to actually go to market as designed, but rather was meant to set the stage for clear regulation via legislation that would become the enabling environment for a decades-long attempt at creating a new world currency by the very same parties covered thus far in this series.

## Libra, Diem and Facebook's Stablecoin

Sitting on a Caribbean beach during the winter of 2017, David Marcus was struck with the idea of creating a global digital currency to run on Facebook's Messenger. Marcus, who had sold his mobile payment provider Zong to PayPal for $240 million in 2011, and who had been introduced to Bitcoin in 2009, was certainly no spring chicken to the rapidly evolving FinTech and digital payments space. Within nine month of Zong's acquisition by PayPal, Marcus was named PayPal's president in April 2012. Then, in June 2014, Marcus was recruited by Facebook's Mark Zuckerberg to run their Messenger app. By the time the idea that would become Libra began to germinate during his 2017 vacation in the



had sold his mobile payment provider Zong to PayPal for $240 million in 2011, and who had been introduced to Bitcoin in 2009, was certainly no spring chicken to the rapidly evolving FinTech and digital payments space. Within nine month of Zong's acquisition by PayPal, Marcus was named PayPal's president in April 2012. Then, in June 2014, Marcus was recruited by Facebook's Mark Zuckerberg to run their Messenger app. By the time the idea that would become Libra began to germinate during his 2017 vacation in the Dominican Republic, the social network's messenger app boasted over 1.3 billion active users.



The New York Times    Source

Prior to his experience with PayPal and Facebook, Marcus had founded GTN Telecom, noted as being the "first to break Switzerland's telecommunications monopoly" in 1996. GTN Telecom was backed by the UK's 3i, a venture capital firm founded in 1945 by the Bank of England and "a syndicate of British banks," and was later sold in 2000 to WorldCom's World Access just two years before WorldCom would file for Chapter 11 bankruptcy after excessive accounting fraud. Marcus went on to found Echovox, a "mobile monetization company focused on monetizing web and traditional media 

Bank of England and "a syndicate of British banks," and was later sold in 2000 to WorldCom's World Access just two years before WorldCom would file for Chapter 11 bankruptcy after excessive accounting fraud. Marcus went on to found Echovox, a "mobile monetization company focused on monetizing web and traditional media audiences" via "transaction-enabled mobile services," shortly after the October 2000 sale of GTN. Zong was later spun off from Echovox. Bertrand Perez and Kurt Hemecker, two executives at Zong, would become part of the founding team at Libra alongside Marcus.

"In late 2009 when I first stumbled upon Bitcoin and read the white paper, I tried to play with it, but it was so cumbersome even for a geek like me. I just couldn't get it. So I kind of put it aside, brushed it aside, and then came back to it in 2012 when a good friend of mine who's often referred to as a Patient Zero in Silicon Valley for Bitcoin, [Xapo's] Wences Casares, basically started telling me more about it and telling me 'you have to actually spend time and understand this thing.' And so I did. And then I just couldn't stop thinking about it. I just couldn't stop thinking about this idea that you could actually be your own self-sovereign for digital value and you could move it around without any intermediary in between...

Then in 2013 at PayPal, that's after Zong got acquired by PayPal and I was running it, I remember that Argentina asked us to actually stop the flow of money going out of the country from PayPal accounts located in Argentina. And I remember us having to comply because we were regulated entity, and seeing the price of Bitcoin rise the same day. And it was really clear that a lot of Argentines at the time were actually moving their funds into Bitcoin so that they would have control over their hard-

facebook.com



## Paola Sanchez



**❶ Message**     **❶ View profile**

### Intro

Creating safe & empowering communities for women to thrive in
♥ App Updates: www.awdtsg.com Instagram @theawmoneypaspaz
Contribute: patreon.com/AWDTSG

Moderator of **Are We Dating The Same Guy? | Los Angeles**
since March 6, 2022

### Things in common

Also member of **Are We Dating The Same Guy? | Los
Angeles, Vouched Dating - Verified Guys & Group
Matchmaking | Los Angeles** and 3 other groups

### Badges



Moderator

### Group posts

Paola Sanchez · Are We Dating the Same Guy? | Los Angeles

                                                                          ⋯

Hey everyone 👋 does anyone have free time to volunteer to help with vetting new member
profiles? We've had a huge influx of members in a lot of our groups the past few weeks, and
we could really use the help

Vetting each profile to make sure it's a real woman is essential to keeping the groups safe, but
it takes a lot of time so it requires many volunteers. So if you have the time to help with a
group, please fill out this very quick form at the link below, and comment to ...    **See more**

Rose Collado





# Get rewarded for your participation

You'll receive rewards for completing programs.
Go ahead and treat yourself!



Points Earned

**1,000 of 1,000**

Search   How it works          Start a GoFundMe                    Sign in     Share     Donate

# Create A Safe Platform For AWDTSG



Paola Sanchez is organizing this fundraiser.

I'm Paola Sanchez and I created and operate "AWDTSG" Red Flag Awareness groups all across the country where women can empower each other and keep each other safe from dangerous and/or toxic men.

I first started these groups to help solve some of the problems and dangers that me and my

$42,278



Share

**Donate now**

Erin Wagner
**$20**    43 mins

Natasha Sanders
**$20**    4 hrs

Tiffany Sharber
**$45**    2 d

Linda Nguyen
**$10**    2 d

Margaret Gleasman
**$20**    2 d

☆ **See top donations**

GoFundMe   ‹   ›   ⋮   ✕



## Donate to Create A Safe Platform For AWDTSG

Visit

Learn More



# Are We Dating The Same Guy?

∇A  Add languages  ⌄

Article  Talk    Read  Edit  View history  Tools ⌄

From Wikipedia, the free encyclopedia

**Are We Dating The Same Guy?**, also shortened as **AWDTSG**[1] is a series of over 200[1] individual Facebook groups[1] where women share the dating profiles of men they matched with on dating networks to seek the opinion other women who may have dated that same man in the past.[2] The first group was by        Sanchez and involved women living in the NYC environs.[3][4] The groups have over 3.5 million members as of January 2024.[1] It is done by taking screenshots of a man's dating profile and posting it onto her city's designated Facebook group, asking "any tea?". Other users in the group will then share information about the man and share warnings.[5][6] The groups are moderated by volunteers,[6] and have been described as a feminist group.[7]

The groups have rules saying that personal information such as addresses must not be included in the Facebook posts. Users attempting to join the group are also examined to prevent postage of fake profiles.[6] The group is mainly for straight women.[1]

**Contents**  hide

(Top)

History

Praise

Criticism

Lawsuits

⌄ By country

   Australia

   Canada

   New Zealand

   United Kingdom

   United States

   Ireland

References

Appearance  hide

Text

   Small

   ● Standard

   Large

Width

   ● Standard

   Wide

Color (beta)

   Automatic

   ● Light

   Dark