Amy Blalock
1001 Gayley Ave #24381
Los Angeles, CA 90024
amyblalock@gmail.com

In Pro Se

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>AMY LYNNE BLALOCK, an individual;<br><br>    Debtor,<br><br>STEWART LUCAS MURREY, an individual;<br><br>    Plaintiff,<br><br>AMY LYNNE BLALOCK, an individual;<br><br>    Debtor | Adversary Case No. 24-AP-01152-BR<br><br>Bankruptcy Case No. 24-bk-12532-BR<br><br>Chapter: 7<br><br><br>**DEFENDANTS RESPONSES TO: PLAINTIFF'S DR. MURREY'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO DEFENDANT MS. BLALOCK (SET ONE)** |

PROPOUNDING PARTY:    Plaintiff Dr. Murrey

RESPONDING PARTY:    Defendant Amy Blalock

SET NUMBER:    ONE

1

RESPONDING PARTY hereby answer PROPOUNDING PARTY'S PLAINTIFF'S DR.

MURREY'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO

DEFENDANT MS. BLALOCK (SET ONE)

**RESPONSE TO DEMAND FOR PRODUCTION NO. 1:**

The responding party is unable to comply with Request No. 1 because I am unaware of such

evidence.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 2 :**

The responding party can only produce evidence for Request No. 2 of an 'arrest' of the

plaintiff for murder.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 3:**

The responding party is unable to produce evidence for Request No. 3 because

the requested evidence is not in my knowledge.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 4:**

The responding party is unable to produce evidence for Request No. 4 because

the requested evidence no longer exists and/or is no longer in my possession. A diligent

search and reasonable inquiry have been made in an effort to comply with this demand.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 5:**

The responding party is unable to produce evidence for Request No. 5 because

the requested evidence no longer exists and/or is no longer in my possession. Given

2

access to the plaintiff's phone number throughout 2017 may help me locate phone records of any calls made to plaintiff.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 6:**

The responding party is unable to produce evidence for Request No. 6 because the requested evidence never existed.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 7:**

The responding party is unable to produce evidence for Request No. 7 because defendant is unaware of what Facebook points are and defendant no longer has Facebook. A diligent search and reasonable inquiry have been made in an effort to comply with this demand.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 8:**

The responding party is unable to produce evidence for Request No. 8 because defendant has never received rewards, compensation, salaries or payments from Facebook.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 9:**

The responding party is unclear of the request from plaintiff.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 10:**

The responding party is unable to produce evidence for Request No. 10 because I never knew Elly Shariat before the state lawsuit.

3

**RESPONSE TO DEMAND FOR PRODUCTION NO. 11:**

The responding party is unable to produce evidence for Request No.11 because the requested evidence is something I am unaware of.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 12:**

The responding party can produce evidence for Request No. 12 in part. I can produce multiple Domestic Violence Restraining Order's brought against plaintiff.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 13:**

The responding party is unable to produce evidence for Request No. 13 without first having the plaintiff give me any phone number he had from 2017, so I can research my phone records. A diligent search and reasonable inquiry have been made in an effort to comply with this demand.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 14:**

The responding party is unable to produce evidence for Request No. 14 because I have never spoken to media outlets concerning plaintiff.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 15:**

The responding party can produce some, but not all, of the requested items for No. 15, because some of the requested items no longer exist, or are no longer in my possession. I can only produce what the plaintiff has already produced because I no longer have Facebook. A diligent search and reasonable inquiry have been made in an effort to

4

comply with this demand.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 16:**

The responding party is unable to produce evidence for Request No. 16 because I no longer have Facebook. A diligent search and reasonable inquiry have been made in an effort to comply with this demand.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 17:**

The responding party is unable to produce evidence for Request No. 17 because the requested items no longer exist, or are no longer in my possession. A diligent search and reasonable inquiry have been made in an effort to comply with this demand.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 18:**

The responding party is unable to produce evidence for Request No. 18 because this is private financial information.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 19:**

The responding party is unable to produce evidence for Request No. 19 because I have never spoken to media outlets concerning plaintiff.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 20:**

The responding party is unable to produce evidence for Request No. 20 because I never started a GoFundMe or communicated with them.

RESPONSE TO DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS SET ONE

**RESPONSE TO DEMAND FOR PRODUCTION NO. 21:**

The responding party is unable to produce evidence for Request No. 21 because this is overreaching, private information that is irrelevant to the case.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 22:**

The responding party is unable to produce evidence for Request No. 22 because I have never worked for Facebook.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 23:**

The responding party will not provide evidence for Request No. 23. This information is private and irrelevant to this case.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 24:**

The responding party is unable to produce evidence for Request No. 24 because these items are no longer in my possession as I no longer have Facebook. A diligent search and reasonable inquiry have been made in an effort to comply with this demand.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 25:**

The responding party is unable to produce evidence for Request No. 25 because the request is too broad and an undue burden.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 26:**

The responding party is unable to produce evidence for Request No. 26 because I never complained about the plaintiff to any third party companies.

6

RESPONSE TO DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS SET ONE

**RESPONSE TO DEMAND FOR PRODUCTION NO. 27:**

The responding party is unable to produce evidence for Request No. 27 because I never sent a notice to the plaintiff regarding my comments.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 28:**

The responding party is unable to produce evidence for Request No. 28 because it is an odd request and not something one can produce evidence for.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 29:**

The responding party is unable to produce evidence for Request No. 29 because in part, the request doesn't make sense and the request is broad and overreaching.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 30:**

The responding party is unable to produce evidence for Request No. 30 because no such documents exist.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 31:**

The responding party is unable to produce evidence for Request No. 31 because the requested items no longer exist.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 32:**

The responding party is unable to produce evidence for Request No. 32 because I never made anonymous statements online about plaintiff.

7

1

2    **RESPONSE TO DEMAND FOR PRODUCTION NO. 33:**

3    The responding party is unable to produce evidence for Request No. 33 because this is

     private financial information.
4

5    **RESPONSE TO DEMAND FOR PRODUCTION NO. 34:**

6    The responding party is unable to produce evidence for Request No. 34 because I am

7    unaware of which men are in the group, I also no longer have Facebook.

8

9    **RESPONSE TO DEMAND FOR PRODUCTION NO. 35:**

     The responding party is unable to produce evidence for Request No. 35 because I have
10
     not made any reports or complaints to any third party companies, as stated in response
11
     No. 26.
12

13   **RESPONSE TO DEMAND FOR PRODUCTION NO. 36:**

14   The responding party is unable to produce evidence for Request No. 36. This is an

     erroneous repeat of Request No. 35 and subsequently similar to Request No. 26
15

16   **RESPONSE TO DEMAND FOR PRODUCTION NO. 37:**

17   The responding party is unable to produce evidence for Request No. 37 because I have

18   never harmed a man.

19

     **RESPONSE TO DEMAND FOR PRODUCTION NO. 38:**
20
     The responding party is unable to produce evidence for Request No. 38 because it is
21

8

RESPONSE TO DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS SET ONE

1    irrelevant to this case.

