1  Dr. Stewart Lucas Murrey
   1217 Wilshire Blvd. # 3655
2  Santa Monica, CA 90403
   Tel.: (424) 278-3017
3  Email: 2@lucasmurrey.io
   Website: lucasmurrey.com
4  SocialMedia: sickoscoop.com/lucas

5  Plaintiff & Plaintiff in Pro Se

FILED
MAR 03 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

6

7

8          **UNITED STATES BANKRUPTCY COURT**
           **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | In re:

11 | MS. AMY LYNNE BLALOCK, an
   | individual;
12 |              Debtor,

13 | DR. STEWART LUCAS MURREY, an
   | individual;
14 |              Plaintiff,

15 | MS. AMY LYNNE BLALOCK, an
   | individual;
16 |              Defendant.

17

18

19

20

Adversary Complaint Case No.
24-ap-01152-BR
[Assigned to: Hon. Judge Barry Russell]

**PLAINTIFF DR. STEWART LUCAS
MURREY'S REPLY DECLARTION
IN OPPOSITION TO DEFENDANT
MS. AMY BLALOCK'S REPLY-
DECLARATION**

Trial setting conference
Date:           25 March 2025
Time:           10:00 A.M.
Courtroom:      1668
Judge:          Hon. Barry Russell

21

22          **REPLY DECLARATION OF DR. LUCAS MURREY**

23      I, Dr. Lucas Murrey, declare:

24

25      1. That I am the plaintiff in this action; that I am over the age of 18 years and

26         that I have personal knowledge of the facts contained in this declaration. If

27

28

- 1 -

1    called upon to testify I could and would testify competently as to the truth

2    of the facts stated herein.

3

4    2.  This reply-declaration is submitted in support of plaintiff's adversary

5    complaint against defendant Ms. Amy Blalock per the schedule issued by

6    this court.

7

8    3.  Defendant Ms. Blalock failed to provide any evidence in support of her

9    malicious statements about me.

10

11    4.  Instead of providing any evidence to show that her statements about me

12    were true, Ms. Blalock's declaration is focused narrowly on objecting to

13    paragraphs of my own declaration and its exhibits.

14

15    5.  Paragraph five (5) of Ms. Blalock's declaration frivolously seeks to object

16    to Exhibit I of my declaration; but Ms. Blalock only provides

17    unsubstantiated and conclusory opinions without any evidentiary support

18    and therefore needs be disregarded.

19

20    6.  Paragraph eight (8) of Ms. Blalock's declaration frivolously seeks to

21    object to the same numbered paragraph 8 of my declaration; but Ms.

22    Blalock only provides unsubstantiated and conclusory opinions without

23    any evidentiary support and therefore needs be disregarded.

24

25    7.  Paragraph nine (9) of Ms. Blalock's declaration frivolously seeks to object

26    to the same numbered paragraph 9 of my declaration; but Ms. Blalock only

27    provides unintelligible, unsubstantiated and conclusory opinions without

28

- 2 -

any evidentiary support and therefore needs be disregarded. Further, it is

clear that Ms. Blalock made her statements about me intentionally with

malice. This is why she never gave me notice of her statements about me

to me, why she kept them hidden, why did not do any due diligence prior

to publishing them, and why she published them in Facebook groups that

she knew I could not join i.e. so I would not be able to defend myself.

Finally, as this court is aware, Ms. Blalock made her statements about me

in the context of many other similarly malicious statements because she

sought to harm me via this cyberbullying conspiracy and get away with it.

8.  Paragraph ten (10) of Ms. Blalock's declaration frivolously seeks to object

to the same numbered paragraph 10 of my declaration; but Ms. Blalock

only provides unintelligible, unsubstantiated and conclusory opinions

without any evidentiary support and therefore needs be disregarded.

Further, defendant continues to fail to explain what she meant when she

wrote in regard to my alleged dating life: "never go to a second location!"

Blalock fails because she is unable to evade the truth that she intended to

maliciously portray me as a very dangerous and even murderous person. It

is clear that Blalock made these statements with malice. This is why she

never gave me notice of her statements and why she published them in

Facebook groups that she knew I could not join. Ms. Blalock made her

- 3 -

statements in the context of many other similarly harmful statements

because she sought to harm me and get away with it.

