1  Dr. Stewart Lucas Murrey
   1217 Wilshire Blvd. # 3655
2  Santa Monica, CA 90403
   Tel.: (424) 278-3017
3  Email: 2@lucasmurrey.io
   Website: lucasmurrey.com
4  SocialMedia: sickoscoop.com/lucas

5  Plaintiff & Plaintiff in Pro Se



FILED
APR - 9 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

6

7

8        **UNITED STATES BANKRUPTCY COURT**
         **CENTRAL DISTRICT OF CALIFORNIA**

9

10  In re:                          Adversary Complaint Case No.
                                    24-ap-01152-BR
11  MS. AMY LYNNE BLALOCK, an        [Assigned to: Hon. Judge Barry Russell]
    individual;
12              Debtor,
                                    **PLAINTIFF DR. STEWART LUCAS**
13  DR. STEWART LUCAS MURREY, an     **MURREY'S DECLARTION IN**
    individual;                      **SUPPORT OF HIS MOTION TO**
14              Plaintiff,           **CONTINUE TRIAL DATE TO ADMIT**
                                    **NEWLY OBTAINED EVIDENCE**
15  MS. AMY LYNNE BLALOCK, an
    individual;                      Hearing Date:
16              Defendant.           Hearing Time:
                                    Courtroom:    1668
17                                   Judge:        Hon. Barry Russell
18

19

20

21            **DECLARATION OF DR. LUCAS MURREY**

22

23  I, Dr. Lucas Murrey, declare:

24  1.  That I am the plaintiff in this action; that I am over the age of 18 years and

25      that I have personal knowledge of the facts contained in this declaration. If

26      called upon to testify I could and would testify competently as to the truth

27      of the facts stated herein.
28
                                    - 1 -

2. This declaration is submitted in support of plaintiff's motion to continue the trial date currently set for 6 May 2025.

3. Although I have been diligently seeking any and all relevant evidence to admit in support of the above-noted case, including my personal medical records, said treatment records first became available to me on 8 April 2025.

4. A true and correct copy of the email I received on 8 April 2025 notifying me that I could finally access relevant notes from my psyche eval from 2024 through 2025 is hereto attached as Exhibit 1.

5. A true and correct copy of said psychological evaluation and assessment of my person and psyche as related to this case is hereto attached as Exhibit 2.

I declare that under penalty of perjury under the laws of the United States that the foregoing is true and correct; executed on 9 April 2025 in Los Angeles, California.

DR. STEWART LUCAS MURREY

PLAINTIFF'S DECLARATION

**EXHIBIT 1**

**Requested Medical Records**



| | |
|---|---|
| From | **Medical Records** |
| To | **2@lucasmurrey.io** |
| Date | **Tue 15:30** |

## You have received a secure message from APLA Health

Click the link below to read your secure message, and you will be prompted to log in.

If this is your first time, a web browser will launch and ask you to register. After you have completed the registration process, please return to this email, click the link below, and log in to access your secure message.

Click this to access the secure message

If you have concerns about the validity of this message, contact the sender directly.

About FortiMail Secure Message Service

# EXHIBIT 2

MURREY, STEWART L **DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 03/10/2025



MURREY, STEWART L
50 Y. old. Male, DOB: 06/04/1974
Account Number: 70158
1217 Wilshire Blvd, APT 3657, Santa Monica, CA-90401
Home: 424-2-85901
Guarantor: MURREY, STEWART L   Insurance: Cardon CC Commercial
Referring: Sean Bodnar
Appointment Facility: APLA Health & Wellness - David Geffen Center

03/10/2025                                                    BH TX: Lilia Santoyo, LCSW
Check In: 03:11 PM PST Check Out: 03:49 PM PST

## Reason for Appointment
1. 03/10/2025 OK FOR BH -JT -

## Vital Signs

## Assessments
1. Generalized anxiety disorder - F41.1 (Primary)

## Visit Codes
- 90832 Tele Therapy 30 min. Modifiers: 95

## Follow Up
2 Weeks

## Care Plan Details
**Problem**  BH Progress Note - Established Client
**\*Clinician**
  **\*Services provided by:**  Lilia Santoyo, LCSW
  **Location services provided:**  Other
  **Describe other:**  Telehealth
**\*Session time**
  **\*Session start time**  3:11 p.m.
  **\*Session end time**  3:46 p.m.
  **\*Duration**  35 min
**\*Special Service Needs**
  **\*Client seen alone?**  Yes
**\*Stressors / Significant Changes in Client's Condition**
  **\*Significant change from last visit**  No
  **\*Client present as a risk to self or others?**  No
**Risk & Safety Assessment**
  **\*Current risk or safety concerns**  None Noted
**\*Relevant Medical Conditions**
  **\*HIV Status**  HIV Negative
**\*Current issues, topics, stressors**
  **\*Current issues, topics, stressors**  Client presented with euthymic mood, congruent affect, average grooming, coherent thought, normal speech, and a/o x4. Client reports continued decrease in anxiety, but still has concerns regrading the impact the situation has on future work and loved ones.
**\*Therapeutic interventions &amp; response**
  **\*Therapeutic interventions & response**  Provided empathic listening, normalized/validated concerns, discussed past impact of situation with work and loved ones, and coping via CBT. Client reported that he is seeking new work possibility. He shared having some concern about working more and having limited ability to work on his case. However, he is excited about the opportunity. He is doing better with his anxiety although he still thinks of the past disruption the situation caused him with work and relationships. He indicated that he does his best to keep things private, but also understands that the use of technology is inevitable.
**\*Progress toward goals**
  **\*Progress toward goals**  Moderate progress. Client reports decrease in anxiety, but continued thoughts about the negative impact the defamation has had in his life.

URREY, STEWART L DOB: Jun 4, 1974 (50 yo M) Acc No. 70158

**Patient Medical Record**

**MURREY, STEWART L**

50 yo M, DOB: Jun 4, 1974
Account Number: 70158
1217 Wilshire Blvd
Santa Monica, CA 90403

| Patient Medical Record | Page(s) |
|---|---|
| Encounters | 2 to 28 |
| **Total Pages** | **28** |

**Note:** There may be certain notes which are not made available as per your physician's discretion, please contact your physician's office to obtain those.

**APLA Health Olympic**

5901 W OLYMPIC BLVD SUITE 500, LOS ANGELES, CA 90036-4804

MURREY, STEWART L **DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 03/10/2025

**\*Referrals &amp; Plan**

    **Plan (objectives for next session, homework, consultation/care coordination needs, follow up)** Client will be seen in two weeks to report on continued symptom management.

