

FILED & ENTERED

APR 10 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>AMY LYNNE BLALOCK,<br><br>Debtor. | Case No.: 2:24-bk-12532-BR<br><br>Chapter 7<br><br>Adv. No. 2:24-ap-01152-BR |
| STEWART LUCAS MURREY,<br><br>Plaintiff,<br><br>v.<br><br>AMY LYNNE BLALOCK,<br><br>Defendant. | **ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE TRIAL DATE** |

This matter is before the Court on "Plaintiff Dr. Murrey's Motion To Continue Trial Date To Admit Newly Obtained Evidence" filed on April 9, 2025 (Docket No. 62).

The Court has reviewed the motion, declaration and attached exhibits. This motion, on its face, is totally without merit. Movant has been told repeatedly by the Court that his alleged damages will not be the subject of the trial scheduled for May 6, 2025.

1

No good cause having been shown, the motion is **DENIED**.

### 

Date: April 10, 2025

Barry Russell
United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd #3655
Santa Monica, CA 90403

Amy Lynne Blalock
1001 Gayley Ave #24381
Los Angeles, CA 90024

☐ Service information continued on attached page

Date:  4/10/2025    Signature: _____

Deputy Clerk [printed name]: STACEY FORTIER

CACB Rev. June 2016