United States Bankruptcy Court

Central District of California

Murrey,
    Plaintiff

Blalock,
    Defendant

Adv. Proc. No. 24-01152-BR

# CERTIFICATE OF NOTICE

District/off: 0973-2　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 1 of 1
Date Rcvd: Apr 10, 2025　　　　　　　　Form ID: pdf031　　　　　　　　　　　Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol　　　Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Amy Lynne Blalock, 1001 Gayley Ave #24381, Los Angeles, CA 90024-3464 |
| pla | + | Dr. Stewart Lucas Murrey, 1217 Wilshire Blvd #3655, Santa Monica, CA 90403-5466 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2025　　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Howard M Ehrenberg (TR) | ehrenbergtrustee@gmlaw.com<br>ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 2

**FILED & ENTERED**

APR 10 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>AMY LYNNE BLALOCK,<br><br>                              Debtor.<br><br>―――――――――――――――<br><br>STEWART LUCAS MURREY,<br><br>                              Plaintiff,<br><br>     v.<br><br>AMY LYNNE BLALOCK,<br><br>                              Defendant. | Case No.: 2:24-bk-12532-BR<br><br>Chapter 7<br><br>Adv. No. 2:24-ap-01152-BR<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE TRIAL DATE** |

This matter is before the Court on "Plaintiff Dr. Murrey's Motion To Continue Trial Date To Admit Newly Obtained Evidence" filed on April 9, 2025 (Docket No. 62).

The Court has reviewed the motion, declaration and attached exhibits. This motion, on its face, is totally without merit. Movant has been told repeatedly by the Court that his alleged damages will not be the subject of the trial scheduled for May 6, 2025.

1

1  No good cause having been shown, the motion is **DENIED.**

2  ###

25  Date: April 10, 2025

Barry Russell
United States Bankruptcy Judge

2

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd #3655
Santa Monica, CA 90403


Amy Lynne Blalock
1001 Gayley Ave #24381
Los Angeles, CA 90024


☐ Service information continued on attached page

Date: __4/10/2025__    Signature: _____[signature]_____

Deputy Clerk [printed name]: STACEY FORTIER

CACB Rev. June 2016