Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (424) 278-3017
Email: 2@lucasmurrey.io
Website: lucasmurrey.com
SocialMedia: sickoscoop.com/lucas

Plaintiff & Plaintiff in Pro Se

FILED
APR 21 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>　　　　Debtor,<br><br>DR. STEWART LUCAS MURREY, an individual;<br>　　　　Plaintiff,<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>　　　　Defendant. | Adversary Complaint Case No. 24-ap-01152-BR<br>[Assigned to: Hon. Judge Barry Russell]<br><br>**PLAINTIFF DR. STEWART LUCAS MURREY'S DECLARTION IN SUPPORT OF HIS MOTION TO CONTINUE TRIAL DATE TO ADMIT PLAINTIFF'S DECLARATION AS AN EXHIBIT FOR TRIAL**<br><br>Hearing Date:<br>Hearing Time:<br>Courtroom:　　1668<br>Judge:　　　　Hon. Barry Russell |

## DECLARATION OF DR. LUCAS MURREY

I, Dr. Lucas Murrey, declare:

1. That I am the plaintiff in this action; that I am over the age of 18 years and that I have personal knowledge of the facts contained in this declaration. If called upon to testify I could and would testify competently as to the truth of the facts stated herein.

- 1 -

PLAINTIFF'S DECLARATION

2. This declaration is submitted in support of plaintiff's motion to continue the trial date currently set for 6 May 2025.

3. A true and correct copy of my own testimony and declaration to be admitted for trial as an exhibit in and of itself is hereto attached as Exhibit 1.

I declare that under penalty of perjury under the laws of the United States that the foregoing is true and correct; executed on 18 April 2025 in Los Angeles, California.

DR. STEWART LUCAS MURREY

PLAINTIFF'S DECLARATION

# EXHIBIT 1

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (424) 278-3017
Email: 2@lucasmurrey.io
Website: lucasmurrey.com
SocialMedia: sickoscoop.com/lucas

Plaintiff & Plaintiff in Pro Se

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>　　　　Debtor,<br><br>DR. STEWART LUCAS MURREY, an individual;<br>　　　　Plaintiff,<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>　　　　Defendant. | Adversary Complaint Case No. 24-ap-01152-BR<br>[Assigned to: Hon. Judge Barry Russell]<br><br>**PLAINTIFF DR. STEWART LUCAS MURREY'S DECLARTION**<br><br>Courtroom:　1668<br>Judge:　Hon. Barry Russell |

### DECLARATION OF DR. LUCAS MURREY

I, Dr. Lucas Murrey, declare:

1. That I am the plaintiff in this action; that I am over the age of 18 years and that I have personal knowledge of the facts contained in this declaration. If called upon to testify I could and would testify competently as to the truth of the facts stated herein.

- 1 -

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (424) 278-3017
Email: 2@lucasmurrey.io
Website: lucasmurrey.com
SocialMedia: sickoscoop.com/lucas

Plaintiff & Plaintiff in Pro Se

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>　　　　Debtor,<br><br>DR. STEWART LUCAS MURREY, an individual;<br>　　　　Plaintiff,<br><br>MS. AMY LYNNE BLALOCK, an individual;<br>　　　　Defendant. | Adversary Complaint Case No. 24-ap-01152-BR<br>[Assigned to: Hon. Judge Barry Russell]<br><br>**PLAINTIFF DR. STEWART LUCAS MURREY'S DECLARTION**<br><br>Courtroom:　　1668<br>Judge:　　　　Hon. Barry Russell |

**DECLARATION OF DR. LUCAS MURREY**

I, Dr. Lucas Murrey, declare:

1. That I am the plaintiff in this action; that I am over the age of 18 years and that I have personal knowledge of the facts contained in this declaration. If called upon to testify I could and would testify competently as to the truth of the facts stated herein.

- 1 -

PLAINTIFF'S DECLARATION

2. I received my Doctorate of Philosophy (Ph.D) from Yale University in 2011, I have published two books and various articles, I am presently writing new books, articles, etc. and I join my voice to lawful and peaceful protests supporting civil rights for all peoples everywhere. Based upon these achievements I use the title doctor in front of my name.

3. In early 2023 I began to notice strangers acting erratic e.g. identifying and snickering at me at everyday places including, but not limited to everyday grocery stores. The frequency of this harassing behavior toward my person soon increased rapidly.

4. By approximately the spring of 2023 I received anonymous communications alerting me to harmful postings about my person on Facebook, including, but not limited to Facebook "Are We Dating The Same Guy?" ("AWDTSG") groups with tens of millions of users by over three-hundred (300) Facebook accounts.

5. Around this time I also received anonymous communications with login credentials to some of the Facebook groups with postings about my person.

6. Among the hundreds of harassing and harmful comments about my person that I found are those made by defendant Ms. Amy Blalock.

PLAINTIFF'S DECLARATION

7. Ms. Blalock's comments aggressively portrayed me as serial killer. She stated: "I'm afraid if there's any missing women in LA – he [plaintiff] has something to do with it."

8. Ms. Blalock stated that I sought to murder women as a "SECOND LOCATION!".

9. Ms Blalock stated that: "He's [plaintiff] going to end up on Dateline one day." Dateline is a popular TV show that portrays true crime serial killers.

10. Ms. Blalock conspired with others on Facebook et al. to profit from a documentary about my person as a con artist and serial killer.

11. Ms. Blalock stated: "We could all share our stories on the documentary like the Tinder Swindler." *The Tinder Swindler* is a popular true crime Netflix documentary about an Israeli criminal who stole large amounts of money from several people and who committed various other serious crimes.

