

FILED & ENTERED

APR 22 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:24-bk-12532-BR |
| AMY LYNNE BLALOCK, | Chapter 7 |
| Debtor. | Adv. No. 2:24-ap-01152-BR |
| | **ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE TRIAL DATE** |
| STEWART LUCAS MURREY, | |
| Plaintiff, | |
| v. | |
| AMY LYNNE BLALOCK, | |
| Defendant. | |

    This matter is before the Court on "Plaintiff Dr. Murrey's Motion To Continue Trial Date To Admit A Final Exhibit; Declare Himself And Ms. Blalock Witnesses To Be Called To The Stand For Testimony During Trial; And Time To Identify Experts And/Or Withesses" filed on April 21, 2025 (Docket No. 66).

    This is the second meritless motion that the plaintiff has filed to continue the trial.

    The first meritless motion was filed on April 9, 2025 (Docket No. 62) and denied by this Court on April 10, 2025 (Docket No. 64).

    This Court has made it clear, numerous times, to both parties that their already-filed declarations are in evidence as their direct testimony for the May 6, 2025 trial, subject

to the Court's evidentiary rulings at the trial setting conference held on March 25, 2025 and further orders of the Court.

In addition, both parties have been advised numerous times that no further direct testimony will be allowed and that each party will be able to cross-examine the other party at the May 6, 2025 trial.

Therefore, plaintiff's motion is **DENIED.**

**IT IS SO ORDERED.**

**# # #**

Date: April 22, 2025

_Barry Russell_
Barry Russell
United States Bankruptcy Judge