2

3    **RESPONSE TO DEMAND FOR PRODUCTION NO. 39:**

     The responding party is unable to produce evidence for Request No. 39 because it is
4
     irrelevant to this case.
5

6    **RESPONSE TO DEMAND FOR PRODUCTION NO. 40:**

7    The responding party is unable to produce evidence for Request No. 39 because it is

8    irrelevant to this case.

9
     Dated: November 17, 2024                                    _____
10
                                                    AMY BLALOCK, DEFENDANT
11
                                                    IN PRO SE
12

13

14                                    **VERIFICATION**

     I, Amy Blalock, declare as follows:
15
     1. I am the defendant in the adversary proceeding titled: 24-ap-01152-BR pending in the
16
     Central District of California.
17

18   2. I have read the foregoing **DEFENDANTS RESPONSES TO: PLAINTIFF'S DR.**

19   **MURREY'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS**

     **TO DEFENDANT MS. BLALOCK (SET ONE)**
20

21                                          9

     RESPONSE TO DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS SET ONE

1

    3. I am informed and believe that the same is true and correct.

2

3      I declare under penalty of perjury under the laws of the United States of America that the

foregoing answers are true and correct.

4

5

6   Executed at: Los Angeles, CA

7

8

9   Date: November 17th, 2024

10                                              AMY BLALOCK, DEFENDANT, IN PRO SE

11

12

13

14

15

16

17

18

19

20

21

RESPONSE TO DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS SET ONE

1  Amy Blalock
   1001 Gayley Ave #24381
2  Los Angeles, CA 90024
   amyblalock@gmail.com
3
   In Pro Se
4
                    **UNITED STATES BANKRUPTCY COURT**
5
                    **CENTRAL DISTRICT OF CALIFORNIA**
6

7

8  | In re: | Adversary Case No. 24-AP-01152-BR |

9  AMY LYNNE BLALOCK, an individual;    Bankruptcy Case No. 24-bk-12532-BR

             Debtor,                   Chapter: 7
10
   STEWART LUCAS MURREY, an individual;
11
             Plaintiff,                **DEFENDANTS RESPONSES TO:**
12
   AMY LYNNE BLALOCK, an individual;   **PLAINTIFF'S DR. MURREY'S**
                                       **DEMAND FOR INSPECTION AND**
13           Debtor                    **PRODUCTION OF DOCUMENTS TO**
                                       **DEFENDANT MS. BLALOCK (SET**
14                                     **TWO)**

15

16

17

18  PROPOUNDING PARTY:    Plaintiff Dr. Murrey

19  RESPONDING PARTY:     Defendant Amy Blalock

20  SET NUMBER:           TWO

21
                                  1

    RESPONSE TO DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS SET TWO

RESPONDING PARTY hereby answer PROPOUNDING PARTY'S PLAINTIFF'S DR. MURREY'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO DEFENDANT MS. BLALOCK (SET ONE)

**RESPONSE TO DEMAND FOR PRODUCTION NO. 41:**

The responding party is unable to comply with Request No. 41 because it is private financial information.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 42:**

The responding party is unable to comply with Request No. 42 because it is irrelevant to this case.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 43:**

The responding party is able to comply with Request No. 43 with a recent story about how sharing information can help protect women:

https://www.cbsnews.com/colorado/news/victim-denver-cardiologist-stephen-matthews-scariest-date/

**RESPONSE TO DEMAND FOR PRODUCTION NO. 44:**

The responding party is unable to comply with Request No. 44 because I never had a GoFundMe page and Elly Shariat is irrelevant to this case.

Dated: November 17, 2024

_____

AMY BLALOCK, DEFENDANT

2

RESPONSE TO DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS SET TWO

IN PRO SE

**VERIFICATION**

I, Amy Blalock, declare as follows:

1. I am the defendant in the adversary proceeding titled: 24-ap-01152-BR pending in the Central District of California.

2. I have read the foregoing **DEFENDANTS RESPONSES TO: PLAINTIFF'S DR. MURREY'S DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO DEFENDANT MS. BLALOCK (SET TWO)**

3. I am informed and believe that the same is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing answers are true and correct.

Executed at: Los Angeles, CA

Date: November 17th, 2024

_____

AMY BLALOCK, DEFENDANT, IN PRO SE

3

RESPONSE TO DEMAND FOR INSPECTION AND PRODUCTION OF DOCUMENTS SET TWO

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1104 Echewy chase Dr.
Glendale CA 91205

A true and correct copy of the foregoing document entitled (*specify*):
1) Defendants Responses To Plaintiffs Request for Production. Set One
2) Defendants Responses To Plaintiffs Request for production Set Two

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On (*date*) 11/21/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Stewart Lucas Murrey
817 Wilshire Blvd #3055
Santa Monica CA 90403

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/21/24 | Kelsey Atkinson | Kelsey |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                              **F 9013-3.1.PROOF.SERVICE**

# EXHIBIT 6



8:57

lucas

Filters    Posts You've Seen    Most Recent    Posted B

Went on one date with dr. Lucas Murrey years ago. In 20 minutes I could tell he was an egomaniac and a litigious psycho. He dropped so many red flags I had to run. I also googled him... just saw him on tinder and bumble.

Public records show:
Has several domestic violence charges filed against him plus involvement in MURDER case of his ex wife whom he had life insurance benefits from. (He mentioned this on the date)

Filed 11 court cases against women in 33 months trying to extort money from them. Has filed and been denied several restraining orders. Has acted aggressively in court.

He's on tinder. DONT DATE. Seriously the only time in my life that I've been scared of a man was the week following this date.

Lucas

Lena Vanderford

12

Like    Comme

Michal Ofek
Lena Vanderford what's the name of this group?
Like  Reply  1.

Katherine Frame
Michal Ofek look at the top of the screenshot
Like  Reply

Michal Ofek
Yes but couldn't find a group called "don't date"
Like  Reply

Kel Culb Gib
Michal Same!
Like  Reply

Nicole Burova
Same
Like  Reply

Lena Vanderford
Michal Ofek there are 2 "don't date" and "don't date LA" but I feel like I haven't seen posts in a long time.
Like  Reply



## Group member's Post                          ✕

**Liv Burger**
Group member god how funny would it be if we gathered all of the women he has tried to bamboozle at the same place and time as your date. Just sitting, chatting, scattered around innocently. He would never go back again. 🤮

Like   Reply   17w                                          🤮 5

**Group member**  Author
**Liv Burger** I'm so down for this. Then we can all write a book about it and dedicate it to him 🤮 🤮 ▬▬▬▬▬▬  ▬▬▬▬▬▬
Some of us can dress like CIA agents and get him spooked out.. or wear shirts with picture of his ex who was killed.