9. Paragraph eleven (11) of Ms. Blalock's declaration frivolously seeks to

object to the same numbered paragraph 11 of my declaration; but Ms.

Blalock only provides unintelligible, unsubstantiated and conclusory

opinions without any evidentiary support and therefore needs be

disregarded. Further, defendant continues to fail to explain what she meant

when she wrote that I would end up on dateline, a TV show that showcases

serial killers and/or other serious criminals. It is clear that Ms. Blalock

made this statement with malice. This is why she never gave me notice of

her statements and why she published them in Facebook groups that she

knew I could not join. Finally, Ms. Blalock made her statements in the

context of many other similarly harmful statements because she sought to

injury my reputation and get away with it.

10. Paragraph twelve (12) of Ms. Blalock's declaration frivolously seeks to

object to the same numbered paragraph 12 of my declaration; but Ms.

Blalock only provides unintelligible, unsubstantiated and conclusory

opinions without any evidentiary support and therefore needs be

disregarded.

11. If it turns out that Ms. Blalock is involved in and/or knows about such a

documentary, then her perjurious declaration would make a mockery of

- 4 -

this court. This is shown in Ms. Blalock's verified responses to my

requests for admission ("RFAs"), in particular Blalock's response to RFA

no.s 5 (Exh. 5 to my original declaration to which she replied) wherein

Blalock admits to having received money from her GoFundMe webpage.

Blalock has received money and profited from her severe defamation of

my person (see Exh. 4 to my original declaration).

12. I do not know and I have never met Ms. Shariat. I have never stalked

anyone in my life, much less Shariat.

13. Because Ms. Blalock has a clear history of profiting from the harm that

she caused to my reputation, her response to my paragraph 12 needs to be

disregarded. Her failure to be transparent here and her multiple

contradictions as shown with evidence and verified responses, shows

Blalock's lack of credibility. It is clear that Ms. Blalock made the above-

noted statements about my person with malice. This is why she never gave

me notice of her statements and why she published them in Facebook

groups that she knew I could not join. Further, Ms. Blalock made her

statements in the context of many other similarly harmful statements

because she sought to injury my reputation and get away with it.

14. Paragraph thirteen (13) of Ms. Blalock's declaration frivolously seeks to

object to the same numbered paragraph 13 of my declaration; but Ms.

Blalock only provides unintelligible, unsubstantiated and conclusory

- 5 -

opinions without any evidentiary support and therefore needs be disregarded. It is clear that Ms. Blalock made these statements about my person with malice. This is why she never gave me notice of her statements and why she published them in Facebook groups that she knew I could not join. Further, Ms. Blalock made her statements in the context of many other similarly harmful statements because she sought to injury my reputation and get away with it.

15. Paragraph fourteen (14) of Ms. Blalock's declaration frivolously seeks to object to the same numbered paragraph 14 of my declaration; but Ms. Blalock only provides unintelligible, unsubstantiated and conclusory opinions without any evidentiary support and therefore needs be disregarded. By admitting that Blalock lied in said AWDTSG Facebook groups about recording me in secret, Blalock is admitting that she has no credibility and that she was only lying about me and harming me online to get attention for herself – and from which she profited. It is clear that Ms. Blalock made these statements about my person with malice. This is why she never gave me notice of her statements and why she published them in Facebook groups that she knew I could not join. Finally, Ms. Blalock made her statements in the context of many other similarly harmful statements because she sought to injury my reputation and get away with it.

PLAINTIFF'S REPLY-DECLARATION

16. Paragraphs fifteen and sixteen (15-16) of Ms. Blalock's declaration frivolously seeks to object to the same numbered paragraphs 15-16 and Exhibit 3 of my declaration; but Ms. Blalock only provides unintelligible, unsubstantiated and conclusory opinions without any evidentiary support and therefore needs be disregarded. By admitting that Blalock lied in said AWDTSG Facebook groups about recording me in secret, Blalock is admitting that she has no credibility and that she was only lying about me and harming me online to get attention for herself – and from which she profited. None of these events ever happened and Blalock is misrepresenting me for her own benefit. It is clear that Ms. Blalock made these statements about my person with malice. This is why she never gave me notice of her statements and why she published them in Facebook groups that she knew I could not join. Finally, Ms. Blalock made her statements in the context of many other similarly harmful statements because she sought to injury my reputation and get away with it.