    **\*Treatment plan modification indicated?** No

    **\*Next appointment:** Weekly appointment set

Electronically signed by Lilia Santoyo , LCSW on 03/13/2025 at 00:27 PM PDT

Sign off Status: Completed

Visit Status: CHK (Check Out)

APLA Health & Wellness - David Geffen Center
611 S KINGSLEY DR
LOS ANGELES, CA 90005-2319
Tel: 213-201-1600
Fax: 888-736-9436

**Progress Note: Lilia Santoyo, LCSW   03/10/2025**

Generated for Printing/Faxing/eTransmitting on: 04/08/2025 02:17 PM PDT

**MURREY, STEWART L DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 03/03/2025



MURREY, STEWART L.

03/03/2025
Check In: 03:08 PM PST Check Out: 04:34 PM PST

BH TV: Lilia Santoyo, LCSW

### Reason for Appointment
1. 03/03/2025 OK FOR BH - JT

### Vital Signs

### Assessments
1. Generalized anxiety disorder - F41.1 (Primary)

### Visit Codes
- 90832 Tele Therapy 30 min. Modifiers: 95

### Follow Up
1 Week

### Care Plan Details
**Problem** BH Progress Note - Established Client
**\*Clinician**
  **\*Services provided by:** Lilia Santoyo, LCSW
  **Location services provided:** Other
  **Describe other:** Telehealth
**\*Session time**
  **\*Session start time** 3:06 p.m.
  **\*Session end time** 3:38 p.m.
  **\*Duration** 32 min
**\*Special Service Needs**
  **\*Client seen alone?** Yes
**\*Stressors / Significant Changes in Client's Condition**
  **\*Significant change from last visit** No
  **\*Client present as a risk to self or others?** No
**Risk & Safety Assessment**
  **\*Current risk or safety concerns** None Noted
**\*Relevant Medical Conditions**
  **\*HIV Status** HIV Negative
**\*Current issues, topics, stressors**
  **\*Current issues, topics, stressors** Client presented with euthymic mood, congruent affect, average grooming, coherent thought, normal speech, and a/o x4. Client reports decrease in anxiety, but still struggles emotionally when he reflects on the impact the situation has had on others. He reported thinking about his previous girlfriend and her struggles with the situation while battling cancer. Client indicated that it is painful to remember those things.
**\*Therapeutic interventions &amp; response**
  **\*Therapeutic interventions & response** Provided empathic listening, discussed recent triggers, normalized/validated mood related to past, and coping via CBT. Client shared that he recently went to do some pleadings and filings in civil court and having to think and deal with the past events brought back some of its pain. He reported feeling sad and hurt by the impact the situation had on his previous partner who was attacked and harassed while dealing with cancer. In addition, he shared that he was falsely arrested 2 weeks after her death as the women had indicated that he was killing women with rat poison. He shared feeling horrible remembering those things. He indicated that people create lies and spread them on social media with no regret or feeling for others. He hopes that all he is doing legally will help

MURREY, STEWART L **DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 03/03/2025

someday hold those people accountable for the pain and suffering they cause. He shared that he will be okay as he continues to work on his case. He continues to be mindful of his time spent on social media, and self care to manage his anxiety and mood.

**\*Progress toward goals**
   **\*Progress toward goals**  Mild progress. Client reports some mood symptoms due to being triggered and thinking about his deceased girlfriend. Client reports continued self-care and monitoring of time spent on social media.
**\*Referrals &amp; Plan**
   **Plan (objectives for next session, homework, consultation/care coordination needs, follow up)**  Client will be seen next week to report on continued symptom management
   **\*Treatment plan modification indicated?**  No
   **\*Next appointment:**  Weekly appointment set

Electronically signed by Lilia Santoyo , LCSW on 03/04/2025 at 10:01 AM PST

Sign off status: Completed

Visit Status: CHK (Check Out)

APLA Health & Wellness - David Geffen Center
611 S KINGSLEY DR
LOS ANGELES, CA 90005-2510
Tel: 213-201-1600
Fax: 888-750-0456

**Progress Note: Lilia Santoyo, LCSW   03/03/2025**

Generated for Printing/Faxing/eTransmitting on: 04/08/2025 02:17 PM PDT

MURREY, STEWART L **DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 02/24/2025

# APLAHealth

MURREY, STEWART L

50 Y old Male, DOB: 06/04/1974
Account Number: 70158
12111 Wilshire Blvd, APT 3655, Santa Monica, CA 90403
Home: 424-278-9101
Guarantor: MURREY, STEWART L   Insurance: Carelon CC Commercial
Referring: Sean Boileau
Appointment Facility: APLA Health & Wellness - David Geffen Center

02/24/2025                                                        BH TV: Lilia Santoyo, LCSW
Check In: 03:01 PM PST Check Out: 11:27 AM PST

## Reason for Appointment
1.  02/24/2025 OK FOR BH -JT -

## Vital Signs

## Assessments
1. Generalized anxiety disorder - F41.1 (Primary)

## Visit Codes
- 90834 Tele Therapy 45 min. Modifiers: 95

## Follow Up
1 Week

## Care Plan Details
**Problem**  BH Progress Note - Established Client
**\*Clinician**
   **\*Services provided by:** Lilia Santoyo, LCSW
   **Location services provided:** Other
   **Describe other:** Telehealth
**\*Session time**
   **\*Session start time** 3:02 p.m.
   **\*Session end time** 3:46 p.m.
   **\*Duration** 44 min
**\*Special Service Needs**
   **\*Client seen alone?** Yes
**\*Stressors / Significant Changes in Client's Condition**
   **\*Significant change from last visit** No
   **\*Client present as a risk to self or others?** No
**Risk & Safety Assessment**
   **\*Current risk or safety concerns** None Noted
**\*Relevant Medical Conditions**
   **\*HIV Status** HIV Negative
**\*Current issues, topics, stressors**
   **\*Current issues, topics, stressors** Client presented with euthymic mood, congruent affect, average grooming, coherent thought, normal speech, and a/o x4. Client reports feeling okay, but states that he still struggles with his sleep due to odd dreams and the economic damage. He shared that he has been thinking a lot about the loss in opportunities and the stress that it has caused in his relationships.
**\*Therapeutic interventions &amp; response**
   **\*Therapeutic interventions & response** Provided empathic listening, discussed mood, anger, continued thought management, and coping via CBT. Client reports that he has been thinking about the loss opportunities due to being defamed by some random people. In addition, he indicated that it has been hard on all his relationships, but especially love relationships due to the nature of the website. He reports that he is still managing his time on social platforms, and is doing better with the anxiety. He shared that he has been thinking about the financial impact as things are so expensive and opportunities have been limited. He reports still feeling grateful for the support from his parents and girlfriend. He shared that spending time with them helps his mood and give him hope that things will be resolved.
**\*Progress toward goals**
   **\*Progress toward goals** Mild progress. Client reports slight decrease in anxiety, and ability to sleep in spite of odd dreams.