12. Ms. Blalock also stated that she had gone on a date with me wherein she shamelessly invaded my privacy by secretly filming me without my consent and wherein she alleged that I violently grabbed her phone(s).

13. Ms. Blalock stated: "I have a work phone and personal phone. I put them stacked on the bar in front of me and one of them was recording. About 5 mins into sitting there, he grabbed both of my phones and was like 'let me

- 3 -

PLAINTIFF'S DECLARATION

see these' and I was like OH SHIT, I'm caught but luckily I got the phones away from him."

14. All of Ms. Blalock's statements about me are false.

15. Ms. Blalock further published with others a harmful statement claiming that I stalked and harmed a woman Elly Shariat on her GoFundMe webpage which Ms. Blalock and her co-conspirators promoted on national and international news media outlets to billions of viewers and from which Ms. Blalock profited.

16. All of these statements are false.

17. Ms. Blalock confirmed her statements on Facebook and GoFundMe in her verified discovery responses. This includes, but is not limited to her response to my requests for admission no. 13, 15, 17 verified on 7 November 2024.

18. Ms. Blalock's harmful statements belong to a harassing and defamatory cyber-attack on my person that involve over 300 Facebook accounts, often anonymous and/or fake, wherein other such similar statements were made that include, but are not limited to: "public records show" [that plaintiff has] involvement in [a] MURDER case of his ex[-]wife", is "suspected of murder"; [h]as several domestic violence charges filed against him"; is an "abusive murderer"; "[has] "[f]iled […] court cases against women […] trying to extort money from them"; "has committed fraud"; "has acted

- 4 -

PLAINTIFF'S DECLARATION

fraudulently", "has STDs", has an "ex-wife who [he] killed"; "claim[s] he is an attorney"; and that plaintiff is listed on the California court's public record as being a "vexatious litigant".

19. All of these statements are also false; the women involved in this attack are unknown to me; and I certainly have never been in a committed romantic relationship with any of them.

20. Further, I have never been charged, much less convicted of any crime my entire life.

21. After I discovered Ms. Blalock's statements and the severe cyber-bullying of my person and reputation on Facebook in 2023 I contacted and informed Facebook and reported said statements to the LAPD and FBI prior to filing a state lawsuit that is currently pending (See LASC case no. 23STCV14890).

22. After I filed said state lawsuit I located and served Ms. Blalock. I then propounded discovery on Ms. Blalock the deadline to which stayed by filing an anti-SLAPP motion to strike. Although Ms. Blalock's anti-SLAPP motion was denied, instead of providing a response to my discovery per the deadline of a meet & confer with which I then served on her, Ms. Blalock filed chapter 7 bankruptcy and stayed the above-noted state action, thus evading all of her discovery responsibilities in my state

- 5 -

PLAINTIFF'S DECLARATION

case. Thereafter I filed this instant adversary proceeding and complaint against Ms. Blalock.

23. Ms. Blalock's statements were intentional and malicious. They belong to an elaborate cyber-attack on my person involving well over over 300 Facebook accounts that has like Blalock broadcast their harm to billions of people world-wide. I have been left no choice but to seek justice for the harm done to my person and reputation.

24. Said cyber-attack has led to off-line harassment of myself, loved ones, family, friends, colleagues, and anyone perceived to be associated with me, I have received multiple death threats and suffered serious damages, including, but not limited to the loss of income and potential work and psychological damages.

25. Ms. Blalock and her co-conspirators profited from the harm they intentionally and malicious caused my person. They profited from the web-traffic, "click-bait", they created, they obtained "Facebook points" i.e. Facebook money, money via GoFundMe.com donations, a national and international news media campaign, and money from securing a Netflix deal for a docuseries.

26. The Facebook group to which Ms. Blalock belongs AWDTSG has no intention of protecting women, but of only attacking innocent men like myself. Members of Facebook's AWDTSG have been caught harassing

- 6 -

PLAINTIFF'S DECLARATION

men who have passed away (and thus who cannot harm anyone) and the families of men, including their wives and children, who refused to have one-night stands with them. Instead of being a safe place for women to protect one another, Facebook and its AWDTSG groups are places where drunk women cyber-attack men while they openly admit to suffering from their own independent, prior psychological disorders.

27. I am a humble scholar. I have worked hard and sacrificed to earn the credentials I have: a doctorate of philosophy from Yale University. I have published books with praise from world-renown scholars and which are available in libraries across the world. My intent is to live my life in peace and offer historical insights that may allow humanity to flourish.

28. Nevertheless, the comments by Ms. Blalcok and the decade-long onslaught against my person and reputation has severely damaged my life and ability to earn a living.

I declare that under penalty of perjury under the laws of the United States that the foregoing is true and correct; executed on 18 April 2025 in Los Angeles, California.

_____
DR. STEWART LUCAS MURREY

- 7 -

PLAINTIFF'S DECLARATION

# PROOF OF SERVICE

I declare as follows:

I am over the age of 18 years, and not a party to this action. My address is 1217 Wilshire Bvd. # 3655, Santa Monica, CA 90403, which is located in the county where the mailing described below took place. On 20 April 2025 I served the foregoing document(s) described as: Dr. Murrey's Motion to Continue Trial Date to Admit His Declaration as a Trial Exhibit, Declaration and Proposed Order in the matter of Dr. Murrey v. Blalock (Federal Bankruptcy Case No. 24-ap-01152-BR) to:

Amy Lynne Blalock
1001 Gayley Ave. # 24381
Los Angeles, CA 90024
Tel. (310) 569-6182
Email: amyblalock@gmail.com

I served a true copy of the document(s) above:

[ ] By United States mail. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) mentioned above and:

[ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage full prepaid.

[X] By e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on 21 April 2025 at Los Angeles, California.

_____
Declarant