Like   Reply   17w                                          🤮

**Group member**  Author
**Liv Burger** we can name the book "the deadliest swipe" 😵

Like   Reply   17w

**Liv Burger**

Like   Reply   21w

**Group member**  Author

**Liv Burger** yep that's what he said

Like   **Reply**   21w

**Group member**  Author

**Liv Burger** seriously something is so weird about all of this. I feel like
we should go undercover and get him to confess his crimes! I bet he
has some serious skeletons in his closet ●●
I feel like this is a movie and I haven't blocked him yet so he's still in the
rafters waiting for me to meet him at his creep spots. I wonder what
the workers know/think ? There's a reason he goes to the same spots
...



**Group member**  Author

I'm so glad I posted here. I never met him yet so that was a close call! He said he was an Attorney on hinge but what's odd is today I got an email from hinge saying they banned a member named Luke for fraudulent behavior, but I had 2 Luke's I matched with, but after work I checked and he was gone and the other was still there so obviously it was him.

Like    Reply   21w

**Lucy Crew**

**Kel Culb Gib**
August 3, 2022

▶▶▶ Tea in comments if approved- but I'm curious if anyone has met "Lucas" in person (I'm not sure if that's even his real name)▶▶▶



41

Like          Comment          Send

307 comments

**Kel Culb Gib**
August 3, 2022 ·

▶▶▶ Tea in comments if approved- but I'm curious if anyone has met "Lucas" in person (I'm not sure if that's even his real name)▶▶▶





**Kel Culb Gib** Author

**Bridget** he also goes by Stewart, which according to all these lawsuits is his legal first name.

Like   Reply   34w   2

**Are We Dating The Same Guy? |
Los Angeles**
Kel Culb Gib

**Lena Vanderford**
He is equally loved on social media....

**Kel Culb Gib**
Lena zero followers lol
Like   Reply   2

**Kel Culb Gib** Author
**Lena** zero followers lol
Like   Reply   2

**Lauren-Ashleigh Christian**
**Lena Vanderford** is that a cash tag in his bio?? Lmao

Like   Reply

**Vanessa Valdes**

Like    Reply

**Kel Culb Gib**  Author
**Lena** zero followers lol

Like    Reply



**Lauren-Ashleigh Christian**
**Lena Vanderford** is that in tag in his bio?? Lmao

Like    Reply

The comment Vanessa Valdes is replying to has been deleted



**Vanessa Valdes**

## Kel's Post                                                    ✕

Like    Reply    31w                                          19

**Katherine Frame**
**Lena Vanderford** Jesus Christ.
Can you post this as it's own comment instead of a reply so more
people see it?

Like    Reply    31w

**Brittany Shea**
**Lena Vanderford** What was the ex wife's name?

Like    Reply    31w

**Kel Culb Gib**  Author
**Brittany** I have looked over the court docs and from what I gather, her
name was Sherrie M. I'm not sure if I'm able to post her full last name- I
don't want to go against group rules. If someone can confirm it's
allowed I will comment but it's also listed in some of the reports that
have been posted.

Like    Reply    31w                                          2

**Brittany Shea**
**Kel Culb Gib** I think I know what it is from the docs I read.

Like    Reply    31w



9:29

### Are We Dating The Same Guy? | Los Angeles

Kel Culb Gib · Aug 3 ·

**Jamie Onuki**
Okay her name was Sherrie Martinez



**Kel's Post**                                                        ✕

**Savannah Valencia** read this it's crazy
Like  Reply

**Kel Culb Gib** Author
Hey everyone, I've tried reporting Lucas through Hinge a couple of times and haven't heard back.

I don't have Bumble so I'm unable to report him there, according to their website. Would anyone else be able to do it?
Like  Reply

**Lena Vanderford**
Kel Culb Gib I actually know someone on the board at Bumble. Did anyone find his Facebook or any social media, email etc? That will help get him banned
Like  Reply

**Kel Culb Gib** Author
Lena we found all of his lawsuits on Google by typing his name in. I know his Twitter and the cell number he gave me but not sure if it's still active. He doesn't seem to care about hiding so I'm sure his Facebook would be relatively easy to track down if he has one!
Like  Reply

**Kel Culb Gib**

Author    Open to messaging

Eve Salazar he pressed lawsuits against a number of women to extort money from them and was suspected in the murder of his ex wife. I think the doc could investigate the murder since he clearly didn't go to jail about it and instead of accuse him just plant seeds of speculation.

1d    Like    Reply                    1

## Kel's Post ✕



One of your matches, Lucas M. was
recently removed from Hinge based
on information regarding potentially
"fraudulent" behavior. We are notifying
you because you matched with this
user. While Hinge cannot verify the
accuracy of such information, it
advises you to remain cautious of
your online interactions with all
individuals who you do not already
know.

Like    Reply    23w

**Lena Vanderford**
**Kel Culb Gib** yes! "Fraudulent" meaning abusive murderer? 🤭

Like    Reply    23w

**Kel Culb Gib**  Author
Lena this was at the end of the email lol so I guess all his extortion
lawsuits 🫠 they're gliding right on past that murder suspicion

* Fraudulent behavior includes but is
not limited to using a false identity or
posing a significant risk of attempting
to obtain money from other users
through deceitful means.

Like    Reply    23w

**Lena Vanderford**
**Kel Culb Gib** I guess we should all be looking out for a fresh hinge
profile

Like    Reply    23w

**Katherine Frame**
Okay. So I googled and YIKES ON BIKES, here are the top google results:

8:23

**Are We Dating The Same Guy? | Los Angeles**

**Kel Culb Gib**

, from what I've gathered he's either extorting or trying to extort money from multiple different sources. He and his lawyer seem to be very chummy so I'm sure there's some sort of deal going on there, too.

**Mickey Holmes**
I'm just floored reading all of these experiences....like ya know he's done bad stuff and has been able to get away with it for awhile.

**Rae Rodriguez**
ANYONE HAVE HIS DEETS FROM COLLEGE? WHAT DO HIS CLASSMATES SAY? I NEED TO KNOW MORE

## Kel's Post                                        ✕



**CL** COURTLISTENER.COM
Docket for Dr. Stewart Lucas Murrey v. Cheaterreport.com,
2:21-cv-08140 - CourtListener.com

Like   Reply   31w                                    10

**Naomi Joy Garcia**

**MOTIONS:** Plaintiff's Motion to Compel Further Responses to
Form Interrogatories and Sanctions

**HEARING DATE:** 12/18/2020

**Background/ Discovery Dispute**

Plaintiff Dr. Stewart Lucas Murrey filed a complaint against
Jenney Lee for intentional infliction of emotional distress and
conversion. The parties were allegedly in a romantic
relationship. Plaintiff alleges that Defendant tried to extort
money from him by pretending to be someone else and claiming
that she was pregnant. Defendant also allegedly destroyed
some of Plaintiff's dress shirts and other personal property.

On August 28, 2020, Plaintiff filed a motion to compel further
responses to form interrogatories, and requests sanctions.

Like   Reply   31w                                    3

**Kel Culb Gib** Author
Naomi omg ... suing a company that catches cheaters and the
suspicion of murdering his wife?! Dateline vibes.