17. In paragraph 17 Blalock openly lies to this court under oath and thus perjures herself. Blalock provided verified responses to my RFAs wherein she admits that she lied about recording me online (see Exh. 5: Blalock's responses to RFAs no.s 2, 15). This means that Blalock is aware that the facts about which she wrote online were certainly not the truth, nor her opinions.

- 7 -

18.Paragraphs eighteen and nineteen (18-19) of Ms. Blalock's declaration

frivolously seeks to object to the same numbered paragraphs 18-19 and

Exhibit 4 of my declaration; but Ms. Blalock only provides unintelligible,

unsubstantiated and conclusory opinions without any evidentiary support

and therefore needs be disregarded. In particular, Blalock lies to the court

under oath and commits perjury once again. As noted above, evidence

shows that Blalock published said GoFundMe webpage, fixed her

signature to it and included in this publication that was shown to billions

world-wide defamatory stories about plaintiff stalking Shariat (see Exh. 4

to my original declaration). If she did not sign her name to the publication

of this webpage, then who did? Blalock fails to explain how her name

appeared on said GoFundMe publication, much less does she explain who

put her name there? Said GoFundMe webpage was published for a year

and shown to billions of viewers with Blalock's name on it. There are

other defendants to this case who did not put their name on it, such as

defendant Michal Ofek. So why did Blalock put her name on this

publication while Ofek did not? If Blalock is claiming that someone else

fraudulently signed her name, then who and why does Blalock fail to

mention this? The truth is that Blalock did publish this harmful statement

with several others and by now Blalock has lied about this and several

other facts to this court. ***The webpage clearly suggests that these persons,***

*__Blalock included, banded together to co-publish said webpage, including__*

*__its defamatory statements and images and representations shown to__*

*__billions world-wide. Nowhere does said webpage state that the names__*

*__affixed to were somehow not linked to its publication, for which they all__*

*__conspicuously stood. Otherwise, why do these names appear at all at the__*

*__bottom of this publication where traditionally author(s) sign his or her__*

*__names?__* Blalock's explanation is juvenile and absurd and she is just

seeking to evade responsibility co-authoring said GoFundMe publication.

Further, Blalock fails to mention that Shariat is currently being sued in the

original case (LASC case no. 23STCV14890) and that Blalock failed to do

any due diligence about what she said about me and stalking prior to her

publications. Blalock did this to injure my person. Finally, Blalock

claiming that she never knew that she earned Facebook points is also

absurd and only shows that discovery is needed as this case moves

forward.

19. Paragraphs twenty through twenty-two (20-22) of Ms. Blalock's

declaration frivolously seeks to object to the same numbered paragraphs

20-22 and Exhibit 5 of my declaration; but Ms. Blalock only provides

unintelligible, unsubstantiated and conclusory opinions without any

evidentiary support and therefore needs be disregarded. It is clear that Ms.

Blalock made these statements about my person with malice. This is why

PLAINTIFF'S REPLY-DECLARATION

1    she never gave me notice of her statements and why she published them in

2    Facebook groups that she knew I could not join. Finally, Ms. Blalock

3
4    made her statements in the context of many other similarly harmful

5    statements because she sought to injure my reputation and get away with

6    it.

7
8    20. Paragraphs twenty-three through twenty-five (23-25) of Ms. Blalock's

9    declaration frivolously seeks to object to the same numbered paragraphs

10    23-25 of my declaration; but Ms. Blalock only provides unintelligible,

11
12    unsubstantiated and conclusory opinions without any evidentiary support

13    and therefore needs be disregarded. It is clear that Ms. Blalock

14    intentionally made her statements about my person with malice and in the

15
16    context of the other statements made by other members. In fact, all of

17    Blalock's statements are in conjunction with and/or in response to the

18    other statements in said AWDTSG Facebook groups mentioned here. For

19
20    instance, most of Blalock's statements were in response to those made by

21    Kelly Gibbons who is currently being sued and facing terminating

22    sanctions in the original case to which Blalock belongs (LASC case no.