URREY, STEWART L DOB: Jun 4, 1974 (50 yo M) Acc No. 70158

MURREY, STEWART L **DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 02/24/2025

**\*Referrals &amp; Plan**

**Plan (objectives for next session, homework, consultation/care coordination needs, follow up)** Client will be seen next week to report on continued symptom management

**\*Treatment plan modification indicated?** No

**\*Next appointment:** Weekly appointment set

Electronically signed by Lilia Santoyo , LCSW on 02/28/2025 at 04:30 AM PST

Sign off status: Completed

Visit Status: CHK (Check Out)

APLA Health & Wellness - David Geffen Center
611 S KINGSLEY DR
LOS ANGELES, CA 90005-2310
Tel: 213-201-1600
Fax: 888-736-9436

**Progress Note: Lilia Santoyo, LCSW    02/24/2025**

Generated for Printing/Faxing/eTransmitting on: 04/08/2025 02:17 PM PDT

MURREY, STEWART L **DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 02/10/2025

# APLAHealth

MURREY, STEWART L
50 y/old Male, DOB: 06/04/1974
Account Number: 70158
1217 Wilshire Blvd, APT 3055 Santa Monica, CA 90403
Home: 424-278-3012
Guarantor: MURREY, STEWART L   Insurance: Carelon CO Commercial
Referring: Sean Bolton
Appointment Facility: APLA Health & Wellness - David Geffen Center

02/10/2025
Check In: 02:50 PM PST Check Out: 03:55 PM PST

BH LIV: Lilia Santoyo, LCSW

## Reason for Appointment
1.  02/10/2025 OK FOR BH -JT -

## Vital Signs

## Assessments
1. Generalized anxiety disorder - F41.1 (Primary)

## Visit Codes
- 90834 Tele Therapy 45 min. Modifiers: 95

## Follow Up
1 Week

## Care Plan Details
**Problem** BH Progress Note - Established Client
**\*Clinician**
   **\*Services provided by:** Lilia Santoyo, LCSW
   **Location services provided:** Other
   **Describe other:** Telehealth
**\*Session time**
   **\*Session start time** 2:59 p.m.
   **\*Session end time** 3:47 p.m.
   **\*Duration** 48 min
**\*Special Service Needs**
   **\*Client seen alone?** Yes
**\*Stressors / Significant Changes in Client's Condition**
   **\*Significant change from last visit** No
   **\*Client present as a risk to self or others?** No
**Risk & Safety Assessment**
   **\*Current risk or safety concerns** None Noted
**\*Relevant Medical Conditions**
   **\*HIV Status** HIV Negative
**\*Current issues, topics, stressors**
   **\*Current issues, topics, stressors** Client presented with pleasant mood, congruent affect, average grooming, coherent thought, normal speech, and a/o x4. Client reported some struggle with sleep but feeling less anxious as he is feeling better about his court case. He added that work is slowly coming back.
**\*Therapeutic interventions &amp; response**
   **\*Therapeutic interventions & response** Provided empathic listening, addressed anxiety, work, and current relationships via CBT. Client indicated feeling slightly better even though his sleep is still disrupted with weird dreams. He shared feeling okay as he has a good partner and his relationship with his parents is good. He added looking forward to job opportunities and moving forward with his life. He shared that his legal case is moving on and he hopes to create a remedy when it comes to large tech companies, as there needs to be accountability for the platforms they create.
**\*Progress toward goals**
   **\*Progress toward goals** Moderate progress. Client reports decrease in symptoms and improved ability to manage symptoms.
**\*Referrals &amp; Plan**

MURREY, STEWART L **DOB:** 06/04/1974 (50 yo M)  **Acc No.** 70158  **DOS:** 02/10/2025

**Plan (objectives for next session, homework, consultation/care coordination needs, follow up)**  Client will be seen next week
to report on continued symptoms management
**\*Treatment plan modification indicated?**  No
**\*Next appointment:**  Weekly appointment set

Electronically Signed by Lilia Santoyo , LCSW on 04/08/2025 at 11:22 AM PDT
Sign off status: Completed
Visit Status: CHK (Check Out)

APLA Health & Wellness - David Geffen Center
611 S KINGSLEY DR
LOS ANGELES, CA 90005-2450
Tel: 213-201-1600
Fax: 888-736-6496

**Progress Note: Lilia Santoyo, LCSW    02/10/2025**

Generated for Printing/Faxing/eTransmitting on: 04/08/2025 02:17 PM PDT

MURREY, STEWART L **DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 02/03/2025

# APLAHealth

MURREY, STEWART L
50 y. old Male, DOB: 06/04/1974
Account Number: 70158
1211 Wilshire Blvd. APT 3655, Santa Monica, CA 90401
Home: 424-2-8-9030
Guarantor: MURREY, STEWART L  Insurance: Carelon CC Commercial
Referring: Sean Bolton
Appointment Facility: APLA Health & Wellness - David Geffen Center

02/03/2025                                                BH LW: Lilia Santoyo, LCSW
Check In: 03:04 PM PST Check Out: 04:20 PM PST

## Reason for Appointment
1. 02/03/2025 OK FOR BH -JT -

## Vital Signs

## Assessments
1. Generalized anxiety disorder - F41.1 (Primary)

## Visit Codes
- 90834 Tele Therapy 45 min. Modifiers: 95

## Follow Up
1 Week

## Care Plan Details
**Problem** BH Progress Note - Established Client
**\*Clinician**
    **\*Services provided by:** Lilia Santoyo, LCSW
    **Location services provided:** Other
    **Describe other:** Telehealth
**\*Session time**
    **\*Session start time** 3:04 p.m.
    **\*Session end time** 3:45 p.m.
    **\*Duration** 41 min
**\*Special Service Needs**
    **\*Client seen alone?** Yes
**\*Stressors / Significant Changes in Client's Condition**
    **\*Significant change from last visit** No
    **\*Client present as a risk to self or others?** No
**Risk & Safety Assessment**
    **\*Current risk or safety concerns** None Noted
**\*Relevant Medical Conditions**
    **\*HIV Status** HIV Negative
**\*Current issues, topics, stressors**
    **\*Current issues, topics, stressors** Client presented with pleasant mood, congruent affect, average grooming, coherent thought, normal speech, and a/o x4. Client reported doing well today, as his legal cases are moving forward. he reports ability to sleep and ability to manage anxiety.
**\*Therapeutic interventions &amp; response**
    **\*Therapeutic interventions & response** Provided empathic listening, addressed symptom management, and self-care via CBT. Client shared that he has been doing okay. He shared being able to sleep which helps him manage his anxiety and thoughts during the day regarding his legal cases, and completing tasks. He reports concern over current actions by the new administration and indicated that he is also managing his thoughts to not increase fear.
**\*Progress toward goals**
    **\*Progress toward goals** Mild progress. Client reports decrease in symptoms and improved ability to manage thoughts and sleep.
**\*Referrals &amp; Plan**