Like   Reply   31w                                    4

**Kel Culb Gib** Author
SeAirra Dittenber

Like   Reply   29w

**Crisna Kay**
Someone tag me when op posts deets. This is insane

Like   Reply   31w                                    3

↳ View 1 more reply

**Kel Culb Gib** Author
Crisna I'm heading home from the studio right now to pour my tea but it



**Kaitlin Lillywhite**
I'm living for this thread

Like    Reply    35     23



**Kel Culb Gib**  Author
UPDATE: REPORTED AND REMOVED FROM HINGE.

But he is obviously a predator so keep in mind he could make new profiles with
new names or false info if his ego is damaged enough from being removed (he is
an overt narcissist so caution is necessary!)

I don't have Bumble or Tinder so I'm not sure how to report him from there, if
you've matched with him on either place I encourage you to try to have him
removed from those as well.

STAY SAFE LADIESSSS!!



Like    Reply

↳ 1 Reply



Like   Reply   35w

**Nicole Burova**

**Katherine Frame** he's a Dr??

Like   Reply   35w

**Donna Dishbak**

**Katherine Frame** he s_____ _____ mental ward!

Like   Reply   35w

**Kel Culb Gib**   Author

**SeAirra Dittenber**



8:23

**Are We Dating The Same Guy? |
Los Angeles**

At his age, that's a huge red flag ▶

**Kel Culb Gib**

he told me about his published
books and how he does podcasts with
scholars. I didn't look up his books
until last night but they're both about
German poets/philosophers who were
obsessed with Greek tragedy and
Dionysian poetry which includes the
balance between "terror and
excitement" and society's focus on
visualization in comparison to wealth
and money as it relates to tragedy.
Dude is basically obsessed with
tragedy and money. His Twitter is full
of Bitcoin garb and conspiracies.

**Diane Leprince**

I bet if we do some
researches he doesn't have a
phd. He maybe attended the
program but never finished it....

1:41

December 9, 2022
8:25 PM

Los Angeles
Kei Calb Gib

Carisa Ducommun lezza
Aka Dr. Stewart Lucas Murrey

Like · Reply

**Elly Shariat**

Matched with him on Tinder a few years
back. He wanted to meet up IMMEDIATELY
but I made it clear I couldn't because I had
a client in town, also let him know my texts/
replies wouldn't be timely because I'd be
with my client and didn't want to be rude.
He found my Instagram and even though I
hadn't geo-tagged where in Beverly Hills I
was, I guess he recognized the pool and at
some point in the evening stopped by the
hotel and sat down next to me and my
client at the bar exclaiming "I've been
looking for you all over town! You're a hard
girl to pin down!" I was flabbergasted and
freaking out because who tf does that?! To
show up uninvited at a place I didn't tell
you about? Luckily a British guy a few
seats over heard everything and pretended
like he knew me and my client,... See more

Like · Reply

freaking out because who tf does that?! To
show up uninvited at a place I didn't tell
you about? Luckily a British guy a few
seats over heard everything and pretended
like he knew me and my client, apologized
for having a call that ran long, and said why
don't we go somewhere more private to
discuss our work. At that point my client
and I said sorry to Lucas and that we have
to go with the British guy because there's a
major deal we are working on so we left
and Lucas huffed and puffed. (British guy
had prepaid our tab, unbeknownst to us,
so we wouldn't be hampered in trying to
leave.) In the elevator the nice Brit
mentioned how sorry he was for his gender
and that seeing how distraught and
panicked I was made him almost call the
cops but that the bartender knew if Lucas
tried to follow us to def call the cops. To
this day I feel incredibly lucky that guy
interjected and stepped in. Still thinking
about that afternoon scares tf out of me.
Lucas should NOT be allowed on any of
these apps because he really is dangerous
af.

Los Angeles
Kel Culb Gib

**Kel Culb Gib**
Elly Shariat omg! Did you get the
British guys name?? That guy
might have saved you from some
serious trauma. I'm so sorry that
happened to you! Lucas needs to
be friggin stopped like wtf is the
solution here ?? 🔫

**Elly Shariat**
Kel Culb Gib sadly, we never got
his info and I legit feel AWFUL
that we didn't. He came to my
client's room an hour after
rescuing us, saw I was still upset
and shook up, and even took us
to Nobu in WeHo for dinner to
help me get my mind off what
happened. He was a perfect
gentleman, incredibly kind, tall,
and handsome, but I was so
distraught about Lucas that it
never registered for me to get his
info. My client tried to use the
context clues he had given

**Kel's Post**                                                        ✕

↳ 4 Replies



**Katherine Frame**
Okay. So I googled and YIKES ON BIKES, here are the top google results:

Like   Reply   31w                                    👍😮 7

↳ View 2 previous replies

**Kel Culb Gib**   Author
It takes a special kind of Narcissist to continue doing what he's doing with
the information that is publicly available about him. It's giving full blown
sociopath.

Like   Reply   31w                                    👍 8

**Katherine Frame**
**Kel Culb Gib** yup. 👍

Like   Reply   31w

**Kari Woodring Webster**
Wow. Talk about going down a rabbit hole. His Twitter makes him look insane and
all the court cases. Wow

Like   Reply   31w                                    👍 5

**Donna L Anderson**
**Kari Woodring Webster** I wonder what they are for and how many were

Like  Reply  44w

**Kel Culb Gib**  Author
This guy clearly has an affinity for lawsuits, ladies, so let's just not even mention this post  Don't even tell your diaries 🏛️

Like  Reply  35w                                                              😲👍 4

**Nicole Burova**
Looks harmless and this is probably a paradigm example of looks being

**Kel Culb Gib**
Author    Open to messaging

Kera H Bjornerud we wouldn't have to mention the group at ALLLLL. Could just say I met a girl and talked about it and she had the same experience and knew someone else with the same experience and snowball from there!

1d    Like    Reply

**Kel Culb Gib**
Author    Open to messaging

Kera H Bjornerud or even just say I googled him when my gut told me to cancel because his lawsuits are ALLLLLLL public record and he uses his real name 🤷

1d    Like    Reply                                                          1 👍

**Kel Culb Gib**
Author   Open to messaging

Actually just screenshot the pictures themselves, don't mention the group or show the group name at all.

1d   Like   Reply



**Kel Culb Gib**

Jacqui I can sceen shot the message I sent these girls to give you an idea of what I was thinking

3d    Like    Reply                    1 🖤

**Jacqui Blue**

Kel Culb Gib Yes, DM me.

3d    Like    Reply

**Kel Culb Gib**

Jacqui Blue it might go to your requests (which I forget to check REGULARLY lol just fyi) if you don't see it in main

3d    Like    Reply                    1 👏

Rules

Like    Reply



**Kel Culb Gib**    Author
This guy clearly has an affinity for lawsuits, ladies, so let's just not even mention this post 😬 Don't even tell your diaries 🦞


Like    Reply    35w

**Nicole Burova**
Looks harmless and this is probably a paradigm example of looks being



**Kel Culb Gib**
Author    Open to messaging

Kera H Bjornerud we wouldn't have to mention the group at ALLLLL. Could just say I met a girl and talked about it and she had the same experience and knew someone else with the same experience and snowball from there!