23
24    23STCV14890). This is why neither Blalock nor her co-conspirators ever

25    gave me notice of her and their statements and why they published them in

26    Facebook groups that they knew I could not join.

27

28

21. Paragraphs twenty-six through thirty-one (26-31) of Ms. Blalock's declaration frivolously seeks to object to the same numbered paragraphs 26-31 of my declaration; but Ms. Blalock only provides unintelligible, unsubstantiated and conclusory opinions without any serious evidentiary support and therefore needs be disregarded. Said original case was filed in June of 2023 and Blalock was well aware of it prior to filing bankruptcy in the middle of November of 2023 i.e. almost six (6) months later. In fact, Blalock's evidence only proves that she was aware of this case long before she contemplated filing bankruptcy. Blalock also aggressively evaded service of the 2023 lawsuit before 15 November 2023 and later I found a way to have her properly served.

22. Paragraph thirty-two (32) of Ms. Blalock's declaration frivolously seeks to object to the same numbered paragraph 32 of my declaration; but Ms. Blalock only provides unintelligible, unsubstantiated and conclusory opinions without any evidentiary support and therefore needs be disregarded. As show in Ms. Blalock's verified responses to my requests for admission ("RFAs"), in particular Blalock's response to RFA no.s 5 (Exh. 5 to plaintiff's original declaration) wherein Blalock admits to having received money from her GoFundMe webpage, Blalock has received money and profited from her severe defamation of my person (see Exh. 4 to my original declaration). This means that Blalock is lying

- 11 -

1    under oath in her declaration and perjuring herself and thus committing

2    fraud upon this court.

3

4    23. As noted above, evidence shows that Blalock published said GoFundMe

5    webpage, fixed her signature to it and it included defamatory stories about

6    plaintiff stalking Shariat (see Exh. 4 to my original declaration). Blalock

7    fails to explain how her name appeared on said GoFundMe publication,

8

9    much less does Blalock explain who put her name there while she knew

10   about this for months and profited from it and billions saw it world-wide,

11

12   if it was not Blalock who signed this publication. The truth is that Blalock

13   did publish this harmful statement with several others and by now

14   defendant has lied about this and several other facts to this court. ***The***

15   ***GoFundMe webpage clearly suggests that Blalock and others***

16

17   ***intentionally co-published said webpage, including its defamatory***

18   ***statements and images and representations. Nowhere does said webpage***

19   ***state that the names affixed to it are somehow not responsible for its***

20   ***publication, especially as other defendants then such as Michal Ofek***

21

22   ***refused to sign this publication***. Blalock's explanation is absurd and she is

23   seeking to evade responsibility for participating in the authorship of said

24   GoFundMe publication. Further, Blalock fails to mention that Shariat is

25   currently being sued in the original case (LASC case no. 23STCV14890).

26

27   Blalock also failed to state that she failed to do any due diligence prior to

28

- 12 -

her publications to injure plaintiff. Finally, Blalock claiming that she never

knew that she earned Facebook points is also absurd. This shows that

plaintiff has a right to do discovery in this case as it moves forward.

24. Paragraphs thirty-three through thirty-five (33-35) of Ms. Blalock's

declaration frivolously seeks to object to the same numbered paragraphs

33-35 of my declaration; but Ms. Blalock only provides unintelligible,

unsubstantiated and conclusory opinions without any evidentiary support

and therefore needs be disregarded. It is clear that Ms. Blalock

intentionally made her statements about my person and reputation with

malice and in the context of the other statements made by other members.

It is also clear that Blalock profited from her defamation and cyberbullying

of my person, as noted above and shown by her own verified responses

and evidence provided herein. All of Blalock's statements are in

conjunction with and/or in response to the other defamatory statements

mentioned here. This is why neither Blalock nor her co-conspirators ever

gave me notice of her and their statements and why they published them in

Facebook groups that they knew I could not join.