MURREY, STEWART L **DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 02/03/2025

**Plan (objectives for next session, homework, consultation/care coordination needs, follow up)** Client will be seen next week to report on continued symptoms management
**\*Treatment plan modification indicated?** No
**\*Next appointment:** Weekly appointment set

Electronically signed by Lilia Santoyo , LCSW on 02/07/2025 at 09:18 AM PST
Sign off status: Completed
Visit Status: CHK (Check Out)

APLA Health & Wellness - David Geffen Center
611 S KINGSLEY DR
LOS ANGELES, CA 90005-2500
Tel: 213-201-1600
Fax: 888-749-9436

**Progress Note: Lilia Santoyo, LCSW    02/03/2025**

Generated for Printing/Faxing/eTransmitting on: 04/08/2025 02:17 PM PDT

MURREY, STEWART L **DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 01/13/2025

# APLAHealth

MURREY, STEWART L
50 Y old Male, DOB: 06-04-1974
Account Number: 70158
1210 Wilshire Blvd, APT 3655, Santa Monica, CA 90403
Home: 424-428-8401
Guarantor: MURREY, STEWART L   Insurance: Carelon CC Commercial
Referring: Sean Belleau
Appointment Facility: APLA Health & Wellness - David Geffen Center

01/13/2025                                                                BH FV: Lilia Santoyo, LCSW
Check In: 03:02 PM PST Check Out: 05:10 PM PST

## Reason for Appointment
1.  01/13/2025 OK FOR BH -JT -

## Vital Signs

## Assessments
1.  Generalized anxiety disorder - F41.1 (Primary)

## Visit Codes
* 90834 Tele Therapy 45 min. Modifiers: 95

## Follow Up
1 Week

## Care Plan Details
**Problem**  BH Progress Note - Established Client
**\*Clinician**
  **\*Services provided by:** Lilia Santoyo, LCSW
  **Location services provided:** Other
  **Describe other:** Telehealth
**\*Session time**
  **\*Session start time** 3:03 p.m.
  **\*Session end time** 3:43 p.m.
  **\*Duration** 40 min
**\*Special Service Needs**
  **\*Client seen alone?** Yes
**\*Stressors / Significant Changes in Client's Condition**
  **\*Significant change from last visit** No
  **\*Client present as a risk to self or others?** No
**Risk & Safety Assessment**
  **\*Current risk or safety concerns** None Noted
**\*Relevant Medical Conditions**
  **\*HIV Status** HIV Negative
**\*Current issues, topics, stressors**
  **\*Current issues, topics, stressors** Client presented with pleasant mood, congruent affect, average grooming, coherent thought, normal speech, and a/o x4. Client shared having some anxiety due to his father's health, but shared slight decrease in symptoms and improved ability to sleep.
**\*Therapeutic interventions &amp; response**
  **\*Therapeutic interventions & response** Provided empathic listening, discussed recent anxiety, normalized anxiety, and continued decrease in symptoms via CBT. Client reported that he has noticed a difference as he has tried to limit his screen time. He reports still waking up at night, but it is les frequent and he is able to go back to sleep. He shared that his anxiety has shifted a bit due to his parents' health concerns. Client agreed to continue to monitor his screen time and sleep.
**\*Progress toward goals**
  **\*Progress toward goals** Mild progress. Client reports decrease in sleep disturbances, but is unsure of actual progress on issue as anxiety has shifted due to concerns with his father's health.
**\*Referrals &amp; Plan**

URREY, STEWART L DOB: Jun 4, 1974 (50 yo M) Acc No. 70158

MURREY, STEWART L DOB: 06/04/1974 (50 yo M) ACC NO. 70158 DOS: 01/13/2025

**Plan (objectives for next session, homework, consultation/care coordination needs, follow up)** Client will be seen in two weeks to report on his sleep, paranoia, and anxiety.
**\*Treatment plan modification indicated?** No
**\*Next appointment:** Weekly appointment set

Electronically signed by Lilia Santoyo , LCSW on 01/14/2025 at 11:32 AM PST

Sign off status: Completed

Visit Status: CHK (Check Out)

APLA Health & Wellness - David Geffen Center
611 S KINGSLEY DR
LOS ANGELES, CA 90005/2509
Tel: 213-201-1600
Fax: 888-736-9359

**Progress Note: Lilia Santoyo, LCSW   01/13/2025**

Generated for Printing/Faxing/eTransmitting on: 04/08/2025 02:17 PM PDT

MURREY, STEWART L **DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 12/23/2024



MURREY, STEWART L

50 Y old Male, DOB: 06/04/1974
Account Number: 70158
1211 Wilshire Blvd, APT 3655, Santa Monica, CA 90401
Home: 323-478-3057
Guarantor: MURREY, STEWART L   Insurance: Carelon CC Commercial
Referring: Sean Rideau
Appointment Facility: APLA Health & Wellness - David Geffen Center

12/23/2024                                                   BH IV: Lilia Santoyo, LCSW
Check In: 03:12 PM PST Check Out: 03:49 PM PST

## Reason for Appointment
1. 12/23/2024 OK FOR BH -JT -

## Vital Signs

## Assessments
1. Generalized anxiety disorder - F41.1 (Primary)

## Visit Codes
- 90832 Tele Therapy 30 min. Modifiers: 95

## Follow Up
2 Weeks

## Care Plan Details
**Problem** BH Progress Note - Established Client
**\*Clinician**
   **\*Services provided by:** Lilia Santoyo, LCSW
   **Location services provided:** Other
   **Describe other:** Telehealth
**\*Session time**
   **\*Session start time** 3:12 p.m.
   **\*Session end time** 3:47 p.m.
   **\*Duration** 35 min
**\*Special Service Needs**
   **\*Client seen alone?** Yes
**\*Stressors / Significant Changes in Client's Condition**
   **\*Significant change from last visit** No
   **\*Client present as a risk to self or others?** No
**Risk & Safety Assessment**
   **\*Current risk or safety concerns** None Noted
**\*Relevant Medical Conditions**
   **\*HIV Status** HIV Negative
**\*Current issues, topics, stressors**
   **\*Current issues, topics, stressors** Client presented with pleasant mood, congruent affect, average grooming, coherent thought, normal speech, and a/o x4. Client reported decrease in nightmares, but reported waking up throughout the night and nothing times and drawing the moon. Client reports decrease in symptoms but recent event outside the courthouse that set off some non-bizarre paranoia.
**\*Therapeutic interventions &amp; response**
   **\*Therapeutic interventions & response** Provided empathic listening, explored recent event, continued self-care, and coping via CBT. Client shared that he is doing okay, but reported being filmed after leaving court last Tuesday. He shared that he recorded them back. He shared that the incident triggered some paranoia around his legal case. Client states having some protection against being filmed but shares that he just cannot simply relax. He indicated that he is mindful of his time on the computer and has been able to manage most of the anxiety. He added that he will be participating in some holiday outings and will be away with his parents for New Year's
**\*Progress toward goals**
   **\*Progress toward goals** Minimal progress. Client reports decrease in sleep nightmares, but still has disturbed sleep. He is mindful of his time online, and has been able to manage most of the paranoia surrounding his legal case.