1d    Like    Reply



**Kel Culb Gib**
Author    Open to messaging

Kera H Bjornerud or even just say I googled him when my gut told me to cancel because his lawsuits are ALLLLLLL public record and he uses his real name 🤷

1d    Like    Reply    1 👍

**Kel Culb Gib**
Author    Open to messaging

Actually just screenshot the
pictures themselves, don't
mention the group or show the
group name at all.

1d    Like    Reply



**Kel Culb Gib**

Jacqui I can sceen shot the message I sent these girls to give you an idea of what I was thinking

3d    Like    Reply                    1 ♥

**Jacqui Blue**

Kel Culb Gib Yes, DM me.

3d    Like    Reply

**Kel Culb Gib**

Jacqui Blue it might go to your requests (which I forget to check REGULARLY lol just fyi) if you don't see it in main

3d    Like    Reply                    1 👍

Rules

## Kel's Post                                                    >

One of your matches, Lucas M. was
recently removed from Hinge based
on information regarding potentially
fraudulent behavior. We are notifying
you because you matched with this
user. While Hinge cannot verify the
accuracy of such information, it
advises you to remain cautious in
your online interactions with all
individuals who you do not already
know.

Like    Reply    28w

**Lena Vanderford**
**Kel Culb Gib** yes! "Fraudulent" meaning abusive murderer? 😬

Like    Reply    28w

**Kel Culb Gib**  Author

**Lena** this was at the end of the email lol so I guess all his extortion
lawsuits 🫠 they're gliding right on past that murder suspicion

\* Fraudulent behavior includes but is
not limited to using a false identity or
posing a significant risk of attempting
to obtain money from other users
through deceitful means.

Like    Reply    28w

**Lena Vanderford**
**Kel Culb Gib** I guess we should all be looking out for a fresh hinge
profile

Like    Reply    28w

**Katherine Frame**
Okay. So I googled and YIKES ON BIKES, here are the top google results:

# Kel's Post







**Lena Vanderford**
**Vanessa Valdes** He is truly dangerous.

Like    Reply    9w    👍 2



**Lena Vanderford**
He is equally loved on social media....

Like    Reply    20w    Edited

**Kel Culb Gib** Author
Hey everyone, I've tried reporting Lucas through Hinge a couple of times and haven't heard back.

I don't have Bumble so I'm unable to report him there, according to their website. Would anyone else be able to do it?



Like    Reply    32w

**Lena Vanderford**
**Kel Culb Gib** I actually know someone on the board at Bumble. Did anyone find his Facebook or any social media, email etc? That will help get him banned

Like    Reply    32w    ❤



**Kel Culb Gib** Author
**Lena** we found all of his lawsuits on Google by typing his name in. I know his Twitter and the cell number he gave me but not sure if it's still active. He doesn't seem to care about hiding so I'm sure his Facebook would be relatively easy to track down if he has one!

Like    Reply    32w



You can message me for info.

Like    Reply    44w

**Kelyn Rodriguez**
He's been labeled a vexatious litigator - he's on the ca courts listing

Like    Reply    35w

**Kel Culb Gib**    Author

## Kel's Post

manipulate and coerce to his house for some reason. It's so eerie. 🫠

**Elly Shariat**

Matched with him on Tinder a few years back. He wanted to meet up IMMEDIATELY but I made it clear I couldn't because I had a client in town, also let him know my texts/replies wouldn't be timely because I'd be with my client and didn't want to be rude. He found my Instagram and even though I hadn't geo-tagged where in Beverly Hills I was, I guess he recognized the pool and at some point in the evening stopped by the hotel and sat down next to me and my client at the bar exclaiming "I've been looking for you all over town! You're a hard girl to pin down!" I was flabbergasted and freaking out because who tf does that?! To show up uninvited at a place I didn't tell you about? Luckily a British guy a few seats over heard everything and pretended like he knew me and my client, apologized for having a call that ran long, and said why don't we go somewhere more private to discuss our work. At that point my client and I said sorry to Lucas and that we have to go with the British guy because there's a major deal we are working on so we left and Lucas huffed and puffed. (British guy had prepaid our tab, unbeknownst to us, so we wouldn't be hampered in trying to leave.) In the elevator the nice Brit mentioned how sorry he was for his gender and that seeing how distraught and panicked I was made him almost call the cops but that the bartender knew if Lucas tried to follow us to def call the cops. To this day I feel incredibly lucky that guy interjected and stepped in. Still thinking about that afternoon scares tf out of me. Lucas should NOT be allowed on any of these apps because he really is dangerous af.

**Liv Burger**
**Elly Shariat** omg that's terrible!

→ 7 Replies

**Kel Culb Gib**
**Elly Shariat** omg! Did you get the British guys name?? That guy might have saved you from some serious trauma. I'm so sorry that happened to you! Lucas needs to be friggin stopped like wtf is the solution here ?? 🙄

**Elly Shariat**
**Kel Culb Gib** sadly, we never got his info and I legit feel AWFUL that we didn't. He came to my client's room an hour after rescuing us, saw I was still upset and shook up, and even took us to Nobu in WeHo for dinner to help me get my mind off what happened. He was a perfect gentleman, incredibly kind, tall, and handsome, but I was so distraught about Lucas that it never registered for me to get his info. My client tried to use the context clues he had given through the night to find him but we never did. It's like he was an angel who appeared out of nowhere, saved us, then disappeared. My client didn't see him at the hotel after that night either.

**Kel Culb Gib**
**Elly Shariat** oh well, he was a hero in disguise that night! The world works in mysterious ways- I'm glad he was there.

**Elly Shariat**
**Kel Culb Gib** absolutely! I'm so grateful that he appeared and the universe was looking out. I don't want any other girl to encounter him because he is so volatile and capable of anything!

afternoon scares tf out of me. Lucas should NOT be allowed on any of these apps because he really is dangerous af.

**Liv Burger**
**Elly Shariat** omg that's terrible!



**Elly Shariat**
**Liv Burger** girl, I am so sorry!

**Elly Shariat**
**Liv Burger** the timing of this thread is crazy because just two nights ago I woke up in a cold sweat after having a nightmare about the night he showed up. My fiancé has seen Lucas' pics and knows the story in case we are ever out and he spots him so we can leave but the horrible vibes he gave that night, the strength he used when he came over and grabbed my wrist saying I was hard to pin down, I am still terrified about.