25. Paragraphs thirty-six through thirty-eight (36-38) of Ms. Blalock's

declaration frivolously seeks to object to the same numbered paragraphs

36-38 of my declaration; but Ms. Blalock only provides unintelligible,

unsubstantiated and conclusory opinions without any evidentiary support

PLAINTIFF'S REPLY-DECLARATION

and therefore needs be disregarded. The books I have published are from 2014 and 2015 i.e. prior to this decade-long defamation and cyberbullying to which Blalock significantly belongs. But my recent articles that I have published I have done so to make this information free to the public and this includes my necessary and legitimate struggle to rehabilitate my reputation after said cyberattack. Any donations and/or support I have received have been extremely modest, especially when considered in contrast to the money and career harm I have lost and suffered, respectively. Blalock's harm to my identity and career is severe and has caused me to lose many significant opportunities. Most colleges and universities hiring professors will not hire anyone undergoing such a cyber-attack online. If not for Blalock's obsession with harming me and because she could not leave me alone, I would have made significantly more money and had many more job opportunities than I have had.

26. A true and correct copy of an excerpt of a recent article I have published that shows my continuing struggle to confront the serious attack on my identity as a result of Blalock and others' behavior, their statements and their GoFundMe webpage that they promoted to billions of viewers during their national and international media smear-campaign from early 2024 is attached hereto as Exhibit 12. Their media smea-campaign in particular has forced me to leave my private life behind and have to explain myself

to the public to a certain degree, just to be able to live my life with some

peace.

27. It is clear that Ms. Blalock intentionally sought to maliciously harm me

and that she intentionally contributed to a serious cyber-attack on my

person and reputation.

28. Evidence shows Blalock even profited from said harm.

29. The new lawsuit to which Blalock refers includes causes of action against

Blalock for her defamation of my person on said GoFundMe webpage.

Because Blalock publish this defamatory webpage AFTER I had filed my

2023 lawsuit against her, it remains as a separate set of issues from this

original lawsuit.

30. Thus I have every right to file this new lawsuit against Blalock for her

defamation of my person with others on her GoFundMe webpage and

where Blalock published the false story of stalking regarding Shariat.

31. Blalock's co-conspirators with whom she published said severely harmful

GoFundMe webpage was promoted by Blalock and her co-conspirators on

national and international news media outlets to billions of viewers.

32. This further makes my new lawsuit against Blalock for this narrow set of

new issues wholly legitimate.

PLAINTIFF'S REPLY-DECLARATION

33. Blalock's secret and malicious severe harm to my person and reputation

raises the futher question and thus the issue of punitive damages: Who else

has Blalock harmed in secret online that she is hiding?

I declare that under penalty of perjury under the laws of the United States that
the foregoing is true and correct; executed on 27 February 2025 in Los Angeles,
California.

DR. STEWART LUCAS MURREY

# EXHIBIT 12

Who I am,

and what I suspect happened to me

by

Dr. Lucas Murrey

19 February 2025



## I.

## Introduction

In 2023 I realized that I was the victim of a cyber-attack. Hundreds of *anonymous* Facebook accounts had been working in secret to destroy my life. They accused me of murder, fraud, having STDs and anything else you might imagine. I filed a lawsuit, one that is currently pending and progressing well. In response they launched a media smear-campaign on national and international news outlets, one that promoted their *anonymous* GoFundMe webpage. The goal of their attacks: to maliciously mystify and profit from my person. One article from *The Daily Mail* titled "The world's most vilified man [with] dark episodes in his past..." claimed that I had stalked women. That the rag failed to present any evidence in support of its allegations did not matter. All they had to do was quote *anonymous* and fictional persons without any evidence and misrepresent a picture of me when I was legally and reasonably investigating the residence of an *anonymous* Facebook user while she was being properly served my lawsuit by a third-party:

https://www.dailymail.co.uk/news/article-13305141/stewart-lucas-murrey-sue-women-social-media.html

It did not matter that all their allegations were false. It did not matter that I had never stalked a woman in my life. It did not matter that my *anonymous* enemies had no evidence. It did not matter that I have never been charged, much less convicted of any crime my entire life. And it did not matter that my lawsuit and search for justice continues. *Anonymous* employees and *anonymous* algorithms at Google indexed their *anonymous* publications such that my name and reputation would never be free. Thus the goal of this article: Here I explain who I am and what I suspect happened to me.