URREY, STEWART L DOB: Jun 4, 1974 (50 yo M) Acc No. 70158

MURREY, STEWART L **DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 12/23/2024

**\*Referrals &amp; Plan**

**Plan (objectives for next session, homework, consultation/care coordination needs, follow up)** Client will be seen in two weeks to report on his sleep, paranoia, and anxiety.
**\*Treatment plan modification indicated?** No
**\*Next appointment:** Weekly appointment set

Electronically signed by Lilia Santoyo , LCSW on 12/23/2024 at 04:14 PM PST

Sign off status: Completed

Visit Status: CHK (Check Out)

APLA Health & Wellness - David Geffen Center
611 S KINGSLEY DR
LOS ANGELES, CA 90005-2530
Tel: 213-201-6600
Fax: 888-736-9436

**Progress Note: Lilia Santoyo, LCSW    12/23/2024**

Generated for Printing/Faxing/eTransmitting on: 04/08/2025 02:17 PM PDT

MURREY, STEWART L **DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 12/16/2024

# APLAHealth

MURREY, STEWART L
50 Y old Male, DOB: 06-04-1974
Account Number: 70158
1217 Wilshire Blvd, APT 3055, Santa Monica, CA 90403
Home: 424-278-3017
Guarantor: MURREY, STEWART L    Insurance: Carelon CC Commercial
Referring: Sean Boileau
Appointment Facility: APLA Health & Wellness - David Geffen Center

BH TV: Lilia Santoyo, LCSW

12/16/2024
Check In: 03:13 PM PST Check Out: 03:53 PM PST

## Reason for Appointment
1. 12/16/2024 OK FOR BH ~JT ~

## Vital Signs

## Assessments
1. Generalized anxiety disorder - F41.1 (Primary)

## Visit Codes
- 90834 Tele Therapy 45 min. Modifiers: 95

## Follow Up
1 Week

## Care Plan Details
**Problem** BH Progress Note - Established Client
**\*Clinician**
    **\*Services provided by:** Lilia Santoyo, LCSW
    **Location services provided:** Other
    **Describe other:** Telehealth
**\*Session time**
    **\*Session start time** 3:13 p.m.
    **\*Session end time** 3:53 p.m.
    **\*Duration** 40 min
**\*Special Service Needs**
    **\*Client seen alone?** Yes
**\*Stressors / Significant Changes in Client's Condition**
    **\*Significant change from last visit** No
    **\*Client present as a risk to self or others?** No
**Risk & Safety Assessment**
    **\*Current risk or safety concerns** None Noted
**\*Relevant Medical Conditions**
    **\*HIV Status** HIV Negative
**\*Current issues, topics, stressors**
    **\*Current issues, topics, stressors** Client presented with pleasant mood, congruent affect, average grooming, coherent thought, normal speech, and a/o x4. client reports continued struggle with nightmares, and some paranoia when outdoors. Client added that he is still spending time on social media.
**\*Therapeutic interventions &amp; response**
    **\*Therapeutic interventions & response** Provided empathic listening, addressed continued nightmares, anxiety/fear, inability to limit time online, and impact on interpersonal relationships via CBT. Client shared that he is still bothered by the nightmares and agreed to write them down to further address/process. In addition, he indicated that he is still spending about six hours online. He shared that some of it is his own work, but he still goes on to the negative platforms. Client stated that he will seek to limit himself and spend time on alternate media. He agreed that the smear campaign against him has taken a toll on his personal relationships with family and love life. He stated having limited support on the issue from his family.
**\*Progress toward goals**

URREY, STEWART L DOB: Jun 4, 1974 (50 yo M) Acc No. 70158

MURREY, STEWART L **DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 12/16/2024

**\*Progress toward goals**   Minimal progress. Client reports continued ability to sleep but is also experiencing nightmares. He has also not been able to limit his online time which has severely impacted his interpersonal relationships.
**\*Referrals &amp; Plan**
    **Plan (objectives for next session, homework, consultation/care coordination needs, follow up)**   Client will be seen next week to report on progress with sleep and time limits online.
    **\*Treatment plan modification indicated?**   No
    **\*Next appointment:**   Weekly appointment set

Electronically signed by Lilia Santoyo , LCSW on 12/16/2024 at 10:17 PM PST

Sign off status: Completed

Visit Status:  CHK (Check Out)

APLA Health & Wellness - David Geffen Center
611 S KINGSLEY DR
LOS ANGELES, CA 90005-2559
Tel: 213-201-1600
Fax: 888-736-0436

**Progress Note: Lilia Santoyo, LCSW   12/16/2024**

Generated for Printing/Faxing/eTransmitting on: 04/08/2025 02:17 PM PDT

MURREY, STEWART L **DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 12/09/2024

# APLAHealth

MURREY, STEWART L
50 y old Male DOB: 06-04-1974
Account Number: 70158
120¹ Wilshire Blvd, APT 3655, Santa Monica, CA 90403
Phone: 424-2⁴8-900¹
Guarantor: MURREY, STEWART L   Insurance: Carelon CA Commercial
Referring: Sean Boileau
Appointment Facility: APLA Health & Wellness - David Geffen Center

12/09/2024                                                BH PV: Lilia Santoyo, LCSW
Check Out: 12:58 PM PST

**Vital Signs**

**Assessments**
   1. Generalized anxiety disorder - F41.1 (Primary)

**Visit Codes**
   • 90834 Tele Therapy 45 min. Modifiers: 95

**Follow Up**
   1 Week

**Care Plan Details**
   **Problem**  BH Progress Note - Established Client
*Clinician
   *Services provided by:** Lilia Santoyo, LCSW
   **Location services provided:** Other
   **Describe other:** Telehealth
*Session time
   *Session start time** 12:09 p.m.
   **Session end time** 12:55 p.m.
   **Duration** 46 min
*Special Service Needs
   *Client seen alone?** Yes
*Stressors / Significant Changes in Client's Condition
   *Significant change from last visit** No
   *Client present as a risk to self or others?** No
Risk & Safety Assessment
   *Current risk or safety concerns** None Noted
*Relevant Medical Conditions
   *HIV Status** HIV Negative
*Current issues, topics, stressors
   *Current issues, topics, stressors** Client presented with pleasant mood, congruent affect, average grooming, coherent thought, normal speech, and a/o x4. Client reported doing okay. He indicated that his sleep is good , yet he has been having vivid nightmares.
*Therapeutic interventions &amp; response
   *Therapeutic interventions & response** Provided empathic listening, discussed the most recent nightmare, anxiety/fear, and coping strategies via CBT. Client indicated that the tend to be filled with doom and dread. He shared that in one of the nightmares his computer devices were taken away and he could not meet his goal without it. He also dreamed that his computer shrunk. He indicated that he spends most of his time doing research on his computer which also he tends to navigate into the negative platforms and see the stuff that random strangers write about him. Client shared that he likes gardening as it helps his mood, but also agreed to set limits on his time spent on the computer to help decrease his anxiety.
*Progress toward goals
   *Progress toward goals** Mild progress. Client reports some improvement with sleep, yet he is having vivid dreams that are anxiety provoking. He is struggling to manage his time spent reading negative comments.
*Referrals &amp; Plan
   **Plan (objectives for next session, homework, consultation/care coordination needs, follow up)** Client will be seen next week to report on progress with sleep and time limits with his computer.