 **‹** **Are We Dating The Same Guy? |
Los Angeles** **•••**

Kel Culb Gib · Aug 3 · 🏛

 **Ainka Wiz**

Wow! I also matched with him years ago.
Convo ended fast with me blocking him
after I googled all the lawsuits against him
and being a ~~murder~~ suspect. I also went
down the ~~rabbit hole~~ of reading online
chats and blogs about him... and several
~~exes have accused him of stds.~~ 😊 Sorry
for the women who actually wasted their
time on a date w him. Hopefully no one
went back to his place. Luckily we all feel
his creepiness pretty quickly. Even in the
event that he is innocent in all his cases
(which I don't believe it), just the fact that
he attracts all this drama is enough.  ✗



6h    Like    Reply                    2 💬

 **Da Alaa**

Ainka Wiz how did you find all that...
what info and website did you use?
Phone number, last name... etc?

5h    Like    Reply

 **Ainka Wiz**

# EXHIBIT 7

20 December 2016

Lucas Murray California Creator Report





# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
West District, Santa Monica Courthouse, Department P

**19SMCV00935**                                                    March 22, 2022
**DR. STEWART LUCAS MURREY vs**                                     8:30 AM
**CHEATERREPORT.COM, et al.**

Judge: Honorable Elaine W. Mandel          CSR: None
Judicial Assistant: E. Sam                 ERM: None
Courtroom Assistant: R. Juarez / V. Yonker  Deputy Sheriff: None

---

Motion for Orders Authorizing Third Party Discovery (UNOPPOSED)

Under the Cable Communications Privacy Act, an internet service provider may only disclose customer identifying information with the consent of a customer or pursuant to a court order. 47 U.S.C. § 551. Additionally, to conduct third party discovery unmasking the identity of an anonymous speaker for purposes of a libel case, plaintiff must first make reasonable efforts to notify defendant of the attempt to lift the shield of anonymity and must make a prima facie case supporting a finding of defamation. Glassdoor, Inc. v. Superior Court (2017) 9 Cal.App.5th 623, 634.

Plaintiff requests leave to conduct discovery on third parties including Amazon and Domingo Juan Rivera to obtain IP addresses and information identifying the unknown authors of the alleged defamatory statements. Plaintiff provides evidence that he has been unable to identify the author of the posts. Murrey declaration 18-20. Additionally, plaintiff provides evidence that false statements were made about him on Cheterreport.com, causing him to lose economic opportunities and be wrongfully arrested. Murrey declaration 4-16, exhibit A. This is sufficient to establish a prima facie case for defamation. Under Glassdoor, plaintiff may pursue third-party discovery to uncover the identity of anonymous potential defendants. GRANTED.

DUE TO THE ONGOING COVID-19 PANDEMIC PARTIES AND COUNSEL ARE ENCOURAGED TO APPEAR BY MICROSOFT OFFICE TEAMS.

***************************END OF FINAL RULING***************************

# EXHIBIT 8

4:18 

<  **Kcg Gib** ···

Most relevant ⌄

**R.C. Salane**
Pardon what do you mean this weirdo showed up at your home??  This story truly gets wilder at every turn

**Kcg Gib**
⚄ truuuuly

**Mark DeLisle**
R.C. Salane dude showed up to serve her. She's never even met him in person and he knew where she lived and showed up personally.

Dude should have been put 6ft under in the desert somewhere with some pepper on top already.

I only know you through Michele but I read the article last night .. insane. I'd say this guy should be in a mental institution but he's past that, he needs to be deleted.

Sorry you're going through this.

# EXHIBIT 9



## Anyone keeping tabs on Dr. Murrey's cases?

14 upvotes · 22 comments

 **Brenda_Barrett** · 61d

Just seeing this thread. Was at the Palm Springs
International ShortFest this weekend where I
overheard people talking about an upcoming
documentary brewing at Netflix. Apparently the two
girls behind the media circus around this guy have
been in talks with them.

··· ↩ Reply ⬆ 1 ⬇

 **C32165A375 OP** · 61d

**Kel's post**

‹          ···

Y'all I'm genuinely interested in figuring out a mini-doc vibe about that Lucas fellow 👀 who knows how to make this happen?

13

**All comments** ⌄

**Kel Culb Gib**
Author · Open to messaging
To refresh your memory... I'll add the link so you can read the tea 🍵



**Kel Culb Gib**
Author · Open to messaging



5:39

**Are We Dating The Same Guy? |
Los Angeles**    ...

**Kel Culb Gib**
it's anon I'll message it to
you

**Kel Culb Gib**
I messaged you but from the
looks of our last convo you might
have me blocked 😈 😈

**Emily Noelle**
abahahahahahahah

**Emily Noelle**
damn I unblocked
you but I still can't figure it out lol
I have an enormous amount of
ppl blocked

**Kel Culb Gib**
maybe check requests?



**Kel Culb Gib**

Open to messaging   2d · 

Y'all I'm genuinely interested in figuring out a mini-
doc vibe about that Lucas fellow  who knows how
to make this happen?

 13                                27 comments

👍 Like                              💬 Comment

 **Bridget Garwood** 

Kel Culb Gib **shoot me a message about what you had in mind structure/storyline wise! I might be able to help.**

1d    Like    Reply                                      1 🌐

 **Kel Culb Gib**
　Author    Open to messaging

Bridget Garwood I'll send you a message with just what I was thinking with the help of my good friend

Cabernet last night 😂. If it's any sort of plausible we can hit up Abby

Meininger and work it out 😂

1d    Like    Reply



9:40

**Are We Dating The Same Guy? |
Los Angeles**

···

**Abby Meininger**
I'm a documentary filmmaker! Let's do it

**Jacqui Blue**
Me too! I'll help! A documentary about
dating and dating apps alone would
be great.

**Kel Culb Gib**
I can screen shot the
message I sent these girls to give
you an idea of what I was thinking

**Jacqui Blue**
Yes, DM me.

**Kel Culb Gib**
it might go to your
requests (which I forget to check
REGULARLY lol just fyi) if you
don't see it in main



## Exhibit A:

Valdes wilfully appearing on national and international news media outlet to smear respondent and wherein Valdes names herself, respondent and discusses LASC case no. _____, Dr. Murray v. Gibbons et al. Links to just a fraction of said videos are _____.

https://www.youtube.com/watch?v=_iBUzyFZekw

https://www.youtube.com/watch?v=ogbZlpvlgCw

www.youtube.com › watch

### Women respond to suit by man over negative Facebook posts ...



" Olivia Burger and **Vanessa Valdes** talk about their encounters with Stewart **Lucas Murrey**. He's claiming defamation, sex-based discrimination ...

YouTube · NewsNation · Mar 24, 2024

www.youtube.com › watch

### 'Are We Dating The Same Guy' lawsuit press conference



Several women, including **Vanessa Valdez** and Olivia Berger, are facing a legal battle after being sued by Stuart **Lucas Murray** for defamation ...

YouTube · FOX 11 Los Angeles · Mar 21, 2024





Vanessa Valdez. Murray's lawsuit was seeking over $2 million in damages. The

▶ DEVELOPING STORY

FOX 11 LAWSUIT OVER 'BAD DATE' CLAIMS DISMISSED

▶ ▶| 🔊 0:29 / 1:11

**Lawsuit over 'bad date' claims dismissed**

 FOX 11 Los Ang... ✔
980K subscribers

Subscribe

👍 15    👎     Share    ...