MURREY, STEWART L **DOB:** 06/04/1974 (50 yo M)  **Acc No.** 70158 **DOS:** 12/09/2024

**\*Treatment plan modification indicated?** No
**\*Next appointment:** Weekly appointment set

Electronically signed by Lilia Santoyo , LCSW on 12/12/2024 at 10:02 AM PST

Sign off status: Completed

Visit Status: CHK (Check Out)

APLA Health & Wellness - David Geffen Center
611 S KINGSLEY DR
LOS ANGELES, CA 90005-2310
Tel: 213-201-1600
Fax: 888-736-9456

**Progress Note: Lilia Santoyo, LCSW   12/09/2024**

**MURREY, STEWART L DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 12/02/2024

# APLAHealth

MURREY, STEWART L
50 Y old Male DOB: 06/04/1974
Account Number: 70158
611 Wilshire Blvd, APT 3033, Santa Monica, CA 90401
Phone: 323-278-4007
Guarantor: MURREY, STEWART L   Insurance: Carefirst Commercial
Referring: Sean Boileau
Appointment Facility: APLA Health & Wellness - David Geffen Center

12/02/2024                                             BH TV: Lilia Santoyo, LCSW
Seck In: 02:57 PM PST Check Out: 03:55 PM PST

## Reason for Appointment
1. 12/02/2024 OK FOR BH - JT

## Vital Signs

## Assessments
1. Generalized anxiety disorder – F41.1 (Primary)

## Visit Codes
- 90834 Tele Therapy 45 min. Modifiers: 95

## Follow Up
1 Week

## Care Plan Details
**Problem** BH Progress Note - Established Client
**\*Clinician**
   **\*Services provided by:** Lilia Santoyo, LCSW
   **Location services provided:** Other
   **Describe other:** Telehealth
**\*Session time**
   **\*Session start time** 3:05 p.m.
   **\*Session end time** 3: 53 p.m.
   **\*Duration** 48 min
**\*Special Service Needs**
   **\*Client seen alone?** Yes
**\*Stressors / Significant Changes in Client's Condition**
   **\*Significant change from last visit** No
   **\*Client present as a risk to self or others?** No
**Risk & Safety Assessment**
   **\*Current risk or safety concerns** None Noted
**\*Relevant Medical Conditions**
   **\*HIV Status** HIV Negative
**\*Current issues, topics, stressors**
   **\*Current issues, topics, stressors** Client presented with pleasant mood, congruent affect, average grooming, coherent thought, normal speech, and a/o x4. Client reports slightly improved sleep as he has unplugged the internet from his room at night. He reports still having some fallout with family over the situation with the website and allegations.
**\*Therapeutic interventions &amp; response**
   **\*Therapeutic interventions & response** Provided empathic listening, validated concerns over family's opinions of the situation, managing anxiety, and decrease paranoia when being outdoors via CBT. Client reported feeling slightly better as sleep helps him manage the negative thinking. He added that he does go out but is still very cautious. He shared that he has gone on the chats and reports getting negative judging comments that do bother him, but he is able to not engage further.
**\*Progress toward goals**
   **\*Progress toward goals** Mild progress. Client reports ability to sleep and manage some of the anxiety related to legal issue. He is still looking into the comments which continue to take of his mental peace,
**\*Referrals &amp; Plan**

URREY, STEWART L DOB: Jun 4, 1974 (50 yo M) Acc No. 70158

MURREY, STEWART L **DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 12/02/2024

**Plan (objectives for next session, homework, consultation/care coordination needs, follow up)** Client will be seen next week to report on progress with sleep and avoiding social media comments.
**\*Treatment plan modification indicated?** No
**\*Next appointment:** Weekly appointment set

Electronically signed by Lilia Santoyo , LCSW on 12/03/2024 at 10:39 AM PST
Sign off status: Completed
Visit Status: CHK (Check Out)

APLA Health & Wellness - David Geffen Center
611 S KINGSLEY DR
LOS ANGELES, CA 90005-3510
Tel: 213-201-1600
Fax: 888-736-9430

**Progress Note: Lilia Santoyo, LCSW    12/02/2024**

Generated for Printing/Faxing/eTransmitting on: 04/08/2025 02:17 PM PDT

MURREY, STEWART L **DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 11/18/2024



MURREY, STEWART L

50 Y old Male, DOB: 06/04/1974
Account Number: 70158
1427 Wilshire Blvd. APT 3055, Santa Monica, CA 90403
Home: 424-258-9017
Guarantor: MURREY, STEWART L    Insurance: Careington CC Commercial
Referring: Sean Beilen
Appointment Facility: APLA Health & Wellness - David Geffen Center

11/18/2024
Check Out: 03:40 PM PST

BH TV: Lilia Santoyo, LCSW

## Reason for Appointment
1. 11/18/2024 OK FOR BH -JT -

## Vital Signs

## Assessments
1. Generalized anxiety disorder - F41.1 (Primary)

## Visit Codes
- 90834 Tele Therapy 45 min. Modifiers: 95

## Follow Up
2 Weeks

## Care Plan Details
**Problem**  BH Progress Note - Established Client
**\*Clinician**
**\*Services provided by:** Lilia Santoyo, LCSW
**Location services provided:** Other
**Describe other:** Telehealth
**\*Session time**
**\*Session start time** 3:08 p.m.
**\*Session end time** 3:47 p.m.
**\*Duration** 39 min
**\*Special Service Needs**
**\*Client seen alone?** Yes
**\*Stressors / Significant Changes in Client's Condition**
**\*Significant change from last visit** No
**\*Client present as a risk to self or others?** No
**Risk & Safety Assessment**
**\*Current risk or safety concerns** None Noted
**\*Relevant Medical Conditions**
**\*HIV Status** HIV Negative
**\*Current issues, topics, stressors**
**\*Current issues, topics, stressors** Client presented with pleasant mood, congruent affect, average grooming, coherent thoughts, and a/o x4. Client reports trouble with sleep due to smear campaign via Facebook. He reports trouble with panic attacks and anxiety since then. At this time he reports medication and healthy diet have helped manage most of the anxiety, but currently struggles inability to sleep.
**\*Therapeutic interventions &amp; response**
**\*Therapeutic interventions & response** Provided empathic listening, explored other coping strategies, nighttime routine, and decrease in time spent online via CBT. Client shared that he tries to limit his time online, but it is difficult as his life has been turned upside down by others who write things about him anonymously. In addition, he shared that he does research online which at times leads to him going on to the other sites. Client agreed to try and avoid screen time at night and to have his phone away from his nightstand to avoid scrolling when he wakes up in the middle of the night.
**\*Progress toward goals**
**\*Progress toward goals** Minimal progress. Client was seen by current therapist for the first time. Client reports some coping strategies but struggles with sleep.