California man suing women for $2M over Facebook group comments

FOX 26 Houston
537K subscribers

Subscribe

19    Share    ⋯

1.2K views  3 months ago





**Women respond to suit by man over negative Facebook posts about dating him | NewsNation Prime**

NewsNation ✓
1.36M subscribers

Subscribe

189    Share    ⋯





that they did nothing wrong by posting their opinions in a private online group called

**Lawsuit over 'bad date' claims dismissed**

 FOX 11 Los Ang... ✔
980K subscribers    Subscribe

 15     Share  



Now, the first of numerous lawsuits filed by Stuart Lucas against Stuart Lucas. Murray

**Are We Dating the Same Guy? | LOS Angeles**

## Lawsuit over 'bad date' claims dismissed

FOX 11 Los Ang... ✓
980K subscribers

Subscribe    👍 15    👎    ↪ Share    ...





Another defendant, Vanessa Valdes, said she connected with Murrey on the dating app Hinge.

**| Man devoted to eliminating squatters taking over Southern California homes ›**

"Right out of the gate, gave me his phone number and said, 'Let's hang,'" she recalled. "I commented with one message saying, 'Bold move' with a happy face, and then a barrage of harassing messages came afterward. So I immediately blocked him and reported him."

A few years later, Valdes commented on a post in the Facebook group about her experience with Murrey.

"I shared my personal experience, truthful, and my opinions on his behavior and now I'm being sued," Valdes said. "It's unfortunate that we're here, but I'm happy to provide all the evidence and get through this. Hopefully, justice will prevail."

In a statement to KTLA, Murrey denied all allegations and comments made by the women, saying in part:

"For years, key defendants obsessively tracked, stalked and incited harassment against me. These are women with whom I had little to no interaction. In every case of interaction, I rejected each one of them and cut them off, quite swiftly. Instead of going their separate ways, they went on for months and years to spread misinformation about me and countless others. Their actions were deliberate, and now they are playing the victims."

**LAW CRIME**

asking people to share any experiences they had with him.

Vanessa Valdes, another defendant, said that the Facebook group is a platform for sharing personal experiences and opinions.

"Everything I said was just my experience with him and my opinions on how I think, you know, he should not be on dating sites," she told Los Angeles Fox affiliate KTTV.

Valdes says that she exchanged messages with Murray but never actually went on a date with him due to his offensive messages. She says he called her a "moron" and told her "it's fun watching you burn."

The defendants have filed various responsive motions, including a request to strike down the lawsuit under California's anti-SLAPP law, which is aimed at preventing lawsuits that are filed for the purpose of shutting down protected speech.

"Despite the fact that this lawsuit is completely frivolous and a bullying attempt by Plaintiff against Defendant Blalock it is an illegal attempt to restrain and punish Blalock's valid exercise of her constitutional right to freedom of speech, especially with the intent of public safety," writes defendant Amy Blalock in her motion, which has been reviewed by Law&Crime.

10:23

🛡 thetimes.co.uk    ⟳    ⬆

THE ᐧᐧᐧ TIMES    Subscribe



Vanessa Valdes and Olivia Berger are among the
defendants in the defamation and privacy case brought by
Stewart Lucas Murrey

# Man sues more than 50 women for calling him a bad date

**Stewart Lucas Murrey is seeking $2.1m in compensation after negative stories were shared about him on the online group 'Are We Dating the Same Guy?'**

Harriet Alexander, New York

Monday April 08 2024, 6.45pm BST, The Times

<    🔥    🔟    •••



2:36



Mr. Murrey, who has a long history of filing lawsuits related to defamation, claims he tried to join the Awdtsg group to defend himself, but was repeatedly denied membership. He is calling his female tormentors "femcels," a play on "incels," a term that describes "involuntarily celibate" men who deeply resent how women reject them even when these women should, in their view, be sexually submissive to them. Several self-identified incels have been the perpetrators of fatal mass shootings.



Vanessa Valdes, a defendant in Mr. Murrey's lawsuit, says she only told the truth on the Facebook group about what she says was a terrible online dating interaction with Mr. Murrey. KTLA

ADVERTISEMENT

▪ nysun.com

# LAW CRIME

## defamation actually harassed them on dating apps, defendants say

**MARISA SARNOFF**    Mar 24th, 2024, 9:43 am

**8 comments**

SHARE



# EXHIBIT 10

EXHIBIT 10

 Los Angeles
Kel Culb Gib · 4d · 

 **Lea Stuff**
This is not okay stop gossiping about this
dead man

3d    Like    Reply                              5 

**Kel Culb Gib**
🖊 Lea to be fair I had no idea he had
passed when I made the post. Just to
be clear, it's okay to gossip about men
who are alive and not able to see the
page or defend anything but not ones
who unknowingly passed?

3d    Like    Reply                              7 

**Kel Culb Gib**
🖊 Lea this page is supposed to be a
safe space to call out men who have
been disrespectful. That's what he
did. Him dying doesn't change his
behavior in life.

3d    Like    Reply                              20 🖤❤️



Are We Dating The Same Guy? |
Los Angeles

Such a waste of a 6'4"

**Kel Culb Gib**

right??

**Sapphie Davis**
and impressive down
there  Double whammy. Lol!!!

**Kel Culb Gib**
I'm not gonna lie it was
nice  But you can check it out on
Cinemax if you're curious

**Kel Culb Gib**
I feel like those are red flags to
me at this point tho  I've never
met a 6'4 dude w a nice dick who
wasn't a total fuckboy.

Kel's post

Kel Culb Gib

Author   Open to messaging

Bridget Garwood I'll send you a message with just what I was thinking with the help of my good friend ▬▬▬▬ Cabernet last night 😄. If it's any sort of plausible we can hit up Abby Meininger and work it out 😄

1d    Like    Reply



**Kel Culb Gib**

Author   Open to messaging

Donna Dishbak I know I know, I had some wine and was sort of joking but I do think it would be really interesting to see what all we discover and to interview the (at least 11) women the has sued to hear their side of things!!

1d   Like   Reply   1 

 Donna Dishbak

Kel Culb Gib you can still do it, just get your sources triple-checked and take many precautions.

1d   Like   Reply   1 

 **Liv Burger**
He had a partner 10000%.

Something similar happened to me years ago. Was on a layover in different city. Went to eat at a bar across the street from the hotel. Met a guy there and turns out he was staying at the same hotel. After talking for a while at the bar I invited him back to my room and we talked for a few more hours and things were starting to get hot and heavy.

He said he was gunna go grab a condom from his room and then just never came back. I was confused so I took the details he had told me (hometown, company he worked for, name) and quickly found his fb. His cover photo was of his wife and their newborn child. ·.·

I've had experiences since that seemed totally explainable on their end only to find out that they're cheating. It's becoming super common unfortunately. Sorry that happened, best to just block and move on!