MURREY, STEWART L **DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 11/18/2024

**\*Referrals &amp; Plan**

    **Plan (objectives for next session, homework, consultation/care coordination needs, follow up)** Client will be seen in two weeks to reports on symptom management and limiting screen time at night.

    **\*Treatment plan modification indicated?** No

    **\*Next appointment:** Weekly appointment set

**Care Pathway**

    **\*Problems/Diagnoses Identified:** Anxiety

Electronically signed by Lilia Santoyo , LCSW on 01/01/2025 at 10:45 PM PST

Sign off status: Completed

Visit Status: CHK (Check Out)

APLA Health & Wellness - David Geffen Center
611 S KINGSLEY DR
LOS ANGELES, CA 90005-2319
Tel: 213-201-1600
Fax: 888-736-0436

**Progress Note: Lilia Santoyo, LCSW   11/18/2024**

Generated for Printing/Faxing/eTransmitting on: 04/08/2025 02:17 PM PDT

**MURREY, STEWART L DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 10/30/2024

**BH Initial TV**

**Patient:** MURREY, STEWART L
**Account Number:** 70158
**DOB:** 06/04/1974 **Age:** 50 Y **Sex:** Male
**Phone:** 424-278-3017
**Address:** 1217 Wilshire Blvd, APT 3655, Santa Monica, CA-90403
**Check In:** 03:11 PM PST **Check Out:** 04:00 PM PST

**Provider:** Lisa Bendimez, PsD
**Date:** 10/30/2024

## Subjective:
**Chief Complaints:**
  1. 10/30/24 OK FOR BH -JT -.
**HPI:**
  Depression Screening:
    GAD-7 (2018 Edition)
      Feeling nervous, anxious, or on edge *Nearly every day*
      Not being able to stop or control worrying *Nearly every day*
      Worrying too much about different things *Nearly every day*
      Trouble relaxing *Nearly every day*
      Being so restless that it is hard to sit still *Nearly every day*
      Becoming easily annoyed or irritable *Nearly every day*
      Feeling afraid as if something awful might happen *Nearly every day*
      Total GAD-7 Score *21*
      If you checked any problems, how difficult have they made it for you to do your work, take care of things at home, or get along with other people? *Extremely difficult*
      Interpretation of Total *(15 and over) Severe*
  Depression Screening:
    PHQ-9
      Little interest or pleasure in doing things *Nearly every day*
      Feeling down depressed or hopeless *Nearly every day*
      Trouble falling or staying asleep or sleeping too much *Nearly every day*
      Feeling tired or having little energy *Nearly every day*
      Poor appetite or overeating *Nearly every day*
      Feeling bad about yourself or that you are a failure or have let yourself or your family down *Nearly every day*
      Trouble concentrating on things such as reading the newspaper or watching television *Nearly every day*
      Moving or speaking so slowly that other people could have noticed or the opposite being so fidgety or restless that you have been moving around a lot more than usual *Nearly every day*
      Thoughts that you would be better off dead or of hurting yourself in some way *Not at all*
      Total Score *24*
      Interpretation *Severe Depression*
**Medical History:**
**Social History:**
  Drug/Alcohol:
    DAST-10 (2021 Edition)
      1. Have you used drugs other than those required for medical reasons? *No*
      2. Do you abuse more than one drug at a time? *No*
      3. Are you always able to stop using drugs when you want to? *Yes*
      4. Have you had blackouts or flashbacks as a result of drug use? *No*
      5. Do you ever feel bad or guilty about your drug use? *No*
      6. Does your spouse (or parents) ever complain about your involvement with drugs? *No*
      7. Have you neglected your family because of your use of drugs? *No*
      8. Have you engaged in illegal activities in order to obtain drugs? *No*
      9. Have you ever experienced withdrawal symptoms (felt sick) when you stopped taking drugs? *No*
      10. Have you had medical problems as a result of your drug use (e.g., memory loss, hepatitis, convulsions, bleeding etc.)? *No*
      Results: *0*
      Interpretation of Score: *No problems reported*
  Drugs/Alcohol:
    AUDIT

URREY, STEWART L DOB: Jun 4, 1974 (50 yo M) Acc No. 70158

MURREY, STEWART L **DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 10/30/2024

Total Score: *3*
Interpretation: *Alcohol Education*

# Objective:
Vitals:

# Assessment:
**Assessment:**
1. Generalized anxiety disorder - F41.1 (Primary)

# Plan:
**Treatment:**
**Follow Up:** 1 Week (Reason: Indiv Therapy)

# Billing Information:
**Visit Code:**
90837 Tele Therapy 60 min. Modifiers: 95
**Procedure Codes:**

## Care Plan Details

### Anxiety disorder

| Goal | Objective | Intervention |
|---|---|---|
| G1.ANX: Reduce frequency, intensity, and duration of anxiety to improve daily functioning<br><br>Goal Outcome:In Progress<br><br>Start Date:10/30/2024 | O1.Develop cognitive or behavioral strategies to reduce symptoms and eliminate impairment | I1.Provide individual psychotherapy weekly for three months/12 sessions and reassess |
| | | I2.Assist client with needed referrals, encourage engagement, and monitor for follow through |
| | | I3.Administer GAD-7 to assess anxiety. Readminister quarterly to monitor progress. |
| | | I4.Assess and continuously monitor the severity of the level of impairment to the client's important areas of functioning to determine level of care, duration and scope of treatment, and whether client continues to meet criteria for medical necessity. |
| | | I5.Assess and continuously monitor the efficacy of treatment and the client's engagement in care to determine prognosis and the likelihood of treatment success. |
| | | I6.Coordinate care with client's physicians and other care providers to facilitate the delivery |

MURREY, STEWART L **DOB:** 06/04/1974 (50 yo M) **Acc No.** 70158 **DOS:** 10/30/2024

of safe, appropriate, and effective health care services.