Like    Reply                    

‹   **Are We Slandered By the Same Girl? Or...**

 **Are We Slandered By the Same Girl?**
**Orange County -Huntington Beach - Irvine**

Here they are Amir trying to gossip mill and keep you out of the dating pool.

"I didn't get good vibes"
Sounds like a high school locker room!

Gee, IDK Liv Burger, maybe people change?  We didn't get good vibes from your comments either.

👍 Like        💬 Comment        📞 Send        ↪ Share



← 🔘 **Are We Datin...**   🔍   ↪   ☰



🔘 **Anonymous member**        •••
1h 😊

**Has anyone matched with this guy?**
**He says his name is Amir from LA**

🔘 Message Are We Slandered By the Same G...

1:20 ⬈ 

‹   liv burger



**Are We Slandered By the Same Girl?**
**Orange County -Huntington Beach -**
**Irvine ·**

Here they are Amir trying to gossip mill and keep you out of the dating pool.

"I didn't get good vibes"
Sounds like a high school locker room!

Gee, IDK Liv Burger, maybe people change?  We didn't get good vibes from your comments either.



Anonymous member

## Top comments ⌄



**Kcg Gib**
My current partner and I are both ASD (tho
his presents differently than mine in a lot of
ways). It was pretty obvious to me for a
few reasons, especially being on the
spectrum myself, but for starters - he's
incredibly literal and takes things that
people say very literally as well. Probably
one of the more obvious signs is that he's
beyond knowledgeable/informative about
his "special interests" which for him
include film, tv, marvel, and motorcycles-
I'm currently on movie # 22 of 33 Marvel
movies because I had never seen them and
he immediately insisted we start a
marathon (in order 😄). A lot of people on
the spectrum have sensory issues; he
won't wear socks because of this lol.
Sometimes it can seem like he is being
rude w his bluntness but he's j... See more

Like    Reply                    13 



**Kel Culb Gib**

My ex broke up with me because of my weight. He made comments throughout the relationship and I relapsed with disordered eating and had lost 20lb over 7 or 8 months when I walked in on him cheating with another girl. He ultimately told me he only cheated cause he's not used to dating women as "big" as I am and he wasn't physically attracted to me. That was 2 years ago and my disordered eating has gone the opposite way now, so I've gained 30 lbs and feel uncomfortable even trying to put myself out there to meet someone new.

This kind of thing really fucks with our self image. I hope she is okay 😊. And good on you for standing up for her and recognizing harmful behavior before it got too far.

10:21

‹ **Are We Dating The Same Guy? |**
**Los Angeles** 

 Anna Kate

has gone the opposite way now, so I've
gained 30 lbs and feel uncomfortable even
trying to put myself out there to meet
someone new.

This kind of thing really fucks with our self
image. I hope she is okay . And good on
you for standing up for her and recognizing
harmful behavior before it got too far.

Reply 

**Kel Culb Gib**
Months later he apologized and said
he was projecting his own insecurities
about his (very fit?) body. But the
damage was already done. He knew
my biggest insecurity and made it
bigger. The apology didn't make me
feel better about myself.

Reply

# EXHIBIT 11

Philosophy

▶ springer.com

Lucas Murrey
Hölderlin's Dionysiac Poetry
The Terrifying-Exciting Mysteries



Hölderlin's Dionysiac Poetry

Murrey

Lucas Murrey

# Hölderlin's Dionysiac Poetry
## The Terrifying-Exciting Mysteries

Springer

LITERARY STUDIES | PHILOSOPHY

"Once again, fascinating material. It is exciting to see the meaning of Orwell's unpublished preface 'The Freedom of the Press' enter into the orbit of German philosophy." — Noam Chomsky, Massachusetts Institute of Technology; author of *Manufacturing Consent: The Political Economy of the Mass Media* and *Gaza in Crisis: Reflections of Israel's War against the Palestinians*

"Lucas Murray has produced a visionary adaptation of the Nietzschean Dionysus to illuminate the dysfunctionality of twenty-first-century capitalism." — Richard Swedberg, University of Basel; editor of *Money and the Early Greek Mind* and *Dionysus*

"As a new contemporary interpreter of Nietzsche, Lucas Murray offers a critical analysis of the catastrophes that the German philosopher prophesized. In particular, Murray's historical placement of Nietzsche that, on the one hand, looks explicitly backward to the poetry of Friedrich Hölderlin and, on the other hand, implicitly forward to the poetry of Stefan George, opens new doors of thought." — Bernhard Böschenstein, Université de Genève; author of *"Frühling der Gewitters": Zu Hölderlins Dichtung als Gott der Tragödie and Paul Celan: Der Meridian*

"An original and rigorous new landmark study regarding Nietzsche's understanding of Dionysus in Greek tragedy during his Basel years. Well-versed in classical scholarship and challenging in the original insights into ancient and modern visual culture." — Anton Bierl, University of Basel; author of *Dionysus und die griechische Tragödie*

Lucas Murray is from southern California and received his PhD in German studies and philosophy from Yale University in 2011. Since then he has been teaching seminars and giving public lectures, mostly in western Europe, at various universities and colleges.

Cover image: People dancing around bonfire at Yi International Torch Festival, by Michael Coyne.

Author photo: Horst Lückeing

Cover design: Marilyn Jones

LEHIGH UNIVERSITY PRESS
For orders please contact
Rowman & Littlefield
800-462-6420
www.rowman.com

ISBN 978-1-6334-3234-1

LEHIGH   NIETZSCHE the meaning of earth   Murray



NIETZSCHE
the meaning
of earth

Lucas Murray



## NON SEQUITUR

Collective trauma punctuates our lives. It creates a collective memory of sorts that, in turn, initiates intimate perspectives of loss. Everyone knows where he or she was when this or that tragedy occurred. This is why George H. W. Bush feigning a loss of memory when asked about his whereabouts when John F. Kennedy was assassinated represents a nodal point of corruption within American history. Looking back, the Bush crime family has roots in mon...

Lucas Murrey      Mar 23      👁 210



# DR. LUCAS MURREY

Ph.D Yale University

Author of *Hölderlin's Dionysiac Poetry* and *Nietzsche: The Meaning of Earth*

More work forthcoming

Email: 2@lucasmurrey.io

Copyright © 2025

# PROOF OF SERVICE

I declare as follows:

I am over the age of 18 years, and not a party to this action. My address is 1217 Wilshire Blvd. # 3655, Santa Monica, CA 90403, which is located in the county where the mailing described below took place. On 27 January 2025 I served the foregoing document(s) described as: Dr. Murrey's Declaration in the matter of Dr. Murrey v. Blalock (Federal Bankruptcy Case No. 24-ap-01152-BR) to:

Amy Lynne Blalock
1001 Gayley Ave. # 24381
Los Angeles, CA 90024
Tel. (310) 569-6182
Email: amyblalock@gmail.com

I served a true copy of the document(s) above:

[ ] By United States mail. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) mentioned above and:

[ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage full prepaid.

[ X ] By e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on 27 January 2025 at Los Angeles, California.

_____
Declarant