I7. Consistent with treatment model, discuss how cognitive, behavioral, interpersonal, intrapsychic, family history, or other factors contribute to presenting issues and impairment in functioning.

G2.ANX: Learn and implement coping skills that result in a reduction of anxiety and worry, and improve daily functioning

Goal Outcome: In Progress

Start Date: 10/30/2024

O1. Learn to use relaxation, distraction, self-soothing, breathing, and/or guided imagery to reduce symptoms

I1. Assign behavioral interventions designed to counteract impaired functioning (e.g. behavioral activation, assertiveness skills, social interaction, spiritual practices, exercise plan, etc.). Review outcomes in session.

I2. Use mindfulness meditation and techniques to manage symptoms, decrease experiential avoidance, and reduce negative thought processes.

**\*Clinician**
  **\*Services provided by:** Chis Tompkins, AMFT
**\*Session time**
  **\*Session start time** 3:10pm
  **\*Session end time** 4:00pm
  **\*Duration** 50 min
**\*Special Service Needs**
  **\*Client seen alone?** Yes
**\*Presenting Problem/Chief Complaint**
  **\*Current symptoms/behaviors (include onset, intensity, duration):** Ct consented to Telehealth session. Ct was informed at intake that Th is an Associate Marriage and Family Therapist being supervised by a licensed psychologist. Ct consented to therapy with an AMFT. Ct logged on on time and presented with an anxious mood, congruent affect, good grooming, appropriate eye contact, coherent thought process, speech WNL, OX4. Pronouns: he/him Ct reports in 2023 he started noticing people seemed to "talk about him or look at him in public." Ct reports in 2023 he discovered anonymous Facebook accounts about women who falsely said they dated him and started Facebook groups about him. Ct reports the group is called "Are we dating the same guy" with over 300 Facebook accounts involved. Ct reports that he experienced "cyberbullying" and so he contacted the FBI and the LAPD to file a report. Ct reports he was "forced to file a lawsuit" to bring "these people to justice." Ct reports about 4 months ago people found out where he lives and now he's forced to move. Ct reports this "severely traumatic event" has impacted his health and that he's had to go to the doctors multiple time over the past few months. Ct reports this has caused him to lose jobs and his social support. Ct reports he's had to become more private. Ct reports he was also banned from "dating sites" because the people who were cyberbullying him falsely accused him of causing harm. Ct reports they even said he murdered his ex-girlfriend who Ct reports died from cancer in 2018. Ct reports he currently has an active court case that has been going on since June 2023 where he is the plaintiff and there are at least 4 defendants.
**\*Mental Health History**
  **\*Client reports mental health history** Denies/unknown
  **\*Currently taking psychotropic medication?** No
**\*Alcohol / Substance Use**
  **\*Current alcohol / substance use** No
  **\*Past alcohol / substance use** No
**Cultural Considerations**
  **Cultural/religious/spiritual belief systems** Ct reports he's very spiritual and "writes a lot about different religions." Ct reports that he considers himself spiritual and religious.
**Risk & Safety Assessment**

URREY, STEWART L DOB: Jun 4, 1974 (50 yo M) Acc No. 70158

MURREY, STEWART L DOB: 06/04/1974 (50 yo M) Acc No. 70158 DOS: 10/30/2024

**\*Current risk or safety concerns**  Recent trauma exposure;Recent job loss
**Describe any risk/safety concerns marked "yes" including safety measures needed or taken**  Ct reports that he's experienced "extreme cyberbullying" that has been traumatic and caused him to lose jobs because his inability to focus on anything. Ct reports "the event" consumes his entire life and has extreme anxiety.
**\*Relevant Medical Conditions**
  **\*Medical provider**  LA Care
  **\*HIV Status**  HIV Negative
  **\*Non-HIV medical conditions:**  None reported
**\*General Description**
  **\*Grooming & Hygiene**  Average
  **\*Eye Contact**  Normal for culture
  **\*Motor Activity**  Calm
  **\*Speech**  Normal Rate/Flow
  **\*Interactional Style**  Cooperative
  **\*Orientation**  Oriented to Time;Oriented to Place;Oriented to Person;Oriented to Situation
  **\*Memory**  Short term Intact;Long term Intact
**\*Mood &amp; Affect**
  **\*Mood**  Within Normal Limits
  **\*Affect**  Appropriate/Congruent
  **\*Engagement**  Within Normal Limits
**\*Perceptual Disturbances**
  **\*Hallucinations**  None Apparent
  **\*Self-Perceptions**  Within Normal Limits
**\*Thought Process Disturbances**
  **\*Judgment**  Mild Impairment
  **\*Insight**  Adequate Insight
**\*Thought Content Disturbances**
  **\*Delusions**  Paranoid
  **\*Ideations**  Suspicious
  **\*Behavioral Disturbances**  None
  **\*Suicidal**  Denies
  **\*Homicidal**  Denies
  **\*Organization**  Normal/Organized
**\*Summary**
  **\*Appropriateness for Treatment**  Able to engage positively in treatment;Likely to benefit from treatment;Able to understand and communicate;Able to give informed consent;Forthcoming with information
  **\*Prognosis**  Fair
  **\*Treatment Recommendations**  Individual Treatment;Group Therapy;Psychiatric Evaluation;Medication Evaluation
  **\*Strengths**  Able to focus when it's necessary, good cook, self-advocate
  **\*Weaknesses**  Not being able to relax or enjoy life, not staying focused, preoccupied

MURREY, STEWART L DOB: Jun 4, 1974 (50 yo M) Acc No. 70158

Electronically signed by Chris Tompkins on 10/30/2024 at 06:24 PM PDT

This patient has been seen under the direct supervision of Lisa Bendimez, Psy.D., who is in agreement with the treatment plan
Sign off status: Completed
Visit Status:  CHK (Check Out)

Provider: Lisa Bendimez, PsD

Date: 10/30/2024
Generated for Printing/Faxing/eTransmitting on: 04/08/2025 02:17 PM PDT

# PROOF OF SERVICE

I declare as follows:

I am over the age of 18 years, and not a party to this action. My address is 1217 Wilshire Bvd. # 3655, Santa Monica, CA 90403, which is located in the county where the mailing described below took place. On 9 April 2025 I served the foregoing document(s) described as: Dr. Murrey's Motion to Continue Trial Date to Admit Newly Obtained Evidence, Declaration and Proposed Order in the matter of Dr. Murrey v. Blalock (Federal Bankruptcy Case No. 24-ap-01152-BR) to:

Amy Lynne Blalock
1001 Gayley Ave. # 24381
Los Angeles, CA 90024
Tel. (310) 569-6182
Email: amyblalock@gmail.com

I served a true copy of the document(s) above:

[ ] By United States mail. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) mentioned above and:

[ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage full prepaid.

[ X ] By e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[  ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on 9 April 2025 at Los Angeles, California.

Declarant